OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 12, 2012

Clerk, U.S. District Court
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 8
Miami FL 33128

      RE:    **In Re Google Inc. Cookie Placement Consumer Privacy Litigation- MDL-2358**
                CA:   1:12-00740-SLR (D/DE)
                CA:   1:12-20842- UU (SD/FL)

Dear Clerk of Court:

    In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District. If your case file is maintained in electronic format in CM/ECF, our email addressto which you may electronically transfer your case is the following:

                InterdistrictTransfer_DED@ded.uscourts.gov

    If you are unable to transfer your case electronically via CM/ECF, kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                Clerk, U.S. District Court
                Federal Building, Unit18
                844 N. King Street
                Wilmington, DE 19801

    Should you have any questions, you may contact Dot Blansfield or myself at (302)573-6170.

                Sincerely,

                Peter T. Dalleo, Clerk

                By:_____
                Debra Z. Smith, Deputy Clerk

Enc.
cc:  Jeffery N. Luthi, Clerk of the Panel