OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 12, 2012

Clerk, U.S. District Court
Robert J. Dole United States Courthouse
500 State Avenue, Room 259
Kansas City KS 66101-2400

RE: **In Re Google Inc. Cookie Placement Consumer Privacy Litigation- MDL-2358**
CA: 1:12-00742-SLR (D/DE)
CA: 1:12-02100-CM-GLR (D/KS)

Dear Clerk of Court:

In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District. If your case file is maintained in electronic format in CM/ECF, our email address to which you may electronically transfer your case is the following:

InterdistrictTransfer_DED@ded.uscourts.gov

If you are unable to transfer your case electronically via CM/ECF, kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Unit 18
844 N. King Street
Wilmington, DE 19801

Should you have any questions, you may contact Dot Blansfield or myself at (302)573-6170.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Debra Z. Smith, Deputy Clerk

Enc.
cc: Jeffery N. Luthi, Clerk of the Panel