OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 12, 2012

Clerk, U.S. District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street, Room 4015
Newark NJ 07102

      RE:    **In Re Google Inc. Cookie Placement Consumer Privacy Litigation- MDL-2358**
              CA:  1:12-00745-SLR (D/DE)
              CA:  2:12-00983-CCC-JAD (D/NJ)

Dear Clerk of Court:

      In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references the above-captioned case in your District. If your case file is maintained in electronic format in CM/ECF, our email address to which you may electronically transfer your case is the following:

              InterdistrictTransfer_DED@ded.uscourts.gov

      If you are unable to transfer your case electronically via CM/ECF, kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

              Clerk, U.S. District Court
              Federal Building, Unit 18
              844 N. King Street
              Wilmington, DE 19801

      Should you have any questions, you may contact Dot Blansfield or myself at (302)573-6170.

              Sincerely,

              Peter T. Dalleo, Clerk
              By: _____
              Debra Z. Smith, Deputy Clerk

Enc.
cc: Jeffery N. Luthi, Clerk of the Panel