**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION                                    MDL No. 2358

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 12, 2012, the Panel transferred 7 civil action(s) to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of Delaware. With the consent of that court, all such actions have been assigned to the Honorable Sue L Robinson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Robinson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Delaware for the reasons stated in the order of June 12, 2012, and, with the consent of that court, assigned to the Honorable Sue L Robinson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 22, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED: 6/22/12
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY ⟨signature⟩
    Deputy Clerk

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION                                          MDL No. 2358

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12−01524 | Krause v. Google, Inc. |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 12−00351 | JACOBSEN v. GOOGLE, INC. |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 12−20888 | Heretick v. Google, Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 12−01821 | Heinrich v. Google, Inc. |
| ILN | 1 | 12−02920 | Franchise Dynamics LLC v. Google Inc |
| KENTUCKY WESTERN | | | |
| KYW | 5 | 12−00048 | Gourley v. Google,Inc et al |
| MARYLAND | | | |
| MD | 8 | 12−00698 | Musgrove v. Google, Inc. |
| MISSOURI EASTERN | | | |
| MOE | 4 | 12−00433 | Treis v. Google, Inc. |
| NEW JERSEY | | | |
| NJ | 2 | 12−02113 | SOSSIN v. GOOGLE, INC. |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 12−00332 | Burdick et al v. Google Inc et al |

TEXAS EASTERN

   TXE    1    12−00105    Clark v. Google, Inc.

WISCONSIN EASTERN

   WIE    2    12−00267    Oldenburg v. Google Inc