OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

June 22, 2012

Clerk, U.S. District Court for the Northern District of California (via email)
Clerk, U.S. District Court for the District of Columbia (via email)
Clerk, U.S. District Court for the Southern District of Florida (via email)
Clerk, U.S. District Court for the Northern District of Illinois (via email)
Clerk, U.S. District Court for the Western District of Kentucky (via email)
Clerk, U.S. District Court for the District of Maryland (via email)
Clerk, U.S. District Court for the Eastern District of Missouri (via email)
Clerk, U.S. District Court for the District of New Jersey (via email)
Clerk, U.S. District Court for the Western District of Oklahoma (via email)
Clerk, U.S. District Court for the Eastern District of Texas (via email)
Clerk, U.S. District Court for the Eastern District of Wisconsin (via email)

RE: **In Re Google Inc. Cookie Placement Consumer Privacy Litigation - MDL-2358**

| | | |
|---|---|---|
| CA | 3:12-01524 (ND/CA) | Delaware CA 12-789-SLR |
| CA | 1:12-00351 (D/DC) | Delaware CA 12-790-SLR |
| CA | 1:12-20888 (SD/FL) | Delaware CA 12-791-SLR |
| CA | 1:12-01821 (ND/IL) | Delaware CA 12-792-SLR |
| CA | 1:12-02920 (ND/IL) | Delaware CA 12-793-SLR |
| CA | 5:12-00048 (WD/KY) | Delaware CA 12-794-SLR |
| CA | 8:12-00698 (D/MD) | Delaware CA 12-795-SLR |
| CA | 4:12-00433 (ED/MO) | Delaware CA 12-796-SLR |
| CA | 2:12-02113 (D/NJ) | Delaware CA 12-797-SLR |
| CA | 5:12-00332 (WD/OK) | Delaware CA 12-798-SLR |
| CA | 1:12-00105 (ED/TX) | Delaware CA 12-799-SLR |
| CA | 2:12-00267 (ED/WI) | Delaware CA 12-800-SLR |

Dear Clerks of Court:

In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references a case in your District. If your case file is maintained in electronic format in CM/ECF, our email address to which you may electronically transfer your case is the following:

InterdistrictTransfer_DED@ded.uscourts.gov

      If you are unable to transfer your case electronically via CM/ECF, kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                Clerk, U.S. District Court
                844 N. King Street, Unit 18
                Wilmington, DE 19801

      Should you have any questions, you may contact Dot Blansfield or myself at (302)573-6170.

                Sincerely,

                Peter T. Dalleo, Clerk

                By:____/s_____
                    Bob Cruikshank, Deputy Clerk

Enc.

cc: Jeffery N. Luthi, Clerk of the Panel