IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) Civ. No. 12-MD-2358-SLR ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Susan M. Coletti of the law firm of Fish & Richardson P.C., 222 Delaware Ave, 17th Floor, Wilmington, Delaware, as Delaware counsel on behalf of defendant PointRoll, Inc.

Dated: July 13, 2012

FISH & RICHARDSON P.C.

By: */s/ Susan M. Coletti*
Susan M. Coletti (#4690)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-652-5070
Coletti@fr.com

Attorneys for Defendant
PointRoll, Inc.