IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC.<br>COOKIE PLACEMENT<br>CONSUMER PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Villegas v. Google, Inc. et al<br>1:12-cv-00739-SLR | Civil Action No. 12-MD-2358-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Alan Charles Raul and Edward R. McNicholas to represent Defendant PointRoll, Inc. in this matter.

Dated: July 16, 2012

FISH & RICHARDSON P.C.

By: /s/ Susan M. Coletti
Susan M. Coletti (#4690)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
302-652-5070
coletti@fr.com

*Attorneys for Defendant*
*PointRoll, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____, 2012

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the U.S. Court of Appeals, 2nd Circuit; U.S. Court of Appeals, 3rd Circuit; U.S. Court of Appeals, 4th Circuit; U.S. Court of Appeals, 9th Circuit; U.S. Court of Appeals, 10th Circuit; U.S. Court of Appeals, 11th Circuit; U.S. Court of Appeals, D.C. Circuit; U.S. Court of Appeals, Federal Circuit; U.S. District Court, District of Columbia; U.S. Supreme Court; District Court for the Southern District of New York; District of Columbia; the State of New York. I do not reside in Delaware, nor I am regularly employed in Delaware or regularly engaged in business, professional or other similar activities in Delaware. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Alan Charles Raul
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8477
araul@sidley.com

DC1 2607330v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the Supreme Court of the United States, the United States Courts of Appeal for the First, Second, Fifth, Sixth, Ninth, Tenth, and District of Columbia Circuits, the United States District Courts for the Districts of Maryland, the District of Columbia, and the Central District of Illinois, and the Courts of Appeals of Maryland and the District of Columbia. I do not reside in Delaware, nor am I regularly employed in Delaware or regularly engaged in business, professional or other similar activities in Delaware. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

*[signature]*

Edward R. McNicholas
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8010
emcnicholas@sidley.com