IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC.<br>COOKIE PLACEMENT<br>CONSUMER PRIVACY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Villegas v. Google, Inc. et al<br>1:12-cv-00739-SLR | Civil Action No. 12-MD-2358-SLR |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19th 2012, I served by first class mail on Larry Sossin 129 Idalroy Trail, Hopatcong, NJ 07843, the following documents:

1. Entry of Appearance of Susan Coletti; and

2. Motion and Order For Admission Pro Hac Vice.


Dated: July 19, 2012         FISH & RICHARDSON P.C.


                             By:  /s/ Susan M. Coletti
                                  Susan M. Coletti (#4690)
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1114
                                  Wilmington, DE 19899-1114
                                  302-652-5070
                                  Coletti@fr.com

                             Attorney for Defendant
                             PointRoll, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2012, a copy of this Certificate of Service was delivered by First Class Mail on:

      Larry Sossin
      129 Idalroy Trail
      Hopatcong, NJ 07843

                               /s/ Susan M. Coletti
                               Susan M. Coletti