UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

### NOTICE OF APPEARANCE OF ANTHONY J WEIBELL
### AS COUNSEL FOR DEFENDANT GOOGLE INC.

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Anthony J Weibell hereby enters his appearance as counsel of record for defendant Google Inc. in addition to counsel for Google Inc. who have already appeared in this action.

Dated: July 25, 2012          WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              By: /s/ Anthony Weibell
                              Anthony J Weibell (CA State Bar No. 238850)
                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation
                              650 Page Mill Road
                              Palo Alto, CA 94304-1050
                              Telephone: (650) 493-9300
                              Facsimile: (650) 565-5100
                              E-mail: aweibell@wsgr.com

                              *Attorneys for Defendant*
                              GOOGLE INC.

1