OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 1, 2012

To:

Clerk, U.S. District Court for the District of Connecticut -  (via e-mail)

RE:   **In Re Google Inc. Cookie Placement Consumer Privacy Litigation - MDL-2358**

CA   3:12-01046 (CT) - Dogga v. Google Inc.

Dear Clerk of Court:

In accordance with 28 U.S.C. §1407, attached is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multi-District Litigation which references a case in your District. If your case file is maintained in electronic format in CM/ECF, our email address to which you may electronically transfer your case is the following:

InterdistrictTransfer_DED@ded.uscourts.gov

If you are unable to transfer your case electronically via CM/ECF, kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
844 N.  King Street, Unit 18
Wilmington, DE 19801

Should you have any questions, you may contact Dot Blansfield or myself at (302)573-6170.

Sincerely,

Peter T.  Dalleo, Clerk

By:____/s_____
Bob Cruikshank, Deputy Clerk

Enc.
cc:  Jeffery N. Luthi, Clerk of the Panel