# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROBERT DOGGA, ET AL.,**

V.        **SUMMONS IN A CIVIL CASE**

**GOOGLE INC,**

CASE NUMBER: **3:12–CV–01046–WWE**

TO: **Google Inc**
Defendant's Address:

c/o Michael H. Rubin, Esq.
Wilson, Sonsini Goodrich & Rosati
One Market Spear Tower, Suite 3300, San Francisco, CA 94105
Attorneys for Google Inc.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brian S. Cohen**
**Cohen Law Group, P.C.**
**2 Greenwich Office Park, Suite 300**
**Greenwich, CT 06831**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – K. Lynch
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON **2012–07–19 12:01:05.0**, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Google Inc.
was received by me on *(date)* July 19, 2012.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* On August 13, 2012, I served the Summons and Complaint on Michael H. Rubin, Esq. of Wilson Sonsini Goodrich & Rosati, who is authorized and agreed to accept service on behalf of the defendants

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/13/12

_____
Servers signature

BRIAN S. COHEN, ESQ, PARTNER
Printed name and title

COHEN LAW GROUP, P.C.
2 GREENWICH OFFICE PARK, SUITE 300
GREENWICH, CT 06831
Servers address

Additional information regarding attempted service, etc: