UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To:<br>**All Actions** | C.A. No. 12-MD-02358 (SLR) |
| NOBLES v. GOOGLE INC. and POINTROLL, INC. | C.A. No. 12-CV-01000 (SLR) |
| DOGGA and BERMUDEZ v. GOOGLE INC. | C.A. No. 12-CV-01003 (SLR) |

**MOTION FOR CONSOLIDATION PURSUANT TO**
**FED. R. CIV. P. 42(a) AND APPOINTMENT OF**
<u>**INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**</u>

**KEEFE BARTELS, LLC**
Stephen G. Grygiel (Del. Bar No. 4944)
John E. Keefe, Jr.
Jennifer L. Harwood
170 Monmouth St.
Red Bank, NJ 07701
732-224-9400
sgrygiel@keefebartels.com

*Counsel for Plaintiff Ana Yngelmo, Plaintiff Larry Sossin, and Proposed Executive Committee Member*

**BARTIMUS, FRICKLETON,**
**ROBERTSON & GORNY, P.C.**
James P. Frickleton
Mary D. Winter
Stephen M. Gorny
Edward D. Robertson, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300
jimf@bflawfirm.com

*Counsel for Plaintiff James Henry Rischar and Proposed Executive Committee Member*

**STRANGE & CARPENTER**
Brian Russell Strange
Keith Butler
David Holop
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
310-207-5055
lacounsel@earthlink.net

*Counsel for Plaintiff Lourdes Villegas and Proposed Executive Committee Member*

**STEWARTS LAW US LLP**
David A. Straite (Del. Bar No. 5428)
Ralph N. Sianni (Del. Bar No. 4151)
Michele S. Carino (Del. Bar No. 5576)
Lydia E. York (Del. Bar No. 5584)
1201 North Orange Street
Wilmington, DE 19801
302-298-1200
dstraite@stewartslaw.com

*Counsel for Plaintiffs Matthew Soble and Bert Glaser, Proposed Steering Committee Member and Proposed Interim Liaison Counsel*

DATED: AUGUST 28, 2012

Plaintiffs in the 16 actions identified in Attachment A (the "Moving Plaintiffs") respectfully submit this motion to appoint Interim Co-Lead Counsel and Interim Liaison Counsel in *In re Google Inc. Cookie Placement Consumer Privacy Litig.* (hereinafter the "MDL") and to consolidate two newly transferred actions with the MDL.

1. On June 12, 2012, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued an order pursuant to 28 U.S.C. § 1401 transferring the MDL and associated actions to this Court, finding that these actions involve common questions of fact and that centralization in this Court will eliminate duplicative discovery, prevent inconsistent pretrial rulings, including with respect to class certification, and conserve the resources of the parties, their counsel, and the judiciary.

2. On July 27, 2012, pursuant to a stipulation among counsel, this Court consolidated 22 of these actions with the MDL for all pretrial purposes. *See* MDL D.I. 22.

3. Two additional actions were transferred to this Court by the JPML and were not included in the July 27, 2012 stipulation. *See Dogga and Bermudez v. Google Inc.*, No. 3:12-cv-01046 (D. Conn.) (MDL D.I. 20); *Nobles v. Google, Inc. and Pointroll, Inc.*, No. 12-cv-03589 (N.D. Cal.) (MDL D.I. 23).

3. In the July 27, 2012 stipulation, Plaintiffs represented that they anticipated filing a joint proposal for the Court's appointment of Lead Counsel, but in the event Plaintiffs' counsel could not reach agreement on an organizational structure, Plaintiffs would file motions and other papers as appropriate. *See* MDL D.I. 22, ¶ 12.

4. Counsel for the plaintiffs in 14 of the 22 consolidated actions, and as well as counsel for plaintiffs in the two new actions, *Dogga* and *Nobles* have reached an agreement on an organizational structure and respectfully request the appointment of Interim Co-Lead Counsel as follows:

2

      (a)    An Executive Committee consisting of:

            (i)    Keefe Bartels, LLC;

            (ii)    Bartimus, Frickleton, Robertson & Gorny, P.C.; and

            (iii)    Strange & Carpenter

      (b)    A Plaintiffs' Steering Committee consisting of:

            (i)    David Straite, of the firm Stewarts Law US LLP;

            (ii)    Jonathan Shub, of the firm Seeger Weiss LLP;

            (iii)    Barry Eichen, of the firm Eichen, Crutchlow, Zaslow & McElroy, LLP;

            (iv)    William "Billy" Murphy, of the firm Murphy, P.A.;

            (v)    Mark Bryant, of the firm The Bryant Law Center, PSC; and

            (vi)    Jay Barnes, of the firm Barnes & Associates.

5.    Moving Plaintiffs also respectfully request that Plaintiffs' Steering Committee member Stewarts Law US LLP, through its Wilmington, Delaware office, be appointed Interim Liaison Counsel for the Class.

6.    Moving Plaintiffs also respectfully request that *Dogga* and *Nobles* be consolidated with the MDL for all pretrial purposes consistent with paragraph 11 the stipulation of July 27, 2012, and a deadline of October 22, 2012 be set for the filing of a consolidated class action complaint.

Dated: August 28, 2012                              Respectfully submitted,

**KEEFE BARTELS, LLC**

/s/ *Stephen G. Grygiel*
Stephen G. Grygiel (Del. Bar No. 4944)
John E. Keefe, Jr.
Jennifer L. Harwood
170 Monmouth St.
Red Bank, NJ 07701
732-224-9400
sgrygiel@keefebartels.com

*Counsel for Plaintiff Ana Yngelmo, Plaintiff Larry Sossin and Proposed Executive Committee Member*

**BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.**

/s/ *James P. Frickleton*
James P. Frickleton
Mary D. Winter
Stephen M. Gorny
Edward D. Robertson, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300
jimf@bflawfirm.com

*Counsel for Plaintiff James Henry Rischar and Proposed Executive Committee Member*

**EICHEN, CRUTCHLOW, ZASLOW & MCELROY LLP**

/s/ *Barry Eichen*
Barry R. Eichen
40 Ethel Road
Edison, NJ 08817
732-777-0100
beichen@njadvocates.com

*Counsel for Plaintiff Ana Yngelmo, Plaintiff Larry Sossin and Proposed Steering Committee Member*

**STRANGE & CARPENTER**

/s/ *Brian Russell Strange*
Brian Russell Strange
Gretchen Carpenter
Keith Butler
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
310-207-5055
lacounsel@earthlink.net

*Counsel for Plaintiff Lourdes Villegas and Proposed Executive Committee Member*

**STEWARTS LAW US LLP**

/s/ *David A. Straite*
David A. Straite (Del. Bar No. 5428)
Ralph N. Sianni (Del. Bar No. 4151)
Michele S. Carino (Del. Bar No. 5576)
Lydia E. York (Del. Bar. No. 5584)
1201 North Orange Street
Wilmington, DE 19801
302-298-1200
dstraite@stewartslaw.com

*Counsel for Plaintiffs Matthew Soble and Bert Glaser, Proposed Steering Committee Member and Proposed Interim Liaison Counsel*

**SEEGER WEISS LLP**

/s/ *Jonathan Shub*
Jonathan Shub
1515 Market Street, Suite 1380
Philadelphia, PA 19102
215-564-2300
jshub@seegerweiss.com

*Counsel for Plaintiff Lynne Krause and Proposed Steering Committee Member*

4

| | |
|---|---|
| **MURPHY P.A.** | **BARNES & ASSOCIATES** |
| /s/ *William H. Murphy, Jr.*<br>William H. Murphy, Jr.<br>One South Street, Suite 2300<br>Baltimore, MD 21202<br>410-539-6500<br>*billy.murphy@murphypa.com*<br><br>*Counsel for Plaintiff Bert Glaser and Proposed Steering Committee Member* | /s/ *Jay Barnes*<br>Jay Barnes<br>219 East Dunklin Street<br>Jefferson City, MO 65101<br>573-634- 8884<br>*Jaybarnes5@gmail.com*<br><br>*Counsel for Plaintiff Brian Martorana and Proposed Steering Committee Member* |
| **BRYANT LAW CENTER, PSC** | **BERGMANIS LAW FIRM, LLC** |
| /s/ *Mark Bryant*<br>Mark Bryant<br>601 Washington Street<br>P.O. Box 1876<br>Paducah, KY 42002-1876<br>270-442-1422<br>*mark.bryant@bryantpsc.com*<br><br>*Counsel for Plaintiff William G. Gourley and Proposed Steering Committee Member* | /s/ *Andrew Lyskowski*<br>Andrew Lyskowski<br>380 W Hwy 54, Suite 201<br>P.O. Box 229<br>Camdenton, MO 65020<br>573-346-2111<br>*alyskowski@ozarklawcenter.com*<br><br>*Counsel for Plaintiff Brian Martorana* |
| **DAVID SHELTON PLLC** | **MORGAN & MORGAN** |
| /s/ *David Shelton*<br>P.O. Box 2541<br>Oxford, MS 38655<br>662-281-1212<br>*david@davidsheltonpllc.com*<br><br>*Counsel for Plaintiff Alex Movitz* | /s/ *John Allen Yanchunis, Sr.*<br>John Allen Yanchunis, Sr.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>813-223-5505<br>*jyanchunis@forthepeople.com*<br><br>*Counsel for Plaintiff Kenneth W. Heretick* |
| **KRISLOV & ASSOCIATES, LTD.** | **R. CHAMP CROCKER LLC** |
| /s/ *Clinton A. Krislov*<br>Clinton A. Krislov<br>20 North Wacker Dr., Suite 1350<br>Chicago, IL 60606<br>312-606-0500<br>*clint@krislovlaw.com*<br><br>*Counsel for Plaintiff Franchise Dynamics LLC* | /s/ *R. Champ Crocker*<br>R. Champ Crocker<br>PO Box 2700<br>Cullman, AL 35056-2130<br>256-739-5005<br>*champ@champcrocker.com*<br><br>*Counsel for Plaintiff Stephen D. Landrum* |

**MEYER & LEONARD PLLC**

*/s/ Henry A. Meyer, III*
Henry A. Meyer, III
116 E. Sheridan, Suite 207
Oklahoma City, OK 73104
405-702-9900
hameyer@mac.com

*Counsel for Plaintiff Jacqueline Burdick*

**COHEN LAW GROUP, P.C.**

*/s/ Brian Scott Cohen*
2 Greenwich Office Park Suite 300
Greenwich, CT 06831
203-485-7525
brian@cohenlg.com

*Counsel for Plaintiffs Robert Dogga and Jose Bermudez*

**THE TERRELL LAW GROUP**

*/s/ Reginald Von Terrell*
Reginald Von Terrell
223 25th Street
Richmond, CA 94804
510-237-9700
reggiet2@aol.com

*Counsel for Plaintiff Zetha Nobles*

**LAW OFFICES OF MARK J. BAIOCCHI**

*/s/ Mark J. Baiocchi*
1755 S. Naperville Road
Suite 100
Wheaton, IL 60187
630-983-4200
mbaiocchi@baiocounsel.com

*Counsel for Plaintiff Franchise Dynamics LLC*

## ATTACHMENT A

Burdick v. Google Inc., C.A. No. 1:12-cv-798

Dogga v. Google Inc., C.A. No. 1:12-cv-1003

Franchise Dynamics LLC v. Google Inc., C.A. No. 1:12-cv-793

Glaser v. Google Inc., C.A. No. 1:12-cv-667

Gourley v. Google Inc., C.A. No. 1:12-cv-794

Heretick v. Google Inc., C.A. No. 1:12-cv-791

Krause v. Google Inc., C.A. No. 1:12-cv-789

Landrum v. Google Inc., C.A. No. 1:12-cv-962

Martorana v. Google Inc., C.A. No. 1:12-cv-744

Movitz v. Google Inc., C.A. No. 1:12-cv-743

Nobles v. Google Inc., C.A. No. 1:12-cv-1000

Rischar v. Google Inc., C.A. No. 1:12-cv-742

Soble v. Google Inc., C.A. No. 1:12-cv-200

Sossin v. Google Inc., C.A. No. 1:12-cv-797

Villegas v. Google Inc., C.A. No. 1:12-cv-739

Yngelmo v. Google Inc., C.A. No. 1:12-cv-745