# EXHIBIT A

| Case Name | Original Court and Case Number | D. Del. Case Number |
|---|---|---|
| Allen v. Google, Inc. | Southern District of Florida  1:12-cv-20842-UU | 1:12-cv-00740-SLR |
| Burdick et al v. Google Inc et al | Western District of Oklahoma  5:12-cv-00332-R | 1:12-cv-00798-SLR |
| Clark v. Google, Inc. | Eastern District of Texas  1:12-cv-00105-RC | 1:12-cv-00799-SLR |
| Dogga et al v. Google Inc | District of Connecticut  3:12-cv-01046-WWE | 1:12-cv-01003-SLR |
| Franchise Dynamics LLC v. Google Inc | Northern District of Illinois  1:12-cv-02920 | 1:12-cv-00793-SLR |
| Glaser v. Google Inc. | District of Delaware  1:12-cv-00667-SLR | 1:12-cv-00667-SLR |
| Gourley v. Google,Inc et al | Western District of Kentucky  5:12-cv-00048-TBR | 1:12-cv-00794-SLR |
| Heinrich v. Google, Inc. | Northern District of Illinois  1:12-cv-01821 | 1:12-cv-00792-SLR |
| Heretick v. Google, Inc. | Southern District of Florida  1:12-cv-20888- KMW | 1:12-cv-00791-SLR |
| Jacobsen v. Google Inc | District of the District of Columbia 1:12-cv-00351 | 1:12-cv-00790-SLR |
| Krause v. Google, Inc. | California Northern District  5:12-cv-01524-HRL | 1:12-cv-00789-SLR |
| Kreisman v. Google, Inc. | Northern District of Illinois 1:12-cv-01470 | 1:12-cv-00741-SLR |
| Landrum v. Google, Inc. | Northern District of Alabama  6:12-cv-02389-HGD | 1:12-cv-00962-SLR |
| Martorana v. Google, Inc. | Western District of Missouri  2:12-cv-00222- MJW | 1:12-cv-00744-SLR |
| Movitz v. Google, Inc. | Northern District of Mississippi 3:12-cv-0023-MPM-SAA | 1:12-cv-00743-SLR |
| Musgrove v. Google, Inc. | District of Maryland  8:12-cv-00698 | 1:12-cv-00795-SLR |
| Nobles v. Google, Inc. et al | California Northern District  3:12-cv-03589-LB | 1:12-cv-01000-SLR |
| Oldenburg v. Google Inc | Eastern District of Wisconsin  2:12-cv-00267-NJ | 1:12-cv-00800-SLR |
| Rischar v. Google, Inc. et al | District of Kansas  2:12-cv-02100 | 1:12-cv-00742-SLR |
| Soble v. Google Inc. | District of Delaware  1:12-cv-00200- SLR | 1:12-cv-00200-SLR |
| Sossin v. Google, Inc. | District of New Jersey  2:12-cv-02113-CCC-JAD | 1:12-cv-00797-SLR |
| Treis v. Google, Inc. | Eastern District of Missouri  4:12-cv-00433-JCH | 1:12-cv-00796-SLR |
| Villegas v. Google, Inc et al | Northern District of California  5:12-cv-00915-PSG | 1:12-cv-00739-SLR |
| Yngelmo v. Google Inc. | District of New Jersey  2:12-cv-00983-CCC-JAD | 1:12-cv-00745-SLR |