# EXHIBIT B

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN RE DOLLAR THRIFTY          :
SHAREHOLDER LITIGATION        :
                              :     Consolidated
                              :     CA NO. 5458-VCS


                         -  -  -

                    Chancery Courtroom No. 12A
                    New Castle County Courthouse
                    Wilmington, Delaware
                    Wednesday, August 25, 2010
                    9:45 a.m.


BEFORE:  HON. LEO E. STRINE, JR., Vice Chancellor.


                         -  -  -


                    ORAL ARGUMENT


                         -  -  -


------------------------------------------------------
            CHANCERY COURT REPORTERS
        500 North King Street - Suite 11400
          Wilmington, Delaware 19801-3759
                  (302) 255-0525

20

1    along the same metrics that Goldman, Sachs and

2    J.P. Morgan did, but using proper basis for those

3    metrics.  For example --

4                    THE COURT:  What is his DCF value?

5                    MR. GRYGIEL:  I don't have it right

6    off the top of my head.  It's being handed to me.  Our

7    DCF analysis indicated share values for DTG ranging

8    from $44.25 to $57.93.

9                    THE COURT:  Wasn't he in Lear?

10                    MR. GRYGIEL:  I don't remember that.

11   That's before my time in Delaware, sir.

12                    THE COURT:  I think it was materially

13   north of zero.  And I think it was in excess of a

14   fairly very valuable offer that stockholders then

15   rejected, and now they have the benefit of a "Now

16   discussed, tell us song."  It's called less than zero.

17                    MR. GRYGIEL:  I'm not familiar with

18   the song, Your Honor.  You were asking a moment ago,

19   though, about this why.  As I mentioned, I don't

20   believe you can show unreasonable conduct in a

21   Revlon-Unocal situation that I need to be able to show

22   the motive.

23                    As Your Honor gathered --

24                    THE COURT:  I understand.  What I want

CHANCERY COURT REPORTERS

21

1   to isolate there is, look, you're a very, very good

2   lawyer.  You are not challenging the motives of these

3   folks.

4                   MR. GRYGIEL:  Well, Your Honor --

5                   THE COURT:  You either are or you

6   aren't.  Because if you aren't, then that has an

7   implication.  Because then I have to think about why

8   well-motivated people would -- like there's probably

9   very few people in the world who would benefit more

10  from a $57 price than Mr. Thompson.  On the other

11  hand, there are also people then -- honestly, we're

12  running a company and we're running it for everyone

13  and our stock price has been volatile.  We think we've

14  actually done a very good job.  We actually think that

15  we're not in a big growth market.  And if we can get

16  something that reflects -- durably reflects the value

17  of that, have the prospect of, frankly, smoking out

18  Avis, because now they have to gulp and say, look, if

19  we're really interested, we better do this or it's

20  gone, that that essentially captures for everyone the

21  opportunity to harvest the board's belief that they

22  had pushed this thing.  They had squeezed this lemon

23  and this was now a good time to sell.

24                   There is a notion -- right? --that it

CHANCERY COURT REPORTERS