# EXHIBIT F

# STRANGE & CARPENTER

12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
Fax: (310) 826-3210
www.strangeandcarpenter.com

## FIRM RESUME

## **FIRM RESUME**

Strange & Carpenter has battled at the forefront of class actions and complex business disputes since the firm's establishment 23 years ago. Its members were educated at the nation's leading law schools before joining forces to provide the superior and responsive legal services that Strange & Carpenter is known for today.

The firm has been featured as one of the five most successful California small law firms as far back as 1994 by *California Law Business*. In just the last few years, Strange & Carpenter's settlements for class members in various cases have exceeded $100 million. Partners Brian R. Strange and Gretchen Carpenter were named as Southern California Super Lawyers in 2010, 2011 and for the upcoming year 2012, an award given to only 5% of practicing lawyers in California. Strange & Carpenter has been appointed lead counsel and held numerous leadership positions in class actions and mass disaster litigation across the country, including noted cases such as the San Juan Dupont Plaza Hotel fire litigation and litigation arising out of the Iran-Contra scandal.

Strange & Carpenter serves at the forefront of several current class action issues, including Discover Bank v. Superior Court, 36 Cal. 4th 148, 30 Cal. Rptr. 3d 76 (2005) where Strange & Carpenter counsel argued before the California Supreme Court in a case ultimately holding that class action bans are unenforceable in California. Strange & Carpenter has also recently litigated cases involving Internet security breaches and privacy violations and published in the area. The following is a partial list of the class action settlements in which the firm has served as class counsel over the last several years: Fiori, et al. v. Dell Inc., United States District Court for the Northern District of California Case No. C 09- 01518-JW (settled for $30 million) Hall, et al. v. AT&T Mobility LLC f/k/a Cingular Wireless LLC, et al., United States District Court for the District of New Jersey Case No. 07-05325 (JLL) (settled for $18 million); Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al., United States District Court for the District of Minnesota Case No. CV 04-3500 MJD/SRN (settled for $40 million); MacGregor v. Schering-Plough Corporation, Los Angeles Superior Court Case No. BC 24804 (settlement valued at $202.5 million); Schwartz, et al. v. Citibank (South Dakota), N.A., et al., United States District Court for the Central District of California Case No. 00-00075 LGB (JWJx) (settled for $36 million); Mayemura, et al. v. Chase Manhattan Bank, United States District Court for the Central District of California Case No. 00-00753 LGB (JWJx) (settled for $22.5 million); Blake H. Brown v. Fremont Compensation Insurance Company, Los Angeles Superior Court Case No. BC 180443 (settled for $25 million); Edelist v. First USA, N.A., Orange County Superior Court Case No. 02CC00294 (settled for $57 million); Shea v. Household Bank (SB), National Association, Orange County Superior Court Case No. 00CC12588 (settled for $34.9 million);; and Simonet, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al., United States District Court for the District of Puerto Rico Case No. 06-1230 (GAG) (settled for $28 million).

Strange & Carpenter selectively chooses and monitors its cases and clientele in order to provide the highest quality work and immediate attention to its cases and the needs of clients and class members. The firm utilizes paralegals as well as computerized document

control, which enables its lawyers to effectively manage large cases of national scope.

The following is a biographical sketch of the some of the members of Strange & Carpenter.

**Brian R. Strange**

Brian R. Strange is an experienced and respected class action and complex business trial lawyer. Mr. Strange has lectured on class actions before various organizations, including the California State Bar, the Practicing Law Institute, and various consumer attorneys organizations. In March 2012, Mr. Strange was a speaker at the International Seminar on Consumer Litigation in Japan, the United States and China, in Tokyo. That seminar was held jointly by the Japan Federation of Bar Associations (the JFBA) and the American Bar Association (the ABA) and involved legal experts from these three countries focusing on recent trends and issues in class-action consumer lawsuits and cross-border consumer litigation in their respective countries. Mr. Strange recently authored an article entitled "Modern wiretapping": Can the federal Wiretap Act protect consumers from the latest methods of online and mobile tracking? Published in the Advocate July 2012, and authored an article entitled "Security Breach Injury in Cyberspace: Does the Law Keep Up with New Damage Frontiers?" published in *Los Angeles Lawyer* February 2012. Mr. Strange was designated as one of Southern California Super Lawyers in 2010, 2011 and 2012 and has successfully concluded settlements for class members in excess of $100 million in just the last two years.

Mr. Strange was recently appointed to Plaintiffs' Steering Committee in *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, MDL No. 2258, by the Honorable Anthony J. Battaglia in the Southern District of California. Mr. Strange was approved by Judge Jack Zouhary to serve on the Plaintiffs' Executive Committee in a consolidated antitrust case, In Re: Polyurethane Foam Antitrust Litigation, pending in the United States District Court for the Northern District of Ohio, MDL No. 2196. That case involves allegations of price fixing in the sale of polyurethane foam and is considered one of the largest antitrust cases in the last 10 years. Mr. Strange was also recently appointed Co-Lead Class Counsel by Los Angeles Superior Court Judge Anthony Mohr in the California state coordinated proceeding in Toyota Motor Cases, J.C.C.P. 4621, involving allegations of unintended acceleration in Toyota vehicles. Mr. Strange was appointed to the Plaintiffs' Steering Committee by Judge Ortrie D. Smith in In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation, pending in the United States District Court for the Western District of Missouri - Western Division (Kansas City), MDL No. 1967. That case involves polycarbonate plastic baby bottles and children's training or spill-resistant cups containing the chemical Bisphenol-A ("BPA"). Mr. Strange was also selected by Judge Carl Barbier as a member of the Plaintiffs' Executive Committee in In Re: Apple iPhone 3G and 3GS MMS Marketing and Sales Practices Litigation, pending in the United States District Court for the Eastern District of Louisiana (New Orleans), MDL No. 2116. That case involves the operation of the Apple iPhone on AT&T 3G and 3GS networks. Mr. Strange has been involved in cases at the forefront of Internet law in the last few years and has been lead counsel in numerous class actions related to credit cards and online issues, including

3

against the nation's largest banks, telephone companies and pharmaceutical companies. Mr. Strange served as lead Class Counsel in a nationwide settlement against AT&T Mobility LLC regarding flat-rate early termination fees for mobile phones, entitled Hall, et al. v. AT&T Mobility LLC f/k/a Cingular Wireless LLC, et al., United States District Court for the District of New Jersey, Case No. 07-05325 (JLL), which resolved cellular telephone cases involving early termination fees across the country. Mr. Strange also served as lead counsel in a case entitled Simonet, et al. v. GlaxoSmithKline, et al., held in the United States District Court for the District of Puerto Rico, Case No. 06-1230 (GAG/CVR), involving the anti-depressant drug Paxil.

In his past 20 years participating in complex cases, Mr. Strange has been involved in noted mass disaster litigation such as the MGM Grand Hotel fire litigation; the "Crandall" gem case; the San Juan Dupont Plaza Hotel fire litigation in Puerto Rico; litigation arising out of the Iran-Contra scandal; and numerous national class actions. Trial victories include a $160 million judgment against the principals of an investment scam in a case tried in Los Angeles Superior Court in 1991. In February 1993, Mr. Strange obtained a $21 million punitive damage verdict against First State Insurance Company, reportedly one of the largest punitive damage verdicts in California in 1993. In May 1993, Mr. Strange obtained the first punitive damage verdict in 17 years in a courtroom in Santa Barbara on behalf of a homeless family. Since 2000, Mr. Strange has acted as lead counsel in several class action cases with settlements obtained in excess of $500 million, including settlements with the nation's largest corporations.

Mr. Strange has been interviewed for stories relating to his cases by *The New York Times*, *The Los Angeles Times*, *The Washington Post*, *The National Law Journal*, *The Daily Journal*, and others.

Mr. Strange received his Bachelor of Arts in Economics from the University of California at Los Angeles and his law degree from the University of California, Hastings College of Law. Mr. Strange is admitted to practice before all courts in the State of California, the United States Supreme Court, all federal district courts in California, and the United States Courts of Appeals for the First, Third, Fifth, Eighth, Ninth, and Tenth Circuits, as well as the United States Court of Federal Claims. Mr. Strange authored "Municipalities: Welcome to the Antitrust Restraints of the Free Market," *Century City Bar Journal*, Spring, 1982.

Mr. Strange is an active member of the community, where he sits on the Board of Directors and the Executive Committee of Public Counsel, the nation's largest pro-bono law firm, and is the President of the Boys and Girls Club of Malibu. A noted adventurer, Mr. Strange was awarded an anniversary medal by the King of Nepal for his 2009 summit of Mount Everest. He is one of the select few who have summitted the highest peaks of all seven continents.

**Gretchen Carpenter**

Gretchen Carpenter is a partner of Strange & Carpenter. She received her Bachelor

of Arts in Political Science and Theatre, *cum laude*, from the University of California at San Diego, where she was a member of Phi Beta Kappa.  Ms. Carpenter received her law degree from UCLA School of Law, where she was an editor of the Women's Law Journal.  She is admitted to practice before all courts in the State of California and several federal courts throughout the country, including United States Courts of Appeals for the Third, Fifth, Eighth, Ninth, and Tenth Circuits.  Ms. Carpenter was chosen as one of Southern California's Super Lawyers in 2010, 2011 and 2012.

Ms. Carpenter is an experienced and respected class action litigator, having successfully analyzed, drafted and argued numerous class certification and other complex motions.  Ms. Carpenter has extensive knowledge of Rule 23 procedures, and her superior drafting and analytical skills have brought her to the forefront of class action litigation, including certifying a nationwide class under California law in Talwar, et al. v. Creative Labs, Inc., United States District Court for the Central District of California Case No. CV 05-3375 FMC (AJWx).  Ms. Carpenter recently successfully argued before the California Court of Appeal in Hale v. Sharp Healthcare, 183 Cal. App. 4th 1373, 108 Cal. Rptr. 3d 669 (2010), which upheld claims under California's Unfair Competition Law in a published decision that has been cited by several other state and federal courts, including the California Supreme Court, as well as in various treatises.  Ms. Carpenter has also lectured on class actions and class-wide arbitration procedures before various continuing legal education groups and other organizations.

**Keith L. Butler, Ph.D.**

Keith L. Butler is a member of the firm and Head of the Antitrust Practice.  An experienced antitrust lawyer and complex commercial litigator, Keith has been representing a wide variety of clients, from Fortune 500 companies to small businesses and individuals, for more than a decade.

Mr. Butler has maintained a full service antitrust practice that has included civil and criminal litigation (including extensive experience in cartel matters), merger clearance, government investigations, and counseling.  Notably, Mr. Butler played a leading role in obtaining FTC clearance for Grifols' $4 billion acquisition of Talecris, and he was a core member of Oracle's successful antitrust trial team in the government's landmark challenge to Oracle's hostile takeover of PeopleSoft. Other areas of complex commercial litigation Mr. Butler handles include unfair competition, securities, and common law business disputes; he has had a number of successes in appellate matters.

Mr. Butler's clients span a wide range of industries, including biotechnology and pharmaceuticals, health care, information technology and the Internet, financial services, insurance and reinsurance, entertainment, textiles, lodging and gaming, real estate, utilities, and waste services.

Mr. Butler has published widely; his antitrust writings have appeared in Law 360, Global Competition Review, and Competition Policy International, among others.

Mr. Butler began his legal career at Latham & Watkins, and, before joining Strange

& Carpenter, practiced most recently at Proskauer Rose. Prior to practicing law, Mr. Butler was a professor of philosophy at several colleges and universities, including Washington University and the College of William and Mary.

Education

University of Washington School of Law Seattle, WA
J.D. with honors May 2001
Journal: Washington Law Review, Executive Articles Editor
Externship: Chief Judge John C. Coughenour, United States District Court for the Western District of Washington

University of Wisconsin Madison, WI
Ph.D., Philosophy (minor in Cognitive Psychology) May 1991
M.A., Philosophy May 1987
B.A., Philosophy May 1984

University of Warwick Coventry, UK
Visiting Scholar, Department of Philosophy 1990-1991

Mr. Butler has authored numerous articles on antitrust and unfair competition, including, most recently:

◊ **Competition Policy International**, Recovery in the United States for Price-Fixing Abroad: The Future of FTAIA Litigation, 2011 (co-author)

◊ **Global Competition Review** - Antitrust Review of the Americas, Single-Firm Conduct Enforcement in the US - The Year in Review, 2011 (co-author)

◊ **Law360** - Antitrust and the Digital Economy, 2011 (co-author)

◊ **American Bar Association, Section of Antitrust Law** - Interlocking Directorates: Handbook on Section 8 of the Clayton Act, 2011 (co-author)

**John Kristensen**

John Kristensen is an associate of Strange & Carpenter who joined the firm in 2011. He returned to Los Angeles, where he began his career, to expand his practice to include prosecution of class action cases. In 2011, the Daily Journal selected Mr. Kristensen as one of five associates to watch in the state of California. He was the sole plaintiffs' attorney to receive the accolade.

Mr. Kristensen spent the previous three years in the Bay Area representing plaintiffs in catastrophic cases with an emphasis on aviation and automobile products liability lawsuits.

6

He remains in the role as the youngest attorney appointed to the plaintiffs' steering committees in the California Toyota Sudden Acceleration cases.

In May 2010, the National Highway Traffic Safety Administration ("NHTSA") accepted Mr. Kristensen's request to open a timeliness query into the 2005 Toyota steering relay rod recall. Mr. Kristensen uncovered that Toyota had received nearly 40 complaints of the rods failing in the United States by October 2004 when Toyota issued the recall for the parts in pickups and 4Runners in Japan, but not the United States. Toyota told NHTSA at the time they had no similar information in the United States and that is why Toyota delayed the recall for nearly a year in America. Toyota paid the maximum fine in December 2010 of over $16 million as a result of Mr. Kristensen's investigation.

Good Morning America, *USA Today*, AP, *Los Angeles Times*, *Washington Post*, KNBC and the *Daily Journal* have all reported on Mr. Kristensen's relentless effort to hold manufacturers accountable.

Mr. Kristensen was born in Massachusetts and raised in North Andover. Mr. Kristensen received his Undergraduate degree in Political Science at the University of Oregon. Upon graduation, Mr. Kristensen moved to Los Angeles to work for the California Democratic Party in the 1998 election. In 1999, Mr. Kristensen received a scholarship to attend Washington & Lee University School of Law in Lexington, Virginia.

**Carolyn Deverich**

Carolyn Deverich is an associate of Strange & Carpenter. Ms. Deverich received her J.D. from Brigham Young University, *magna cum laude*, in 2007, where she served as senior editor of the BYU Law Review, competed on the Trial Advocacy team, and served as a small claims mediator in the Utah County court system. In 2006, she published a comment on First Amendment Establishment and Free Exercise rights in the BYU Law Review. She received her Bachelor of Arts in American Studies, *magna cum laude* and *University Honors*, from Brigham Young in 2004, and in conjunction with her Honors distinction, penned a thesis on American history and historical relativism. She has also published articles in the BYU Pre-Law Review, Insight Magazine, the Latin American Literature Forum, and the Americana Journal of American Studies.

Prior to joining Strange & Carpenter, Ms. Deverich worked as a litigation associate at the international law firm Paul, Hastings, Janofsky & Walker LLP where she specialized in securities law, business torts and class action claims. Before entering private practice, Ms. Deverich interned with the Criminal Appellate Division of the U.S. Department of Justice in Washington D.C.

**David Holop**

David Holop is an associate of Strange & Carpenter. Mr. Holop received his law degree from UCLA in 2011. While at UCLA, Mr. Holop was the Managing Editor for the UCLA Law Review, Managing Editor for the UCLA Journal of International Law and

7

Foreign Affairs, a volunteer for the El Centro Legal Mobile Clinic and LAFLA Landlord-Tenant Clinic and a mentor for the Law Fellows Outreach Program. Mr. Holop received his Bachelor of Science in Economics, *cum laude*, from the University of Pennsylvania, Wharton School.

**Adrian Bacon**

Adrian Bacon is an associate of Strange & Carpenter. Mr. Bacon received his law degree from UCLA in 2011. While at UCLA, Mr. Bacon was a member of the UCLA Mock Trial Competition Team, achieving Third Place in the Akin Gump Mock Trial Competition and participated in the Jones Day Moot Court, 1L Practice Competition. Mr. Bacon was also a member of the Journal of Law and Technology. Mr. Bacon received his Bachelor of Science in Business Administration from the University of Arizona - Eller College of Management, with a major in Economics and a minor in Philosophy.

**Jill Hood**

Jill Hood is a paralegal of Strange & Carpenter. She received her Associate of Science and Bachelor of Science degrees in Paralegal from the University of La Verne, where she served as Secretary to the Paralegal Association. Ms. Hood has been with Strange & Carpenter since 1997 and has many years of experience in complex litigation matters. Ms. Hood has extensive experience involving preliminary and final approval of class action settlements, including claim administration and distribution processes. Ms. Hood has extensive experience handling settlement classes consisting of multi-millions of members. Ms. Hood also has extensive experience in investigating claims and corporate wrongdoing.

**Carlo Aguilar**

Carlo Aguilar is a paralegal of Strange & Carpenter. He received his Bachelor of Arts degree in Political Science from the University of California, Los Angeles, where Mr. Aguilar was on the Dean's List.