# EXHIBIT G

# BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.

Since its beginning over two decades ago, Bartimus, Frickleton, Robertson & Gorny, P.C. has devoted itself to complex, often high stakes litigation. From mass torts to class actions, from medical malpractice to products liability, from railroad crossing and aviation cases to the prosecution of drug injury cases, the firm has served its clients with lawyers devoted to excellence in representation of those who entrust their legal matters to us.

The firm's class action practice has resulted in BFRG lawyers accepting leadership responsibility for class actions involving claims of consumer fraud by cell phone companies, damage to real estate from hydrocarbon spills, illegal hotel energy surcharges, faulty air bag installations by General Motors and hospital overcharges of the medically indigent. In addition, BFRG has done something few firms have ever done – actually tried a mass tort class action to a jury to verdict.

Along the way, the firm has been acclaimed as ladies and gentlemen who fight hard but fairly. Our work has earned us the respect of our opponents, so much so that a major insurance company asked that we represent them in class action litigation and a major materials company asked that we participate in major tort and injunctive litigation.

Representative Litigation:

*In re Facebook Internet Tracking Litigation.* Bartimus, Frickleton, Robertson & Gorny is Currently serving as Co-Lead counsel is this consolidated series of class action cases before the Honorable Edward J. Davila in the United States District Court for the Northern District of California. The case is in its relative infancy and currently the parties are briefing Rule 12 motions.

*In re AT&T Mobility Sales Tax Litigation.* Bartimus, Frickleton, Robertson & Gorny was appointed lead counsel in this consolidated case before the Honorable Amy St. Eve, District Judge for the Northern district of Illinois. In the summer of 2010 the firm presented a proposed settlement of the case to Judge St. Eve, which was ultimately given final approval in August of 2011 and resulted in a cooperative effort between the Settlement Class and AT&T Mobility to seek recovery of over $1.1 Billion in sales and other taxes that were remitted to some 1200 taxing jurisdictions throughout the United States and its territories. In addition, the settlement

resulted in the cessation of the collection of the taxes in question which represented a present value to the Settlement Class of over $2 Billion.

*State of Missouri ex rel. Nixon v. American Tobacco Co.,* In 1998, the Attorney General of Missouri chose the Bartimus firm to act as the lead firm for both the motions and appellate practice and all medical aspects of the tobacco litigation by which the State of Missouri sought recovery for its damages resulting from the sale of tobacco products to Missouri's citizens. The case resulted in a settlement in which Missouri will receive $6.4 billion.

*Rodriguez v. Hogan Transportation, Inc*. The firm received a $46 million verdict on behalf of the families of two persons killed in a truck collision. The verdict is the largest wrongful death verdict not involving punitive damages in Missouri's history.

*Blando v. Nextel.* The firm served as co-lead counsel for class action alleging Nextel's improper collection of a so-called federal program cost recovery fee falsely designated as a tax on bills to customers. Value of settlement exceeded $225 million.

*Benney v. Sprint*. Firm served as co-lead counsel in class action against Sprint for improper collection of E-911, wireless number portability and telephone number pooling charge. Settlement valued at more than $250 million.

*Class Actions for Uninsured Hospital Patients.* Co-lead counsel in class actions filed in California and Missouri against charitable hospitals that overcharged uninsured patients. The nearly $300 million in settlements resulted in wholesale modification of the hospitals' charitable care policies and refunds to persons who had overpaid on their hospital bills.

*Hudspeth v. Lake Quivira.* $20 Million verdict for victim of an accident at a residential lake community who was rendered quadriplegic while diving into the lake

*Clement v. Hammons Hotels, Inc.* Regional class action on behalf of persons improperly charged an energy surcharge as guests of Hammons Hotels. Firm served as co-lead counsel. Settlement valued at $10 million.

*Doyle v. Doe Run*. Class action certified against largest lead smelter in the United States for property damage. Litigation pending. Firm serves as lead motions and appellate counsel.

*Fen-Phen Litigation*. Firm represented over 2,000 persons injured as a result of the use of diet drug.

*Average Wholesale Price Litigation*. The Firm represents the State of Kansas in this litigation charging drug companies with overcharging Medicaid recipients for drugs and other health-care related devices. To date settlements totaling in excess of $40,000,000.00 have been secured and are prosecuting approximately 25 additional cases.

*September 11 Airline Litigation*. Firm served as part of the team representing airline victims of the September 11 terrorist attacks.

*Courtney Pharmaceutical Litigation.* Firm represented and obtained settlement from drug manufacturers for over 50 clients who had received diluted chemotherapy drugs from pharmacists. Settlement for all victims exceeded $60 million.

*Ford v. General Motors*. Co-lead counsel in breach of warranty claims against General Motors for improper design of airbag system in certain P-90 platform vehicles.

All told, the value of the firms' verdicts and settlements in class action, personal injury and medical malpractice actions exceed $4 billion.

From the firm the following individuals will be responsible for handling this case.

**James P. Frickleton**.  Jim Frickleton has practiced law in the Kansas City area for nearly twenty seven years, creating an enviable record as a trial lawyer, educator and Bar leader.  Jim taught trial advocacy at the University of Missouri-Kansas City Law School for eight years and is a frequent lecturer at local and national CLE programs.  He is a past president of the 5000 member Kansas City Metropolitan Bar Association.  During his career Jim has garnered numerous professional honors and awards.  For the last four years he has been named as one of the "Top Ten" lawyers in all of Missouri and Kansas by the Super Lawyers magazine.

Jim is a fellow of the American College of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA), and is a Fellow in the International Society of Barristers. He has served on the Missouri Supreme Court Committee for Civil Jury Instructions for the last twenty years.  Jim has tried in excess of fifty jury trials in a variety of jurisdictions, including Missouri, Kansas, Oklahoma, California, South Carolina and Maryland.

**Edward D. Robertson, Jr**.   Chip Robertson is the former Chief Justice of the Missouri Supreme Court.  He served as a member of the State's highest Court for 13 years, having been appointed to that Court after serving as the Deputy Attorney General of Missouri and later as Governor John Ashcroft's Chief of Staff.  As Deputy Attorney General of Missouri, Robertson oversaw the entirety of the state of Missouri's litigation, was deeply involved in the management of that litigation and, particularly relevant to the issues raised in this case, helped build the Attorney General's Consumer Protection Division into a fully operational and highly effective protector of Missouri's consumers.  In addition to serving as the lead counsel in a number of cell

phone and other class actions, Robertson was also named liaison counsel in the Organic Milk MDL before Judge Richard Webber in St. Louis.

**Stephen M. Gorny.**  Steve Gorny has practiced law in Kansas and Missouri for 18 years. Steve started his career at a large defense firm in the Kansas City area. He joined Bartimus, Frickleton, Robertson & Gorny in 1998 and has focused his career on product liability claims, transportation incidents, and business torts. He has resolved numerous multi-million dollar cases by way of verdict and settlement. He has served on the Board of Governors of the Missouri Trial Attorneys since 1999, and currently sits as an elected member of its Executive Committee. Steve has served as the Torts Law Chairman for the Kansas City Metropolitan Bar Association. He is a frequent lecturer on litigation topics both locally and around the country.

Steve has been listed in Best Lawyers in America for the past five years, has been a Kansas and Missouri Super Lawyer for the past six years, and is frequently selected as "Best of the Bar" in Kansas City. He is a Top 100 Trial Lawyer as designated by The American Trial Lawyers Association. He is a past president of the Mid-America Chapter of the Leukemia and Lymphoma Society and has received numerous awards for his service and fundraising efforts on behalf of the organization.

**Mary Doerhoff Winter.**  Mary Winter has focused her law practice in the areas of class actions, appellate practice and government relations for over twenty years.  Prior to joining Bartimus, Frickleton, Robertson & Gorny, Mary had her own law practice, The Winter Group, P.C.  Her legal and legislative clients included the Missouri State Tobacco Recovery Project, Bartimus, Frickleton, Robertson & Obetz, The Strong Law Firm, Mid-America Health, and the Workforce Development Transition Team for Missouri Governor Carnahan.  She has also worked as general counsel and director of legislative affairs to the Missouri Department of

Economic Development and as general counsel to the Missouri Chamber of Commerce.  In 1990, she was judicial clerk to Missouri Supreme Court Chief Justice Edward D. Robertson, Jr. Mary has served as the Chairman of the Missouri Bar Association's Tort Law Committee and as Associate Editor of the Tort Law Section of the Missouri Bar's Courts and CLE Bulletin.  Her experience in class action litigation and working knowledge of state governmental affairs are of unique value to this case.