# EXHIBIT H

# stewartslaw

www.stewartslaw.com

| | |
|---|---|
| 1201 North Orange Street, Wilmington, DE 19801<br>**Telephone** +1 (302) 298-1200  **Fax** +1 (302) 298-1222 | 535 Fifth Avenue, 4th Floor, New York, NY 10017<br>**Telephone** +1 (212) 897-3730  **Fax** +1 (212) 897-3733 |
| 5 New Street Square, London, UK EC4A 3BF<br>**Telephone** +44 (20) 7822-8000  **Fax** +44 (20) 7822-8080 | 9 Bond Court, Leeds, UK  LS1 2JZ<br>**Telephone** +44 (11) 3222-0022  **Fax** +44 (11) 3222-0044 |

## FIRM BIOGRAPHY

London-based Stewarts Law ("Stewarts Law" or the "Firm"), with over 100 lawyers in London, Leeds, New York and Delaware, is the UK's largest litigation-only firm.  The Firm acts for corporate, institutional investor and individual clients and has leading and specialist departments in antitrust litigation, aviation and travel, clinical negligence, commercial litigation, divorce and family, employment, investor protection litigation and personal injury.

Stewarts Law operates as Stewarts Law LLP in the United Kingdom and as Stewarts Law US LLP in the United States. The Firm is top ranked in both the Legal 500 and Chambers, the leading guides to the legal profession.  Stewarts Law is recognized by clients and peers alike as one of the top international litigation firms:

- Top-ranked in both the Legal 500 and Chambers UK.

- Winner, Niche Law Firm of the Year, 2009 (The Lawyer Awards).

- Winner, Best Managed Firm, 2010 Managing Partners Forum European Practice Management Awards.

- Winner, Niche Law Firm of the Year (Leeds Office), 2010 Yorkshire Lawyer Awards.

- Described by the Legal 500 as "the preeminent firm in this country dealing with personal injury/fatal accident claims from aviation accidents."

- Noted by Chambers and Partners as "the firm of choice for countless wealthy City professional, entertainment and sports industry clients looking for advice and representation in complex divorce proceedings."

August 2012 Page 2

Recent and current cases of note include:

*The Sisters of Charity of Jesus and Mercy (and others) v. Morgan Stanley*, Case No. 2010/960 (High Court of Justice, Queen's Bench Division, London), related to the fall-out from the sale of complex derivative products to investors in Ireland, including the Sisters' loss of €5 million due to Morgan Stanley's improper actions.

*In re: Facebook Internet Tracking Litigation*, No. 5:12-md-2314-EJD (N.D. Cal.), a digital privacy class action seeking $15 billion on behalf of Facebook users whose internet use was allegedly tracked illegally and secretly by Facebook; Stewarts Law was appointed interim co-lead counsel for the class by the Court in May, 2012.

*Attrill (and others) v. Dresdner Kleinwort Ltd. and Commerzbank AG* (High Court of Justice, London), a ground-breaking action against a German bank on behalf of employees for €50 million. Stewarts Law secured a complete victory for the employees in what the Lawyer Magazine called one of the most significant cases of 2012.

*In re: Advance America, Cash Advance Centers, Inc. Shareholders Litigation*, Consol. C.A. No. 7255-VCP (Del. Chancery), a shareholder class action on behalf of investors in a Delaware corporation being purchased by a Mexican rival for approximately $780 million. Stewarts Law was appointed by Vice Chancellor Parsons as Delaware Liaison Counsel for the class in May, 2012. (Settlement pending approval by the Court of Chancery).

*Hull City Football Club v. Duffen* (High Court of Justice, London): Stewarts Law is representing the Football Club against its former chairman for the misuse of the team's expenses and improper payments to football agents.

*In re: Molycorp, Inc. Shareholder Derivative Litigation*, Consol. C.A. No. 7282-VCN (Del. Chancery): Vice Chancellor Noble appointed Stewarts Law as co-lead counsel in June, 2012 in a derivative action against the board of directors of Molycorp, Inc., related to an alleged scheme that may have netted insiders in excess of $1 billion of profit at the expense of the company.

*Marylebone PCC Limited -- Rose 2 Fund v. Millennium Global Investments, Ltd., et al.*, 12-cv-3835-PAC (S.D.N.Y.): Stewarts Law is acting as co-counsel for a Guernsey-based investor in a proposed class action on behalf of investors in a hedge fund family consisting of a Delaware fund and two offshore funds in receivership in Bermuda. The defendant fund manager was arrested in New York in December, 2011 for criminal securities fraud with respect to his management of the fund, which resulted in the loss of $800 million.

> *LoanHD, Inc. v. Elliot Bay Associates, Inc*., C.A. No. 6745-VCG (Del. Chancery), lawyers at Stewarts Law successfully prosecuted a Section 225 action in 2011 under the Delaware Corporate Code for control of the corporation's Board and to declare that a CEO had been validly removed.
>
> *In re: Harbinger Capital Partners Funds Investor Litig.,* No. 1:12-cv-01244-AJN (S.D.N.Y.): Stewarts Law is acting as class counsel in a proposed class and derivative action against Philip Falcone and other managers of six Harbinger hedge funds (three Delaware funds and three Cayman Islands funds), seeking damages of approximately $3 billion.
>
> *In re: Par Pharmaceutical Companies, Inc. Litig.*, C.A. No. 7715-VCP (Del. Chancery): Stewarts Law was appointed in August, 2012 as liaison counsel for the class in a shareholder class action challenging a private equity buy-out of a Delaware corporation.

*Stewarts Law's Wilmington, Delaware Office*

Stewarts Law launched its Wilmington office on May 1, 2012, and Wilmington is the home of the Firm's new Investor Protection Litigation department. The department represents individual and institutional investors in securities class actions and individual cases, mergers and acquisitions (M&A) and fiduciary duty litigation, shareholder derivative actions and hedge fund/alternative entity litigation. The department, with offices in both the US and UK, is uniquely placed to meet the global litigation needs of international investor clients in American, English and European courts. The Wilmington office also handles all other US litigation needs, including complex consumer and digital privacy class action litigation.

Stewarts Law lawyers have represented some of the largest international investors in the United States and Europe in all aspects of investor protection litigation and have been involved in a number of leading and ground-breaking cases, and the Firm is uniquely positioned to litigate cases on both sides of the Atlantic. The Firm's lawyers have a national and international reputation in US class action cases, individual actions and UK securities litigation.

*The Wilmington Team*

**David A. Straite** works in the Firm's New York and Wilmington offices, and is the Head of Investor Protection Litigation at Stewarts Law.  He has represented some of the largest investors in the United States and Europe in all aspects of corporate governance and shareholder derivative actions, hedge fund disputes and securities actions.  He has also advised investors and multinational corporations during HSR and CFIUS pre-merger reviews, and represents consumers in digital privacy actions.  He has appeared on BBC World News, Sky News and Channel 10 (Tel Aviv, Israel) in connection with his work at Stewarts Law, and recently conducted a 30-minute podcast on the "Digital Detectives" show on the Legal Talk Network, focusing on current digital privacy litigation and the future of digital privacy rights.

David has worked as an Associate in the antitrust department of the New York office of Skadden Arps Slate Meagher & Flom LLP, and also practiced in the Delaware office of Grant & Eisenhofer P.A. focusing on investor protection litigation.  Before joining Stewarts Law US LLP he co-founded Wilmington-based Sianni & Straite LLP with Ralph Sianni.

David is a 1996 *magna cum laude* graduate of the Villanova University School of Law.  David is also a 1993 graduate of the Murphy Institute of Political Economy at Tulane University in New Orleans.

David is a member of the Delaware State Bar Association, the ABA Section of International Law (Europe Committee, and International Securities and Capital Markets Committee) and ABA Section of Litigation, and the Royal Society of St George, Delaware Chapter.  David is admitted to practice in New York, Delaware, Pennsylvania, New Jersey and Washington D.C., and several federal courts, including the District of Delaware.

**Ralph N. Sianni** is based in the firm's Delaware office and is the Managing Partner of Stewarts Law US LLP. He has extensive experience in representing shareholders and investors in cases involving complex mergers and acquisitions, accounting fraud and stock option backdating. Ralph is also experienced in matters of Delaware corporate law.

Before entering private practice Ralph served as a law clerk to the Hon. Stephen J McEwen, Jr., President Judge of the Pennsylvania Superior Court. Upon entering private practice Ralph practised at leading investor protection litigation firms including Grant & Eisenhofer P.A. Before joining Stewarts Law US LLP, he co-founded Sianni & Straite LLP with David Straite.

Ralph earned his law degree from the Boston University School of Law where he served as Editor of the Boston University Public Law Journal. He also earned an MA in history from Yale University and a BA in history from the University of Pennsylvania.

Ralph is a member of the Delaware State Bar Association, the New York State Bar Association, the Federalist Society, the Supreme Court Historical Society, the St. Thomas More Society, the Justinian Society and the Royal Society of St George, Delaware Chapter. He is admitted to practice in New York, Delaware, Pennsylvania, Washington, D.C. and several federal district courts (including the District of Delaware) and the United States Supreme Court.

**Michele S. Carino** is Senior Counsel at Stewarts Law, based in the firm's Delaware office. She has managed a wide range of investor protection litigation including securities class actions, individual and opt-out securities litigation and expedited shareholder and corporate governance litigation in the Delaware Court of Chancery. Additionally, Michele has extensive deposition experience of high-ranking deponents, including officers, directors and investment

bankers and has expertise in all aspects of discovery and motion practice. She has assisted on a number of high value and complex cases in Delaware and New York.

Michele has worked as a litigation associate in the New York office of Jones Day, and later the New York office of Stroock & Stroock & Lavan LLP where she obtained experience in all areas of complex commercial litigation. Before joining Stewarts Law US LLP, Michele was Senior Counsel to Grant & Eisenhofer P.A. in Delaware.

Michele is a 1999 *magna cum laude* graduate of Georgetown University Law Center in Washington D.C., and a 1992 Economics graduate from the State University of New York. Michele is a member of the Bars of the State of Delaware, the State of New York, and the District of Delaware.

**Lydia York** is a Staff Attorney and the Office Manager for the US Offices and is a licensed accountant in the US (CPA).  She has assisted with the start-up of several companies, and has held positions over the years as an investment analyst, financial consultant, staff accountant and director of operations and treasurer. After deciding to become a lawyer, Lydia clerked for the U.S. Attorney's Office, Eastern District of Pennsylvania, where she helped to prosecute criminal nursing home abuse and drug offense cases.  She has also clerked for the Hon. Philip Lewis Paley in New Jersey, and is currently a Member of the Vestry at St. Barnabas Church in Mill Creek, Delaware.

Lydia has an MBA (Finance) from the University of Pennsylvania's Wharton School and has two law degrees from Temple University in Philadelphia (J.D. and L.L.M. in Taxation). Lydia is a member of the Bar of the States of Delaware, New Jersey, and Pennsylvania, and the District of Delaware.

**Noah R. Wortman** is the Director of Case Development for the Investor Protection Litigation Department, and has more than a decade of experience helping to find litigation solutions for investors and providing invaluable research support for attorneys. He is also senior paralegal for the US offices. Noah has worked at investor protection law firms where he has helped to build and maintain client relationships.  He is resident in the Delaware office and works in both Delaware and New York.

Noah was a paralegal in the New York office of Skadden, Arps, Slate, Meagher & Flom LLP, worked in the Business Development department for four years at Kessler Topaz Meltzer & Check LLP and was the Case Development Director for more than five years in the Wilmington office of Rigrodsky & Long, P.A.

Noah attended the Albert A. List College of the Jewish Theological Seminary of America and Columbia University in New York where he majored in Bible and Political Science.   Noah is a non-attorney member of the American Bar Association and the Philadelphia Bar Association.

Stewarts Law US LLP is a limited liability partnership established in the State of Delaware with file no. 5117984 and with offices at 1201 North Orange Street, Wilmington, DE 19801 and 535 Fifth Avenue, 4th Floor, New York, NY 10017.

Stewarts Law US LLP is affiliated with Stewarts Law LLP which is a practice of solicitors authorised and regulated by the Solicitors Regulation Authority in England.  Stewarts Law US LLP is not regulated or authorised by the Solicitors Regulation Authority.