# EXHIBIT J

## Eichen Crutchlow Zaslow & McElroy, LLP
## FIRM BIOGRAPHY

### General

Eichen Crutchlow Zaslow & McElroy, LLP is a leading Plaintiff's law firm, based in New Jersey, with offices in Edison, Red Bank and Toms River. Over the last 10 years, our attorneys have recovered more than 550 million dollars in jury verdicts and settlements. The firm specializes in medical malpractice, catastrophic personal injury, mass torts, class actions, and consumer fraud litigation. Recently the firm was solicited to act as co-trial counsel on behalf of the Commonwealth of Pennsylvania, which successfully sued several pharmaceutical companies for complex fraudulent billing practices. The $51 million verdict in that case was the second largest recovery in Pennsylvania that year.

In addition to hundreds of individual cases, the firm has been involved in numerous class action litigations including: Co-Lead Counsel In re Schering-Plough Corp.; Intron/Temodar Consumer Class Action; Steering Committee Member Vytorin Litigation; Steering Committee Phen-Fen Drug Litigation; Lead of NJ State Steering Committee In re Rezulin Drug Litigation; In re Plasma Derivative Blood Protein Therapies Antitrust Litigation; In re Wellpoint, Inc. Outof-Network "UCR" Rates Litigation; Lozinak v. The Pep Boys -- Manny Moe & Jack; Dyer v. Wakefern Food Corp. and Chandra v. Metro Honda Consumer Fraud Litigation.

Members of the firm have participated in precedent setting consumer class action litigation, including Ting v. AT&T, 182 F. Supp.2d 902 (N.D. Cal. 2002), 319 F.3d 1126 (9th Cir. 2003) (interaction of Federal Arbitration Act and doctrine of unconscionability regarding arbitration clauses prohibiting consumer class actions); as well as Toppings v. Meritech Mortgage Services, 569 S.E.2d 149 (W.Va. 2002); and Ex rel. Dunlap, 567 S.E.2d 265 (W.Va. 2002). The firm has also been among those approved by the New Jersey Attorney General as qualified to represent the State against polluters in Natural Resource Damages Super Fund litigation. Firm members have also participated in writing and preparing litigation manuals such as those in the National Consumer Law Center/ Trial Lawyers for Public Justice Consumer & Credit Legal Sales Practices Series. See, Acknowledgment to Consumer Arbitration Agreements: Enforceability and Other Topics, Second Edition.

### Litigation Practice/Department

Through representation in numerous precedent-setting cases, jury verdicts, and settlements, Eichen Crutchlow Zaslow & McElroy, LLP has earned a national reputation. Firm partners have been asked to speak to national audiences on various aspects of medical malpractice, products liability and trial skills, and have been recognized for their professional accomplishments by inclusion in The Best Lawyers in America, and the "Top 100 Lawyers" in publications such as Super Lawyers. Their verdicts have been included in the National Law Journal's "Top 100 Verdicts". Partners of the Firm have served on the Board of Governors of NJAJ and on steering committees of the Phen-Fen and Rezulin drug litigation cases. The Firm is also an active participant in other mass torts, including, but not limited to, the Fosamax and Neurontin drug litigation.

3867-1

**BARRY R. EICHEN, Principal**

Mr. Eichen has been recognized for his professional accomplishments in many ways, including his selection as one of the "Top 100 Lawyers" by Super Lawyers, his membership in the Million Dollars Advocate Forum, service on the Board of Governors of NJAJ, and teaching at numerous seminars. He is also listed in Ten Leaders of Civil Trial & Personal Injury Law of New Jersey and has sat on the steering committees of the Phen-Fen and Rezulin drug litigations. To his credit, Mr. Eichen was brought in as co-trial counsel when the Commonwealth of Pennsylvania needed a trial lawyer to try its case against several pharmaceutical companies for fraudulent billing practices. The case had been litigated for over ten years before the Commonwealth called upon Mr. Eichen and the verdict of $51 million was not only one of the largest in Pennsylvania, but it acted as the catalyst for several other recoveries the Commonwealth obtained from other pharmaceutical companies in similar litigation in which Mr. Eichen was co-counsel for the Commonwealth. Another of his successes at trial includes what is believed to be the largest FELA verdict for a client who suffered from pulmonary fibrosis.

**WILLIAM O. CRUTCHLOW, Principal**

Mr. Crutchlow is a Certified Civil Trial Attorney and is a life member of the Multi-Million Dollar Advocates Forum. He focuses on medical malpractice and complex personal injury cases and regularly lectures on these subjects. Some of Mr. Crutchlow's notable recoveries include an $18 million verdict on behalf of a chemotherapy patient, a $9.6 million settlement on behalf of a baby who sustained brain damage as a result of the physician's mismanagement of a twin pregnancy and several other multimillion dollar verdicts and recoveries.  He also secured a $1.8 million settlement for a child who sustained an Erb's palsy injury at birth. Mr. Crutchlow previously served as a member of the Supreme Court of New Jersey District X Ethics Committee and he has also been consistently recognized as a New Jersey Super Lawyer.

**DARYL L. ZASLOW, Principal**

Mr. Zaslow is included in the Best Lawyers in America, The National Trial Lawyers list of Top 100 Trial Lawyers and New York Area's Top Attorneys.  He has been named to the Top 100 in New Jersey Super Lawyers' list of Top 100 Lawyers and is listed in Ten Leaders of Civil Trial & Personal Injury Law of New Jersey, Age 45 & Under. He concentrates his practice in various areas of medical malpractice, including obstetrical malpractice, failures in prenatal diagnosis of birth defects and failures to diagnose cancer cases. He also represents victims in wrongful death and significant personal injury cases. Mr. Zaslow was appointed to the Advisory Board of The National Crime Victim Bar Association, a national organization devoted to providing support to attorneys representing crime victims in civil actions.  In the last several years, Mr. Zaslow has obtained several multimillion dollar verdicts for his clients. Some of these verdicts include a $5.5 million verdict in an Erb's Palsy Shoulder Dystocia case and an $8.2 million verdict in a wrongful birth malpractice case in which Mr. Zaslow represented a 4 year old child with Down syndrome. Mr. Zaslow is a frequent lecturer for the American Association for Justice, the New Jersey Association for Justice and for the New Jersey Institute for Continuing Legal Education on subjects including medical malpractice, wrongful birth and trial practice.

3867-1