# EXHIBIT K

## MurphyPA

Led by William H. "Billy" Murphy, Jr., a 1965 graduate of MIT in electrical engineering and former judge on the Circuit Court for Baltimore City, MurphyPA has significant experience prosecuting and defending complex class actions in state and federal courts across the country. MurphyPA has defended, among others, Microsoft, H&R Block, and Scottsdale Insurance in some of their most significant class actions.  The class actions in which MurphyPA has been involved include:

a. *Rahn D. Jackson, et al. v. Microsoft Corp.*, USDC, Western District of Washington (2000) (successfully defended $5 billion employment race discrimination class action);

b. *Rudolph A. Greene, Sr., et al. v. Famous Pawnbrokers/First Cash Loans Inc., et al.,* USDC, District of Maryland (2000) (represented class of debtor plaintiffs in statewide class action against payday loan lenders);

c. *Monique Donaldson, et al. v. Microsoft Corp.*, USDC, Western District of Washington (2001) (defended and defeated class certification in $3.5 billion employment gender and race discrimination class action);

d. *Gary J., et al. v. State of Maryland,* USDC, District of Maryland (2002) (Boot Camp case) (represented class of juvenile offenders against the Maryland Department of Juvenile Justice's detention program for damages allegedly caused by systematic physical abuse, settlement included cash payments and tuition assistance);

e. *Green, et al. v. H&R Block, Inc., et al.,* Circuit Court for Baltimore City, Maryland (2002) (defended and settled statewide class action based on H&R Block's Refund Anticipation Loan product);

f. *McNulty, et al. v. H&R Block, Inc., et al.,* Court of Common Pleas of Lackawanna County, Commonwealth of Pennsylvania (2002) (defended and settled statewide class action based on electronic filing fees charged to consumers);

g. *Cummins, et al. v. H&R Block, Inc., et al.*, Circuit Court of Kanawha County, West Virginia (2003) (defended and settled nationwide class action based on H&R Block's Refund Anticipation Loan product);

h. *Lynne A. Carnegie, et al. v. H&R Block, Inc., et al.,* USDC, Northern District of Illinois (2003) (defended H&R Block in nationwide class action alleging violations of the Truth in Lending Act and the Racketeer Influenced and Corrupt Organizations Act);

i. *People of the State of New York, by the Attorney General v. H&R Block, Inc., et al.*, Supreme Court of New York City, New York (2006) (defended H&R Block in action brought by the Attorney General of the State of New York);

   j. *Laura D. Starks, et al. v. H&R Block, Inc., et al.*, Circuit Court for the City of St. Louis, Missouri (2006) (defended and settled statewide class action against H&R Block's Express IRA product);

   k. *Lynn Kohan, et al. v. H&R Block, Inc.,* Superior Court for the District of Columbia (2006) (defended District-wide action);

   l. *In re H&R Block, Inc., Express IRA Marketing Litigation,* USDC, Western District of Missouri (2006) (defended H&R Block in national class action based on excessive fees charged to consumers);

   m. *Gayle K. Queen, et al. v. Constellation Power Source Generation, Inc.*, Circuit Court for Baltimore City, Maryland (2007) (represented class of homeowner plaintiffs in statewide class action against Constellation Power for damages caused by fly ash contamination, settled for $55 million);

   n. *Billieson, et al. v. Scottsdale Insurance and Housing Authority of New Orleans,* Civil District Court for the Parish of Orleans, State of Louisiana (defended $5 billion class action brought against defendants by 2,400 children injured by lead paint, settled for $55 million); and

   o. *Do Right's Plant Growers, et al. v. RSM Equico, Inc., et al.*, Superior Court for Orange County, California (2011) (settlement counsel for defendant).

   Because of his expertise in science and technology and his 42 years of successful trial and class action experience, Mr. Murphy became a member of the PSC in *In re: Facebook Internet Tracking Litigation*, Case No. 5:12-md-02314 EJD, USDC, Northern District of California (2012) and was selected chairman of the expert witness committee. In that capacity, he has already begun to interview and consult with extraordinarily well-qualified, nationally acclaimed computer science experts to be involved in this case.

   In addition to class action litigation, Mr. Murphy and his partners Kenneth Ravenell, Mary Koch and Paula Xinis have tried over 400 jury trials in state and federal court, an unmatched level of trial experience. In addition to Murphy, Ravenell, Koch and Xinis, MurphyPA's role in this case will be augmented by associates Tonya Osborne Baña (J.D. Stanford University 2001, B.A. Harvard University 1995, Psychology), who has extensive class action litigation experience, and Gregory Kirby (J.D. University of Maryland School of Law 2005, B.S. Mt. St. Mary's University 1998, Biology and Computer Science), who was a software engineer at Siemens Medical Solutions from 1998-2002, where he programed in C++, Visual Basic, Java, and HTML.