# EXHIBIT L

# The Bryant Law Center, PSC

601 Washington Street
Paducah, KY  42003
(270) 442-1422

The Bryant Law Center, PSC is a Martindale-Hubbell "A Rated" law firm located in Paducah, Kentucky, which has successfully handled many class actions and large, complex cases.  Mark Bryant's ability as a trial attorney and the ability to effectively handle the legal action called for in this case are highlighted by the fact that he is a Martindale-Hubbell "AV Preeminent Peer Rated" attorney.  He has been a practicing trial attorney for nearly forty years and acted as a plaintiff's attorney since 1991 after serving as Commonwealth Attorney for the 2nd Judicial Circuit for thirteen years.  Mark Bryant has previously been appointed Special Assistant Attorney General and is currently on the Visiting Committee of the University of Kentucky College of Law.  He has previously been appointed by four separate Governors and the Chief Justice of the Kentucky Supreme Court to serve on numerous statewide committees and commissions and was recently honored as the Outstanding Attorney in the Region.  He was also named one of the top 100 Lawyers in Kentucky by the American Trial Lawyers Association.

The practice of the Bryant Law Center is focused on representing clients in Kentucky, but has handled or is currently involved in cases in Illinois, Tennessee, Ohio, Delaware and California.  Among the types of cases the Bryant Law Center has litigated or is litigating are consumer class action claims against Sam's Club, property and personal injury claims stemming from train derailments in Tamaroa and Rockford, Illinois, student fraud claims against for-profit colleges in Kentucky, Ohio and Tennessee and products liability claims stemming from defective medical devices and prescription drugs.  Additionally, the Bryant Law Center is currently prosecuting digital privacy claims against Facebook and Google in California and Delaware.

Mark Bryant graduated from the UK College of Law in 1973.  Focusing his practice in general civil litigation, personal injury and criminal defense, Mr. Bryant has been awarded an AV Preeminent Rating at Martindale-Hubbell by peer review.  Mr. Bryant has spearheaded complex litigation stemming from train derailments and the subsequent injury to persons and property in Illinois.  He negotiated a class action settlement for consumers deceived by a national retailer into purchasing products bearing counterfeit branding.  He has represented students in class actions for claims against for-profit post-secondary educational institutions.

In 2012 Mr. Bryant was appointed Trustee of the University of Kentucky by Governor Steven Beshear.  He was previously appointed to the Kentucky Law Enforcement Counsel by Governor Julian Carroll, the Kentucky Crime Commission by Governor Julian M. Carroll, the Governor's Task Force on Crime by Governor John Y. Brown, the Kentucky Jail Standards Commission by Governor John Y. Brown, the Kentucky Child Abuse Prevention Board by Governor Martha Layne Collins and the Criminal Rules Committee by Chief Justice Robert F. Stephens.

Mr. Bryant is admitted to practice law in the courts of Kentucky as well as the Sixth Circuit Court of Appeals.  He is a member of the Kentucky Justice Association, the American Association for Justice, and the Kentucky Bar Association.  He is married and has three children, two of whom are lawyers, one of those being a Kentucky District Court Judge.

3871-1