# EXHIBIT M

# Barnes & Associates

219 East Dunklin Street
Jefferson City, MO  65101
(573) 634-8884

Based in Missouri, Jay Barnes is dedicated to protecting clients in the areas of worker's compensation, personal injury, criminal defense, and digital privacy rights.  In addition to the current action against Google, Inc., Jay is also taking an active role in *In Re: Facebook Internet Tracking Litigation*, MDL No. 02314, providing expert assistance to steering committee member Andrew Lyskowski at the Bergmanis Law Firm, including the application of the Wiretap Act to web tracking, issues involving computer hardware and software, and coordination with co-counsel regarding document preservation and preparation for discovery.  As a proposed member of the plaintiff's steering committee, Jay would have the additional support of the Bergmanis Law Firm.

Jay has also been involved in numerous other consumer actions, include a high-profile class action against LegalZoom, Inc. related to the unauthorized practice of law in the state of Missouri, a case which was resolved favorably for the plaintiffs prior to trial after extensive discovery.  *Janson v. LegalZoom*, 2:10-CV-04018 (W.D. Mo.).

In addition to his law practice, Jay also currently serves as a state representative in the Missouri House of Representatives, representing western Cole County.  In 2011, he was named chairman of the House Special Committee on Government Oversight and Accountability to lead an extensive investigation into the failure of a $39 million bond issue connected to the authorization of an additional $17 million in state tax credits.  Prior to private practice, Barnes served as General Counsel to the President Pro Tem of the Missouri Senate and as a senior policy aide and legal counsel to Missouri Governor Matt Blunt.

Jay was recently awarded the Myrtle Smith Oden Service Award by the Jefferson City NAACP at the 2011 Freedom Fund Dinner.

3869-1