# EXHIBIT G

# STEWARD LAW FIRM, LLC

The Steward Law Firm, LLC's principal, John Steward, has devoted his practice to class action, complex litigation, consumer and privacy protection cases for over fifteen years. John has litigated a wide array of consumer and class action issues and has been appointed as Class Counsel in numerous cases. Although based in Missouri, John has participated as counsel in state and federal class actions throughout the United States, including Missouri, Illinois, Kentucky, Louisiana, New York, New Jersey, Massachusetts, Florida, Texas and California. Among those cases were some of the largest nationwide privacy breach cases.

## Selected Representative Litigation

*Bi-Lateral Class Action: Sales Tax Refund Litigation*
Co-Lead Class Counsel. The case is significant in that it was the first certified bi-lateral class action in Missouri history. The case concerned the alleged unlawful collection of sales taxes on items that were not legally subject to sales tax. The plaintiff class was composed of tens of thousands of persons who paid the sales tax and the defendant class was composed of approximately four hundred Missouri businesses that collected the sales tax. The litigation required coordination and organization of extremely large amounts of data produced by the defendant class and coordination with the Missouri Department of Revenue for tax refunds. A partial settlement with approximately ninety-percent of the defendants in that case produced a multi-million dollar cash fund. The case was tried against the remaining non-settling defendants and a substantial monetary judgment was entered for plaintiffs. John Steward was one of two co-lead class counsel.

*Class Action: Karen S. Little, LLC v. Drury Inns, Inc.*
Co-Lead Class Counsel. This case involved the alleged violation of the privacy protections in the federal Telephone Consumer Protection Act. Class certification was affirmed on appeal. This case is significant in that it was the first to hold that the federal Hobbs Act did not establish a jurisdictional bar to a state court's rejection of a federal agency's interpretation of a federal statute. John Steward was co-lead class counsel and successfully argued the case before the Court of Appeals. On remand, a classwide settlement was reached producing a substantial monetary recovery for the class.

*Class Action: In re Countrywide Financial Corp. Customer Data Security Breach Litigation*
Additional Plaintiff Counsel. This MDL proceeding was a forty-case data breach matter involving claims relating to a former Countrywide employee's theft and sale of millions of Countrywide customers' private and confidential information. The litigation resulted in a nationwide settlement which was granted final approval.

*Class Action: Beringer vs. Certegy Check Services, Inc.*
Additional Plaintiff Counsel. This proceeding related to the theft of approximately 37 million individuals' private and confidential information from Certegy Check Services, Inc.'s computer databases. The litigation resulted in a nationwide settlement which was granted final approval.

*Class Action: In re Heartland Payment Systems, Inc. Customer Data Security Breach Litigation.*
Additional Plaintiff Counsel. This MDL data breach case involved the theft of more than 120,000,000 credit and debit card numbers, and is believed to be the largest data breach to date. The litigation resulted in a nationwide settlement which was granted final approval.

*Class Action: In re TJX Retail Security Breach Litigation*
Additional Plaintiff Counsel. This MDL was a data breach case involving the theft of approximately 45,000,000 credit and debit card numbers used at TJX stores and the personal information of over 450,000 TJX customers. The litigation resulted in a nationwide settlement which was granted final approval.

*Missouri Second Injury Fund Litigation*
John is currently serving as lead counsel in a putative class action challenging the constitutionality of statutory amendments which caused Missouri's Second Injury Fund to become insolvent and unable to pay many millions of dollars in awards granted to the fund's claimants. John briefed, argued and successfully defeated the Missouri Attorney General's dispositive motion. John briefed and argued the plaintiffs' motion for summary judgment which currently remains under the Court's advisement.

*Class Action: Harjoe v PrimeTV*
Co-Lead Class Counsel. This case involved alleged violations of the privacy protections in the federal Telephone Consumer Protection Act. This case is significant in that it was the first TCPA case in Missouri in which class certification was granted on a contested basis.

*Class Action: Rental Car Surcharge Litigation*
Co-Lead Class Counsel. This was a case which challenged the nature of disclosing surcharges for rental cars. The litigation resulted in a class wide settlement which was granted final approval. John Steward was one of two co-lead class counsel.

*Fair Credit Reporting Act Litigation: Bruce v. First USA Bank, NA, et al.*
Co-Lead Counsel for Plaintiff. This case was the first of its kind brought in the Eastern District of Missouri and is significant in that it is widely cited throughout the United States as the first case to establish the requisite standard of care for credit reporting

agencies in investigating consumer credit disputes. John Steward was one of two co-lead plaintiff's counsel.

## Articles and Lectures

John authored the article Pre-Dispute Mandatory Binding Arbitration Clauses in Consumer Contracts which was published in the St. Louis Bar Journal. He was the sole lecturer and program developer for The Bar Association of Metropolitan St. Louis' continuing legal education seminar titled The Basics of Using the Fair Credit Reporting Act (FCRA) to Protect Your Clients. In addition, John participated on the review committee for the Missouri Consumer Law Handbook.