# EXHIBIT K

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| JERALD P. BUSSE, STEVEN F. SCHWAB, ROB RUTHER, and MARK LAWSON, each individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation; AMERITECH MOBILE COMMUNICATIONS, INC., a Delaware corporation; CELLULAR TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a District of Columbia corporation; each separately and on behalf of all other entities similarly situated; SCIENCE ADVISORY GROUP ON CELLULAR RESEARCH n/k/a WIRELESS TECHNOLOGY RESEARCH, L.L.C., a Delaware corporation; and EPIDEMIOLOGY RESOURCES, INC., a Massachusetts corporation, <br><br> Defendants. | No. 95 CH 10332 <br><br> JURY DEMAND <br><br> Judge Ellis E. Reid |

**ORDER**

This matter coming to be heard on Plaintiffs' Amended Motion For Certification Of A Plaintiff Class, all parties being given due notice and appearing in Court by and through their respective counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiffs'-Amended Motion For Certification Of A Plaintiff Class is granted, and a Class is hereby certified and defined as follows:

All subscribers in the United States of America of cellular telephone services at any time during the period commencing November 1, 1993 and ending December 23,

1998, whose provider of cellular services entered into an agreement to provide personal information, including, *e.g.*, social security number, address, birth date, the ESN number (serial number) of a person's cellular phone, cellular phone number, and cellular phone records including the number of calls made and minutes used, regarding said subscribers to Epidemiology Resources, Inc.

2. Jerald P. Busse, Steven F. Schwab, Rob Ruther, and Mark Lawson are appointed Class Representatives.

3. William J. Harte, Esq., of William J. Harte, Ltd. and Ben Barnow, Esq., of Barnow and Goldberg, P.C. are appointed Class Counsel.

Date: _____  Enter: _____

Judge Ellis E. Reid

**ENTERED**
JUL 2 0 2000
JUDGE
ELLIS E. REID - #191

William J. Harte
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, Illinois 60602
(312) 726-5015
Atty No. 04410

Ben Barnow
Alan M. Goldberg
Barnow and Goldberg, P.C.
One North LaSalle Street
Suite 4600
Chicago, Illinois 60602
(312) 621-2000
Atty No. 37098