# EXHIBIT L

## Ben Barnow

| | |
|---|---|
| **From:** | John Wylie <JohnW@dglawfirm.com> |
| **Sent:** | Friday, September 07, 2012 9:36 AM |
| **To:** | 'Alan C. Raul'; 'Andrew Lyskowski'; 'Anthony J. Weibell'; 'Barry R. Eichen'; 'Ben Barnow'; 'Stephen Grygiel'; Brian Strange (lacounsel@earthlink.net); 'Brian Cohen'; 'Carol Thompson'; 'Clinton A. Krislov'; 'Corey Mather'; 'David H. kramer'; 'David J. Syrios'; 'David Shelton'; 'Edward R. McNicholas'; 'Emily Roark'; 'Erik A. Bergmanis'; 'Geoffrey S. Meyerkord'; 'Guri Ademi '; 'Hassan A. Zavareei'; 'Henry A. Meyer, III'; 'Howard Bushman'; 'John S. Steward'; 'John Yanchunis, Sr.'; 'Jonathan K. Tycko'; 'Jonathan Shub'; 'Joseph H. Malley'; 'Lance A. Harke'; 'Leo Cunningham'; 'Mark P. Bryant'; 'Maura Rees'; 'Michael H. Rubin'; 'Michelle L. Marvel'; 'R. Champ Crocker'; 'Randall O. Barnes'; 'Reginald Von Terrell'; 'Richard Coffman'; 'Sharon Harris'; 'Shpetim Ademi'; 'Stephen M. Gorny'; 'Susan Coletti'; 'Thomas Paciorkowski'; 'Tonia O. Klausner'; 'jimf@bflawfirm.com; David A. Straite; Michele S. Carino |
| **Cc:** | David Guin; Charles Watkins |
| **Subject:** | RE: In Re: Google Inc. Cookie Placement Consumer Privacy Litigation (1:12-md-02358-SLR) [SL-USACTIVE.FID1864] |

Dear Stephen and Brian: I have finally had a chance to look at your lead counsel motion and supporting papers, and was shocked to see that you listed my firm, even including a signature line for Chuck Watkins, as one that supports your motion. We were never consulted about this, in fact as far as I can tell you never called or otherwise sought to contact anyone in my firm about this. I do not support your petition, and instead will be supporting the motion to be filed by Ben Barnow, Richard Coffman and Lance Harke.

Please remove my firm's name and Chuck Watkins' signature line from all of your papers, and inform the court of this error.

Thanks for your anticipated cooperation.

*John R. Wylie*
Donaldson Guin LLC
300 South Wacker Drive
Suite 1700A
Chicago, Illinois 60606
(312) 878-8391
johnw@dglawfirm.com
www.dglawfirm.com