# EXHIBIT M

## Ben Barnow

| | |
|---|---|
| **From:** | Stephen Grygiel <sgrygiel@keefebartels.com> |
| **Sent:** | Friday, September 07, 2012 10:48 AM |
| **To:** | 'John Wylie'; 'Alan C. Raul'; 'Andrew Lyskowski'; 'Anthony J. Weibell'; 'Barry R. Eichen'; 'Ben Barnow'; Brian Strange (lacounsel@earthlink.net); 'Brian Cohen'; 'Carol Thompson'; 'Clinton A. Krislov'; 'Corey Mather'; 'David H. kramer'; 'David J. Syrios'; 'David Shelton'; 'Edward R. McNicholas'; 'Emily Roark'; 'Erik A. Bergmanis'; 'Geoffrey S. Meyerkord'; 'Guri Ademi '; 'Hassan A. Zavareei'; 'Henry A. Meyer, III'; 'Howard Bushman'; 'John S. Steward'; 'John Yanchunis, Sr.'; 'Jonathan K. Tycko'; 'Jonathan Shub'; 'Joseph H. Malley'; 'Lance A. Harke'; 'Leo Cunningham'; 'Mark P. Bryant'; 'Maura Rees'; 'Michael H. Rubin'; 'Michelle L. Marvel'; 'R. Champ Crocker'; 'Randall O. Barnes'; 'Reginald Von Terrell'; 'Richard Coffman'; 'Sharon Harris'; 'Shpetim Ademi'; 'Stephen M. Gorny'; 'Susan Coletti'; 'Thomas Paciorkowski'; 'Tonia O. Klausner'; 'jimf@bflawfirm.com'; David A. Straite; Michele S. Carino |
| **Cc:** | David Guin; Charles Watkins |
| **Subject:** | RE: In Re: Google Inc. Cookie Placement Consumer Privacy Litigation (1:12-md-02358-SLR) [SL-USACTIVE.FID1864] |

Dear John,

Our sincere apologies. Not entirely sure how this happened, but please be assured the mistake was totally inadvertent. We will indeed notify the court right away and file any amended papers necessary.

Again, apologies.

Kind regards.

Steve

Stephen G. Grygiel
Keefe Bartels LLC
170 Monmouth Street
Red Bank, NJ 07701
732-224-9400 ext. 203
732-784-6588 Direct Dial
732-539-3836 (cell)