UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To:<br>**All Actions** | C.A. No. 12-MD-02358 (SLR) |
| SOSSIN v. GOOGLE INC. | C.A. No. 12-CV-00797 (SLR) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen G. Grygiel, Esq. of the law firm of Keefe Bartels, LLC hereby enters his appearance as counsel on behalf of Plaintiff Larry Sossin, formerly a *pro se* plaintiff in this MDL.

/s/ Stephen G. Grygiel
Stephen G. Grygiel (Del. Bar No. 4944)
John E. Keefe, Jr.
Jennifer L. Harwood
**KEEFE BARTELS, LLC**
170 Monmouth St.
Red Bank, NJ 07701
732-224-9400
*sgrygiel@keefebartels.com*

*Counsel for Plaintiffs Ana Yngelmo and Larry Sossin, and Proposed Interim Co-Lead Class Counsel*

Dated: September 12, 2012