# EXHIBIT B

# WILSON SONSINI GOODRICH & ROSATI

Wilson Sonsini Goodrich & Rosati is the premier legal advisor to technology, life sciences, and other growth enterprises worldwide. We represent companies at every stage of development, from entrepreneurial start-ups to multibillion-dollar global corporations, as well as the venture firms, private equity firms, and investment banks that finance and advise them. The firm's broad range of services and practice areas are focused on addressing the principal challenges faced by the management, boards of directors, shareholders, and in-house counsel of our clients.

The firm is nationally recognized for providing high-quality services to address the legal solutions required by its enterprise and financial institution clients. Our services include corporate law and governance, public and private offerings of equity and debt securities, mergers and acquisitions, securities class action litigation, intellectual property litigation, antitrust counseling and litigation, joint ventures and strategic alliances, technology licensing and other intellectual property transactions, tax, and employee benefits and employment law, among other areas. Our distinguished international roster of clients span a wide variety of industries, including information technology, life sciences, energy and clean technology, media and entertainment, communications, retail, and financial services.

Client service is the cornerstone of our practice, and we strive to act as strategic partners to our clients by leveraging our expertise to provide innovative, responsive, and cost-effective legal services. We understand that the law is often a means to accomplish our clients' business objectives, and we pride ourselves on our intimate understanding of their industries and marketplaces. We also know that today's enterprises are facing unprecedented changes in the business, regulatory, and global landscapes, and we have the knowledge and experience to help them confidently adapt to such challenges with state-of-the-art solutions.

Wilson Sonsini Goodrich & Rosati has offices in Austin; Brussels; Georgetown, DE; Hong Kong; New York; Palo Alto; San Diego; San Francisco; Seattle; Shanghai; and Washington, D.C.

**Our Track Record**

- Advise more than 300 public enterprises and 3,000 private companies
- Consistently named one of "America's Best Corporate Law Firms" by *Corporate Board Member*
- Represent more companies that receive venture financing than any other U.S. law firm and consistently rank No. 1 by *Dow Jones VentureSource* for the number of venture capital deals handled each year
- Completed more than 100 public equity and debt offerings over the past five years, helping clients raise more than approximately $50 billion
- Have advised more U.S. companies in their initial public offerings than any other law firm since 1998
- Provided representation in more than 500 M&A transactions valued at over $150 billion in the last five years
- Annually rank among the top 10 M&A advisors in the U.S. and represent more technology enterprises in mergers and acquisitions than any other U.S. law firm
- Consistently acknowledged as one of the nation's leading securities litigation firms
- Litigated more than 200 patent lawsuits throughout the U.S. over the past five years and rank among the country's top law firms by number of patent cases defended
- Ranked among the top firms in *The American Lawyer's* annual Diversity Scorecard, based on our high percentages of minority attorneys and partners
- Provide more than 35,000 hours of pro bono legal work annually

**Global Reach**

With long-standing roots in Silicon Valley and 11 offices in technology, business, and regulatory hubs worldwide, Wilson Sonsini Goodrich & Rosati has a national presence with a global reach. Over the past five decades, we have developed a wide-ranging international practice, with particular strength in North America, Asia, and Europe.

Our global experience includes the representation of both U.S. and international clients in such matters as litigation, cross-border mergers and acquisitions, joint ventures, competition law, intellectual property counseling, and branch operations. Our clients span a broad array of industries, from energy to media and Internet, medical devices to food services, pharmaceuticals to many technology sectors. Among numerous other transactions and cases, our attorneys have represented a France-based energy conglomerate in its $1.3 billion acquisition of a solar-panel maker, a leading Taiwanese manufacturer of liquid crystal displays in a patent infringement suit, a major U.S. biotechnology company in its sale to a global pharmaceutical company based in Switzerland, an India-based software services company in a landmark Nasdaq IPO and its $1.6 billion secondary offering of American Depository Shares, and a China-based semiconductor company in its private-placement transactions and its $1.8 billion IPO of American Depository Shares. We also have represented a leading supplier of marine fuel products in its IPO on the Singapore exchange; Japanese companies in a variety of investments, acquisitions, joint ventures, licensing agreements, and formation of subsidiaries; a Taiwanese fabless semiconductor company in a high-profile litigation case before the International Trade Commission (ITC); a leading global medical device company in its nearly $500 million sale of business segments to a Danish life sciences company; and a Chinese medical and health products company in an ITC investigation.

Our roster of attorneys includes many multilingual speakers who have worked at law firms throughout the world, giving them experience and familiarity with international laws and regulations, courts, trade commissions, and other government agencies. In addition, our extensive network of alliances with leading law firms in major global markets enables us to provide our clients with the highest quality and consistency of legal representation and service.