## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To:<br>**All Actions** | C.A. No. 12-MD-02358 (SLR) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Proposed Interim Liaison Counsel hereby respectfully requests oral argument on the Motion for Consolidation Pursuant to Fed. R. Civ. P. 42(a) and Appointment of Interim Class Counsel Pursuant to Fed. R. Civ. P.23(g) [D.I. 27] and the competing Motion for Appointment of Interim Class Counsel [D.I. 30].

Respectfully Submitted,

**STEWARTS LAW US LLP**

 */s/ David A. Straite*
David A. Straite (Del. Bar. No. 5428)
Ralph N. Sianni (Del. Bar. No. 4151)
Michele S. Carino (Del. Bar. No. 5576)
Lydia E. York (Del. Bar No. 5584)
1201 North Orange Street
Wilmington, DE 19801
302-298-1200
*dstraite@stewartslaw.com*

*Counsel for Plaintiffs Matthew Soble and Bert Glaser, Proposed Steering Committee Member and Proposed Interim Liaison Counsel*