UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates To: All Actions | C.A. No. 12-MD-02358 (SLR) |
| SOSSIN v. GOOGLE INC. | C.A. No. 12-CV-00797 (SLR) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barry R. Eichen, Esq. and Thomas Paciorkowski, Esq. of the law firm of Eichen Crutchlow Zaslow & McElroy enter appearances as counsel on behalf of Plaintiff Larry Sossin, formerly a *pro se* plaintiff in this MDL.

Dated: September 17, 2012     By:  /s/  Thomas Paciorkowski
                                   Thomas Paciorkowski, Esq
                                   tpaciorkowski@njadvocates.com

                                   /s/  Barry R. Eichen
                                   Barry R. Eichen, Esq.
                                   beichen@njadvocates.com
                                   Eichen Crutchlow Zaslow & McElroy, LLP
                                   40 Ethel Road
                                   Edison, NJ 08817
                                   Tel. (732) 777-0100

                                   Counsel for Plaintiffs Ana Yngelmo and
                                   Larry Sossin, and Proposed Interim Co-Lead
                                   Class Counsel