# Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
Superior Court of California
County of San Francisco

OCT - 4 2012

CLERK OF THE COURT
BY: _____
     Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MARK CARANDANG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No.: CGC-12-518415<br><br>[~~PROPOSED~~] **ORDER RE COORDINATION OF PROCEEDINGS WITH** *IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*, **MDL NO. 2358**<br><br>DEPT:   304<br>JUDGE:  Hon. Richard A. Kramer<br><br>Complaint Filed: February 21, 2012<br>Trial: TBD |

[~~PROPOSED~~] ORDER RE COORDINATION OF PROCEEDINGS WITH *IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*, MDL NO. 2358

Defendant' motions to stay and/or dismiss Plaintiffs' complaint came on for hearing on September 13, 2012 in the above-entitled Court. The Court, having considered all papers, pleadings, arguments and evidence submitted, and good cause appearing, now finds and orders as follows:

1. Defendant's motion to stay this proceeding is DENIED.

2. Defendant's motion to dismiss is DENIED.

3. This matter shall proceed in coordination with MDL No. 2358, currently pending in the District of Delaware;

4. The parties are encouraged to draft and submit a proposed coordination order in the MDL action;

5. The parties may serve discovery requests on opposing parties at any time, but the Court will determine when responses to any discovery served will be due;

6. The parties will come before this Court on November 27, 2012, at 10:30 A.M. for a case management conference and should be prepared to discuss the status of any coordination with the MDL action.

**IT IS SO ORDERED.**

DATED: 10-3-12

THE HONORABLE RICHARD A. KRAMER
SUPERIOR COURT JUDGE

- 2 -
[PROPOSED] ORDER RE COORDINATION OF PROCEEDINGS WITH *IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*, MDL NO. 2358