IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE INC. COOKIE )
PLACEMENT CONSUMER PRIVACY ) Civ. No. 12-MD-2358-SLR
LITIGATION )
)

**ORDER**

At Wilmington this 25th day of October, 2012, having conferred with counsel;

IT IS ORDERED that lead counsel shall be appointed on or before **November 21, 2012.** The consolidated complaint shall be filed on or before **December 19, 2012.** Defendants shall respond to the complaint on or before **January 22, 2013.**

IT IS FURTHER ORDERED that an in-person status conference shall be held on **Wednesday, January 30, 2013, at 4:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge