# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the address for the Wilmington, Delaware office of Stewarts Law US LLP has changed.  As of December 10, 2012 the new address is:

STEWARTS LAW US LLP
I.M. Pei Building
1105 North Market Street, Suite 2000
Wilmington, Delaware 19801

The firm's telephone numbers, facsimile number, and e-mail addresses will remain the same.

Dated: December 19, 2012    **STEWARTS LAW US LLP**

By: /s/ *David A. Straite*
David A. Straite (DE I.D. #5428)
Ralph N. Sianni (DE I.D. #4151)
Michele S. Carino (DE I.D. #5576)
Lydia E. York (DE I.D. #5584)
I.M. Pei Building
1105 North Market Street, Suite 2000
Wilmington, DE  19801
Tel: (302) 298-1200
Fax: (302) 298-1222

*Steering Committee Member and Liaison Counsel*

6610-1