IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | C.A. 12-MD-2358 (SLR) |

**STIPULATION AND [PROPOSED] ORDER RE:
TIMING FOR BRIEFING ON MEDIA INNOVATION GROUP, LLC,
WPP PLC, AND VIBRANT MEDIA INC.'S MOTIONS TO DISMISS**

WHEREAS, this multidistrict litigation consists of 24 consolidated class actions assigned to this Court by the Judicial Panel on Multidistrict Litigation;

WHEREAS, Plaintiffs in the consolidated actions filed a 79-page consolidated amended complaint ("CAC") on December 19, 2012, on behalf of a putative nationwide class of plaintiffs against defendants Media Innovation Group, LLC ("MIG"), WPP plc ("WPP"), and Vibrant Media Inc. ("Vibrant" and, together with MIG and WPP, the "Moving Defendants") as well as Google, Inc. ("Google") and PointRoll Inc.;

WHEREAS, the Moving Defendants will be responding to the CAC by filing motions to dismiss the CAC (the "Motions") under Rule 12 of the Federal Rules of Civil Procedure;

WHEREAS, the Court's Order dated October 25, 2012 (the "Scheduling Order") imposes a deadline of January 22, 2013 for responses to the CAC;

WHEREAS, D. Del. LR 7.1.2(b) imposes a deadline of 14 days from the date of service of a motion to dismiss for response, and a deadline of 7 days for reply;

WHEREAS, Plaintiffs and Google filed a stipulation and proposed order on January 8, 2013, agreeing to, and requesting Court approval of, the modification of the time limits of D. Del. LR 7.1.2(b) as follows: Plaintiffs' response to Google's motion to dismiss shall be due on February 26, 2013, and Google's reply thereto shall be due on March 19, 2013;

WHEREAS, the Moving Defendants have requested an enlargement of the time to file the Motions and Plaintiffs have agreed to such request, provided that the remainder of the briefing schedule on the Motions is modified to the same extent as the briefing schedule on Google's motion to dismiss was modified, and provided further that the Moving Defendants waive any defense based on insufficiency of process or insufficiency of service of process;

WHEREAS, the parties have agreed that an enlargement of the times for the briefing of the Motions provided under the Scheduling Order and D. Del. LR 7.1.2(b) will enable the parties better to provide properly developed arguments beneficial to the Court in ruling upon the Motions, and a waiver of the Moving Defendants' defenses based on insufficiency of process or insufficiency of service of process will enable this matter to proceed more efficiently insofar as the Moving Defendants are concerned;

THEREFORE, IT IS STIPULATED AND AGREED by the undersigned parties, through their respective counsel of record, subject to approval by the Court, that:

1.  The time limits of Fed. R. Civ. P. 12(a)(1)(A)(i) and D. Del. LR 7.1.2(b) be modified as follows: the Motions shall be due on February 22, 2013; Plaintiffs' responses to the Motions shall be due on March 29, 2013; and the Moving Defendants' replies thereto shall be due on April 19, 2013.

2.     The Moving Defendants waive any defenses based on insufficiency of process or insufficiency of service of process (but reserve all other defenses) in the consolidated actions.

IT IS SO STIPULATED.

| | |
|---|---|
| KEEFE BARTELS | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen G. Grygiel* | */s/ Rodger D. Smith II* |
| Stephen G. Grygiel (DE Bar #4944)<br>170 Monmouth Street<br>Red Bank, NJ 07701<br>(732) 224-9400<br>sgrygiel@keefebartels.com | Rodger D. Smith II (#3778)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com |
| *Interim Lead Counsel for the Putative Plaintiff Class* | *Counsel for Defendants Media Innovation Group, LLC and WPP plc* |
| STRANGE & CARPENTER | OF COUNSEL: |
| */s/ Brian Russell Strange* | Douglas H. Meal<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7000<br>douglas.meal@ropesgray.com |
| Brian Russell Strange<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>(310) 207-5055<br>lacounsel@earthlink.net | |
| *Interim Lead Counsel for the Putative Plaintiff Class* | |

| | |
|---|---|
| BARTIMUS, FRICKLETON, ROBERTSON & GORNY-LEAWOOD | RICHARDS, LAYTON & FINGER P.A. |
| */s/ James Frickleton* | */s/ Rudolf Koch* |
| James Frickleton<br>11150 Overbrook Road, Suite 200<br>Leawood, KS  66211<br>(913) 266-2300<br>jimf@bflawfirm.com | Rudolf Koch (#4947)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7721<br>koch@rlf.com |
| *Interim Lead Counsel for the Putative Plaintiff Class* | *Counsel for Defendant Vibrant Media Inc.* |

OF COUNSEL:

Edward P. Boyle
David Cinotti
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 808-5675
epboyle@venable.com
dncinotti@venable.com

**SO ORDERED** on this _____ day January, 2013.

                                                        Hon. Sue L. Robinson
                                                        United States District Judge