# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | )<br>)<br>) C.A. No. 12-MD-2358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS
## OF DEFENDANT POINTROLL, INC.

PointRoll, Inc. ("PointRoll"), through undersigned counsel, respectfully moves the Court to dismiss Plaintiffs' Claims under the Wiretap Act, 18 U.S.C. § 2510 *et seq.*, the Stored Communications Act ("SCA"), 18 U.S.C. § 2701 *et seq.*, and the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030, against PointRoll under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and under Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction.

WHEREFORE, for the reasons stated in its Memorandum in Support of this Motion, PointRoll respectfully requests the Court to grant this Motion.

A proposed order is attached to this Motion.

| | |
|---|---|
| Dated:  January 22, 2013 | By:  /s/ *Susan M. Coletti* |
| Alan Charles Raul<br>Edward R. McNicholas<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711<br>araul@sidley.com<br>emcnicho@sidley.com | Susan M. Coletti (#4690)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>coletti@fr.com |
| *Attorneys for Defendant*<br>*PointRoll, Inc.* | *Attorneys for Defendant*<br>*PointRoll, Inc.* |

2

DC1 3454976v.6