# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION <br><br> This Document Relates to: <br> **All Actions** | ) <br> ) <br> ) C.A. No. 12-MD-2358 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER ON POINTROLL INC.'S MOTION TO DISMISS

Before this Court is a Motion to Dismiss filed by Defendant PointRoll, Inc. ("PointRoll") on January 22, 2013. The Court, having considered the parties' submissions, finds that said Motion should be GRANTED.

It is therefore ORDERED that the Motion to Dismiss is hereby GRANTED with respect to Defendant PointRoll based on the Court's lack of jurisdiction for lack of a constitutional case or controversy under Article III, and that the Complaint against PointRoll is DISMISSED.

It is further ORDERED that, the Court having proceeded to consider the merits of the claims against PointRoll in the interest of judicial efficiency, the Motion to Dismiss is hereby GRANTED with respect to Defendant PointRoll for failure to state any claim upon relief can be granted, and that all of the claims asserted against PointRoll in this action are DISMISSED WITH PREJUDICE.

Signed and entered this ___ day of _____, 2013, at Wilmington, Delaware.

_____
Sue L. Robinson
United States District Judge

DC1 3454976v.6