UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

# DEFENDANT GOOGLE INC.'S
# FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1, Google Inc. certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  January 22, 2013 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:  /s/ Michael H. Rubin<br>Michael H. Rubin, CA Bar No. 214636<br>Anthony J Weibell, CA Bar No. 238850<br>C. Scott Andrews, CA Bar No. 243690<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>Email: mrubin@wsgr.com; aweibell@wsgr.com; sandrews@wsgr.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |