UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

**DEFENDANT GOOGLE INC.'S
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

Defendant Google Inc. ("Google") hereby respectfully moves to dismiss the Consolidated Amended Complaint (Dkt. No. 46) under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) for the reasons stated in the accompanying opening brief in support of the motion. The motion is also supported by the accompanying Request for Judicial Notice ("RJN") and Declaration of Anthony Weibell.

Respectfully submitted,

Dated: January 22, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael H. Rubin
Michael H. Rubin, CA Bar No. 214636
Anthony J Weibell, CA Bar No. 238850
C. Scott Andrews, CA Bar No. 243690
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Email: mrubin@wsgr.com; aweibell@wsgr.com; sandrews@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.