UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Before this Court is a Motion to Dismiss filed by Defendant Google Inc. ("Google") on January 22, 2013. The Court, having considered the parties submissions in support of and opposition thereto, determines that the motion should be GRANTED based on the Court's lack of jurisdiction under Article III of the United States Constitution and based on the inability of the plaintiffs to state a claim upon which relief can be granted.

It is therefore ORDERED that the Motion to Dismiss is GRANTED, and the consolidated actions and claims asserted against Google are hereby DISMISSED WITH/WITHOUT PREJUDICE.

Date: _____    _____
                                    Hon. Sue L. Robinson
                                    United States District Judge