UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

**DECLARATION OF ANTHONY WEIBELL IN SUPPORT OF GOOGLE INC.'S REQUEST FOR JUDICIAL NOTICE AND FOR CONSIDERATION OF DOCUMENTS REFERENCED AND RELIED UPON IN THE CONSOLIDATED AMENDED COMPLAINT**

MICHAEL H. RUBIN, CA Bar No. 214636
ANTHONY J WEIBELL, CA Bar No. 238850
C. SCOTT ANDREWS, CA Bar No. 243690
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: mrubin@wsgr.com; aweibell@wsgr.com; sandrews@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.

I, Anthony Weibell, submit this declaration in support of Defendant Google Inc.'s ("Google") Request for Judicial Notice and for Consideration of Documents Referenced in the Consolidated Amended Complaint ("RJN"), submitted in connection with Google's Motion to Dismiss the Consolidated Amended Complaint, and declare and state as follows:

1. I am an attorney at Wilson Sonsini Goodrich and Rosati, P.C., counsel to defendant Google Inc. in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. RJN Exhibit 1 is a true and correct copy of a printout of the Google Privacy Policy, October 3, 2010 archived version, downloaded by me on January 21, 2013 from http://www.google.com/policies/privacy/archive/20101003/.

3. RJN Exhibit 2 is a true and correct copy of a printout of Kristen Lovin, Safarigate: Benign Behavior or Malignant Breach, Colum. Sci. & Tech. L. Rev. (Feb. 22, 2012), downloaded by me on January 21, 2013 from http://www.stlr.org/2012/02/safarigate-benign.

4. RJN Exhibit 3 is a true and correct copy of a printout of Jonathan Mayer, Safari Trackers, Web Policy Blog, (Feb. 17, 2012), downloaded by me on January 21, 2013 from http://webpolicy.org/2012/02/17/safari-trackers/.

5. RJN Exhibit 4 is a true and correct copy of a printout of Julia Angwin & Jennifer Valentino-Devries, Google's iPhone Tracking: Web Giant, Others Bypassed Apple Browser Settings for Guarding Privacy, Wall St. J. (Feb. 17, 2012), downloaded by me on Jan. 21, 2013 from http://online.wsj.com/article/SB10001424052970204880404577225380456599176.html.

6. RJN Exhibit 5 is a true and correct copy of a printout of Donald Melanson, Microsoft Finds Google Bypassed Internet Explorer's Privacy Settings Too, But It's Not Alone (Update: Google Responds), Engadget (Feb. 20, 2012), downloaded by me on Jan. 21, 2013 from http://www.engadget.com/2012/02/20/microsoft-finds-google-bypassed-internet-explorers-privacy-sett/.

1

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed January 22, 2013.

   /s/ Anthony Weibell
Anthony Weibell

2