IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 1:12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Travis S. Hunter and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Vibrant Media, Inc.

*Of Counsel*:

Edward P. Boyle
David N. Cinotti
Joeann E. Walker
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500

/s/ 
Kelly E. Farnan (#4395)
Rudy Koch (#4947)
Travis S. Hunter (#5350)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7500
koch@rlf.com
farnan@rlf.com
hunter@rlf.com

Attorneys for Vibrant Media, Inc.

Date: January 23, 2013

RLF1 7966499v.1