IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 1:12-MD-2358 (SLR) |
| This Document Relates to:<br><br>**All Actions** | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edward P. Boyle, David N. Cinotti and Joeann E. Walker of Venable LLP, to represent Vibrant Media, Inc. in the above-captioned matter.

*Of Counsel*:

Edward P. Boyle
David N. Cinotti
Joeann E. Walker
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500

/s/    *Travis S. Hunter*
Kelly E. Farnan (#4395)
Rudy Koch (#4947)
Travis S. Hunter (#5350)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7500
koch@rlf.com
farnan@rlf.com
hunter@rlf.com

Attorneys for Vibrant Media, Inc.

Date: January 23, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Edward P. Boyle, David N. Cinotti and Joeann E. Walker is GRANTED.

Dated: _____, 2013

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 22, 2013

Edward P. Boyle
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY  10020
(212) 307-5500
epboyle@Venable.com

RLF1 7831559v.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 23, 2013

David N. Cinotti
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500
dncinotti@Venable.com

RLF1 7831559v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Maryland and New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 23, 2013

JoeAnn E. Walker
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500
jewalker@Venable.com

RLF1 7831559v.1