IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | ) ) ) ) C.A. No. 12-MD-2358 (SLR) ) ) ) ) ) ) |

### DEFENDANT POINTROLL, INC.'S
### FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, PointRoll Inc. certifies that it is a wholly owned subsidiary of Gannett Co., Inc. Gannett Co., Inc. is a public company with no parent company. No publicly owned corporation owns more than 10% of Gannett Co., Inc.

Dated:  January 23, 2013                                      By: /s/ *Susan M. Coletti*

| | |
|---|---|
| Alan Charles Raul<br>Edward R. McNicholas<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711<br>araul@sidley.com<br>emcnicho@sidley.com<br><br>*Attorneys for Defendant*<br>*PointRoll, Inc.* | Susan M. Coletti (#4690)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>coletti@fr.com<br><br><br>*Attorneys for Defendant*<br>*PointRoll, Inc.* |

CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2013, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, service will be accomplished via the CM/ECF system:

                                                  /s/ Susan M. Coletti
                                                  Susan M. Coletti