## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR)<br><br>**[PROPOSED] ORDER GRANTING MICHAEL FROHBERG AND ANDY WU'S MOTION FOR INTERVENTION AS PLAINTIFFS** |
| This Document Relates to:<br>**All Actions** | |
| MICHAEL FROHBERG and ANDY WU, on behalf of themselves and all others similarly situated,<br><br>                Intervening Plaintiffs,<br><br>      v.<br><br>MEDIA INNOVATION GROUP, LLC and WPP PLC,<br><br>                Defendants. | |

      Before the Court is Applicants Michael Frohberg and Andy Wu's Motion for Intervention as Plaintiffs ("Motion").  Having carefully considered the Motion, and pursuant to Federal Rule of Civil Procedure 24, the Court hereby GRANTS the Motion.  Subsequent filings in this matter shall bear the caption above, and Applicants Frohberg and Wu shall be permitted to participate in the above-captioned action in the same manner, and subject to the same responsibilities, as Plaintiffs William Gourley, Jose M. Bermudez, Nicholas Todd Heinrich, and Lynne Krause.

      IT IS SO ORDERED.

DATED: _____

                                                                           THE HONORABLE SUE L. ROBINSON
                                                                            UNITED STATES DISTRICT JUDGE