# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR)<br><br>**[PROPOSED] ORDER GRANTING DANIEL MAZZONE AND MICHELLE KUSWANTO'S MOTION FOR INTERVENTION AS PLAINTIFFS** |
| This Document Relates to:<br>**All Actions** | |
| DANIEL MAZZONE and MICHELLE KUSWANTO, on behalf of themselves and all others similarly situated,<br><br>                Intervening Plaintiffs,<br><br>        v.<br><br>VIBRANT MEDIA INC.,<br><br>                Defendant. | |

Before the Court is Applicants Daniel Mazzone and Michelle Kuswanto's Motion for Intervention as Plaintiffs ("Motion"). Having carefully considered the Motion, and pursuant to Federal Rule of Civil Procedure 24, the Court hereby GRANTS the Motion. Subsequent filings in this matter shall bear the caption above, and Applicants Mazzone and Kuswanto shall be permitted to participate in the above-captioned action in the same manner, and subject to the same responsibilities, as Plaintiffs William Gourley, Jose M. Bermudez, Nicholas Todd Heinrich, and Lynne Krause.

    IT IS SO ORDERED.

DATED: _____

                                                                   THE HONORABLE SUE L. ROBINSON
                                                                   UNITED STATES DISTRICT JUDGE