# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| | **DECLARATION OF KIM E. RICHMAN IN SUPPORT OF APPLICANTS DANIEL MAZZONE AND MICHELLE KUSWANTO'S MOTION TO INTERVENE** |
| This Document Relates to: **All Actions** | **[Filed concurrently with:** <br> • **Notice of Motion and Motion; Memorandum of Points and Authorities** <br> • **[Proposed] Order]** |

Pursuant to 28 U.S.C. § 1746, I, Kim E. Richman, declare as follows:

1.      I am an attorney licensed to practice law in New York.  I am a member of the law firm Reese Richman LLP, which, together with Milberg LLP, is counsel of record for Daniel Mazzone and Michelle Kuswanto, plaintiffs in *Mazzone v. Vibrant Media Inc.*, No. 1:12-cv-02672-NGG-JO (E.D.N.Y. filed May 25, 2012) ("*Mazzone*").  The matters set forth herein are of my own personal knowledge and if called and sworn as a witness, I could competently testify regarding them.

2.      Attached hereto as Exhibit A is a true and correct copy of Julia Angwin & Jennifer Valentino-Devries, *Google's iPhone Tracking: Web Giant, Others Bypassed Apple Browser Settings for Guarding Privacy*, WALL ST. J., Feb. 17, 2012, *available at* http://online.wsj.com/article/SB10001424052970204880404577225380456599176.html.

3.      Attached hereto as Exhibit B is a true and correct copy of the *Mazzone* class action complaint.

4.      Attached hereto as Exhibit C is a true and correct copy of the class action complaint in *Frohberg v. Media Innovation Group, LLC*, No. 1:12-cv-02674-WFK-JO (E.D.N.Y. filed May 25, 2012) ("*Frohberg*").

5.      Attached hereto as Exhibit D is a true and correct copy of a letter of July 31, 2012, from counsel for Media Innovation Group, LLC ("MIG"), and WPP plc ("WPP"), defendants in *Frohberg*, to Hon. Nicholas G. Garaufis and Hon. William F. Kuntz of the United States District Court for the Eastern District of New York ("E.D.N.Y."), notifying the court of MIG and WPP's position that *Frohberg* and *Mazzone* may potentially be related pursuant to Local Civil Rule 1.6 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "July 31 Letter").

6.      Attached hereto as Exhibit E is a true and correct copy of a letter of August 7, 2012, from counsel for Vibrant Media Inc. ("Vibrant"), defendant in *Mazzone*, to Hon. Nicholas G. Garaufis and Hon. William F. Kuntz of the E.D.N.Y., submitted to the court in response to the July 31 Letter.

7.      Attached hereto as Exhibit F is a true and correct copy of a letter of August 7, 2012, from myself on behalf of my clients Daniel Mazzone and Michelle Kuswanto, plaintiffs in *Mazzone*, and my clients Michael Frohberg and Andy Wu, plaintiffs in *Frohberg*, to Hon. Nicholas G. Garaufis and Hon. William F. Kuntz of the E.D.N.Y., submitted to the court in response to the July 31 Letter.

8.      Attached hereto as Exhibit G is a true and correct copy of the class action complaint in *Soble v. Google Inc.*, No. 1:12-cv-00200-SLR (D. Del. filed Feb. 17, 2012).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 16, 2012, at New York, New York.


_____
Kim E. Richman

2