IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

### CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I, Kim E. Richman, declare:

I am employed in New York County. I am over the age of 18 years and not a party to the above-captioned action. My business address is Reese Richman LLP, 875 Avenue of the Americas, 18th Floor, New York, New York 10001.

On this date, I caused these documents, along with this certificate of service, to be electronically served on each person listed in the attached "Service List":

1. **Notice of Motion and Motion by Daniel Mazzone and Michelle Kuswanto for Intervention as Plaintiffs and Memorandum of Points and Authorities in Support Thereof**

2. **[Proposed] Order Granting Daniel Mazzone and Michelle Kuswanto's Motion for Intervention as Plaintiffs**

3. **Declaration of Kim E. Richman in Support of Applicants Daniel Mazzone and Michelle Kuswanto's Motion to Intervene and Exhibits A–G**

4. **Notice of Motion and Motion by Michael Frohberg and Andy Wu for Intervention as Plaintiffs and Memorandum of Points and Authorities in Support Thereof**

5. **[Proposed] Order Granting Michael Frohberg and Andy Wu's Motion for Intervention as Plaintiffs**

6. **Declaration of Kim E. Richman in Support of Applicants Michael Frohberg and Andy Wu's Motion to Intervene and Exhibits A–G**

I did this by having true and correct copies of the documents described above emailed to the email addresses indicated in the attached "Service List."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at New York, New York on January 16, 2013.

/s/ Kim E. Richman
Reese Richman LLP
875 Ave. of the Americas, 18th Fl.
New York, New York  10001
Telephone:  (212) 643-0500
Facsimile:  (212) 253-4272
Email: krichman@reeserichman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |

### SERVICE LIST

| *Interim Lead Counsel for the Putative Plaintiff Class* | *Counsel for Defendant Google Inc.* |
|---|---|
| **KEEFE BARTELS, LLC**<br>Stephen G. Grygiel (Del. Bar. No. 4944)<br>170 Monmouth St.<br>Red Bank, NJ 07701<br>732-224-9400<br>*sgrygiel@keefebartels.com*<br><br>**STRANGE & CARPENTER**<br>Brian Russell Strange<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>310-207-5055<br>*lacounsel@earthlink.net*<br><br>**BARTIMUS, FRICKLETON, ROBERTSON & GORNY, P.C.**<br>James P. Frickleton<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211<br>913-266-2300<br>*jimf@bflawfirm.com* | **WILSON SONSINI GOODRICH & ROSATI**<br>Anthony J. Weibell<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>*aweibell@wsgr.com*<br><br>*Counsel for Defendant Pointroll Inc.*<br><br>**SIDLEY AUSTIN LLP**<br>Carol Lynn Thompson<br>555 California Street, 20th Floor<br>San Francisco, CA 94104<br>415-772-7400<br>*cthompson@sidley.com*<br><br>*Counsel for Defendants Media Innovation Group, LLC and WPP plc*<br><br>**ROPES & GRAY LLP**<br>Douglas H. Meal<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>617-951-7000<br>*douglas.meal@ropesgray.com*<br><br>*Counsel for Defendant Vibrant Media Inc.*<br><br>**VENABLE LLP**<br>Edward P. Boyle<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>212-307-5500<br>*epboyle@venable.com* |