IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 1:12-MD-2358 (SLR) |
| This Document Relates to:<br><br>**All Actions** | |

## DEFENDANT VIBRANT MEDIA, INC.'S
## FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vibrant Media, Inc., by and through its counsel, hereby states that its parent corporation is Vibrant Media Holdings, Inc. and that no publicly held corporation owns 10% or more of Vibrant Media, Inc.'s stock.

*Of Counsel*:

Edward P. Boyle
David N. Cinotti
Joeann E. Walker
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
(212) 307-5500

/s/ *Travis S. Hunter*
Kelly E. Farnan (#4395)
Rudolf Koch (#4947)
Travis S. Hunter (#5350)
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7500
koch@rlf.com
farnan@rlf.com
hunter@rlf.com

Attorneys for Vibrant Media, Inc.

Date: January 23, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notice to all counsel of record.

/s/ Travis S. Hunter

Travis S. Hunter (#5350)

hunter@rlf..com