IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Douglas H. Meal and Lisa M. Coyle of ROPES & GRAY LLP to represent Defendants Media Innovation Group, LLC and WPP plc in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
rsmith@mnat.com

*Counsel for Defendants Media Innovation Group, LLC and WPP plc*

January 25, 2013
6965655.1

2

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Douglas H. Meal and Lisa M. Coyle is granted.

Dated: _____  _____
United States District Judge

Case 1:12-md-02358-JDW Document 68 Filed 01/25/13 Page 2 of 6 PageID #: 1185

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Massachusetts and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 1/25/13

Douglas H. Meal
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
douglas.meal@ropesgray.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: January 24, 2013

Lisa M. Coyle
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
lisa.coyle@ropesgray.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 25, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ  07701<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA  90025<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON & GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS  66211<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Rudolf Koch, Esquire<br>Travis S. Hunter, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>*Attorneys  for Defendant Vibrant Media Inc.* | *VIA ELECTRONIC MAIL* |

Edward P. Boyle, Esquire             VIA ELECTRONIC MAIL
David N. Cinotti, Esquire
Joeann E. Walker, Esquire
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant Vibrant Media Inc.*

Anthony J. Weibell, Esquire          VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
*Attorneys for Defendant Google Inc.*

Carol Lynn Thompson, Esquire         VIA ELECTRONIC MAIL
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
*Attorneys for Defendant Pointroll Inc.*

                                     */s/ Rodger D. Smith II*
                                     Rodger D. Smith II (#3778)

2