UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## JOINT PROPOSED AGENDA FOR IN-PERSON STATUS CONFERENCE ON JANUARY 30, 2013

In its November 25, 2012 Order (Dkt. No. 42), the Court set an in-person status conference for Wednesday, January 30, 2013, at 4:30 p.m. The undersigned parties submit the following proposed agenda in advance of the status conference:

1. Status of the JPML Conditional Transfer Order of the *Mazzone v. Vibrant Media Inc.* and *Frohberg et al v. Media Innovation Group, LLC et al* Eastern District of New York Actions and Related Motion to Intervene.

2. Whether to Stay or Commence Discovery / Rule 26(f) Conference Pending the Outcome of Motions to Dismiss.

3. Coordination of the MDL with any pending State Court Actions.

4. Possible hearing dates on the Motions to Dismiss, if the Court desires to hold a hearing.

Respectfully submitted,

Dated: January 28, 2013

/s/ Brian Russell Strange   /s/ Stephen G. Grygiel

Brian Russell Strange    Stephen G. Grygiel  (DE Bar No. 4944)

Strange & Carpenter     Keefe Bartels

12100 Wilshire Boulevard, Suite 1900 170 Monmouth St.

Los Angeles, CA 90025    Red Bank, NJ 07701

310-207-5055       732-224-9400

Email: lacounsel@earthlink.net  Email: sgrygiel@keefebartels.com

/s/ James Frickleton

James Frickleton

Bartimus, Frickleton, Robertson & Gorny-Leawood

11150 Overbrook Road, Suite 200

Leawood, KS 66211

913-266-2300

Email: jimf@bflawfirm.com

*Interim Lead Counsel for the Putative Plaintiff Class*

/s/ Michael H. Rubin

Leo P. Cunningham

Michael H. Rubin

Anthony J Weibell

Wilson Sonsini Goodrich & Rosati

650 Page Mill Road

Palo Alto, CA 94304-1050

650-493-9300

Email: lcunningham@wsgr.com; mrubin@wsgr.com; aweibell@wsgr.com

*Counsel for Defendant Google Inc.*

/s/ Susan Morrison Coletti

Susan Morrison Coletti (No. 4690)

Fish & Richardson, P.C.

222 Delaware Avenue, 17th Floor

P.O. Box 1114

Wilmington, DE 19899-1114

(302) 778-8434

Email: coletti@fr.com

Alan Charles Raul
Edward R. McNicholas
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
202-736-8010
Email: emcnicholas@sidley.com; araul@sidley.com

*Counsel for Defendant PointRoll Inc.*

/s/ Edward P. Boyle_____
Edward P. Boyle (admitted *pro hac vice*)
David N. Cinotti
Joeann E.Walker
Venable LLP
1270 Avenue of the Americas
New York, New York 10020
Tel.: (212) 307-5500
Fax: (212) 307-5598
Email: epboyle@venable.com; dncinotti@venable.com; jewalker@venable.com

*Counsel for Defendant Vibrant Media Inc.*

/s/ Douglas H. Meal_____
Douglas H. Meal (admitted *pro hac vice*)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 235-0232
Email: douglas.meal@ropesgray.com

*Counsel for Defendants Media Innovation Group, LLC and WPP plc*