**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## <u>ENTRY OF APPEARANCE</u>

PLEASE TAKE NOTICE that Brian D. Long and Gina M. Serra hereby enter their appearance on behalf of proposed intervening plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu in the above-captioned action.

Dated: January 29, 2013

**RIGRODSKY & LONG, P.A.**

 */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.:  (302) 295-5310
Fax:  (302) 654-7530
Email: bdl@rigrodskylong.com
Email: gms@rigrodskylong.com

*Counsel for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu*

**OF COUNSEL:**

**REESE RICHMAN LLP**
Kim Richman
George Granade
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Tel.: (212) 643-0500
Fax: (212) 253-4272
Email: krichman@reeserichman.com
Email: ggranade@reeserichman.com

**MILBERG LLP**
Melissa Clark
One Penn Plaza
New York, NY 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229
Email: mclark@milberg.com