# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kim Richman and George Granade of Reese Richman LLP to represent proposed intervening plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu in the above-captioned action.

Dated: January 29, 2013

**RIGRODSKY & LONG, P.A.**

 /s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, Delaware 19803
Tel.: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
Email: bdl@rigrodskylong.com
Email: gms@rigrodskylong.com

*Counsel for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kim Richman and George Granade is GRANTED.

DATED: _____

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing with the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: January 29, 2013

/s/ Kim E. Richman

Kim Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel.: (212) 643-0500
Fax: (212) 253-4272
Email: krichman@reeserichman.com

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing with the Bar of the State of Georgia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: January 29, 2013

George Granade
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel.: (212) 643-0500
Fax: (212) 253-4272
Email: ggranade@reeserichman.com

1