IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Melissa Clark of Milberg LLP to represent proposed intervening plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu in the above-captioned action.

Dated: January 30, 2013              **RIGRODSKY & LONG, P.A.**

　　　　　　　　　　　　　　　　　　 */s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　Seth D. Rigrodsky (#3147)
　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
　　　　　　　　　　　　　　　　　　Gina M. Serra (#5387)
　　　　　　　　　　　　　　　　　　2 Righter Parkway, Suite 120
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19803
　　　　　　　　　　　　　　　　　　Tel.: (302) 295-5310
　　　　　　　　　　　　　　　　　　Fax: (302) 654-7530
　　　　　　　　　　　　　　　　　　Email: sdr@rigrodskylong.com
　　　　　　　　　　　　　　　　　　Email: bdl@rigrodskylong.com
　　　　　　　　　　　　　　　　　　Email: gms@rigrodskylong.com

　　　　　　　　　　　　　　　　　　*Counsel for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Melissa Clark is GRANTED.

DATED: _____

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT JUDGE

Case 1:12-md-02358-JDW     Document 74     Filed 01/30/13     Page 2 of 3 PageID #: 1215

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing with the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 1/29/13

Melissa Ryan Clark
MILBERG LLP
One Penn Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

1