IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

### MOTION TO CONTINUE STAY OF BRIEFING OF DEFENDANTS MEDIA INNOVATION GROUP LLC, WPP PLC, AND VIBRANT MEDIA INC.'S MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Defendants Media Innovation Group LLC, WPP plc, and Vibrant Media Inc. (together, the "EDNY Defendants") hereby respectfully move the Court for an order continuing the stay of briefing of the EDNY Defendants' anticipated motions to dismiss the Consolidated Class Action Complaint (the "CAC") in the above-captioned action (the "MDL") until such time as this Court has resolved the pending motions to intervene (D.I. 62 and 64) and the EDNY Plaintiffs' request therein that this Court dismiss, stay or transfer the claims stated against the EDNY Defendants in the CAC as having been improperly asserted in the MDL in view of the prior pending EDNY Actions. The bases for this motion are set forth in EDNY Defendants' Opening Brief filed herewith.

A proposed order is attached to this Motion.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| | */s/ Regina S.E. Murphy* |
| | _____ |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
| | Regina S.E. Murphy (#5648) |
| Douglas H. Meal | 1201 North Market Street, 18th Floor |
| Lisa M. Coyle | P.O. Box 1347 |
| ROPES & GRAY LLP | Wilmington, DE  19899-1347 |
| Prudential Tower | (302) 658-9200 |
| 800 Boylston Street | rsmith@mnat.com |
| Boston, MA  02199-3600 | rmurphy@mnat.com |
| (617) 951-7000 | |
| douglas.meal@ropesgray.com | *Counsel for Defendants Media* |
| lisa.coyle@ropesgray.com | *InnovationGroup, LLC and WPP plc* |
| | |
| | RICHARDS, LAYTON & FINGER P.A. |
| | */s/ Rudolf Koch* |
| | _____ |
| | Rudolf Koch (#4947) |
| | 920 North King Street |
| OF COUNSEL: | Wilmington, DE  19801 |
| | (302) 651-7721 |
| Edward P. Boyle | koch@rlf.com |
| David Cinotti | |
| VENABLE LLP | *Counsel for Defendant Vibrant Media Inc.* |
| 1270 Avenue of the Americas, 24th Floor | |
| New York, NY  10020 | |
| (212) 808-5675 | |
| epboyle@venable.com | |
| dncinotti@venable.com | |

April 9, 2013

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for the Eastern District Defendants has discussed the subject matter of this motion with counsel for all parties in this action as well as putative intervenors, Michael Frohberg, Andy Wu, Daniel Mazzone, and Michelle Kuswanto. Defendants Google, Inc. and PointRoll, Inc., and putative interveners Messrs. Frohberg, Wu and Mazzone, and Ms. Kuswanto consent to this motion. Plaintiffs' position is set forth in the e-mail attached to this motion as Exhibit A.

*/s/ Regina S.E. Murphy*
Regina S.E. Murphy (#5648)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | C.A. 12-MD-2358 (SLR) |

**[PROPOSED] ORDER CONTINUING THE STAY OF BRIEFING ON DEFENDANTS MEDIA INNOVATION GROUP, LLC, WPP PLC, AND VIBRANT MEDIA INC.'S MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Before the Court is the motion by Defendants Media Innovation Group, LLC, WPP plc, and Vibrant Media Inc. (together, the "EDNY Defendants") to continue the stay of briefing on the EDNY Defendants' anticipated motions to dismiss the claims asserted against them in the Consolidated Class Action Complaint (the "Motion"). Having considered the Motion and all papers submitted in relation thereto, the Court hereby GRANTS the Motion. Briefing on the EDNY Defendants' anticipated motion to dismiss the claims asserted against them in the Consolidated Class Action Complaint is stayed pending resolution of the motions to intervene (D.I. 62 and 64) and the EDNY Plaintiffs' request therein that this Court dismiss, stay or transfer the claims stated against the EDNY Defendants in the Consolidated Class Action Complaint as having been improperly asserted in this multi-district litigation in view of the prior pending EDNY Actions.

IT IS SO ORDERED.

Dated: _____, 2013

_____
The Honorable Sue L. Robinson
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 9, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ 07701<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON & GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Brian D. Long, Esquire<br>Gina M. Serra, Esquire<br>RIGRODSKY & LONG, P.A.<br>2 Righter Parkway, Suite 120<br>Wilmington, DE 19801<br>*Council for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |

Kim Richman, Esquire  *VIA ELECTRONIC MAIL*
George Granade, Esquire
REED RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY  10001
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Melissa Clark, Esquire  *VIA ELECTRONIC MAIL*
MILBERG LLP
One Penn Plaza
New York, NY  10119
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Kelly E. Farnan, Esquire  *VIA ELECTRONIC MAIL*
Rudolf Koch, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER P.A.
920 North King Street
Wilmington, Delaware 19801
*Attorneys for Defendant Vibrant Media Inc.*

Edward P. Boyle, Esquire  *VIA ELECTRONIC MAIL*
David N. Cinotti, Esquire
Joeann E. Walker, Esquire
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant Vibrant Media Inc.*

Anthony J. Weibell, Esquire  *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
*Attorneys for Defendant Google Inc.*

| | |
|---|---|
| Carol Lynn Thompson, Esquire<br>S<small>IDLEY</small> A<small>USTIN</small> LLP<br>555 California Street, 20th Floor<br>San Francisco, CA  94104<br>*Attorneys for Defendant Pointroll Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Regina S.E. Murphy*

_____

Regina S.E. Murphy (#5648)

5