# EXHIBIT A

## Davidson, Catherine

| | |
|---|---|
| **From:** | Brian Strange <lacounsel@earthlink.net> |
| **Sent:** | Tuesday, April 09, 2013 6:13 PM |
| **To:** | Meal, Douglas H. |
| **Cc:** | Stephen Grygiel; Jim Frickleton |
| **Subject:** | Fw: RE: In re Google Inc. Cookie Placement Consumer Privacy Litigation; MDL No. 2358 |

Dear Mr. Meal-This will confirm our telephone call regarding the MDL plaintiffs' position on your proposed motion. I understand this email will be included as the MDL Plaintiffs' leadership position in your filings today:

1. The Motion to Intervene is moot in that the MDL Panel has already transferred the EDNY cases to Judge Robinson so there is no need to intervene into Judge Robinson's Court.

2. The comment in the MDL Panel's order about the possibility of another USC 1407 Motion to transfer back the cases that the Panel just transferred to Judge Robinson appears to refer to a motion brought after the Court has had a chance to consider all the issues in this MDL in the future. We suggest a status conference by phone with the Court in the next day or so to see if Judge Robinson wants to entertain another 1407 motion now prior to the motions to dismiss.

3. If Judge Robinson wants to entertain another 1407 motion, we agree that such a motion should be heard quickly and prior to the briefing on your clients' motion to dismiss.
Please call with any questions.

Brian R. Strange

Strange and Carpenter

12100 Wilshire Blvd. Suite 1900

Los Angeles, Ca 90025