# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Leigh Smith and David Azar of Milberg LLP to represent proposed intervening plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu in the above-captioned action.

Dated: April 16, 2013     **RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, Delaware 19803
Tel.: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
Email: bdl@rigrodskylong.com
Email: gms@rigrodskylong.com

*Counsel for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg, and Andy Wu*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Leigh Smith and David Azar is GRANTED.

DATED: _____

                                                    The Honorable Sue L. Robinson
                                                    UNITED STATES DISTRICT JUDGE

Case 1:12-md-02358-JDW   Document 86   Filed 04/16/13   Page 2 of 4 PageID #: 1474

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing with the Bars of the States of New York and New Jersey and the Commonwealth of Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this Motion.

Dated: 4/15/13

Leigh Smith
MILBERG LLP
One Penn Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing with the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this Motion.

Dated: 4/15/13

David Azar
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Tel.: (213) 617-1200
Fax: (213) 617-1975