# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>This Document Relates to:<br>**All Actions** )<br>)<br>)<br>)<br>)<br>) | C.A. No. 12-MD-2358 (SLR) |

## STIPULATION & ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval and order of the Court, that the time for Defendants Media Innovation Group LLC, WPP PLC, and Vibrant Media, Inc. (together, "Defendants") to respond to the Consolidated Class Action Complaint ("CAC") in this action shall be extended from April 19, 2013 until May 1, 2013. If any Defendants file a motion to dismiss the CAC, Plaintiffs shall have until May 29, 2013 to file opposition papers, and Defendants shall have until June 19, 2013 to file reply papers.

RLF1 8481993v.1

/s/ Stephen G. Grygiel
Stephen G. Grygiel (#4944)
170 Monmouth Street
Red Bank, NJ 07701
(732) 224-9400
sgrygiel@keefebartels.com

/s/ Brian Russell Strange
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
(310) 207-5055
lacounsel@earthlink.net

/s/ James Frickleton
James Frickleton
11150 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 266-2300
jimf@bflawfirm.com

*Interim Lead Counsel for the Putative Plaintiff Class*

/s/   Travis S. Hunter
Rudolf Koch (#4947)
Travis S. Hunter (#5350)
RICHARDS LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19899-0551
(302) 651-7700
koch@rlf.com
hunter@rlf.com

*Attorneys for Vibrant Media Inc.*

*Of counsel:*

Edward P. Boyle
David Cinotti
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 808-5675
epboyle@venable.com
dncinotti@venable.com


/s/   Rodger D. Smith II
Rodger D. Smith II (#3778)
Regina S.E. Murphy (#5648)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
rmurphy@mnat.com

*Counsel for Defendants Media InnovationGroup, LLC and WPP plc*

*Of counsel:*

Douglas H. Meal
Lisa M. Coyle
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street

Boston, MA 02199-3600
(617) 951-7000
douglas.meal@ropesgray.com
lisa.coyle@ropesgray.com

**IT IS HEREBY SO ORDERED** on this _____ day of _____, 2013.

_____
Honorable Sue L. Robinson

RLF1 8481993v.1