UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

**DEFENDANT GOOGLE INC.'S REQUEST FOR ORAL ARGUMENT
ON ITS MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Local Rule 7.1.4, defendant Google Inc. hereby respectfully requests oral argument on its Motion to Dismiss the Consolidated Amended Complaint (Dkt. No. 56) and requests that such oral argument be heard in conjunction with oral argument on the motions to dismiss (1) filed by defendant PointRoll, Inc. (Dkt. No. 52), and (2) to be filed on May 1, 2013 by defendants Vibrant Media, Inc., Media Innovation Group, LLC, and WPP plc. All briefing on the above-listed motions is scheduled to conclude by June 19, 2013.

Respectfully submitted,

Dated: April 26, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael H. Rubin

Colleen Bal, CA Bar No. 167637
Michael H. Rubin, CA Bar No. 214636
Anthony J Weibell, CA Bar No. 238850
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Email: cbal@wsgr.com; mrubin@wsgr.com;
aweibell@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.

1