# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 1:12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## [PROPOSED] ORDER GRANTING THE MOTION TO DISMISS OF DEFENDANT VIBRANT MEDIA INC.

Upon consideration of Defendant Vibrant Media Inc.'s Motion to Dismiss the claims asserted against it in the Consolidated Class Action Complaint (the "CAC"), and all responses thereto;

IT IS HEREBY ORDERED this _____ day of _____ that the Motion is GRANTED. The claims asserted against Vibrant in the CAC are DISMISSED WITH PREJUDICE.

_____<br>
The Honorable Sue L. Robinson<br>
United States District Judge

RLF1 8551034v.1