IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: All Actions | |

**MOTION TO DISMISS OF DEFENDANTS MEDIA INNOVATION GROUP, LLC AND WPP PLC FOR FAILURE TO STATE A CLAIM**

Defendants Media Innovation Group, LLC ("MIG") and WPP plc ("WPP") hereby respectfully move the Court for an order dismissing Plaintiffs' claims against them under the Electronic Communications Privacy Act, 18, U.S.C. § 2510 *et seq.*, the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*, and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The bases for this motion are set forth in MIG and WPP's Opening Brief filed herewith.

A proposed order is attached to this Motion.

OF COUNSEL:

Douglas H. Meal
Lisa M. Coyle
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

May 1, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

Rodger D. Smith II (#3778)
Regina S.E. Murphy (#5648)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
rsmith@mnat.com
rmurphy@mnat.com

*Attorneys for Defendants Media Innovation Group, LLC and WPP plc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: All Actions | |

**[PROPOSED] ORDER GRANTING THE MOTION TO DISMISS OF MEDIA INNOVATION GROUP, LLC AND WPP PLC**

Before the Court is the motion by Defendants Media Innovation Group, LLC ("MIG") and WPP plc ("WPP") to dismiss the claims asserted against them in the consolidated class action complaint (the "Motion"). Having considered the Motion and all papers submitted in relation thereto, the Court hereby GRANTS the Motion. The claims asserted against MIG and WPP in the consolidated class action complaint are DISMISSED WITH PREJUDICE.

SO ORDERED this ___ day of May 2013.

_____
The Honorable Sue L. Robinson
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 1, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ  07701<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA  90025<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON & GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS  66211<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Seth D. Rigrodsky, Esquire<br>Brian D. Long, Esquire<br>Gina M. Serra, Esquire<br>RIGRODSKY & LONG, P.A.<br>2 Righter Parkway, Suite 120<br>Wilmington, DE  19801<br>*Council for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |

Kim E. Richman, Esquire  *VIA ELECTRONIC MAIL*
Michael R. Reese, Esquire
George Granade, Esquire
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Sanford P. Dumain, Esquire  *VIA ELECTRONIC MAIL*
Adam Bobkin, Esquire
Melissa Clark, Esquire
Leigh Smith, Esquire
MILBERG LLP
One Penn Plaza
New York, NY 10119
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

David Azar, Esquire  *VIA ELECTRONIC MAIL*
MILBERG LLP
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Kelly E. Farnan, Esquire  *VIA ELECTRONIC MAIL*
Rudolf Koch, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER P.A.
920 North King Street
Wilmington, Delaware 19801
*Attorneys for Defendant Vibrant Media Inc.*

Edward P. Boyle, Esquire  *VIA ELECTRONIC MAIL*
David N. Cinotti, Esquire
Joeann E. Walker, Esquire
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant Vibrant Media Inc.*

Anthony J. Weibell, Esquire                                         *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
*Attorneys for Defendant Google Inc.*

Carol Lynn Thompson, Esquire                                        *VIA ELECTRONIC MAIL*
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA  94104
*Attorneys for Defendant Pointroll Inc.*


                                          */s/ Regina S.E. Murphy*

                                          Regina S.E. Murphy (#5648)