UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

### DECLARATION OF LISA M. COYLE

I, Lisa M. Coyle, submit this declaration in support of the motion to dismiss, for failure to state a claim, the claims asserted against defendants Media Innovation Group, LLP and WPP plc (together, the "Moving Defendants") in the consolidated class action complaint, and hereby state as follows:

1. I am an attorney admitted to practice in the State of New York and admitted to this Court *pro hac vice* in the above captioned action.

2. I am an associate at Ropes & Gray, LLP, counsel to the Moving Defendants.

3. Attached to this declaration as Exhibit A is a true and correct printed copy of Stanford researcher Jonathan Meyer's Web Policy blog entry entitled "Safari Trackers" dated February 17, 2012, accessible at http://webpolicy.org/2012/02/17/safari-trackers/.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of May 2013

_____
Lisa M. Coyle

35173148_1

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 1, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ  07701<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA  90025<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON<br>& GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS  66211<br>*Interim Lead Counsel for the Putative Plaintiff Class* | *VIA ELECTRONIC MAIL* |
| Seth D. Rigrodsky, Esquire<br>Brian D. Long, Esquire<br>Gina M. Serra, Esquire<br>RIGRODSKY & LONG, P.A.<br>2 Righter Parkway, Suite 120<br>Wilmington, DE  19801<br>*Council for Proposed Intervening Plaintiffs Daniel Mazzone, Michelle Kuswanto, Michael Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |

Kim E. Richman, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Michael R. Reese, Esquire
George Granade, Esquire
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY  10001
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Sanford P. Dumain, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Adam Bobkin, Esquire
Melissa Clark, Esquire
Leigh Smith, Esquire
MILBERG LLP
One Penn Plaza
New York, NY  10119
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

David Azar, Esquire　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
MILBERG LLP
300 South Grand Avenue, Suite 3900
Los Angeles, CA  90071
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Kelly E. Farnan, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Rudolf Koch, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER P.A.
920 North King Street
Wilmington, Delaware 19801
*Attorneys for Defendant Vibrant Media Inc.*

Edward P. Boyle, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
David N. Cinotti, Esquire
Joeann E. Walker, Esquire
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant Vibrant Media Inc.*

Anthony J. Weibell, Esquire  *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
*Attorneys for Defendant Google Inc.*

Carol Lynn Thompson, Esquire  *VIA ELECTRONIC MAIL*
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
*Attorneys for Defendant Pointroll Inc.*

/s/ *Regina S.E. Murphy*
_____
Regina S.E. Murphy (#5648)