UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE ) <br> PLACEMENT CONSUMER PRIVACY ) <br> LITIGATION ) <br> This Document Relates to: All Actions ) | C.A. No. 12-MD-2358 (SLR) <br> Jury Demand |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Stewarts Law US LLP hereby withdraws as Plaintiffs' Steering Committee Member and Liaison Counsel, and that Finger & Slanina, LLC, hereby enters its appearance substituting as Liaison Counsel.

/s/ Ralph N. Sianni
Ralph N. Sianni (Del. Bar No. 4151)
David A. Straite (Del. Bar. No. 5428)
Michele S. Carino (Del. Bar. No. 5576)
Lydia E. York (Del. Bar No. 5584)
Stewarts Law US LLP
1105 N. Market St.
Wilmington, DE 19801
Tel: 302-298-1200

/s/ David L. Finger
Charles Slanina (DE Bar ID #2011)
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
dfinger@delawgroup.com

Dated: May 28, 2013