UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

**REPLY DECLARATION OF LISA M. COYLE**

I, Lisa M. Coyle, submit this declaration in further support of the motion to dismiss, for failure to state a claim, the claims asserted against defendants Media Innovation Group, LLP and WPP plc (together, the "Moving Defendants") in the consolidated class action complaint, and hereby state as follows:

1. I am an attorney admitted to practice in the State of New York and admitted to this Court *pro hac vice* in the above captioned action.

2. I am an associate at Ropes & Gray, LLP, counsel to the Moving Defendants.

3. Attached to this declaration as Exhibit B is a true and correct printed copy of the Apple Inc. webpage "Safari Features, Security and Privacy," accessible at http://www.apple.com/safari/features.html#security.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of June, 2013.

_____
Lisa M. Coyle

36553473_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Charles Slanina, Esquire<br>David L. Finger, Esquire<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 North Orange Street, 7th Floor<br>*Steering Committee Member and Liaison*<br>*Counsel for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ 07701<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON<br>& GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |

Barry Eichen, Esquire                                           *VIA ELECTRONIC MAIL*
EICHEN, CRUTCHLOW, ZASLOW & MCELROY LLP
40 Ethel Road
Edison, NJ  08817
*Plaintiffs' Steering Committee Member*

William H. Murphy, Jr., Esquire                                 *VIA ELECTRONIC MAIL*
MURPHY P.A.
One South Street, Suite 2300
Baltimore, MD  21202
*Plaintiffs' Steering Committee Member*

Mark Bryant, Esquire                                            *VIA ELECTRONIC MAIL*
BRYANT LAW CENTER, PSA
601 Washington Street
P.O. Box 1876
Paducah, KY  42002-1876
*Counsel for Plaintiff William G. Gourley and*
*Plaintiffs' Steering Committee Member*

Jonathan Shub, Esquire                                          *VIA ELECTRONIC MAIL*
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA  19102
*Counsel for Plaintiff Lynne Krause and*
*Plaintiffs' Steering Committee Member*

Jay Barnes, Esquire                                             *VIA ELECTRONIC MAIL*
BARNES & ASSOCIATES
219 East Dunklin Street
Jefferson City, MO  65101
*Plaintiffs' Steering Committee Member*

Seth D. Rigrodsky, Esquire                                      *VIA ELECTRONIC MAIL*
Brian D. Long, Esquire
Gina M. Serra, Esquire
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE  19801
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

2

Kim E. Richman, Esquire                                  *VIA ELECTRONIC MAIL*
Michael R. Reese, Esquire
George Granade, Esquire
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Sanford P. Dumain, Esquire                               *VIA ELECTRONIC MAIL*
Adam Bobkin, Esquire
Melissa Clark, Esquire
Leigh Smith, Esquire
MILBERG LLP
One Penn Plaza
New York, NY 10119
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

David Azar, Esquire                                      *VIA ELECTRONIC MAIL*
MILBERG LLP
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

Kelly E. Farnan, Esquire                                 *VIA ELECTRONIC MAIL*
Rudolf Koch, Esquire
Travis S. Hunter, Esquire
RICHARDS, LAYTON & FINGER P.A.
920 North King Street
Wilmington, Delaware 19801
*Attorneys for Defendant Vibrant Media Inc.*

Edward P. Boyle, Esquire                                 *VIA ELECTRONIC MAIL*
David N. Cinotti, Esquire
Joeann E. Walker, Esquire
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
*Attorneys for Defendant Vibrant Media Inc.*

Anthony J. Weibell, Esquire   *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
*Attorneys for Defendant Google Inc.*

Carol Lynn Thompson, Esquire   *VIA ELECTRONIC MAIL*
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA  94104
*Attorneys for Defendant Pointroll Inc.*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

4