**EXHIBIT B**

6/18/13 Apple - Safari - Learn about the features available in Safari.

Case 1:12-md-02358-JDW    Document 104-1    Filed 06/19/13    Page 2 of 16 PageID #: 1818

# Safari

What's New      What is Safari      Extensions

# Safari Features
Learn about the 250+ innovative features available in Safari.

| Accessibility | Developer Resources | Navigation and Search | Tabbed Browsing |
| Advanced Web Technologies | Graphics and Fonts | Performance | User Interface and Appearance |
| Bookmarks | International | Safari Extensions | |
| Browsing | Mac Integration | Security and Privacy | |

## Accessibility                                                                                         Back to top

### VoiceOver Screen Reader

Safari features built-in support for Apple's VoiceOver screen reader in OS X. VoiceOver describes aloud what appears on your screen and reads the text and links of websites. Using VoiceOver, you can completely control the computer with the keyboard instead of the mouse.

### ARIA Support

Safari supports Accessible Rich Internet Applications (ARIA). The ARIA standard helps web developers make dynamic web content more accessible for people with disabilities. With ARIA, sites taking advantage of advanced technologies like AJAX and JavaScript can now easily interoperate with assistive technologies.

### Enhanced Keyboard Navigation

Thanks to the enhanced keyboard navigation options in Safari, you can navigate the web without a mouse. Press the Tab key, and Safari jumps to the next password field, pop-up menu, or input field. For increased keyboard control, you can hold down the Option key while tabbing to have Safari skip through every link on the page. And if you press the Return key, Safari opens the highlighted link, letting you "point and click" with just a few keystrokes.

### Zoom Text Only

You can choose to zoom in on only the text when you take a closer look at a web page.

### Full-Page Zoom

Zoom in or out on web content using keyboard shortcuts, Multi-Touch gestures, or the Zoom toolbar button for more comfortable reading. Images and graphics scale up while your text remains razor sharp, keeping the web page layout consistent as you zoom. To add the Zoom button to your toolbar, simply choose Customize Toolbar from the View menu and drag the button onto your toolbar.



### Closed Captions for HTML5 Video

Safari can now deliver an accessible video experience. If a video embedded in a web page using the HTML5 `<video>` tag includes closed captions, click the CC button in the video controls to display them.

### HTML5 Timed Text Tracks   NEW

Developers can specify the timing of any text that appears with a media element, such as captions or subtitles.

### HTML5 Media Synchronization   NEW

Safari supports web pages that coordinate the playback of multiple HTML5 media elements. Website developers can overlay a sign language interpretation track on a video track and keep the two in sync.

### Custom Style Sheets

Apply a custom style sheet — that you download or create yourself — that sets default fonts, font sizes, colors, and contrast, making your favorite websites more readable.

### Minimum Font Size

If you find that text on some websites is too small to read (such as photo captions or fine print), Safari can increase the font size to make it more legible. Just set the minimum font size in the Advanced pane of Safari preferences.



## Advanced Web Technologies                                                                              Back to top

6/18/13 Apple - Safari - Learn about the features available in Safari.

Case 1:12-md-02358-JDW   Document 104-1   Filed 06/19/13   Page 3 of 16 PageID #: 1819

### Next-Generation Standards Support

Safari continues to lead the way, implementing the latest innovative web standards and enabling next-generation Internet experiences. With support for HTML5 media tags, CSS animation, and CSS effects, web designers can create rich, interactive web applications using natively supported web standards. A standards-compliant browser, Safari renders current and future web applications as they were meant to be seen.

### Web Audio API   NEW

Developers can create and customize audio effects in web applications with rich media content, such as games or instrument simulators. The Web Audio API provides finer-grained control over the timing of audio playback and allows developers to process audio sources from HTML5 media elements, create spatial sound effects, and synthesize and process audio directly in JavaScript.

### CSS Filters   NEW

CSS filters make it simple to create advanced filter and pixel effects such as blurs and gradients. CSS filters can vary brightness, adjust hues, invert colors, or convert elements to sepia or grayscale. Developers can combine filters and animate changes between them, while tapping into hardware acceleration for fast, smooth rendering.

### CSS Animation

CSS animation — an open standard that brings a new level of interactivity to the web — lets web designers scale, rotate, fade, and skew web elements to create cutting-edge websites. Safari was the first web browser to support CSS animation.

### CSS Effects

Pioneered by Safari, CSS effects help developers add polish to websites by stylizing images and photos with eye-catching gradients, precise masks, and stunning reflections that require only a few lines of code.

### CSS3 Web Fonts



CSS3 web fonts allow web designers to create stunning websites using the fonts they prefer rather than restricting themselves to "web-safe fonts." Safari was the first web browser to automatically recognize websites that use custom fonts, downloading them as they're needed.

### CSS3 Auto-Hyphenation

Safari allows developers to provide better reading experiences and text layouts with

### Acid 2 Compliance

Designed by the Web Standards Project, Acid tests determine whether a web browser complies with emerging Internet standards. Acid 2 tests for compatibility with new features in the HTML, CSS, and PNG standards. Pioneering the standardization effort, Safari passed Acid 2 on October 27, 2005 — two and a half years before any other popular browser.

### Formatted XML Files

When developers download unstyled XML files, Safari presents the information in a clear document tree format, making it easier to read.

### Media Caching

Safari can store audio and video data for web applications that use the HTML5 application cache, allowing for offline media playback and better media performance when an Internet connection is slow.

### HTML5 Geolocation

With Safari support for HTML5 geolocation, you can choose to share your location with certain websites that use it to provide relevant information, such as maps or nearby businesses.

### HTML5 Sectioning Elements

Support for article, aside, footer, header, hgroup, nav, and section elements allows developers to create advanced web designs with semantic markup.

### HTML5 AJAX History

Support for HTML5 AJAX history allows web developers to build interactive AJAX applications that update dynamically but still work smoothly with the back and forward navigation buttons in Safari.

### EventSource

Safari supports real-time push notifications from a server. Web applications that use EventSource can receive faster, more reliable communications from the website's server.

### WebSocket

With support for WebSocket, Safari has a speedy, two-way communication link with a web application's server, so online activities like chatting are faster and require less bandwidth.

### HTML5 Draggable Attribute

Safari makes it easier for developers to create web pages with drag-and-drop user interfaces for items like photos or images.

### HTML5 Forms Validation

### HTML 4.01 Support

Safari supports HTML 4.01, the authoring language that defines the structure and layout of web documents.

### SVG 1.1 Support

By taking advantage of the Scalable Vector Graphics (SVG) support in Safari, web developers can create fonts, graphic elements, and animations on the fly that look great no matter how large or small they are. For example, mapping sites often use SVG to draw driving directions based on your location and destination.

### ICC Color Profile Support

Safari uses advanced color management technology to deliver web images with rich, accurate color. In fact, it was the first browser to support International Color Consortium (ICC) profiles and has done so from day one, so the photos and images you see in your browser stay true to the originals.

  

### Plug-in Support

Plug-ins are add-ons that expand a browser's capabilities. Because it supports the standard Netscape plug-in architecture, Safari works with the full range of popular Internet plug-ins, including Flash, Shockwave, and QuickTime.

### Scriptable Plug-ins

Thanks to its support for scriptable plug-ins, Safari lets developers create plug-ins that interact with standard elements on a page. For example, a plug-in could allow you to customize the appearance of a car. As you add or remove options, the scriptable plug-in could update the sticker price of the car.

### Java Support

With Java support in Safari, you can use web pages that incorporate Java plug-in content.

### XML 1.0 Support

Extensible Markup Language (XML) is a popular open industry standard for creating, managing, and sharing structured data. Because native XML support is built into Safari, JavaScript programs can efficiently read XML data feeds.

### LiveConnect Support

Safari supports LiveConnect to ensure compatibility with popular enterprise web applications. LiveConnect allows Java and JavaScript to work together to deliver a more seamless browsing experience.

support for CSS3 auto-hyphenation.

### CSS3 Vertical Text

Developers can use top-to-bottom text layouts in web pages, allowing for greater customization of websites in languages that use vertical text, such as Chinese and Japanese.

### CSS3 Text Emphasis

With the text emphasis property, web pages can display emphasis marks commonly used in East Asian text.

### HTML5 Media Support

Websites can now deliver rich, interactive media as easily as they deliver images. The first browser to support HTML5 audio and video tags, Safari helps developers create media-rich sites that don't require additional plug-ins. The media tags also offer a rich scripting API, allowing developers to create powerful new controls as well as controls that match the style of the page.

### Full Screen for HTML5 Video

You can watch video embedded with the HTML5 `<video>` tag in full screen. Full-screen support allows standards-based video to deliver a first-class viewing experience.

### Closed Captions for HTML5 Video

Safari has support for closed captions in HTML5 video. If an HTML5 video on a web page includes closed captions, simply click the CC button in the video controls to display them.

### HTML5 Sandbox Attribute

With support for the sandbox attribute for iframe elements, Safari can restrict the actions of contents hosted inside an iframe. This makes iframes more secure by preventing them from running scripts or loading plug-ins that could deliver unwanted or deceptive content.

### WebKit

WebKit — the open source rendering engine introduced by Apple — powers Safari on OS X and iOS. WebKit features blazing performance and extensive standards support. And because it's open source, developers can examine WebKit code and contribute to the community.

Safari can check the information in online forms to ensure that the format is correct before sending the information to the website's server. If the wrong information is entered in an input field, Safari can inform you about the error right away.

### HTML5 Ruby

Safari can display annotations alongside the main text in a web page, allowing pronunciation annotations in web pages that use Chinese, Japanese, or Korean characters.

### MathML

With support for Mathematical Markup Language (MathML), Safari allows developers to embed mathematical notation in a web page without using an image file.



### WOFF

Support for the Web Open Font Format (WOFF) gives web designers and developers a wider range of typography options for websites.

### ECMA 262 Version 5.1 Support   NEW

Safari supports the latest edition of the JavaScript standard, ECMA 262 version 5.1, enabling the next generation of advanced, interactive web applications.

### JSON Support

With native support for JavaScript Object Notation (JSON), Safari allows web applications that use JSON to run faster and more securely.

### Full-Screen Web Pages

With the Full Screen JavaScript API, developers can create immersive web experiences without a plug-in.

### Graphics Acceleration for HTML5 Canvas

HTML5 Canvas elements on web pages take advantage of hardware acceleration, allowing faster performance for interactive graphics that are rendered natively in the browser.

### CSS Canvas

Using CSS Canvas, web designers can position canvas elements anywhere an image can be placed using CSS. Safari was the first web browser to support CSS Canvas.

### Error Reporting

Window.onError support allows developers to spot JavaScript errors more easily. Developers can present users with a customizable message should they encounter an error on their websites, and window.onError can also report JavaScript errors back to the server, so that developers can use the error data to debug their code.

### HTML5 Offline Support

Web developers can create applications that you can use even when you don't have access to the Internet. Thanks to HTML5 offline support, web applications that are stored on your computer are immediately accessible anytime. Along with the application, web developers can also choose to store the application's data on your system, so you always have the information you need. Applications and data can be stored in a traditional SQL-like database serving as an application cache or in the familiar cookie format.

### Acid 3 Compliance

Safari was the first web browser to pass Acid 3. Acid 3 tests a browser's ability to fully render pages using the web standards used to build dynamic, next-generation websites, including CSS, JavaScript, XML, and SVG.

### HTML5 Canvas

Originally invented by Apple for Dashboard, HTML5 Canvas technology allows web designers to specify an area in HTML that can be dynamically stylized by a JavaScript program. Safari was the first web browser to support HTML Canvas, and the standard is now supported by most popular browsers.

### HTML5 Web Notifications   NEW

Websites can keep users up to date about breaking news, new messages, and other alerts. Website notifications appear in the upper-right corner of the screen with other notifications and in the new Notification Center in Mountain Lion. Extensions enabled in Safari can also send notifications.

---

## Bookmarks

Back to top

### iCloud Bookmarks

### Bookmark Search

### Bookmark Auto-Click

With iCloud, you can add a new bookmark on one device and have it automatically update across all your devices — iPhone, iPad, iPod touch, Mac, and PC.

### Cover Flow

Using Cover Flow, you can flip through websites as easily as you flip through album art in iTunes. Cover Flow displays your bookmarks and history as large graphical previews, so you can pick out a website instantly.

### Drag-and-Drop Bookmark Organization

Easily rearrange your bookmarks in the bookmarks bar by dragging them to the right or left. As you drag over other bookmarks, they slide away to make room for the one you're moving.



### Integrated Bookmarks Bar

The elegant bookmarks bar is built into the Safari browser window, so your most frequently used bookmarks are always visible without cluttering your screen.

### Bookmark Folders

Organize your bookmarks in custom folders, such as News, Resources, Networking, Photos, or Blogs. Add, name, and arrange them in any bookmark collection. Drag and drop bookmarks directly into a folder to organize your library.

### Easy Bookmark Editing   NEW

Edit the names of bookmarks and bookmark folders right in the bookmarks bar. Click and hold a bookmark or folder and type a new name into the bar.

Find bookmarks quickly in Safari. You don't have to remember the name of the site — Safari searches your bookmarks for matching URLs, website names, and even website content to find the bookmark you're looking for.



### Bookmark Tabs

Here's a quick way to create bookmarks for sites you have open in separate tabs. Simply choose "Add Bookmarks for These Tabs" from the Bookmarks menu. Safari creates a new bookmark folder for the sites, and because it enables them for Auto-Click, you can reopen each site in a separate tab with a single click.

### Custom Bookmark Naming

Simplify your bookmarks with custom names. Instead of using the default site names, which are often long and unwieldy, give them names you'll remember. Safari conveniently prompts you to choose a name and location as it adds each bookmark.

### Bookmarks Library

Safari provides an iTunes-style interface you can use to view, create, and organize your bookmarks. The bookmarks library is organized into collections (folders) of custom bookmarks and your browsing history. To access the library, click the book icon on the left side of the bookmarks bar.

### Drag-and-Drop Bookmark Creation and Deletion

Safari lets you create and delete bookmarks with a simple drag and drop. When you find a site you like, create a new bookmark by dragging the site's icon into the bookmarks bar. If you no longer use a bookmark, drag it out of the bookmarks bar and it disappears in a puff of smoke.

Safari offers a great way to automatically open the bookmarks inside a bookmark folder, each in a separate tab. In fact, it was the first browser to offer Auto-Click bookmarks. To catch up with your favorite news sites in the morning, use Auto-Click to open multiple pages in individual tabs with a single click.



### Export Bookmarks

Easily transfer and back up your bookmarks. Choose Export Bookmarks from the File menu, and Safari saves your bookmarks in an HTML file that can easily be archived or opened with another computer or browser.



### History View

Take a closer look at your browsing history in the History view. Search for previously visited sites, drag web pages to your bookmarks, and clear individual items. Safari displays your history using Cover Flow, so you can flip through your search results as easily as you flip through iTunes album art.

### Import Bookmarks

Choose Import Bookmarks from the File menu to import your bookmarks from other browsers into Safari.

---

## Browsing                                                        Back to top

### Reading List

Reading List lets you save web pages to read or browse later. Click the glasses icon on the left side of the bookmarks bar to show or hide

### Full History Search

Instantly find pages you visited in the past with Full History Search. To find a page, enter your search term in the Search History field in Top

### Downloads Popover

When you download files in Safari, an arrow button appears to the right of the Smart Search Field and shows you the progress of your

your Reading List in the Safari window.

### iCloud Reading List

iCloud makes sure that everything in your Reading List automatically appears on your iPhone, iPad, iPod touch, and Mac. Turn on Safari in iCloud to access your Reading List on all your devices.

### Offline Reading List   NEW

Safari now stores the content from web pages in your Reading List so you can catch up on your reading even when you don't have an Internet connection. If an article in your Reading List contains multiple pages, Safari fetches the pages ahead of time so you can read the entire article offline.

### Add Pages

To add the current web page to your Reading List, click the Share button in the Safari toolbar. When your Reading List is open, click the Add Page button. As you browse the web, Shift-click any link on a page to add it, even when Reading List is hidden.

### Article Previews

Your Reading List shows you the title of each web page in the list, the website it appeared on, and a text preview of its first lines. If you've Shift-clicked a shortened link to add it, Reading List presents the title and website of the link.

### Easy Management

When you're finished reading a web page and no longer want it in your Reading List, hover over the item in your list. An X button appears; click the button to remove the item. Click the Clear All button to remove everything in the list. With iCloud, every edit you make on your Mac automatically updates across all your devices.

### Automatic Sorting

Click the All and Unread buttons at the top of Reading List to switch between viewing all Reading List items and viewing only your unread items.

### Easy Browsing

To browse through your Reading List, use the scroll bar or Multi-Touch scrolling. Drag the right edge to widen or narrow the Reading List.

### Reader Integration

When you select an article in your Reading List, Safari presents a Reader button on the right of the Smart Search Field. Click the button and the article appears without distracting content. You can also zoom, send the article using Mail, and print from the heads-up display that appears in Reader when you hover over the bottom of an article.

Sites. There's no need to remember page titles or complex URLs. Instead, find pages by searching for text that appeared anywhere on the page. Safari displays search results using Cover Flow, so you can flip through large graphical previews to quickly pick out the site you're looking for.

### Top Sites/History Button

Switch easily between Top Sites and Full History Search by clicking the button that appears at the top of each view.





### AutoFill: Personal Information

Wish you didn't have to repeatedly enter your name, telephone number, address, or other personal information when you fill out web forms? Let Safari do it for you. AutoFill — which you can configure in Safari preferences — can automatically fill out web forms for you using information in OS X Contacts. Safari detects web forms and presents a drop-down field, letting you choose to use AutoFill to complete the form. No information is added to web forms until you choose to use AutoFill.

### AutoFill: Forms

Safari can automatically fill in forms, such as search fields, that you repeatedly use on the web. Just start entering text into a form or search field, and Safari fills in the form or field or offers suggestions based on what you've entered in the past.



### AutoFill: User Names and Passwords

If you frequently visit websites that require you to enter a user name and password, you can have Safari remember your login information. Safari asks you if you want it to save your password the first time you log in to the secure site. If you select Yes, Safari automatically fills in the login information when you return to the

download. You can also use it to pause, resume, or cancel a download. You can clear downloads from the popover or view them in the Finder.

### Drag-and-Drop Downloads

You can drag items out of the Downloads popover in Safari and place downloaded files on the desktop.

### Auto-Remove Downloads List Items

Safari makes it easy to minimize the number of items appearing in your downloads list. In Safari General preferences, choose to delete listings on successful download or as soon as Safari quits.

### Spell Checking

Safari offers built-in spell checking. Like the spell checker in many word processing applications, it highlights errors as you type and reviews your text word by word, offering new spelling suggestions. Safari can spell-check in 15 different languages.

### Grammar Checking

Safari offers built-in grammar checking. If you compose web-based email, update a blog, or type text into a web form, Safari can check and suggest corrections for your sentence structure.

### Save as Web Archive

Store important or private web documents — like receipts and invoices — on your hard drive as web archive files. While viewing a web document you want to keep, choose Save As from the File menu and then choose Web Archive. The page is stored on your computer in a single file with its text, graphics, and layout permanently intact.

### Resume

When you restart your Mac, Safari automatically restores the open windows and tabs from your last browsing session, so you can continue right where you left off. When you use Resume, Safari won't restore web pages viewed when Private Browsing is on.

### Reopen All Windows from Last Session

Want to start browsing where you left off the last time you quit Safari? Choose Reopen All Windows From Last Session from the History menu, and Safari opens the windows and tabs that were open when you quit.

### Keyboard and Mouse Shortcuts

Browse faster and more productively using keyboard and mouse shortcuts. In Safari Help, type "Safari Shortcuts" in the search field for a complete listing.

### Automatic Reader

If you view an item in your Reading List with Reader and then select another item in your list, Safari presents the new item with Reader.

### Reading List Mac Integration

You can add pages to your Reading List from Mail and other applications. If someone sends you a link you'd like to read later, secondary-click or Control-click the link and choose Add to Reading List.

### Process Architecture

The process architecture in Safari makes browsing more stable and responsive. One process handles all content from the web, while another process handles interactions with the browser interface, such as creating a bookmark or searching history. So an unresponsive web process won't affect the browser, allowing you to keep browsing without restarting Safari.

### Safari Reader

As you browse the web, Safari detects if you are on a web page with an article. Click the Reader button that appears on the right of the Smart Search Field and an elegant view of the article appears — without any distracting content.

### Continuous Reading

With Safari Reader, you don't have to click through multiple web pages to reach the end of a long article. Safari Reader displays articles in their entirety, with a scroll bar for easy, continuous reading.

### One-Click Emailing

Safari Reader makes it easy to share articles. In Safari Reader, click the envelope icon in the heads-up display to email the article with Mail. The Mail message preserves the continuous, clutter-free layout and includes a link to the article at the top of the message.

### Auto-Remove History Items

To keep your browsing history manageable, Safari automatically purges history items older than one month by default. However, to maintain privacy, you can control how much of your browsing history Safari retains. Click General in Safari preferences and choose another option in the Remove History Items pop-up menu.

site. Safari encrypts your user names and passwords to keep your personal information secure.

### Passwords Pane   NEW

Passwords you save for AutoFill are securely stored in the new Passwords pane in Safari preferences. Authenticate with your system login to see your saved passwords.

### Customize Number of Top Sites

To set the number of sites Safari displays on your Top Sites page, click the Edit button in Top Sites and choose Small, Medium, or Large in the lower-right corner to display 24, 12, or 6 site thumbnails, respectively.



### Pin Top Sites

To organize your top sites the way you want, click the Edit button and drag site thumbnails to any position in the Top Sites grid. You can pin sites to specific locations by clicking the pushpin that appears over the site.

### Reopen Last Closed Window

If you inadvertently close a browser window, you can easily recover it by choosing Reopen Last Closed Window from the History menu.

### New Window Preference

Choose what's displayed when you first open Safari: Top Sites, your home page, an empty page, the current web page, or your bookmarks.

### Easy Printing

When viewing an article in Safari Reader, click the printer icon in the heads-up display to print the article in the same clutter-free layout, with multiple pages stitched together for an easy-to-read, continuous printout.

### Easy Zoom

In Safari Reader, you can change text sizes by clicking the zoom in and zoom out icons in the heads-up display. When you change the size of the text, that setting is preserved the next time you view an article in Safari Reader.



### View Installed Plug-ins

Each time you download and activate a plug-in, Safari logs and displays it in the Installed Plug-ins view in the Help menu. Safari groups the plug-ins by category, listing the name, version number, description, and associated extensions for each plug-in.

### Top Sites

Safari identifies your favorite sites and displays them as a wall of stunning graphical previews. To visit one of your top sites, just click any of the previews. As you browse, Safari identifies the websites you're most interested in based on how often and how recently you've visited a site. So as you explore the web and discover new websites, your top sites will change to match your evolving tastes.

### Search History with Date

When you use Cover Flow and Full History Search, a date indicator helps you sort through your history, so you can look for pages based on when you viewed them.



### Help

Learn how to get the most out of Safari with its comprehensive Help system. Help is fully searchable, and search results are sorted by relevance and divided into lists of related commands and help topics.

### Merge All Windows

Consolidate all the open browser windows into a single window with multiple tabs by choosing Merge All Windows from the Window menu.

---

## Developer Resources

Back to top

### Powerful Tools

Apple has brought its expertise in OS X and iOS development tools to the web. Safari includes a powerful set of tools that make it easy to debug, tweak, and optimize a website for peak performance and compatibility. To access them, turn on the Develop menu in Safari preferences.

### Develop Menu

Access all the developer tools in Safari from your menu bar by turning on the Develop menu in the Advanced pane of Safari preferences. You'll have one-click access to the Web Inspector, Error Console, disabling functions, and other developer features.



### Snippet Editor

The Snippet Editor makes it easy to test experimental pieces of HTML markup. Enter the code into the editor, and Safari renders the results immediately.

### Web Inspector

The Web Inspector gives you quick and easy access to the richest set of development tools ever included in a browser. From viewing the structure of a page to debugging JavaScript to optimizing performance, the Web Inspector presents its tools in a clean window designed to make developing web applications more efficient. To activate it, choose Show Web Inspector from the Develop menu.

### Storage Navigator   NEW

The Storage navigator allows you to manage offline databases, execute SQL queries, and see HTML5 web storage areas and cookie information.

### Instrument Navigator   NEW

You can now see the bigger picture when tracking down page performance issues. A single timeline shows you network loads, page layout and rendering, and JavaScript activity.

### Issue Navigator   NEW

See errors and warnings in the Issue navigator. You can run automated tests for network utilization and web page performance, which return suggestions for optimizing your website.

### Disable Images

### Debug Navigator

Use this navigator to step through your code, easily navigate the call stack, and view values for local and global variables.

### Breakpoint Navigator   NEW

See breakpoints across all your files.

### Log Navigator   NEW

See all the messages logged by your web page. When you reload the page, the previous set of output is automatically saved so that you can easily compare old and new log messages as you update and reload your web page.

### Keyboard Shortcuts

Keyboard shortcuts in the Web Inspector allow you to switch between navigators and edit your code quickly.

### Syntax Highlighting

With syntax highlighting for JSON and CSS in the Web Inspector, it's easier to identify and debug your code.

### Safari Developer Program

Developers can create secure, standards-based extensions for Safari. Create buttons for the toolbar or make your own extension bar. Interact with web pages and change the way web content appears — all with powerful web standards like HTML5, CSS3, and JavaScript. The free Safari Developer Program includes everything you need to start creating extensions.

### HTML5 Extensions

Safari extensions are built with standard web technologies — HTML5, CSS3, and JavaScript. So if you can develop for the web, you'll feel right at home writing extensions for Safari.

### Free Digital Certificate

Members of the Safari Developer Program receive a free digital certificate to sign Safari extensions. This ensures that any updates to your extension come from you and not a third party.

### Extension Builder

Safari simplifies extension development with Extension Builder. Instead of manually entering your scripts, stylesheets, and commands in a complicated text file, you can select your extension resources visually in Extension Builder, a template that's as easy to fill out as a form.

### Extension Distribution

Safari Developer Program members can market and distribute extensions independently. You can also submit your extension to be listed in the Safari Extensions Gallery, which gives users a convenient place to find your extension and allows one-click download and installation from your website.

### Safari Dev Center

The Safari Dev Center provides a range of technical resources for extension development, including sample code and programming and conversion guides to assist you with creating Safari extensions.

### Extension Popovers

Safari allows extensions to show HTML content in popovers that drop down from an extension toolbar button.

### Extension Menus

Toolbar button extensions can have menus that drop down from the button.

### New Event Classes

With support for new event classes, Safari extensions can respond to user interactions with tabs, windows, web content, and the Smart Search Field. New event classes include Activate, Available, Before-navigate, Close, Deactivate, Menu, Navigate, Open, and Status-update.

### Reader Extensions

Extensions can detect whether Safari Reader is available for a web page and activate Reader.

### Private Browsing Detection   NEW

Extensions can now detect when Private Browsing is on, creating new feature opportunities for extensions that focus on web privacy. Developers of all kinds of extensions can use this feature to fall back gracefully when their extension attempts to access features that aren't available in Private Browsing mode, such as cookie or data storage.

### Reader Customization   NEW

Extensions can use stylesheets and scripts to change the appearance of articles viewed in Safari Reader.

### Apple Developer Forums

Join the Apple Developer Forums to post Safari extension and web development questions for open discussion with other developers and Apple engineers.

### View Source

To examine the original HTML of a web page, choose Show Page Source from the Develop menu. The Source view updates automatically

Many people use browsers that don't support images or configure their browsers to prevent images from loading. As a developer, you can learn how such users experience content on your site by disabling your site's images in the Develop menu.

### Disable JavaScript

Disabling JavaScript lets you experience how your website will behave for users who have disabled JavaScript. Simply choose Disable JavaScript from the Develop menu.

### Resource Navigator   NEW

View detailed data about web page resources, including documents, scripts, and images.

### Search Navigator   NEW

Quickly and easily search all of your HTML, CSS, JavaScript, and other web page resources for any string.



### Disable Runaway JavaScript Timer

Safari has a built-in runaway timer that alerts users when they land on a site that uses slow JavaScript code. If you want to examine long-running scripts without interruption, you can disable the timer by choosing Disable Runaway JavaScript Timer from the Develop menu.

### Disable Styles

If you disable styles, Safari loads pages without applying any CSS rules, allowing you to evaluate how text browsers, search engines, and screen readers will interpret your pages.

if you reload an adjusted page.

### Change User Agent

To determine if a website is customizing content for different browsers, change the user agent to have Safari identify itself as a different browser.

### Open Page With

To preview how different browsers render your web page, select an alternative browser by choosing Open Page With from the Develop menu.

### Save As Page Source

To save your website's HTML source code, choose Save As from the File menu and select Page Source.

### Disable Caches

Choose Disable Caches from the Develop menu to force the browser to grab live graphics, pages, and other resources from the network instead of using cached resources.

---

## Graphics and Fonts

Back to top

### High-Fidelity Graphics and Fonts

Safari brings the web to life by delivering the beautiful graphics, fonts, and effects you expect from Apple. Your favorite websites have never looked better.

### Hardware Acceleration

Hardware acceleration allows Safari to tap into graphics processing units to display computing-intensive graphics, so standards like HTML5 and CSS3 can deliver rich, interactive media smoothly in the browser. Safari also accelerates plug-in content.

### Graphics Acceleration for HTML5 Canvas

With Safari, HTML5 Canvas elements on web pages take advantage of hardware acceleration, allowing faster performance for interactive graphics that are rendered natively in the browser. Safari was the first web browser to support HTML5 Canvas, which allows developers to specify an HTML image that can be drawn and scripted using JavaScript.

### Anti-Aliased Fonts

Thanks to the anti-aliasing algorithm in Safari, you enjoy crisp, gorgeous fonts. The algorithm preserves the subtleties of each font while rendering each character with a crispness that makes your favorite sites a pleasure to read.

### Printing Auto-Format

Because Safari prints websites intelligently, your printout matches your expectations. When you choose Print from the File menu, there's no need to select a specific frame or section of the site to make certain that your printout contains all of the site's content. Safari formats the site based on the content and displays a preview for your approval.

### Shrink-to-Fit Printing

Working in conjunction with OS X, Safari avoids printing pages with one or two lines of text by calculating the web page layout and adjusting the print size by up to 10 percent if doing so will reduce the number of printed pages.

### Contextual Letters

In many fonts, letters may change their shape and spacing depending on their position in a word. For example, in languages like Arabic, a letter used in the middle of a word may be shaped differently from the same letter used at the end of a word. Safari recognizes many of these contextual letterforms when rendering different fonts and languages.

### Color Profile Support

The only browser that color-corrects web images, Safari delivers vibrant, accurate color. Safari has supported International Color Consortium (ICC) profiles from day one, so the

### CSS Animation

An open standard, CSS animation brings a new level of interactivity to the web, allowing designers to scale, rotate, fade, and skew web elements to create sites with cutting-edge graphics animation. Safari was the first web browser to support the standard.

### CSS Effects

Using CSS effects, a technology pioneered by Safari, developers can stylize images and photos with eye-catching gradients, precise masks, and stunning reflections, providing an extra layer of polish to their websites by adding just a few lines of code.

### CSS3 Web Fonts



Thanks to CSS3 web fonts, web designers no longer have to settle for web-safe fonts. Instead, they can choose from a broader set of fonts to design stunning websites. Safari was the first browser to automatically recognize websites that use custom fonts and download them as needed.

### CSS3 Auto-Hyphenation

Safari allows developers to provide better reading experiences and text layouts with support for CSS3 auto-hyphenation.

### WOFF

6/18/13 Apple - Safari - Learn about the features available in Safari.

Case 1:12-md-02358-JDW    Document 104-1    Filed 06/19/13    Page 10 of 16 PageID #: 1826

### CSS Filters  NEW

CSS filters make it simple to create advanced filter and pixel effects such as blurs and gradients. CSS filters can vary brightness, adjust hues, invert colors, or convert elements to sepia or grayscale. Developers can combine filters and animate changes between them, while tapping into hardware acceleration for fast, smooth rendering.

photos and images you see in your browser are as true to the originals as possible.



Without Color Management | With Color Management

Support for the Web Open Font Format (WOFF) gives web designers and developers a wider range of typography options for websites.

### Full-Page Hardware Acceleration  NEW

Safari now taps into the graphics processor on your Mac to accelerate entire web pages through hardware. 2D drawing of text and graphics is even faster and smoother in Safari.

## International

Back to top

### Default Regional Bookmarks

Safari uses your operating system's regional settings to determine your location, then customizes your bookmarks based on region. As a result, you'll have the most popular websites in your bookmarks bar no matter where you are.

### International Web Content

Safari is designed to handle web content from all regions of the world, including a broad range of alphabets, number systems, writing directions, currencies, weights and measurements, date and time formats, and time zones.

### IDN Support

Access sites with non-English web addresses. Safari offers Internationalized Domain Name (IDN) support, which allows web developers to use URLs that contain non-English letters and characters.

### International Localizations

Safari is available in 30 languages and can spell-check in 15 languages.



### Unicode Support

Because Safari supports Unicode, the accepted international encoding standard, you can enjoy web content in any number of languages, including Arabic, English, and Japanese.

### CSS3 Vertical Text

Developers can use top-to-bottom text layouts in web pages, allowing for greater customization of websites in languages that use vertical text, such as Chinese and Japanese.

### Ruby Support

Safari support for HTML5 Ruby makes it easy to include pronunciation annotations in web pages that use Chinese, Japanese, or Korean characters.

### Sina in the Share Menu  NEW

Sina, a leading Chinese microblogging service, is built into the Share menu. Chinese users can click the Share button and select Sina to share links right from Safari.

### CSS3 Text Emphasis

With the text emphasis property, web pages can display emphasis marks commonly used in East Asian text.

### Baidu in the Search Field  NEW

Baidu, the leading Chinese search engine, is now available as a built-in option in the search field for Chinese users.

### Right-to-Left Text

Safari supports multidirectional text rendering, allowing websites drafted in other languages to display characters from right to left.

## Mac Integration

Back to top

### Built-in Sharing  NEW

Share web pages using Mail, Messages, Facebook, and Twitter — without leaving Safari.

### Share Button  NEW

Built into Safari, the Share button reveals a menu of sharing services. You can also click the Share button to add a web page to your Reading List or bookmarks.

### Messages Share Sheet  NEW

Choose Message to send a web page, and a Share sheet with the URL appears in Safari.

### Save Images to iPhoto

Safari is the only browser that lets you save web images directly to iPhoto. Simply Control-click the picture and choose "Add Image to iPhoto Library."

### Automator Support

You can access web images, downloads, and text directly from your custom workflows with the Safari actions built into Automator.

### Sharing with Mail  NEW

When you share a web page with Mail, you can choose between sending the web page, a PDF

### Reading List Integration

You can add pages to your Reading List from Mail and other applications. If someone sends you a link you'd like to read later, secondary-click or Control-click the link and choose Add to Reading List.

### Safari Reader Emailing and Printing

Emailing and printing articles with Safari Reader is simple. Just click the envelope or printer icon in the Reader heads-up display. Your Mail messages and printouts will keep the same continuous, clutter-free article layout that Reader presents.

Start typing in the To field, and Messages autocompletes the names you type with matches from Contacts. Click the blue "+" button to scroll through Contacts or select a Messages buddy.

### Facebook Share Sheet  NEW

Post links to Facebook from Safari. Single sign-on sets up Facebook for Safari, so you need to log in only once. The Facebook Share sheet includes space for you to add a comment to your post. You can choose to add a location to your post — just click the Location indicator in the Share sheet.

### Tweet Sheet  NEW

The Tweet sheet makes it easy to tweet a web page. Single sign-on sets up Twitter for Safari, so you need to log in only once. The Tweet sheet shows you how many characters you have left as you type. You can give more context to a tweet by adding a location.

of the page, just the URL, or the page in Reader, where text appears in a clean, clutter-free format.

### Internet Account Setup

When you first log in to your Google, Yahoo!, or AOL account, Safari asks if you want to use these accounts with Mail, Calendar, Messages, and Contacts.

### Downloads Stack

When you download files or programs to your Mac, Safari saves them in the Downloads stack in the Dock so you can get to them with a few clicks. If you prefer, you can select another default location in the General pane of Safari preferences.

### AppleScript Support

In OS X, Safari allows AppleScript developers to access the content and properties of websites — such as HTML, DOM, and JavaScript elements — directly in scripts and custom applications.

### Web Clip

Turn any web page into a Dashboard widget on your Mac. Click the Web Clip button next to the address field in Safari, and select exactly what you want your new widget to display. Click Add, and Safari sends your Web Clip widget to Dashboard, where you can view it alongside other widgets.

### Inline PDF Viewing



Safari on the Mac comes with a built-in PDF engine, allowing you to quickly review PDF documents in Safari without having to install slow and cumbersome third-party plug-ins. The Safari PDF engine lets you zoom in and out and open PDFs in Preview or save them in your Downloads folder.

### Notifications Pane  NEW

Websites can send you notifications that appear in Notification Center in Mountain Lion. A new pane in Safari preferences shows you which websites you've allowed to send you notifications and makes it easy to manage notifications on a site-by-site basis.

---

## Navigation and Search

Back to top

### Smart Search Field  NEW

Safari now has one field for searches and web addresses, so you can browse the web from one convenient place.

### Top Hit

The Top Hit makes it a snap to get to the web page you want. When you type in the field, Safari smartly suggests a web page based on your bookmarks and browsing history and presents it as a Top Hit — just press Return to select it. Top Hit suggestions change dynamically as you type, and they get more accurate based on the web pages you select. Safari can also present two Top Hits when two web pages from the same site could be a match.

### Find

Choose Find from the Edit menu and enter the text you want to find. Safari instantly locates all occurrences of the text on the current web page, shows you how many occurrences it's found, and highlights every instance.



### Autocomplete Web Addresses

Let Safari complete your web addresses automatically. As you begin typing a web address in the Smart Search Field, Safari uses your bookmarks and browsing history to anticipate your destination and fill in the full address for you.



### Smart Autocomplete

The Smart Search Field can match text you type against the titles of web pages in your history and bookmarks. It can also suggest pages when you type any part of a URL, not just the beginning.

### Search Suggestions

The Smart Search Field also presents suggestions based on popular search terms from Google, Yahoo!, or Bing. Search suggestions update dynamically as you type.

### Shortcut to History

You can enter Full History Search right from the Smart Search Field. Just select "Search for (your term) in History" to get a Full History Search of what you typed.

### Go to Site  NEW

When you're typing a web address, you can select "Go to Site" in the drop-down from the Smart Search Field. Safari automatically adds ".com" and takes you to that web address.

### Switch Search Engines

Click the magnifying glass in the Smart Search Field to reveal a drop-down that lets you switch your search engine.

### Recent Searches

Click the magnifying glass in the empty Smart Search Field to see your recent searches. Click Clear Recent Searches to delete recent search terms.

### Full History Search

Use Full History Search to instantly find pages you've visited in the past. To find a page, simply begin typing in the Search History field in Top Sites. There's no need to remember page titles or complex URLs. Safari stores all

### Bookmark Search

Find your bookmarks instantly with bookmark searching in Safari. You don't have to remember the name of the site. Safari searches your bookmarks for matching URLs, website names, and even website content to find the bookmark you're looking for. Safari displays the results using Cover Flow, so you can flip through your search results as easily as you flip through album art in iTunes.

### Find Option

When you use Find, you can choose whether to search for text that either contains or starts with the word or phrase you type in the search field. Click the magnifying glass in the Find search field to switch between the two options.

### Baidu  NEW

Baidu, the leading Chinese search engine, is now available as a built-in option in the Smart Search Field for Chinese users.

the text from every page you visit, so you can base your search on any word or phrase that appeared on the site you want to find. And since Safari displays the results using Cover Flow, you can flip through large graphical previews until you recognize the site you want.

### Search Options

Safari lets you choose Google, Yahoo!, or Bing as the search engine in the Smart Search Field.

## Performance

Back to top

### Speculative Loading

Safari loads the documents, scripts, and style information required to view a web page ahead of time, so they're ready when you need them.

### Full-Page Hardware Acceleration  NEW

Safari now taps into the graphics processor on your Mac to accelerate entire web pages through hardware. 2D drawing of text and graphics is even faster and smoother in Safari.

### Faster Performance

Safari speeds up performance on the SunSpider JavaScript benchmark by up to 6 percent compared with Safari 5.1.[1]

### Hardware Acceleration

Hardware acceleration allows Safari to tap into graphics processing units to display computing-intensive graphics and animations, so standards like HTML5 and CSS3 can deliver rich, interactive media smoothly in the browser.

### DNS Prefetching

As you browse the web, Safari finds links on the web pages you visit and looks up their addresses, a technique called Domain Name System (DNS) prefetching. If you click one of those links, Safari can quickly load the web page for you, so you can spend more time browsing and less time waiting.

### Advanced Page Caching

Safari stores the web pages you visit in the cache, which can speed up access to pages you've already viewed. Safari can add additional types of web pages to the cache so that they load fast when you return to them.

### Nitro JavaScript Engine

The Nitro JavaScript engine is an advanced bytecode JavaScript engine that makes web browsing even faster, and it's what powers Safari on OS X and iOS. The Nitro JavaScript engine takes advantage of the multiple processor cores on your Mac, reducing pauses caused by memory allocation.

### Adaptive JavaScript Compilation  NEW

Web pages load faster thanks to adaptive compilation. The Nitro JavaScript engine adjusts to the code on the web pages you visit, delivering the performance advantages of just-in-time compilation without the compiler startup costs that can slow down page loading.

### Smooth Scrolling  NEW

Thanks to hardware acceleration, web pages scroll smoothly even when your Mac is processing new web page content.

### CSS Optimizations  NEW

Safari speeds up rendering with a new, adaptive approach to CSS. Safari recognizes common stylesheets, shares computations for rendering styles within and between the web pages you browse, and can process many changes in the appearance of web pages without additional computations that could slow down your browsing.

## Safari Extensions

Back to top

### Safari Extensions

Customize your web experience with Safari extensions. Created by third-party developers, Safari extensions let you add features to the browser. Install, manage, and use extensions simply and easily — without security worries or browser instability.

### Safari Extensions Gallery

The Safari Extensions Gallery is a convenient place to find extensions and download them

### Protected Updates

Every Safari extension is signed with an Apple-provided digital certificate, which can prevent extensions from being tampered with and helps verify that updates to the extension are from the original developer.

### Built-in Security

Safari extensions come with built-in defenses. In Safari, extensions can't access information on your system or communicate with websites aside from those specified by



### Extensions Pane

An easy-to-read Extensions pane in Safari preferences shows you all of your extensions and lets you manage them. It's also easy to uninstall an extension from the Extensions pane.

directly from the developer's website. Featured extensions make it easy to find the most useful extensions to enhance your browsing experience. You can access the gallery from the Extensions pane in Safari preferences or from the Safari menu.

### Automatic Updates

Safari checks to see whether there are updates to your extensions and shows you when they are available in the Extensions pane. You can also choose to have Safari install updates automatically.

the developer.

### One-Click Management

In the Extensions pane, you can turn extension support on or off with one click. You can also enable or disable individual extensions. No matter how you manage your extensions, you won't need to restart Safari for the changes to take effect.

### One-Click Installation

In Safari, installing extensions is easy. After you download an extension, there's no need to restart the browser. Your extensions are ready to use.



### HTML5 Extensions

Safari extensions are built with web standards like HTML5, CSS3, and JavaScript, and they can have all the power and functionality of advanced web applications. Standards-based extensions can execute right in the browser, reducing the chance of crashes or browser instability.

---

## Security and Privacy

Back to top

### Sandboxing

All the web content and applications you use in Safari are sandboxed, so they don't have access to information on your system. If a website contains malicious code intended to capture personal data or tamper with your computer, sandboxing provides a built-in blocker that restricts that code from doing harm.

### XSS Auditor

Safari protects you against cross-site scripting (XSS). XSS is a type of exploit in which an attacker tampers with a website, injecting scripts that could capture personal information from users visiting the website. With the XSS Auditor, Safari can filter these scripts to protect you from ones that might be malicious.

### Phishing Protection

Safari protects you from fraudulent Internet sites. When you visit a suspicious site, Safari warns you about its suspect nature and prevents the page from loading.

### Malware Protection

Safari recognizes websites that harbor malware before you visit them. If Safari identifies a dangerous page, it warns you about the suspect nature of the site.

### Privacy Pane

The Privacy pane in Safari preferences gives you control over your online privacy, allowing you to clear website data, customize cookie

### Pop-Up Blocking

By default, Safari intelligently blocks all unprompted pop-up and pop-under windows, so you can avoid distracting advertisements while you browse.

### Badge for HTTPS Sites   NEW

Safari makes it easy to spot an HTTPS website. When your connection to a website is encrypted, Safari shows a gray "https" badge with a lock icon before the address.

### EV Certificates

Safari supports Extended Validation (EV) Certificates, allowing you to easily identify legitimate websites and businesses. When a website has an Extended Validation Certificate, the website owner's name appears in a green badge. Just click the name to learn more about the website's security credentials.



### Cookie Blocking

Some companies track the cookies generated by the websites you visit, so they can gather and sell information about your web activity. Safari is the first browser that blocks these

### Parental Controls: Approved List

You can use Parental Controls in System Preferences to create an approved list of websites that your children can visit. Select an account, click Content, and select "Allow access to only these websites." A child logging in to the Mac using that account will be able to access the sites you list. If a child wants to access a site that's not on the list, Safari will ask for the administrator (rather than the account) password.

### Proxy Support

Safari supports the most popular proxy services and automatically detects a variety of proxy protocols, including Automatic Proxy configuration, FTP Proxy, Web Proxy (HTTP), Secure Web Proxy (HTTPS), Streaming Proxy (RTSP), SOCKS Proxy, and Gopher Proxy.

### Automatic Updates

Get quick, easy access to the latest security updates. Safari takes advantage of Apple Software Update, which checks for the latest versions of Safari when you're on the Internet.

### Reset Safari

Erase every trace of your browsing in one simple step. Choose Reset Safari from the Safari menu to erase your history, cache, download history, cookies, website icons, names and passwords, AutoFill information, and location services preferences, as well as Google, Yahoo!, and Bing search terms, from the computer.

settings, choose whether websites can request your location information, or turn on Do Not Track.

### Do Not Track  NEW

Safari lets you turn on Do Not Track, an emerging privacy standard. Checking this Privacy pane preference sends websites you visit a request not to track you online. Safari also sends a request to websites not to track you when you use Private Browsing.

### View Website Data

In the Privacy pane, Safari lists all the websites that have stored data on your computer and shows you what kind of data is being stored — cookies and Flash plug-in data, as well as information in databases, local storage, and the application cache.

### Remove Website Data

With Safari, it's simple to clear away the information that websites might use to track you online. In the Privacy pane, click Remove All Website Data and confirm. Safari removes cookies, Flash plug-in data, and information from databases, local storage, and the application cache. You can also clear data on a site-by-site basis.

### Location Services Preferences

Safari lets you control how your location information is shared. When you visit a geolocation-enabled website, Safari asks you for permission to share your location. You can choose to have Safari remember your preference for that website for one day, and you can choose to allow a website to access your location without being prompted again. You can also choose to deny permission without receiving a prompt. The Privacy pane of Safari preferences lets you specify how websites can access location services.

### Reset Location Preferences

You can clear your location preferences by choosing Reset Safari from the Safari menu and selecting "Reset all location warnings."

### Parental Controls: Logs

See which web pages your children have visited. Open Parental Controls in System Preferences and click Logs to view a list of the sites that were visited and blocked by a specific user account. You can sort your findings by name or date.

tracking cookies by default, better protecting your privacy. Safari accepts cookies only from websites you visit.

### Web Search Preference  NEW

You can now turn off search suggestions in the Smart Search Field. Just select the Web Search box in Safari Privacy preferences.

### Safe Downloads

Safari works with OS X to tag every download with information about when and where it was downloaded. When you attempt to open a downloaded application, OS X reminds you where it came from before opening it for the first time, so you can be sure it's legitimate.



### Standards-Based Authentication

Authentication technology lets you identify yourself when visiting secure websites. Safari supports standards-based authentication technologies — such as Kerberos single sign-on and X.509 personal certificates — as well as proprietary authentication protocols such as NTLMv2.

### Clear History

Choose Clear History from the History menu to erase your browsing history and start with a clean slate.

### Private Browsing Icon

A Private icon appears in the Smart Search Field when you turn on Private Browsing. So it's easy to check if Private Browsing is on when you don't want your history, searches, downloads, or logins visible to others who might use your computer. Turning off Private Browsing is easy. Just click the icon in the Smart Search Field.

### Location Services Status Icon

You are notified when a website is using location services in Safari. When you allow a website to access your location, an arrow icon appears in the OS X menu bar.



### Empty Cache

When you surf the Internet, Safari automatically caches web pages and images in temporary storage for easy repeat access and faster page loads. Safari clears the stored files when you choose Empty Cache from the Safari menu.

### Private AutoFill

Safari lets you fill out forms quickly while keeping your personal information private. When you fill out a web form, websites can access the information you enter, even before you submit it. Safari prevents this by detecting web forms and presenting a drop-down field, letting you choose to use AutoFill to complete the form with information from Contacts. No information is added to web forms until you choose to use AutoFill.

### Private Browsing

When you turn on Private Browsing, Safari doesn't remember the pages you visit, your search history, or your AutoFill information. Private Browsing also prevents the websites you visit from being able to access cookies and other information already stored on your computer. Private Browsing automatically turns on Do Not Track, and also turns off iCloud Tabs so the web pages you visit won't be visible on other devices.

### Parental Controls: Custom Filter

Safari can work with parental controls in OS X to quickly review websites before they load to determine if they're suitable for kids. If sites are deemed unsuitable, OS X blocks them from view. You can further protect children from potentially inappropriate web content by adding sites to the Never Allow list in Parental Controls in System Preferences.

### Secure Encryption

To prevent eavesdropping, forgery, and digital tampering, Safari uses encryption technology to secure your web communications. Safari supports the very latest security standards, including SSL versions 2 and 3, Transport Layer Security (TLS), 40- and 128-bit SSL encryption, and signed Java applications.

---

## Tabbed Browsing

Back to top

6/18/13 Apple - Safari - Learn about the features available in Safari.

Case 1:12-md-02358-JDW   Document 104-1   Filed 06/19/13   Page 15 of 16 PageID #: 1831

### Tabbed Browsing

A great way to check several websites at once without cluttering your desktop, tabbed browsing lets you see and switch between multiple websites in a single window. To open a new tab, just click the New Tab button in the tab bar.

### Tab View   NEW

Use Multi-Touch gestures to see and switch seamlessly between your tabs.

### Pinch to View Tabs   NEW

When you pinch to zoom out on a web page, your gesture zooms the page out even further to reveal a panorama of live web pages.

### View Tabs Button   NEW

With a Magic Mouse or trackpad, click the View Tabs button to the right of your open tabs to reveal a panorama view of your tabs. You can also choose Show All Tabs from the View menu or use the Shift-Command-\ keyboard shortcut.

### Swipe Through Your Tabs   NEW

In panorama view, use a two-finger swipe on the trackpad to navigate through your open tabs. Tabs slide smoothly left and right. On Magic Mouse, navigate between tabs with a one-finger swipe. You can also use the left and right arrow keys to move through tabs.

### Pinch to Zoom In

In panorama view, pinch out on a web page and it zooms smoothly to fill the browser window. You can also select a web page by clicking it.

### Open New Windows with a Group of Tabs

Whenever you open a new window, you can have Safari open a group of tabs that contain the sites you want to visit every time you browse.

### Tabs Setting

Safari offers a convenient, easy-to-use tab interface so that you can browse many websites in one window. A setting in the Tabs pane of Safari preferences allows you to open new web pages in tabs, helping to keep your desktop clear.

### Undo Close Tab

If you inadvertently close a tab in Safari, you can easily recover it. Just choose Undo Close Tab from the Edit menu or use the keyboard shortcut Command-Z to reopen the tab with the same web page.

### Movable Tabs

Movable tabs let you organize your sites exactly the way you want. Rearrange tabs by dragging them left or right. Drag a tab out of a window to create a new window. Or drag a tab from one window to another window to merge their tabs.

### iCloud Tabs   NEW

Pick up your browsing right where you left off, whether you're on your Mac, iPad, iPhone, or iPod touch.[2] iCloud makes the last web pages you viewed available on all your devices. For example, you can start browsing a web page on your iPad and continue on your Mac.

### iCloud Tabs Button   NEW

Click the iCloud Tabs button in the Safari toolbar to see the web pages you last viewed on your iPhone, iPad, or iPod touch or on another Mac. Clicking a web page opens it in Safari on your Mac.

### Encrypted for Privacy   NEW

The URLs of the web pages you visit are encrypted for privacy when they are pushed between your Mac and iCloud.

### Privacy Preference   NEW

When you use Private Browsing, Safari doesn't push the web pages you visit to iCloud, so they won't be visible on other devices.

---

## User Interface and Appearance

Back to top

### Full Screen

Safari lets you immerse yourself in the web. Full-screen Safari uses every available pixel, making browsing on smaller screens more practical than ever. You can take multiple Safari windows full screen, while keeping some windows smaller. You can also adjust the width of web content in full-screen Safari. When you take Safari and other apps full screen, Multi-Touch gestures let you move quickly between your full-screen apps, desktop spaces, and Dashboard.

### Elegant User Interface

Safari delivers a clean, sleek interface that puts the focus on the web instead of the browser. You see a scroll bar only when you need one. The progress indicator is conveniently located in the web address field. And by default, you see no status bar, giving you more room to browse and view the web.

### Multi-Touch Gestures

Safari brings more Multi-Touch technology to the web, letting you use intuitive gestures. You can scroll, tap, pinch, and swipe for fluid, responsive browsing.

### Touch Tabs   NEW

Use Multi-Touch gestures to see and switch seamlessly between your tabs.

### Momentum Scrolling

With Safari, you can use gestures to scroll up and down a web page. When you reach the top or bottom of the page, momentum scrolling makes Safari feel even more responsive.

### Pinch to Zoom

Pinch out to zoom text and graphics seamlessly on a web page, as you do with Safari on iPad.

### Full-Page Zoom

With full-page zoom, it's easy to take a closer look at small print on your favorite sites. Shrink or magnify the contents of web pages using a



### Inline Progress Indicator

Safari was the first browser to move the progress indicator into the address field, making it more visible and freeing up space for web content.

### Resizable Text Fields

Whether you're adding a comment to a friend's photo or updating your status message, make more room for everything you want to say by changing the size of a website's text fields. Just drag the bottom-right corner of a text entry field to expand it on the page.

### Default Font Preference



### Tap to Zoom

When you double-tap with two fingers in Safari, web page text and graphics scale up smoothly and text remains razor sharp. Tap again to return to the original size.

trackpad. Images, videos, and other page elements adjust while your text remains razor sharp, keeping your page layout consistent as you zoom.

### Customizable Toolbar

Personalize your Safari toolbar, so you see only the buttons you use. Choose Customize Toolbar from the View menu and drag buttons into your toolbar. You can also elect to show or hide your bookmarks bar, status bar, and toolbar.

Change the default font Safari uses to display text on your web pages. In Safari preferences, click Appearance and select the fonts you like. Safari renders text with your chosen fonts unless you visit a site written with specific CSS rules.

### Swipe to Navigate

You can navigate back and forward in Safari using gestures. A swipe to the right doesn't just load your previous web page; the current page slides smoothly out of the Safari window. Swipe to the left to navigate to the next page.

1. Testing conducted by Apple in July 2012 using SunSpider 0.9.1 JavaScript performance benchmark on a 21.5-inch iMac 2.7GHz Intel Core i5 system with 4GB of RAM. Safari 6.0 tested on OS X v10.8. Safari 5.1.7 tested on OS X v10.7.4. Performance will vary based on system configuration, network connection, and other factors.
2. iCloud Tabs on iOS devices requires iOS 6.