# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 1:12-MD-2358 (SLR) |
| This Document Relates to:<br><br>**All Actions** | |

## REQUEST FOR ORAL ARGUMENT ON VIBRANT MEDIA INC.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Local Rule 7.1.4, Defendant Vibrant Media Inc. ("Vibrant") hereby respectfully requests oral argument on its Motion to Dismiss the Consolidated Class Action Complaint (D.I. 93). The briefing on the Motion (D.I. Nos. 94, 101, 102) was completed on June 19, 2013.

| | |
|---|---|
| | */s/ Travis S. Hunter* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Edward P. Boyle | Rudolf Koch (#4947) |
| David N. Cinotti | Travis S. Hunter (#5350) |
| Joeann E. Walker | Richards, Layton & Finger |
| Venable LLP | One Rodney Square |
| Rockefeller Center | 920 North King Street |
| 1270 Avenue of the Americas | Wilmington, DE  19801 |
| New York, NY  10020 | (302) 651-7500 |
| (212) 307-5500 | farnan@rlf.com |
| epboyle@venable.com | koch@rlf.com |
| dncinotti@venable.com | hunter@rlf.com |
| jewalker@venable.com | |

Dated:  June 20, 2013

*Attorneys for Defendant Vibrant Media Inc.*

RLF1 8794050v.1