IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

# REQUEST FOR ORAL ARGUMENT ON MEDIA INNOVATION GROUP, LLC AND WPP PLC'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Local Rule 7.1.4, Defendants Media Innovation Group, LLC and WPP plc hereby respectfully request oral argument on their Motion to Dismiss the Consolidated Class Action Complaint (D.I. 96). The briefing on the Motion (D.I. Nos. 97, 100, 103) was completed on June 19, 2013.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

Rodger D. Smith II (#3778)
Regina S.E. Murphy (#5648)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
rmurphy@mnat.com

*Attorneys for Defendants Media Innovation Group, LLC and WPP plc*

OF COUNSEL:

Douglas H. Meal
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

Lisa M. Coyle
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
212-596-9000

June 20, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Charles Slanina, Esquire<br>David L. Finger, Esquire<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 North Orange Street, 7th Floor<br>*Steering Committee Member and Liaison*<br>*Counsel for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Stephen G. Grygiel, Esquire<br>KEEFE BARTELS<br>170 Monmouth Street<br>Red Bank, NJ 07701<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |
| Brian Russell Strange, Esquire<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |
| James Frickleton, Esquire<br>BARTIMUS, FRICKLETON, ROBERTSON<br>& GORNY-LEAWOOD<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211<br>*Interim Lead Counsel for the Putative Plaintiff*<br>*Class* | *VIA ELECTRONIC MAIL* |

Barry Eichen, Esquire                                    *VIA ELECTRONIC MAIL*
EICHEN, CRUTCHLOW, ZASLOW & MCELROY LLP
40 Ethel Road
Edison, NJ  08817
*Plaintiffs' Steering Committee Member*

William H. Murphy, Jr., Esquire                          *VIA ELECTRONIC MAIL*
MURPHY P.A.
One South Street, Suite 2300
Baltimore, MD  21202
*Plaintiffs' Steering Committee Member*

Mark Bryant, Esquire                                     *VIA ELECTRONIC MAIL*
BRYANT LAW CENTER, PSA
601 Washington Street
P.O. Box 1876
Paducah, KY  42002-1876
*Counsel for Plaintiff William G. Gourley and*
*Plaintiffs' Steering Committee Member*

Jonathan Shub, Esquire                                   *VIA ELECTRONIC MAIL*
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA  19102
*Counsel for Plaintiff Lynne Krause and*
*Plaintiffs' Steering Committee Member*

Jay Barnes, Esquire                                      *VIA ELECTRONIC MAIL*
BARNES & ASSOCIATES
219 East Dunklin Street
Jefferson City, MO  65101
*Plaintiffs' Steering Committee Member*

Seth D. Rigrodsky, Esquire                               *VIA ELECTRONIC MAIL*
Brian D. Long, Esquire
Gina M. Serra, Esquire
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE  19801
*Council for Proposed Intervening Plaintiffs*
*Daniel Mazzone, Michelle Kuswanto, Michael*
*Frohberg and Andy Wu*

| | |
|---|---|
| Kim E. Richman, Esquire<br>Michael R. Reese, Esquire<br>George Granade, Esquire<br>REESE RICHMAN LLP<br>875 Avenue of the Americas, 18th Floor<br>New York, NY  10001<br>*Council for Proposed Intervening Plaintiffs*<br>*Daniel Mazzone, Michelle Kuswanto, Michael*<br>*Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |
| Sanford P. Dumain, Esquire<br>Adam Bobkin, Esquire<br>Melissa Clark, Esquire<br>Leigh Smith, Esquire<br>MILBERG LLP<br>One Penn Plaza<br>New York, NY  10119<br>*Council for Proposed Intervening Plaintiffs*<br>*Daniel Mazzone, Michelle Kuswanto, Michael*<br>*Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |
| David Azar, Esquire<br>MILBERG LLP<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071<br>*Council for Proposed Intervening Plaintiffs*<br>*Daniel Mazzone, Michelle Kuswanto, Michael*<br>*Frohberg and Andy Wu* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>Rudolf Koch, Esquire<br>Travis S. Hunter, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>*Attorneys for Defendant Vibrant Media Inc.* | *VIA ELECTRONIC MAIL* |
| Edward P. Boyle, Esquire<br>David N. Cinotti, Esquire<br>Joeann E. Walker, Esquire<br>VENABLE LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>*Attorneys for Defendant Vibrant Media Inc.* | *VIA ELECTRONIC MAIL* |

Anthony J. Weibell, Esquire *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
*Attorneys for Defendant Google Inc.*

Carol Lynn Thompson, Esquire *VIA ELECTRONIC MAIL*
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
*Attorneys for Defendant Pointroll Inc.*

*/s/ Regina S.E. Murphy*

Regina S.E. Murphy (#5648)

4