# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | )<br>)<br>) C.A. No. 12-MD-2358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT POINTROLL, INC.'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

Pursuant to Local Rule 7.1.4, Defendant PointRoll, Inc. hereby respectfully requests oral argument on its Motion to Dismiss the Consolidated Amended Complaint (Dkt. No. 52). The briefing on this motion (Dkt. 80, 89) was completed on April 26, 2013.

Dated: June 24, 2013

By: /s/ *Susan M. Coletti*

Alan Charles Raul
Edward R. McNicholas
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
araul@sidley.com
emcnicho@sidley.com

*Attorneys for Defendant
PointRoll, Inc.*

Susan M. Coletti (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
coletti@fr.com

*Attorneys for Defendant
PointRoll, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, service will be accomplished via the CM/ECF system.

                                                                /s/ Susan M. Coletti
                                                                Susan M. Coletti