IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE INC. COOKIE )
PLACEMENT CONSUMER PRIVACY ) Civ. No. 12-MD-2358-SLR
LITIGATION )
)
)

### ORDER

At Wilmington this 2nd day of July, 2013;

IT IS ORDERED that oral argument on the pending motions to dismiss shall be held on **Thursday, July 25, 2013, at 2:00 p.m.** in courtroom 2A on the 2nd Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge