# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## JOINT REQUEST FOR IMMEDIATE STAY OF PROCEEDINGS AGAINST DEFENDANT POINTROLL, INC. PENDING SETTLEMENT DOCUMENTATION AND [PROPOSED] ORDER

Defendant Point Roll, Inc. and the named Plaintiffs and Members of the Putative Class in this case are pleased to inform the Court they have reached a class-wide, full and complete settlement of all claims against Defendant Point Roll, Inc. and hereby jointly request the Court to stay all proceedings against Defendant Point Roll, Inc. pending this Court's final approval of the settlement.

The parties have fully executed a Settlement Agreement, and anticipate filing motions for conditional certification of the class and approval of the settlement with the Court within 30 days.

Proceedings against all other Defendants are not affected by this Settlement Agreement.

Case 1:12-md-02358-JDW    Document 109    Filed 07/23/13    Page 2 of 4 PageID #: 1843

Dated: July 23, 2013                                        Respectfully submitted,

**KEEFE BARTELS, LLC**                                       **STRANGE & CARPENTER**

*/s/ Stephen G. Grygiel*                                    */s/ Brian R. Strange*
Stephen G. Grygiel (Del Br No. 4944)                         Brian Russell Strange
John E. Keefe, Jr.                                           Keith Butler
Jennifer L. Harwood                                          David Holop
170 Monmouth St.                                             12100 Wilshire Boulevard, Suite 1900
Red Bank, NJ 07701                                           Los Angeles, CA 90025
Tel: 732-224-9400                                            Tel: 310-207-5055
*sgrygiel@keefbartels.com*                                   *lacounsel@earthlink.net*

*Executive Committee Member*                                 *Executive Committee Member*

**BARTIMUS, FRICKLETON,**                                    **FINGER & SLANINA, LLC**
**ROBERTSON & GORNY, P.C.**

*/s/ James P. Frickleton*                                    */s/ David L. Finger*
James P. Frickleton                                          Charles Slanina (DE Bar ID #2011)
Mary D. Winter                                               David L. Finger (DE Bar ID #2556)
Stephen M. Gorny                                             One Commerce Center
Edward D. Robertston, Jr.                                    1201 N. Orange St., 7th Fl.
11150 Overbrook Road, Suite 200                              Wilmington, DE 19801
Leawood, KS 66211                                            (302) 573-2525
Tel: 913-266-2300                                            *dfinger@delawgroup.com*
*jimf@bflawfirm.com*

*Executive Committee Member*                                 *Liaison Counsel*

**SIDLEY AUSTIN LLP**                                        **FISH & RICHARDSON P.C.**

*/s/ Alan Charles Raul*                                      */s/ Susan M. Coletti*
Alan Charles Raul                                            Susan M. Coletti
Edward R. McNicholas                                         222 Delaware Avenue, 17th Floor
1501 K Street, N.W.                                          P.O. Box 1114
Washington, D.C. 20005                                       Wilmington, DE 19899-1114
Tel: 202-736-8000                                            Tel: 302-652-5070
*araul@sidley.com*                                           *coletti@fr.com*
*emcnicho@sidley.com*

*Counsel for Defendant Point Roll, Inc.*                     *Counsel for Defendant Point Roll, Inc.*

3

**SO ORDERED** on this _____ day of _____, 2013.

                                                                                    _____
                                                                                    Hon. Sue L. Robinson
                                                                                    United States District Judge

4

## ATTORNEY ATTESTATION

I, Brian R. Strange, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel and individuals.

Dated:   July 23, 2013               STRANGE & CARPENTER


                                     By: /s/ Brian R. Strange
                                            Brian R. Strange