### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-MD-2358-SLR |
| This Document Relates to: **All Actions** | |

### NOTICE OF DISMISSAL OF DANIEL MAZZONE AS A PLAINTIFF AGAINST <u>VIBRANT MEDIA INC.</u>

Plaintiff Daniel Mazzone hereby voluntarily dismisses his action against defendant Vibrant Media Inc. without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

Dated: July 25, 2013

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, Delaware 19803
Tel.:  (302) 295-5310
Fax:  (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@ rl-legal.com
Email: gms@ rl-legal.com

*Attorneys for Plaintiff Daniel Mazzone*

**OF COUNSEL:**

**REESE RICHMAN LLP**
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel.: (212) 643-0500
Fax:  (212) 253-4272
Email: krichman@reeserichman.com

---

[1] By this notice, plaintiff Michelle Kuswanto specifically does not dismiss her action against defendant Vibrant Media Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Brian D. Long
Brian D. Long (#4347)