## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-MD-2358-SLR |
| This Document Relates to: **All Actions** | |

## NOTICE OF DISMISSAL OF MICHAEL FROHBERG AS A PLAINTIFF AGAINST MEDIA INNOVATION GROUP AND WPP PLC

Plaintiff Michael Frohberg hereby voluntarily dismisses his action against defendant

Media Innovation Group and defendant WPP PLC without prejudice, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i).[1]

Dated: July 25, 2013

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, Delaware 19803
Tel.:  (302) 295-5310
Fax:  (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@ rl-legal.com
Email: gms@ rl-legal.com

*Attorneys for Plaintiff Michael Frohberg*

**OF COUNSEL:**

**REESE RICHMAN LLP**
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel.: (212) 643-0500
Fax:   (212) 253-4272
Email: krichman@reeserichman.com

---

[1] By this notice, plaintiff Andy Wu specifically does not dismiss his action against defendant Media Innovation Group and defendant WPP PLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian D. Long*
Brian D. Long (#4347)