# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## <u>JOINT STIPULATION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER</u>

**STRANGE & CARPENTER**
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Tel: 310-207-5055
*lacounsel@earthlink.net*

*Executive Committee Member*

**SIDLEY AUSTIN LLP**
Alan Charles Raul
Edward R. McNicholas
1501 K Street, N.W.
Washington, D.C. 20005
Tel:  202-736-8000
*araul@sidley.com*
*emcnicho@sidley.com*

*Attorneys for Defendant PointRoll, Inc.*

WHEREAS, as set forth in the parties' July 23, 2013 Joint Request to Stay Proceedings Against Defendant PointRoll, Inc. Pending Settlement Documentation, which was approved by the Court on July 24, 2013, Plaintiffs and Defendant PointRoll, Inc. have reached a settlement of this case;

WHEREAS, the parties initially anticipated completing the settlement documentation such that Plaintiffs would file a motion seeking preliminary approval of the settlement by August 22, 2013;

WHEREAS, the parties have not yet completed the settlement documentation, and therefore respectfully request a short amount of additional time to do so; and

WHEREAS, the parties agree, subject to court approval, to extend Plaintiffs' time to file their motion seeking preliminary approval of the settlement for approximately 30 days, until September 23, 2013.

THEREFORE, IT IS STIPULATED AND AGREED by the undersigned parties, through their respective counsel of record, subject to Court approval, that Plaintiffs' time to file their motion for preliminary approval of settlement shall be extended to September 23, 2013.

Dated: August 20, 2013

Respectfully submitted,

**STRANGE & CARPENTER**

   */s/ Brian Strange*
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Tel: 310-207-5055
*lacounsel@earthlink.net*

*Executive Committee Member*

**SIDLEY AUSTIN LLP**


 __/s/ Alan Charles Raul_____
Alan Charles Raul
Edward R. McNicholas
1501 K Street, N.W.
Washington, D.C. 20005
Tel:  202-736-8000
*araul@sidley.com*
*emcnicho@sidley.com*

*Counsel for Defendant PointRoll, Inc.*


**SO ORDERED** on this _____ day of _____, 2013.



_____
Hon. Sue L. Robinson
United States District Judge

## ATTORNEY ATTESTATION

I, Brian Strange, hereby attest that concurrence in the filing of this document has been

obtained from the above-listed counsel and individuals.

Dated:          August 20, 2013          STRANGE & CARPENTER



                                         By: __/s/ Brian Strange_____
                                              Brian Strange