## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) | Case No. 12-MD-2358 (SLR) |
| | ) | |
| This Document Relates to: ALL ACTIONS | ) ) ) ) | |

## MOTION FOR ORDER REGARDING POWERS AND RESPONSIBILITIES OF PLAINTIFFS' APPOINTED COUNSEL

Plaintiffs seek this Court's Orders regarding the Powers and Responsibilities of the Appointed Counsel for the following reasons:

1.    On November 16, 2012, this Court entered its Order granting the Sossin Group's Motion for Appointment of Interim Class Counsel pursuant to Federal Rules of Civil Procedure 23(g).

2.    That motion sought the appointment of an Executive Committee, a Plaintiff's Steering Committee and Liaison Counsel to represent the proposed class of plaintiffs. The Plaintiff's Steering Committee consisted of six individuals, including David Straite, then of the firm Stewarts, Law US, LLP. Stewarts Law was also appointed as Liaison Counsel.

3.    On May 28, 2013, as a result of its decision to cease operations in the United States, Stewarts Law US LLP withdrew as a Plaintiff Steering Committee member and Liaison Counsel. Finger & Slanina, LLC then entered its appearance substituting as Liaison Counsel.

4.    Although Stewarts Law withdrew as a member of the Plaintiff Steering Committee and as Liaison Counsel, the Plaintiffs seek the Court's order clarifying that Mr. Straite, who has since joined the firm of Kaplan, Fox & Klisheimer LLP, remain as a member of the Plaintiff Steering Committee.

5.    Furthermore, Plaintiffs have not previously provided the Court with a proposed Order setting forth in appropriate detail the responsibilities, powers and functions of the Executive Committee and Plaintiff Steering Committee as recommended in Section 10.222 of the Manual for Complex Litigation, Fourth.

6.    The Manual for Complex Litigation, Fourth, provides a Sample Order in Section 40.22 for the purpose of delineating the powers and responsibilities of appointed counsel. Exhibit A is plaintiffs Proposed Order that is substantially similar to the Sample Order referenced above and delineates the powers, responsibilities and functions of appointed counsel. The Proposed Order also clarifies the status of Mr. Straite as a member of the Plaintiff's Steering Committee.

WHEREFORE, plaintiffs request the Court issue its Order confirming the status of David A. Straite as a member of the Plaintiffs' Steering Committee, confirming Finger &Slanina, LLC as Liaison Counsel and delineating the powers, responsibilities and functions of the attorneys appointed by the Court to represent the plaintiffs herein.

Dated: August 27, 2013

Respectfully submitted,

**BARTIMUS, FRICKLETON ROBERTSON & GORNY, P.C.**

**STRANGE & CARPENTER**

/s/ James P, Frickleton
James P. Frickleton
Mary D. Winter
Edward D. Robertson, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS  66211
Tel: 913-266-2300
jimf@bflawfirm.com

*Executive Committee Member*

/s/ Brian Russell Strange
Brian Russell Strange
Keith Butler
David Holop
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA  90025
Tel: 310-207-5055
lacounsel@earthlink.net

*Executive Committee Member*

**KEEPFE BARTELS, LLC**

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (Del. Bar No. 4944)
John E. Keefe, Jr.
Jennifer L. Harwood
170 Monmouth Street
Red Bank, NJ 07701
Tel: 732-224-9400
sgrygiel@keefebartels.com

*Executive Committee Member*

**EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP**

*/s/ Barry Eichen*
Barry R. Eichen
50 Ethel Road
Edison, NJ 08817
Tel: 732-777-0100
beichen@njadvocates.com

*Plaintiffs' Steering Committee Member*

**MURPHY P.A.**

*/s/ William H. Murphy, Jr.*
William H. Murphy, Jr.
One South Street, Suite 2300
Baltimore, MD 21202
Tel: 410-539-6500
Billy.murphy@murphypa.com

*Plaintiffs' Steering Committee Member*

**FINGER & SLANINA, LLC**

*/s/ David L. Finger*
David L. Finger (DE Bar No. 2556)
Charles Slanina (DE Bar No. 2011)
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
Tel: 302-573-2525
dfinger@delawgropu.com

*Liaison Counsel*

**SEEGER WEISS, LLP**

*/s/ Jonathan Shub*
Jonathan Shub
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Tel: 215-564-2300
jshub@seegerweiss.com

*Plaintiffs' Steering Committee Member*

**BARNES & ASSOCIATES**

*/s/ Jay Barnes*
Jay Barnes
219 East Dunklin Street
Jefferson City, MO 65101
Tel: 573-634-8884
Jaybarnes5@gmail.com

*Plaintiffs' Steering Committee Member*

**BRYANT LAW CENTER, PSC**

*/s/ Mark Bryant*_____
Mark Bryant
601 Washington Street
P.O. Box 1876
Paducah, KY  42002-1876
Tel: 270-442-1422
Mark.bryant@bryantpsc.com

*Plaintiffs' Steering Committee Member*

**KAPLAN FOX & KILSHEIMER, LLP**

*/s/ David Straite*_____
David Straite
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA  90025
Tel: 310-575-8670
*dstraite@kaplanfox.com*

*Plaintiffs' Steering Committee Member*


## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, I electronically filed the foregoing with the

Clerk of Court for the United States District Court for the District of Delaware by using the

CM/ECF system.  I certify that for all participants in the case that are registered CM/ECF users,

service will be accomplished via the CM/ECF system.


*/s/ James P. Frickleton*_____
James P. Frickleton