UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) ) ) Case No. 12-MD-2358 (SLR) |
| This Document Relates to: ALL ACTIONS | ) ) ) ) |

**PLAINTIFFS' REPLY TO DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER REGARDING POWERS AND RESPONSIBILITIES OF PLAINTIFFS' APPOINTED COUNSEL**

For their Reply to Defendants' Joint Opposition to Plaintiffs' Motion for Order regarding Powers and Responsibilities of Plaintiffs' Appointed Counsel, Plaintiffs state as follows:

1. It is not Plaintiffs' intention to undo or modify the Court's existing July 27, 2012 Consolidation Order in any manner including the Court's appointment of lead counsel with authority to "speak for all plaintiffs" and enter into agreements that are "binding on all plaintiffs".

2. In response to Google's opposition, Plaintiffs hereby withdrawal any requests for relief except for the following three items as set forth in the Order attached hereto as exhibit A; a) that David Straite and his new firm of Kaplan, Fox & Klischeimer, L.L.P., remain as a member of the Plaintiffs' Steering Committee, b) that Finger & Slanina, L.L.C., be substituted as Liaison Counsel, c) that the Executive Committee appointed by the Court in its Memorandum Order dated November 16, 2012 (doc. 44) remain lead counsel,

3. Defendants correctly note that Plaintiffs failed to include a Rule 7.1.1 Certificate to their Motion. Plaintiffs' counsel has contacted defense counsel to discuss the clarification of matters set forth above and Defendants have no objection to the proposed modified Order

1

herewith but continue to object to the original request. The Rule 7.1.1 Certificate is set forth below.

    4.    A new Proposed Order is filed contemporaneously herewith.

Dated: September 3, 2013                                          Respectfully submitted,

| **BARTIMUS, FRICKLETON ROBERTSON & GORNY, P.C.** | **STRANGE & CARPENTER** |
|---|---|
| */s/ James P, Frickleton* | */s/ Brian Russell Strange* |
| James P. Frickleton | Brian Russell Strange |
| Mary D. Winter | Keith Butler |
| Edward D. Robertson, Jr. | David Holop |
| 11150 Overbrook Road, Suite 200 | 12100 Wilshire Blvd., Suite 1900 |
| Leawood, KS 66211 | Los Angeles, CA 90025 |
| Tel: 913-266-2300 | Tel: 310-207-5055 |
| jimf@bflawfirm.com | lacounsel@earthlink.net |
| *Executive Committee Member* | *Executive Committee Member* |

| **KEEPFE BARTELS, LLC** | **FINGER & SLANINA, LLC** |
|---|---|
| */s/ Stephen G. Grygiel* | */s/ David L. Finger* |
| Stephen G. Grygiel (Del. Bar No. 4944) | David L. Finger (DE Bar No. 2556) |
| John E. Keefe, Jr. | Charles Slanina (DE Bar No. 2011) |
| Jennifer L. Harwood | One Commerce Center |
| 170 Monmouth Street | 1201 N. Orange Street, 7th Floor |
| Red Bank, NJ 07701 | Wilmington, DE 19801 |
| Tel: 732-224-9400 | Tel: 302-573-2525 |
| sgrygiel@keefebartels.com | dfinger@delawgropu.com |
| *Executive Committee Member* | *Liaison Counsel* |

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for the Plaintiffs have discussed the subject matter of this Motion with Defendants. Defendants have no objection to the entry of the Order filed contemporaneously with this pleading.

*/s/ Brian R. Strange*
Brian R. Strange

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, service will be accomplished via the CM/ECF system.

                                                                */s/ Brian R. Strange*
                                                                Brian R. Strange