UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 12-MD-2358 (SLR) |

## PROPOSED ORDER

Having reviewed Plaintiffs' Motion for Order regarding Powers and Responsibilities of Plaintiffs' Appointed Counsel;

IT IS ORDERED as follows:

1. David Straite, now with the firm of Kaplan, Fox & Klischeimer, L.L.P., shall continue as a member of the Plaintiffs' Steering Committee.

2. Finger & Slanina, L.L.C., shall replace Stewarts Law U.S., L.L.C. as Liaison Counsel.

3. The previously appointed Executive Committee shall continue to act as Lead Counsel in this case.

_9/12/13_  
Date

_[signature]_  
United States District Judge

1