IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) ) | MDL Civ. No. 12-2358-SLR |

**ORDER**

At Wilmington this 9th day of October, 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that Google's motion to dismiss the consolidated amended complaint (D.I. 56), Vibrant's motion to dismiss for failure to state a claim (D.I. 93), and Media and WPP's motion to dismiss for failure to state a claim (D.I. 96), are granted.

_____
United States District Judge