NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | CIRCUIT COURT DOCKET NUMBER: _____<br><br>DISTRICT COURT DOCKET NUMBER:  MDL 12-2358<br><br>DISTRICT COURT JUDGE:  Sue L. Robinson |

Notice is hereby given that MDL Class Plaintiffs appeal to the United States

Court of Appeals for the Third Circuit from an Order entered in this action on October 9,

2013.

Date:  October 29, 2013

/s/ James P. Frickleton
**James P. Frickleton**
Bartimus Frickleton Robertson & Gorny PC
11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300
jimf@bflawfirm.com

(PLEASE see additional sheets for appellants and appellees counsel)

**1:12-md-02358-SLR** In Re: Google Inc. Cookie Placement Consumer Privacy
Litigation

# Attorneys for Appellants

# <u>Lead Counsel / Executive Committee</u>

**Stephen G. Grygiel DE ID #4944**
88 East Bergen Place
Red bank NJ 07701                    representing            **Ana Yngelmo**
407 505 9463
Sggrygiel@yahoo.com


                                                            **Larry Sossin**



**James P. Frickleton**
Bartimus Frickleton Robertson &
Gorny PC
11150 Overbrook Road, Suite 200                             **James Henry**
Leawood, KS 66211          representing                     **Rischar**
913-266-2300
jimf@bflawfirm.com



**Brian Russell Strange**
Strange & Carpenter
12100 Wilshire Boulevard, Suite
1900                       representing                     **Lourdes Villegas**
Los Angeles, CA 90025
310-207-5055
lacounsel@earthlink.net

# Liaison Counsel

**David L. Finger**
Finger & Slanina LLC
One Commerce Center
1201 North Orange Street, 7th Floor      representing      **Lynne Krause**
Wilmington, DE 19801-1186
(302) 573-2525
(302) 573-2524 (fax)
dfinger@delawgroup.com


**William G. Gourley**


**Jose Bermudez**


**Nicholas Todd Heinrich**

# Additional Counsel for Appellants

**Guri Ademi**
Ademi & O'Reilly LLP
3620 E. Layton Ave.
Cudahy, WI 53110
414-482-8000
gademi@ademilaw.com

representing **Jason Oldenburg**

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 E. Layton Ave.
Cudahy, WI 53110
414-482-8000
sademi@ademilaw.com

representing **Jason Oldenburg**

**Randall O. Barnes**
219 East Dunklin Street
Jefferson City, MO 65109
573-634-8884
rbarnesjclaw@aol.com

representing **Brian Martorana**

**Edward D. Robertson, Jr.**
Bartimus Frickleton Robertson & Gorny PC
715 Swifts Highway
Jefferson City, MO  65109
573-6594454
chiprob@earthlink.net

representing **Brian Martorana**

**Mary D. Winter**
Bartimus Frickleton Robertson & Gorny PC
715 Swifts Highway
Jefferson City, MO  65109
573-659-4454
marywinter@earthlink.net

representing **Brian Martorana**

**Edward D. Robertson, III**
Bartimus Frickleton Robertson & Gorny PC

representing **Brian Martorana**

11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300
krobertson@bflawfirm.com

**Erik A. Bergmanis**
Bergmanis Law Firm, LLC
380 W Hwy 54, Suite 201
P.O.Box 229                                      representing          **Brian Martorana**
Camdenton, MO 65020
573-346-2111
erik@ozarklawcenter.com

**Andrew Lyskowski**
Bergmanis Law Firm, LLC
380 W Hwy 54, Suite 201
P.O. Box 229                                     representing          **Brian Martorana**
Camdenton, MO 65020
573-346-2111
alyskowski@ozarklawcenter.com

**Ben Barnow**
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602                                representing          **Karin Kreisman**
312-621-2000
b.barnow@barnowlaw.com

**Adam Bobkin**
Milberg LLP
One Penn Plaza
New York, NY 10119                               representing          **Andy Wu**
212-594-5300
abobkin@milberg.com

                                                                      **Michelle Kuswanto**

**Mark P. Bryant**                               representing
Bryant Law Center, PSC                                                **William G. Gourley**

601 Washington Street,
P.O. Box 1876
Paducah, KY 42002-1876
270-442-1422
mark.bryant@bryantpsc.com

**Howard Mitchell Bushman**
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL 33138                    representing        **Keile Allen**
305-536-8220
hbushman@harkeclasby.com

**Richard Lyle Coffman**
The Coffman Law Firm
505 Orleans, Suite 505
Beaumont, TX 77701                        representing        **Joseph F. Clark**
409-833-7700
rcoffman@coffmanlawfirm.com

**Brian Scott Cohen**
Cohen Law Group, P.C.
2 Greenwich Office Park Suite 300
Greenwich, CT 06831                       representing        **Jose Bermudez**
203-485-7525
203-485-7526 (fax)
brian@cohenlg.com

                                                             **Robert Dogga**

**R. Champ Crocker**
R. CHAMP CROCKER LLC
P O Box 2700
Cullman, AL 35056-2130                    representing        **Stephen D.
256-739-5005                                                 Landrum**
256-739-5007 (fax)
champ@champcrocker.com

**Sanford P. Dumain**                     representing

Milberg LLP
One Penn Plaza
New York, NY 10119
212-954-5300
sdumain@milberg.com

**Andy Wu**


**Michelle Kuswanto**


**Barry R. Eichen**
Eichen Crutchlow Zaslow & McElroy, LLP
40 Ethel Road
Edison, NJ 08817                    representing      **Ana Yngelmo**
732-777-0100
beichen@njadvocates.com


**Larry Sossin**


**Stephen M. Gorny**
Bartimus, Frickleton, Robertson & Forny
11150 Overbrook Road, Suite 200                      **James Henry**
Leawood, KS 66211                representing         **Rischar**
913-266-2300
steve@bflawfirm.com


**George V. Granade, II**                            **Andy Wu**
ggranade@reeserichman.com        representing


**Lance A. Harke**
Harke & Clasby LLP
155 South Miami Ave.
Suite 600                        representing         **Keile Allen**
Miami, FL 33130
(305) 536-8220
lharke@harkeclasby.com


**Sharon Harris**                representing
Barnow and Associates, P.C.                          **Karin Kreisman**

7

One North LaSalle Street, Suite 4600
Chicago, IL 60602
312-621-2000
s.harris@barnowlaw.com

**Clinton A. Krislov**
Krislov & Associates, Ltd.
20 North Wacker Dr., Suite 1350
Chicago, IL 60606                  representing       **Franchise**
312-606-0500                                          **Dynamics LLC**
clint@krislovlaw.com

**Brian D. Long**
Rigrodsky & Long, P.A.
2 Righter Pkwy, Suite 120
Wilmington, DE 19803               representing       **Andy Wu**
(302) 295-5310
(302) 654-7530 (fax)
bdl@rigrodskylong.com

                                                      **Michelle Kuswanto**

**Joseph H. Malley**
Law Office of Joseph H. Malley
1045 North Zang Blvd.
Dallas, TX 75208                   representing       **Lourdes Villegas**
214-943-6100
malleylaw@gmail.com

**Michelle L. Marvel**
Bartimus, Frickleton, Robertson & Gorny -
Leawood
11150 Overbrook Road, Suite 200    representing       **James Henry**
Leawood, KS 66211                                     **Rischar**
913-266-2300
mmarvel@bflawfirm.com

**Corey Mather**
Ademi & O'Reilly LLP               representing       **Jason Oldenburg**
3620 E. Layton Ave.

Cudahy, WI 53110
414-482-8000
cmather@ademilaw.com


**Henry A. Meyer, III**
Meyer & Leonard PLLC
116 E. Sheridan, Suite 207
Oklahoma City, OK 73104                         representing          **Jacqueline Burdick**
405-702-9900
hameyer@mac.com


**Geoffrey S. Meyerkord**
Meyerkord and Meyerkord LLC
1717 Park Avenue
St. Louis, MO 63104                             representing          **James Treis**
314-436-9958
meyerkordlaw@charter.net


**Thomas Paciorkowski**
Eichen Crutchlow Zaslow & McE.roy
40 Ethel Rd.
Edison, NJ 08817                                representing          **Ana Yngelmo**
732-777-0100
tpaciorkowski@njadvocates.com


                                                                     **Larry Sossin**


**Michael R. Reese**
Reese Richman LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001                              representing          **Andy Wu**
212-643-0500
mreese@reeserichman.com


                                                                     **Michelle Kuswanto**


**Kim E. Richman**
Reese Richman LLP                               representing          **Andy Wu**
875 Avenue of the Americas, 18th Floor

9

New York, NY 10001
212-643-0500
krichman@reeserichman.com

**Michelle Kuswanto**

**Emily Ward Roark**
Bryant Law Center, PSC
601 Washington Street,
P.O. Box 1876                                       representing       **William G. Gourley**
Paducah, KY 42002-1876
270-442-1422
emily.roark@bryantpsc.com

**Gina M. Serra**
Rigrodsky & Long, P.A.
2 Righter Pkwy, Suite 120
Wilmington, DE 19803
302-295-5310                                         representing       **Andy Wu**
302-654-7530 (fax)
gs@rigrodskylong.com

**Michelle Kuswanto**

**David Shelton**
David Shelton, Attorney
P.O. Box 2541
Oxford, MS 38655                                    representing       **Alex Movitz**
662-281-1212
david@davidsheltonpllc.com

**Jonathan Shub**
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102                              representing       **Lynne Krause**
215-564-2300
jshub@seegerweiss.com

**Ralph Nicholas Sianni**
Stewarts Law US LLP
I.M. Pei Building
1105 North Market Street, Suite 2000              representing          **Matthew Soble**
Wilmington, DE 19801
(302) 298-1200
(302) 298-1222 (fax)


**John S. Steward**
Steward Law Firm, LLC
5201 Hampton Avenue
St. Louis, MO 63109                               representing          **James Treis**
314 353-1001
glaw123@aol.com


**David A. Straite**
Kaplan Fox & Kilsheimer LLP
850 third ave., 14th Floor
New York, NY 10022                                representing          **Matthew Soble**
212-687-1980
302-298-1222 (fax)
dstraite@kaplanfox.com


**Bert Glaser**


**Zetha Nobles**


**Robert Dogga**


**Lynne Krause**


**William G. Gourley**


**Jose Bermudez**


**Franchise
Dynamics LLC**

**Alex Movitz**

**Ana Yngelmo**

**Brian Martorana**

**Jacqueline Burdick**

**James Henry Rischar**

**Lourdes Villegas**

**Stephen D. Landrum**

**Mr. Kenneth W. Heretick**

**Larry Sossin**

**Blake Anthony Strautins**
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602                                representing          **Karin Kreisman**
312-621-2000
b.strautins@barnowlaw.com

**David J Syrios**
Ademi & O'Reilly LLP
3620 E Layton Ave
Cudahy, WI 53110                                 representing          **Jason Oldenburg**
414-482-8000
414-482-8001 (fax)
dsyrios@ademilaw.com

**Reginald Von Terrell**                         representing

The Terrell Law Group                                      **Zetha Nobles**
223 25th Street
Richmond, CA 94804
510-237-9700
REGGIET2@aol.com


**Jonathan K. Tycko**
Tycko and Zavareei LLP
2000 L St. NW Ste 808                    representing       **Michael Musgrove**
Washington, DC 20036
202-973-0900
jtycko@tzlegal.com


**Charles Robert Watkins**
Donaldson & Guin, LLC
300 South Wacker Drive, Suite 1700                         **Nicholas Todd**
Chicago, IL 60603                        representing       **Heinrich**
312-878-8391
charlesw@dglawfirm.com


**John R. Wylie**
Donaldson & Guin, LLC
300 South Wacker Drive, Suite 1700                         **Nicholas Todd**
Chicago, IL 60603                        representing       **Heinrich**
312-878-8391
johnw@dglawfirm.com


**John Allen Yanchunis, Sr.**
Morgan & Morgan
201 N. Franklin Street, 7th Floor                          **Mr. Kenneth W.**
Tampa, FL 33602                          representing       **Heretick**
813-223-5505
jyanchunis@forthepeople.com


**Hassan A. Zavareei**
Tycko & Zavareei LLP
2000 L. Street, N.W., Suite 808
Washington, DC 20036                     representing       **Kevin Jacobsen**
202-973-0900
hzavareei@tzlegal.com

# Attorneys for Appellees

**Susan Morrison Coletti**
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114                                    representing          **Pointroll Inc.**
Wilmington, DE 19899-1114
(302) 778-8434
coletti@fr.com


**Alan Charles Raul**
araul@sidley.com                    representing          **Pointroll Inc.**


**Edward R. McNicholas**                                              **Pointroll Inc.**
emcnicholas@sidley.com              representing


**Michael H. Rubin**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road                                                    **Google Inc.**
Palo Alto, CA 94304-1050             representing
650-493-9300
mrubin@wsgr.com


**Anthony J. Weibell**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road                                                    **Google Inc.**
Palo Alto, CA 94304-1050             representing
650-493-9300
aweibell@wsgr.com


**Travis Steven Hunter**
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street                   representing          **Vibrant Media, Inc.**
Wilmington, DE 19801
302-651-7564
hunter@rlf.com


**Rudolf Koch**                          representing          **Vibrant Media, Inc.**
Richards, Layton & Finger, PA

One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7721
koch@rlf.com

**Joeann E. Walker**
jewalker@venable.com                    representing                **Vibrant Media, Inc.**

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell
LLP
1201 North Market Street                representing                **Media Innovation Group,**
P.O. Box 1347                                                        **LLC**
Wilmington, DE 19899
(302) 351-9205
rdsefiling@mnat.com

**WPP plc**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing with

the Clerk of Court for the United States District Court for the District of Delaware by

using the CM/ECF system. I certify that for all participants in the case that are registered

CM/ECF users, service will be accomplished via the CM/ECF system.


/s/ James P. Frickleton
James P. Frickleton