UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION
This Document Relates To: All Actions

C.A. No. 12-MD-02358 (SLR)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Prescott Lovern, Sr., president of R & L Associates Law, enters an appearance as *pro se* counsel on behalf of himself. All court documents to be served should be sent to our east coast address below, C/O Ms. Nixon.

Dated: December 12, 2013

/s/ *Prescott Lovern Sr.*
Prescott Lovern, Sr.
C/O Kathleen Nixon
East Coast Administrator
R&L Associates Law, East Region
15 E. Churchville Rd
STE 150
Bel Air, MD 21014
(307)-275-1017
knixon@rlassociateslaw.com
prescottl@rlassociateslaw.com

## CERTIFICATE OF SERVICE

      This Notice of Appearance, with exhibit, has been served on the following Parties by email on December 12, 2013. The Court's attached Supplemental Order, Lovern Exhibit A, outlining procedures to file this Notice, repeatedly refers to paragraph 12, as to who must be served; however, there is no paragraph 12. Therefore the following people have been served:

coletti@fr.com
emcnicholas@sidley.com
araul@sidley.com
cthompson@sidley.com

**PointRoll Counsel / Pacer**

lacounsel@earthlink.net
sggrygiel@yahoo.com (Obtained from Legal Notice, address appears to ne longer good)
jimf@bflawfirm.com
raul@sidley.com

**Class Counsel / Legal Notice**

**December 12, 2013**

*[signature]*
Prescott Lovern, Sr.

2

*Lovern Exhibit A*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) CASE NO. 12-MD-2358 (SLR) |
| This Document Relates To: ALL ACTIONS | ) ) ) ) ) |

## SUPPLEMENTAL ORDER REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, on October 7, 2012 this Court issued its order (D.I. 120) Preliminarily Approving the Class Action Settlement between plaintiffs and defendant Point Roll; and

WHEREAS, on October 9, 2013 this Court issued its order (D.I. 121, 122) granting the other three defendants' motions to dismiss; and

WHEREAS, the settling parties suspended publication of notice of the settlement pending resolution of the inquiry concerning continuing Article III subject matter jurisdiction;

IT IS HEREBY ORDERED THAT:

1. The Court confirms that it retains subject matter jurisdiction over the Point Roll settlement, and, that its Memorandum and Order granting the Motion to Dismiss with respect to the other defendants does not eliminate the Court's continued jurisdiction to approve the Point Roll settlement.

2. The schedule for the final approval hearing is modified as follows:

    a. A hearing on final settlement approval (the "Final Approval Hearing") will be held on _January 3, 2014_ at _10:10 a.m._ before this Court, at the United States District Court for the District of Delaware, 844 North King Street, Wilmington, Delaware

19801, to consider, *inter alia*, the following: (a) the adequacy of the Class Representatives and whether the Settlement Class should be finally certified; (b) the fairness, reasonableness, and adequacy of the Class Settlement; (c) the dismissal with prejudice of the Action as to PointRoll; (d) whether Class Counsel's application for attorneys' fees, expenses, and compensation for the Class Representatives (the "Fee Petition") should be granted; and (e) whether to finally approve the Agreement.

    b.    On or before December 2, 2013, Class Counsel shall file with the Court: (i) any memoranda or other materials in support of final approval of the Agreement and Class Settlement; and (ii) any Fee Petition.

    c.    Any Settlement Class Member may appear at the Final Approval Hearing in person or by counsel and may be heard, to the extent allowed by the Court, either in support of or in opposition to the fairness, reasonableness and adequacy of the Class Settlement, the dismissal with prejudice of PointRoll, the entry of final judgment as to PointRoll, and/or the Fee Petition; provided, however, that no person shall be heard in opposition to the Class Settlement, dismissal and/or entry of final judgment or the Fee Petition, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless filed with the Court and served upon counsel listed below in Paragraph 12 on or before December 23, 2013. Such person must (a) file with the Clerk of Court a notice of such person's intention to appear as well as a statement that indicates the basis for such person's opposition and any documentation in support of such opposition on or before 12/23/13, and (b) serve copies of such notice, statement, and documentation, as well as any other papers or briefs that such person files with the Court, either in person or by mail, upon all counsel listed below in

Paragraph 12 on or before __12/23/13__. Settlement Class Members who object in the manner and by the dates provided herein shall be subject to the jurisdiction of this Court. Settlement Class Members who fail to object in the manner and by the dates provided herein shall be deemed to have waived and shall forever be foreclosed from raising any such objections.

    d.    Any Settlement Class Member may hire an attorney at his or her or its own expense to appear in the action. Such attorney shall serve a Notice of Appearance on the Counsel listed in Paragraph 12 above by __12/19/13__, and file it with the Court on or before __12/16/13__.

3.    In all other respects the Court's October 7, 2013 Order (D. I. 120) shall remain in effect.

Date: __10/31/13__

                                              Hon. Sue L. Robinson
                                              United States District Judge

**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

- UPS Ground
- UPS Standard
- UPS 3 Day Select
- UPS Worldwide

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

---

POSTMAN PLUS 410-893-7678
c/o POSTMAN PLUS/BEL AIR
(410) 893-7678
15 CHURCHVILLE RD
BEL AIR MD 21014

**SHIP TO:**

OFFICE OF THE CLERK
(302) 573-6170
UNITED STATES DIST. COURT
844 NORTH KING ST.
UNIT 18
WILMINGTON DE 19801

DE 197 9-20

1 LBS   1 OF 1

**UPS NEXT DAY AIR**

TRACKING #: 1Z 205 2E6 01 7038 8158

BILLING: P/P

ShipRite Version 10 1/8/2004

UNITED STATES DIST COURT
844 N KING ST
UNIT 18
WILMINGTON DE 19801-3518

P: RED   S: RIGHT   I: PDC

KING - 4070
1Z2052E6017038   8158
DENEW155   DEC 12 06:56:59 2013
ZEBRAZ4MP   1030