

# R & L Associates Law

1712 Pioneer Avenue, Suite 101, Cheyenne, WY 82001
***INTERNATIONAL FIRM** - Specializing in Public Interest Litigation*
**A Division of Akamai Investment Advisors LLC**
**Phone:** (307)-275-1017 / **Fax:** (307)-275-1013 / corporate@rlassociateslaw.com
**R & L Associates Legal News** - http://rlassociateslaw.com/

## & Equistone Litigation Funding LLC

Contact: equistone@rlassociateslaw.com

**PRESCOTT LOVERN, SR.** - President

Direct Dial: Office of the President
Cheyenne, WY: (307)-459-5939

prescottl@rlassociateslaw.com

December 12, 2013

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570
(302)-573-6170

    Re: *In re Google Inc. Cookie Placement Consumer Privacy Litigation*, 12-MD-2358 (SLR)

Dear Clerks:

Enclosed is one original and one copy, with exhibits, of my *pro se* Notice of Appearance in the above case to be filed December 12, 2013. Please notice on the certificate of service that the address and contact information for all service in this case is different than our headquarters.

Yours truly,

*[signature]*

Prescott Lovern, Sr.
President

Cc: Kathleen Nixon