

# R & L Associates Law

1712 Pioneer Avenue, Suite 101, Cheyenne, WY 82001
***INTERNATIONAL FIRM*** - *Specializing in Public Interest Litigation*
**A Division of Akamai Investment Advisors LLC**
**Phone:** (307)-275-1017 / **Fax:** (307)-275-1013 / corporate@rlassociateslaw.com
**R & L Associates Legal News** - http://rlassociateslaw.com/

## & Equistone Litigation Funding LLC
Contact: equistone@rlassociateslaw.com

**PRESCOTT LOVERN, SR. - President**

Direct Dial: Office of the President
Cheyenne, WY: (307)-459-5939

prescottl@rlassociateslaw.com

December 20, 2013

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570
(302)-573-6170

> Re: *In re Google Inc. Cookie Placement Consumer*
> *Privacy Litigation, 12-MD-2358 (SLR)*

Dear Clerks:

Enclosed is one original and one copy, of my *pro se* **OPPOSITION MOTION TO CLASS PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED CLASS SETTLEMENT and DEMAND TO OPT OUT,** to be filed December 20, 2013. Please notice on the certificate of service that the address and contact information for all service in this case is different than our headquarters.

Yours truly,

Prescott Lovern, Sr.
President

Cc: Kathleen Nixon

POSTMAN PLUS 410-893-7678
c/o POSTMAN PLUS/BEL AIR
( )
(410) 893-7678
15 CHURCHVILLE RD
BEL AIR MD 21014

SHIP TO:
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING STREET
UNIT 18
WILMINGTON DE 19801

1 LBS    1 OF 1

DE 197 9-20

UPS NEXT DAY AIR    1
TRACKING #: 1Z 205 2E6 01 7038 9951

BILLING: P/P

ShipRite Version 10 1/8/2004

US W016/LS 1972
1Z2062E6017038
DEM13HISS  ZEBRA24WP
9951
DEC 23 07:15:59 2013
P:RED KING-4162
S:RIGHT 844 N KING ST
WILMINGTON DE 19801-3518
UNIT 18
UNITED STATES DISTRICT COURT
1:200    L:PDC

Sol, and Conditions regarding UPS terms and marks, of limitation of liability where allowed by law, shipped authorizes UPS to act as forwarding agent for export control and customs purposes. If regulated from the U.S. shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law are prohibited.



...nizing the world of commerc...