IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


IN RE: GOOGLE INC. COOKIE          )
PLACEMENT CONSUMER PRIVACY   )  Civ. No. 12-MD-2358-SLR
LITIGATION                                      )
                                                       )

### ORDER

At Wilmington this 7ʰ day of January, 2014, the hearing on final settlement

approval having been postponed as a result of the court closing due to inclement

weather;

IT IS ORDERED that the hearing is hereby rescheduled for **Thursday, February**

**13, 2014, at 4:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal

Building, 844 King Street, Wilmington, Delaware.


_____
United States District Judge