UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| **In Re Google Inc. Cookie Placement** )<br>**Consumer Privacy Litigation** )<br>)<br>**This Document Relates To:** )<br>*Kreisman v. Google, Inc.,* )<br>No. 1:12-cv-00741-SLR )  | Civ. No. 12-MD-2358-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that attorney Blake A. Strautins is no longer affiliated with the law firm of Barnow and Associates, P.C., and hereby withdraws as counsel for Plaintiff Karin Kreisman in this matter. Please take further notice that attorney Ben Barnow of Barnow and Associates, P.C., shall continue to appear as counsel for Plaintiff Karin Kreisman in this case.

Dated: January 31, 2014

                                                  Respectfully submitted,

                                                  /s Ben Barnow[1]
                                                  Ben Barnow
                                                  BARNOW AND ASSOCIATES, P.C.
                                                  One North LaSalle Street, Suite 4600
                                                  Chicago, IL 60602
                                                  Telephone:    (312) 621-2000

                                                  *One of the Attorneys for*
                                                  *Plaintiff Karin Kreisman*

---

[1] Ben Barnow is registered for electronic filing and noticing in this MDL.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on January 31, 2014 upon counsel of record via the Court's ECF filing system.

          /s Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000
b.barnow@barnowlaw.com