IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>**All Actions** )<br>) | C.A. No. 12-MD-2358 (SLR) |

**DEFENDANT POINTROLL, INC.'S NOTICE**
**REGARDING PUBLICATION OF NOTICE OF SETTLEMENT**

In advance of the Final Approval Hearing, PointRoll, Inc. ("PointRoll") hereby files this notice to provide the Court with details regarding the publication of notice of the settlement pursuant to this Court's Orders of October 7 and 31 (D.I. Nos. 120 and 126). Pursuant to the Court's Order, PointRoll caused notice of the settlement to be published in the legal notice section of the print and e-Newspaper editions of USA TODAY, for three consecutive Mondays, November 11, 18, and 25, 2013. The online publication of links to those notices ran from November 11 through December 10, 2013 and resulted in approximately 15.6 million unique ad impressions being served.

| | |
|---|---|
| Dated:  February 11, 2014 | By:  /s/ *Susan M. Coletti* |
| Alan Charles Raul<br>Edward R. McNicholas<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711<br>araul@sidley.com<br>emcnicho@sidley.com | Susan M. Coletti (#4690)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>coletti@fr.com |
| *Attorneys for Defendant*<br>*PointRoll, Inc.* | *Attorneys for Defendant*<br>*PointRoll, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2014, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, service will be accomplished via the CM/ECF system.  I further certify that I served a copy of the foregoing upon Prescott Lovern, Sr. by email to prescottl@rlassociateslaw.com on February 11, 2014.

                                            */s/ Susan M. Coletti*
                                            Susan M. Coletti (#4690)