IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) )  Civ. No. 12-MD-2358-SLR ) ) |

O R D E R

At Wilmington this 12th day of February, 2014, the hearing on final settlement approval having been postponed per request of counsel due to the anticipated inclement weather;

IT IS ORDERED that the hearing is hereby rescheduled for **Tuesday, April 1, 2014, at 4:00 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge