# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. No. 12-MD-2358 (SLR) |
| This Document Also Relates to:  SOBLE V. GOOGLE, INC. | C.A. No. 12-CV-0200 (SLR) |

## NOTICE OF REMOVAL OF CO-COUNSEL, RALPH N. SIANNI

Matthew Soble, Plaintiff in the above-captioned action SOBLE V. GOOGLE, INC., hereby gives notice that Ralph N. Sianni no longer represents Mr. Soble in this action and should be removed as co-counsel of record. The undersigned counsel, David A. Straite, shall continue to represent Mr. Soble in this action.

In addition, Mr. Sianni should be removed as counsel of record on the docket of the above-captioned related consolidated action IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION, as Mr. Sianni withdrew from that MDL on May 28, 2013 [MDL Dkt. 99]. The undersigned counsel, David A. Straite, shall continue as court-appointed member of the steering committee in the consolidated action [MDL Dkt. 117].

Dated: Feb. 18, 2014

　　　　　　　　　　　　　　　　　　　　　　*/s/ David A. Straite*
　　　　　　　　　　　　　　　　　　　　David A. Straite (Del. Bar ID #5428)
　　　　　　　　　　　　　　　　　　　　KAPLAN FOX & KILSHEIMER LLP
　　　　　　　　　　　　　　　　　　　　850 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　(212) 687-1980
　　　　　　　　　　　　　　　　　　　　*dstraite@kaplanfox.com*