IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | )<br>)<br>) C.A. No. 12-MD-2358 (SLR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT POINTROLL, INC.'S REPORT IN SUPPORT OF**
**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

In advance of the Final Settlement Approval Hearing on April 1, 2014, PointRoll, Inc. ("PointRoll") respectfully submits the following report in support of Plaintiffs' Motion for Final Approval of Class Action Settlement providing additional information regarding its compliance with this Court's Orders of October 7 and 31 (D.I. Nos. 120 and 126). Specifically, this document reports on the details of the notice by PointRoll in connection with the proposed settlement.

As provided in the parties' Confidential Settlement Agreement, Sec. 4.2.1, attached to the Declaration of Brian R. Strange (D.I. No. 118-1) and approved by the Court in its Oct. 7, 2013 Order (D.I. No. 120), a summary notice of the settlement appeared in the print editions of USA TODAY on November 11, 18, and 25, 2013. *See* Exhibit 1. The summary notice contained a link to the long-form notice described below. Circulation of these print editions totaled 1,138,342 for November 11; 1,126,241 for November 18; and 1,079,497 for November 25.

As further provided in the parties' Confidential Settlement Agreement, Sec. 4.2.1, summary notice of the settlement appeared in the e-Newspaper editions of USA TODAY on November 11, 18, and 25, 2013. *See* Exhibit 2 (notice published in the November 11, 2013 e-

Newspaper). The summary notice contained a link to the long-form notice described below. Circulation of the e-Newspapers totaled 187,155 for November 11; 220,027 for November 18; and 151,308 for November 25.

As further provided in the parties' Confidential Settlement Agreement, Sec. 4.2.2, links to the summary notice appeared in digital advertisements served by PointRoll from November 11 to December 10, 2013, which targeted unique Safari browsers that visited www.usatoday.com and the online versions of twelve publications affiliated with USA TODAY. *See* Exhibit 3 (examples of the forms of advertisements appearing in the USA TODAY-affiliated online publications). These publications resulted in approximately 15.6 unique advertisement impressions being served on Safari browsers. As discussed above, the summary notice contained a link to the long-form notice described below.

The long-form notice was available at http://www.pointroll.com/documentation/legal-notice for at least the period beginning at midnight November 11, 2013 through 11:59 PM on December 10, 2013. *See* Exhibit 4.

As required by 28 U.S.C. § 1715(b), counsel for PointRoll provided notice (the "CAFA Notice") to all appropriate federal and state officials within ten days of the proposed settlement filing. *See* Exhibit 5 (copy of the CAFA Notices, distribution list, and Exhibits attached thereto). Copies of the CAFA Notice, a distribution list, and the Exhibits thereto were sent via Federal Express on October 2, 2013 to the Attorneys General of all 50 States, the District of Columbia, Guam, and the United States Virgin Islands, and sent via Certified First-Class Mail to the Attorneys General of Puerto Rico, American Samoa, and the Commonwealth of the Northern Mariana Islands. A Supplemental Notice was sent to those same parties on October 8, 2013 to

inform them of the Court's Order Granting the Motion for Preliminary Approval of Class Action Settlement.  *See* Exhibit 6.

| | |
|---|---|
| Dated:  March 21, 2014 | By: /s/ *Susan M. Coletti* <br> Susan M. Coletti (#4690) <br> FISH & RICHARDSON P.C. <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Telephone: (302) 652-5070 <br> coletti@fr.com <br><br> Alan Charles Raul <br> Edward R. McNicholas <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, D.C.  20005 <br> Telephone:  (202) 736-8000 <br> Facsimile:  (202) 736-8711 <br> araul@sidley.com <br> emcnicho@sidley.com <br><br> *Attorneys for Defendant* <br> *PointRoll, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that for all participants in the case that are registered CM/ECF users, service will be accomplished via the CM/ECF system.

Service by First-Class U.S. Mail was made upon:

>Prescott Lovern
>c/o Kathleen Nixon
>R&L Associates Law, East Region
>15 E. Churchville Road, Ste. 150
>Bel Air, MD 21014

>*/s/ Susan M. Coletti*
>Susan M. Coletti