UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-4300
_____

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION

William Gourley; Jose M. Bermudez; Nicholas Todd
Heinrich; Lynne Krause,

　　　　　　　　　　　　　　　　　　　　Appellants

_____

On Appeal from the United States District Court
for the District of Delaware
(No. 1-12-md-02358)
District Judge: Honorable Sue L. Robinson
_____

Argued December 11, 2014

Before: FUENTES, FISHER, and KRAUSE, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on December 11, 2014. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court of October 9, 2013 is hereby AFFIRMED IN PART and VACATED IN PART, and the case is REMANDED for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron

Clerk

Dated:      November 10, 2015

Certified as a true copy and issued in lieu of a formal mandate on   12/21/2015

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**