OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 21, 2015

John A. Cerino, Clerk
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: In Re: Google Inc Cookie Place
Case Number: 13-4300
District Case Number: 1-12-md-02358

Dear District Court Clerk,
Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: James King,
Case Manager
267-299-4958

cc:   Colleen Bal, Esq.
      Jason O. Barnes, Esq.

Edward P. Boyle, Esq.
David N. Cinotti, Esq.
Lisa M. Coyle, Esq.
James P. Frickleton, Esq.
Travis S. Hunter, Esq.
Rudolf Koch, Esq.
Douglas H. Meal, Esq.
Edward D. Robertson, Jr., Esq.
Michael H. Rubin, Esq.
Brian R. Strange, Esq.
Anthony J. Weibell, Esq.