IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) Civ. No. 12-MD-2358-SLR ) ) |

**ORDER**

At Wilmington this 22nd day of December, 2015,

IT IS ORDERED that a telephone conference shall be held on **Wednesday, January 13, 2016, at 2:00 p.m.** Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge