# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>_____<br><br>This Document Relates to:<br>ALL ACTIONS<br>_____ | Case No. 12-MD-2358 (SLR) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that Strange & Carpenter has changed its name to Strange & Butler. The firm address and telephone number shall remain the same.

>Brian R. Strange: bstrange@strangeandbutler.com
>STRANGE & BUTLER
>12100 Wilshire Blvd., Suite 1900
>Los Angeles, CA 90025
>Telephone: (310) 207-5055
>Facsimile: (310) 826-3210

The attorney of record in this litigation will also update his contact information on the CM/ECF system.

Dated: January 20, 2016                    Respectfully submitted,

**STRANGE & BUTLER**

/s/ *Brian Russell Strange*
Brian R. Strange
STRANGE & BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
bstrange@strangeandbutler.com