# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## PROPOSED ORDER

Having reviewed the Motion and Incorporated Memorandum of Law to Substitute Silverman/Thompson/Slutkin/White LLC as interim Co-Lead Counsel, in place of Keefe Bartels, and all other relevant Orders and docketed filings;

IT IS ORDERED as follows:

1. Silverman/Thompson/Slutkin/White LLC is hereby appointed as interim Co-Lead Counsel in place of Keefe Bartels.

DATED: _____                                    _____
                                                   Sue L. Robinson
                                                   United States District Judge