UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | C.A. 12-MD-2358 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendant Google Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1); (2) Defendant Google Inc.'s First Set of Interrogatories to Plaintiffs (Nos. 1-7); and (3) Defendant Google Inc.'s First Set of Requests for Production to Plaintiffs (Nos. 1-15) were caused to be served on March 16, 2016 upon the following in the manner indicated:

Stephen G. Grygiel                                                                                     *VIA ELECTRONIC MAIL*
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
sgrygiel@mdattorney.com

Brian Russell Strange                                                                                *VIA ELECTRONIC MAIL*
Strange & Butler
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
bstrange@strangeandbutler.com

James P. Frickleton                                                                                    *VIA ELECTRONIC MAIL*
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
jimf@bflawfirm.com

*Lead Counsel for Plaintiffs*

1

Dated: March 16, 2016                                  Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Michael H. Rubin*

MICHAEL H. RUBIN, CA Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
Email: mrubin@wsgr.com

ANTHONY J WEIBELL, CA Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: aweibell@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.