## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>———————————————————<br><br>This Document Relates to:<br>ALL ACTIONS<br>——————————————————— | Case No. 12-MD-2358 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served on the following on March 16, 2016 after 6:00 pm EST in the manner indicated:

| | |
|---|---|
| Michael H. Rubin<br>Kevin Spark<br>Wilson, Sonsini, Goodrich & Rosati<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>mrubin@wsgr.com<br>kspark@wsgr.com | *VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL* |
| Anthony Weibell<br>Wilson, Sonsini, Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>aweibell@wsgr.com | *VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL* |

*Attorneys for Defendant Google, Inc.*

Dated: March 16, 2016

Respectfully submitted,

**STRANGE & BUTLER**

<u>/s/ *Brian Russell Strange*</u>
Brian R. Strange
STRANGE & BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
bstrange@strangeandbutler.com

James P. Frickleton
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Telephone: (913) 266-2300
jimf@bflawfirm.com

Stephen G. Grygiel (Del. Bar. No. 4944)
Silverman Thompson Slutkin White
26th Floor
201 N. Charles Street
Baltimore, MD 21201
Telephone: (443) 909-7516
sgrygiel@mdattorney.com

*Lead Counsel for Plaintiffs*