UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Action** | C.A. No. 12-MD-2358 (SLR) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton, Robertson & Goza, P.C. has changed names to Bartimus, Frickleton, and Robertson, P.C., effective March 25, 2016. All addresses and telephone numbers remain the same.

        **Respectfully submitted,**

        **BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**


        **By:/s/ James P. Frickleton**
            James P. Frickleton
            11150 Overbrook Road, Suite 200
            Leawood, KS  66211
            913-266-2300
            913-266-2366 Fax
            jimf@bflawfirm.com

            Edward D. Robertson, Jr.
            Mary D. Winter
            Anthony L. DeWitt

715 Swifts Highway
Jefferson City, MO  65109
573-659-4454
573-659-4460 Fax
crobertson@bflawfirm.com
mwinter@bflawfirm.com
aldewitt@bflawfirm.com

### CERTIFICATE OF SERVICE UPON COUNSEL

I hereby certify that on March 25, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which sent a notification of such filing to the following:

**Attorneys for MDL Plaintiff/ Appellant Class**

**Lead Counsel / Executive Committee**

**Stephen G. Grygiel DE ID #4944**
88 East Bergen Place
Red bank NJ 07701
407 505 9463
Sggrygiel@yahoo.com

**James P. Frickleton**
Bartimus Frickleton and Robertson, PC
11150 Overbrook Road, Suite 200
Leawood, KS 66211
913-266-2300
jimf@bflawfirm.com

2

**Edward D. Robertson, Jr.**
**Mary D. Winter**
Bartimus Frickleton and Robertson, PC
715 Swifts Highway
Jefferson City, MO 65109
573-659-4454
crobertson@bflawfirm.com
mwinter@bflawfirm.com

**Brian Russell Strange**
Strange & Carpenter
12100 Wilshire Boulevard,
Suite 1900
Los Angeles, CA 90025
310-207-5055
lacounsel@earthlink.net

## Liaison Counsel

**David L. Finger**
Finger & Slanina LLC
One Commerce Center
1201 North Orange Street,
7th Floor
Wilmington, DE 19801-1186
(302) 573-2525
(302) 573-2524 (fax)
dfinger@delawgroup.com

## Attorneys for Appellees

| | | |
|---|---|---|
| **Michael H. Rubin**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>mrubin@wsgr.com | representing | **Google Inc.** |
| **Anthony J. Weibell**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>aweibell@wsgr.com | representing | **Google Inc.** |
| **Travis Steven Hunter**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7564<br>hunter@rlf.com | representing | **Vibrant Media, Inc.** |
| **Rudolf Koch**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>302-651-7721<br>koch@rlf.com | representing | **Vibrant Media, Inc.** |
| **Joeann E. Walker**<br>575 7th Street, NW<br>Washington, DC 20004<br>jewalker@venable.com | representing | **Vibrant Media, Inc.** |

| | | |
|---|---|---|
| **Rodger Dallery Smith, II**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>rdsefiling@mnat.com | representing | **Media Innovation Group, LLC** |

/s/ James P. Frickleton
James P. Frickleton
Bartimus Frickleton and Robertson, PC
11150 Overbrook Rd., Suite 200
Leawood, KS  66211