## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' First Set of Requests for Production to Defendant Google, Inc. (Nos. 1-51) was caused to be served on March 30, 2016 upon the following in the manner indicated:

Michael H. Rubin
Kevin Spark
Wilson, Sonsini, Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
mrubin@wsgr.com
kspark@wsgr.com

*VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL*

Anthony Weibell
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
aweibell@wsgr.com

*VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL*

*Attorneys for Defendant Google, Inc.*

Dated: March 30, 2016

Respectfully submitted,

**STRANGE & BUTLER**

/s/ *Brian Russell Strange*
Brian R. Strange
STRANGE & BUTLER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
bstrange@strangeandbutler.com

James P. Frickleton
Bartimus, Frickleton, and Robertson, P.C.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Telephone: (913) 266-2300
jimf@bflawfirm.com

Stephen G. Grygiel (Del. Bar. No. 4944)
Silverman Thompson Slutkin White
26th Floor
201 N. Charles Street
Baltimore, MD 21201
Telephone: (443) 909-7516
sgrygiel@mdattorney.com

*Lead Counsel for Plaintiffs*