# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following were caused to be served on April 15, 2016 upon the following in the manner indicated:

1. Plaintiff Nicholas Heinrich's Objections and Responses to Defendant Google, Inc.'s First Set of Requests for Production of Documents (Nos. 1-15)

2. Plaintiff Jose Bermudez's Objections and Responses to Defendant Google, Inc.'s First Set of Requests for Production of Documents (Nos. 1-15)

3. Plaintiff Lynne Krause's Objections and Responses to Defendant Google, Inc.'s First Set of Requests for Production of Documents (Nos. 1-15)

4. Plaintiff Nicholas Heinrich's Responses and Objections to Defendant Google, Inc.'s First Set of Interrogatories (Nos. 1-7)

5. Plaintiff Jose Bermudez's Responses and Objections to Defendant Google, Inc.'s First Set of Interrogatories (Nos. 1-7)

6. Plaintiff Lynne Krause's Responses and Objections to Defendant Google, Inc.'s First Set of Interrogatories (Nos. 1-7)

Michael H. Rubin  
Kevin Spark  
Wilson, Sonsini, Goodrich & Rosati  
One Market Plaza  
Spear Tower, Suite 3300  
San Francisco, CA 94105  
mrubin@wsgr.com  
kspark@wsgr.com  

*VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL*

Anthony Weibell  
Wilson, Sonsini, Goodrich & Rosati  
650 Page Mill Road  
Palo Alto, CA 94304-1050  
aweibell@wsgr.com  

*VIA ELECTRONIC MAIL AND U.S. FIRST CLASS MAIL*

*Attorneys for Defendant Google, Inc.*

Dated: April 15, 2016

Respectfully submitted,

**STRANGE & BUTLER**

/s/ *Brian Russell Strange*  
Brian R. Strange  
STRANGE & BUTLER  
12100 Wilshire Blvd., Suite 1900  
Los Angeles, CA 90025  
Tel: (310) 207-5055  
bstrange@strangeandbutler.com  

James P. Frickleton  
Bartimus, Frickleton, and Robertson, P.C.  
11150 Overbrook Road, Suite 200  
Leawood, KS 66211  
Telephone: (913) 266-2300  
jimf@bflawfirm.com  

Stephen G. Grygiel (Del. Bar. No. 4944)  
Silverman Thompson Slutkin White  
26th Floor  
201 N. Charles Street  
Baltimore, MD 21201  
Telephone: (443) 909-7516  
sgrygiel@mdattorney.com  

*Lead Counsel for Plaintiffs*