UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Google Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production to Defendant Google Inc. (Nos. 1-51) were caused to be served on April 29, 2016 upon the following in the manner indicated:

| | |
|---|---|
| Stephen G. Grygiel<br>Silverman Thompson Slutkin White<br>201 N. Charles Street, 26th Floor<br>Baltimore, MD 21201<br>sgrygiel@mdattorney.com | *VIA ELECTRONIC MAIL &*<br>*USPS FIRST CLASS MAIL* |
| Brian Russell Strange<br>Strange & Butler<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025<br>bstrange@strangeandbutler.com | *VIA ELECTRONIC MAIL &*<br>*USPS FIRST CLASS MAIL* |
| James P. Frickleton<br>Bartimus, Frickleton, Robertson & Gorny, P.C.<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211<br>jimf@bflawfirm.com | *VIA ELECTRONIC MAIL &*<br>*USPS FIRST CLASS MAIL* |

*Lead Counsel for Plaintiffs*

Dated: April 29, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Michael H. Rubin*

MICHAEL H. RUBIN, CA Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com

ANTHONY J WEIBELL, CA Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.