**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION )))) | Case No. 12-MD-2358 (SLR) |
| ))) | |
| **This Document Relates to:** **ALL ACTIONS** ))) | |

**DECLARATION OF STEPHEN G. GRYGIEL IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**SILVERMAN THOMPSON SLUTKIN WHITE**
Stephen G. Grygiel (DE Bar ID #4944)
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel: 410-385-2225
*sgrygiel@mdattorney.com*

*Executive Committee Member*

**BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**
James P. Frickleton
Mary D. Winter
Edward D. Robertson, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

**STRANGE & BUTLER LLP**
Brian Russell Strange
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: 310-207-5055
*bstrange@strangeandbutler.com*

*Executive Committee Member*

I, Stephen G. Grygiel, having first been duly sworn, declare:

1. I am over the age of 18, and believe in the obligations of an oath.

2. I am a partner in Silverman Thompson Slutkin White, interim co-class counsel in this case, and am a member of the Plaintiffs' counsel Executive Committee.

3. I make this declaration on the basis of my own personal knowledge. If called to testify, I could and would competently testify under oath to the contents of this declaration.

4. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendant Google Inc. ("Google"), for certification of a class for settlement purposes, for appointment of Plaintiffs Jose M. ("Josh") Bermudez, Nicholas Todd Heinrich, and Lynne Krause as the representatives of the Settlement Class, and for appointment of Interim Class Counsel (consisting of Silverman, Thompson, Slutkin, White; Bartimus, Frickleton, and Robertson, P.C.; and Strange & Butler LLP) as Settlement Class Counsel.

5. Attached as <u>Exhibit A</u> to the declaration of my co-counsel on the Executive Committee, Brian R. Strange, is a true and correct copy of the signed Settlement Agreement between Plaintiffs and Google. I have personally read and revised, and understand the terms and conditions of the Settlement Agreement and notices under the Notice Plan. I incorporate them by reference in my declaration as if they were set forth fully.

6. The Settlement confers substantial benefits upon the Settlement Class, particularly in light of the costs, uncertainties, delays, and other risks associated with continued litigation, trial, and/or appeal.

7. The settlement was reached following months of back and forth negotiations. between, on the one hand, me, Brian Strange, John Ceglia, and James P. Frickleton, and, on the

other hand, Google's counsel Michael Rubin and Anthony Weibell. After exchanging certain written discovery, the parties agreed to mediate the matter.

8. The parties researched and submitted detailed mediation statements, and participated in arms'-length good faith negotiations during a full-day mediation before the Hon. Layn Phillips. Messrs. Strange, Ceglia, Frickleton, and I represented the Plaintiffs. Among others, Messrs. Weibell and Rubin represented Google. That mediation resulted in an agreement in principle.

9. The parties engaged in further settlement discussions after the mediation and ultimately reduced the agreement in principle to a more detailed Settlement Agreement.

10. Throughout the course of settlement negotiations, my co-Executive Committee members and I considered numerous factors, including, without limitation: Plaintiffs' liability theories and claims; ascertainability and class certification issues; the virtues and alleged deficiencies of certain damages models; Google's already made payments of $22.5 million to the Federal Trade Commission and $17 million to various state governments arising out of the same conduct Plaintiffs' alleged; summary judgment; trial; the possibility of appeals of any judgment and/or rulings of the trial court; and how these factors might add to the cost, delay, and uncertainty of litigation.

11. Having fully evaluated the factual and legal strengths and weaknesses, and the respective equities, of the parties' respective positions, I have concluded, in my experienced opinion, that, as the case is currently postured, the settlement is fair, adequate, and reasonable, is in the best interests of the Settlement Class, and merits the Court's preliminary approval.

12. Interim co-class counsel have thoroughly investigated the case's technical and factual issues. We have engaged and consulted with experts, analyzed the legal claims and

defenses in light of different judicial explanations of cyberspace "transit" and "storage," and become highly conversant in the evolving law of the wiretap, Stored Communications and Computer Fraud and Abuse Acts, as well as the state law claims alleged against Google.

13. Google's counsel provided interim co-class counsel with settlement communications containing additional substantive information that assisted us in deciding the Settlement is fair, adequate, and reasonable, and advisable. Google has continuously maintained that (i) its conduct did not involve the collection, retention, or resale of any specific personal information; (ii) Google never intended to invade Plaintiffs' privacy; (iii) the alleged cookie placement on Safari browsers was the unintentional result of an unadvertised feature of the Safari browser, of which the Google team that created the cookies at issue was unaware; and (iv) the Settlement Class suffered no legally cognizable injuries as a result of the alleged cookie deployment.

14. Co-class counsel have been and remain confident in Plaintiffs' position and believe Plaintiffs' claims are strong. However, all of us are experienced and realistic, and understand our duties compel us to weigh carefully the benefits of settlement. These include the information benefits obtained and the guaranteed recovery and certainty achieved through early settlement against the uncertainty inherent in the trial and appellate process. We concluded, after due deliberation and under the case's current posture, that the balance here favors this settlement.

15. Co-class counsel are prepared to establish that Google's cookie circumvention technique violated federal statutes, injuring the Settlement Class and entitling the Settlement Class to damages. But Google, as the mediation confirmed, is also prepared to mount a vigorous defense on numerous important questions, including whether the claims are legally viable and whether a litigation class and/or sub-classes can properly be certified under Fed. R. Civ. P. 23.

Therefore, while we strongly disagree with Google's analysis, and believe that both the law and facts support Plaintiffs' claims about Google's cookie uses that violated federal statutes and state law, nothing guarantees that Plaintiffs will ultimately prevail.

16. By Memorandum Order dated November 16, 2012 (D.I. #44), this Court appointed Keefe Bartels, LLC (replaced by Silverman Thompson Slutkin White); Bartimus, Frickleton, Robertson & Gorny, P.C. (now Bartimus, Frickleton, and Robertson, P.C.); and Strange & Carpenter (now Strange & Butler LLP) as co-interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure. In doing so, the Court noted our firms' "experience in large class actions and with substantial privacy rights litigation," our "impressive credentials and the underlying qualifications to serve as lead counsel," our "understanding of the legal issues," our "work to identify or investigate potential claims," and "the resources [we] will bring to bear on behalf of the putative class." (Order at 3–4.) (On February 16, 2016, this Court granted the substitution of Silverman Thompson Sluktin White in place of Keefe Bartels, LLC as interim co-lead counsel.)

17. As the Court has recognized, I have substantial experience in complex class actions, including cases similar to this. I am currently serving as a member of the Plaintiffs' Executive Committee in a privacy rights action pending against Facebook in the Northern District of California (San Jose Div.), *In re: Facebook Internet Tracking Litigation*, No. 5:12–md-02314-EJD, in which I personally did the research for and drafted substantial portions of Plaintiffs' briefing on Facebook's initial Motion to Dismiss, lead the oral argument for the Plaintiffs against Facebook's initial motion to dismiss, participated substantially in drafting the amended Complaint filed after the Court granted Facebook's first dismissal motion, and worked with co-counsel in preparing for, and attended, the oral argument on Facebook's second

dismissal motion. That case presents a number of issues that exist in Plaintiffs' claims against Google. I have also been class counsel in a number of other federal and state court securities, unfair business practices, and consumer fraud actions that have resulted in tens of millions of dollars being returned to consumers. I am highly conversant with the federal and state statutory and common law concerning cyberspace privacy. With my firm I am co-lead counsel in three currently pending putative class action involving retired professional athletes and medical issues: *Richard Dent, et al. v. National Football League*, Case No. C-14-2324 WHA/JCS (currently on appeal to the Court of Appeals for the Ninth Circuit); *Etopia Evans, et al. v. Arizona Cardinals, et al.*, Case No. 3:16-cv-01030 WHA; and *In re National Hockey League Players Concussion Injury Litigation*, Case No. 14-2551 SRN/JSM. Attached hereto as Exhibit A is the Silverman Thompson Slutkin White firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August, 2016, at Baltimore, Maryland, 21201.

/s/ Stephen G. Grygiel
SILVERMAN THOPMSON
SLUTKIN WHITE
201 N. Market Street, 26th Floor
Baltimore, MD 21201
Tel: 410-385-2225
sgrygiel@mdattorney.com

# EXHIBIT A



# LEAD COUNSEL FIRM RESUME

## General Firm Overview

The Maryland-based law firm of Silverman | Thompson | Slutkin | White (STSW) is widely regarded as one of the premier law firms for litigation in the Baltimore-Washington metropolitan area. The firm features a unique blend of the area's top lawyers with diverse backgrounds, such as former state and federal prosecutors, a retired Federal District Court judge, a retired state Supreme Court judge and a law school dean.

STSW takes on complex high-stakes civil and class action litigation, as well as high-profile criminal cases, throughout the Baltimore-Washington metropolitan area, and the United States. Many of the firm's diverse and high-stakes cases have been profiled in recent years by *60 Minutes*, the Discovery Channel and other international media.

The firm's seasoned attorneys spend hundreds, if not thousands, of hours in the courtroom each year. Nearly all of the firm's civil litigators were "big firm" trained and recognized as rising stars prior to joining STSW. The firm's clients benefit from representation by lawyers who know the judiciary by practicing law on the front lines rather than watching from the sidelines. STSW lawyers have authored leading treatises including *Jones on Evidence*, *Civil & Criminal* (7th), *Wiretapping and Eavesdropping*, *3D: Surveillance in the Internet Age* and *The Maryland Evidence Handbook* (4th).

Although STSW handles cases all across the United States, the firm's approximately 35 lawyers are based in a single office in downtown Baltimore. As a result, STSW has a genuinely collaborative and collegial culture not commonly found, and is the only law firm named in *Baltimore Magazine's* 2013 "Best Places to Work" issue. STSW views all clients as firm clients and uses all of the firm's collective resources to further our clients' best interests.

## Class Action Experience

**Active Cases:**

1. *Jane Doe No. 1, et al. v. Johns Hopkins Hospital, et al.*
    Class Action
    Case No. 24-C-13-001041
    In the Circuit Court for Baltimore City

**Case Synopsis**: In what is believed to be the largest recovery of its kind, a $190 million dollar proposed Settlement has been preliminarily approved by the Court that offers payments to the

"LEVY Settlement Class," consisting of all former patients of Dr. Nikita A. Levy ("Dr. Levy") or all such persons' personal representatives, heirs or assigns, wherever located, who have or may in the future have any claim against (1) Dr. Levy or the Estate of Nikita A. Levy, M.D. or (2) Johns Hopkins arising out of, based upon, related to, or involving injuries and damages claimed as a result of Dr. Levy's photographing or videotaping activities or boundary violations while he was an actual or apparent agent, servant, or employee of Johns Hopkins. STSW represents a number of the plaintiffs, is on the Plaintiff's Steering Committee, and heads the Minority Claimants Committee.

2. *Richard Dent, et al. v. National Football League*
   Putative Class Action
   Case No. C-14-2324 KAW
   In the United States District Court: Northern District of California

**Case Synopsis**: The lawsuit alleges that, violating federal criminal laws, the NFL intentionally, recklessly, and negligently created and maintained a culture of drug misuse, putting profit in place of players' health. Plaintiffs seek financial compensation for the long-term chronic injuries, financial losses, expenses, pain and suffering, mental anguish and other losses they have suffered as a result of the NFL's misconduct, and medical monitoring for the problems from which the Plaintiffs currently or will in the future suffer. STSW investigated the facts and researched the issues in this lawsuit for over two years, and filed this case in May, 2014. STSW actively represents over 1000 retained former NFL players and is Co-Lead Counsel.

3. *In re National Hockey League Players Concussion Injury Litigation*
   Putative Class Action
   United States District Court, District of Minnesota
   MDL No. 14-2551 (SRN/JSM)

**Case Synopsis**: One of three Co-Lead Counsel in Multi-District Litigation case, consolidated and transferred to District of Minnesota, alleging the National Hockey League's responsibility for increased risk, frequency and severity of brain diseases such as ALS, Alzheimer's Disease, Chronic Traumatic Encephalopathy and other neuro-cognitive impairments and deficits secondary to concussive and sub-concussive impacts.

4. *In re: Facebook, Inc. Internet Tracking Litigation*
   Putative Class Action
   United States District Court, Northern District of California
   Case No.: 5:12-md-02314-EJD

**Case Synopsis**: Co-Lead Counsel in Multi-District Litigation case, consolidated and transferred to Northern District of California (San Jose Division), alleging that Facebook, contrary to its promises to users and violating reasonable expectations of privacy, continued to track Facebook users even after they had logged out of Facebook sessions, violating federal and state laws.

5. *In re: Google, Inc. Cookie Placement Consumer Privacy Litigation*
   Putative Class Action
   United States District Court, District of Delaware

      C.A. No. 12-MD-2358 (SLR)

**Case Synopsis**: Co-Lead Counsel in Multi-District Litigation case, consolidated and transferred to District of Delaware, alleging that Google and other ad-serving companies secretly disabled blocking settings on web users' internet browsers and placed tracking "cookies" on those devices, violating federal and state laws.

6. *South Florida Wellness, Inc. v. Allstate Insurance Company*
   Putative Class Action
   United States District Court, Middle District of Florida
   Case No. 13-cv-61759-CIV - Dimitrouleas

**Case Synopsis**: Co-counsel in putative federal court class action under Florida law for declaratory judgment on behalf of insureds and their medical provider assignees, seeking ruling that Allstate did not make required clear and unambiguous election of reimbursement formula in policy under which Allstate can reduce insurance reimbursements; $65 Million amount in controversy.

7. *Pierce v. Allstate Insurance Company*
   Putative Class Action
   Cir. Ct. of 17th Judicial District, Broward Cty., Florida
   Case No.: CACE-13-018792

**Case Synopsis**: Co-counsel in putative state court class action under Florida law for declaratory judgment on behalf of insureds, seeking ruling that Allstate failed to apply stated deductibles to 100% of covered expenses and losses, but instead first reduced the covered expenses and losses by an arbitrary amount and only then applied the deductible to the impermissibly reduced amount.

### Prior Significant Matters Litigated by Members of STSW

1. *In Re New York Stock Exchange/ Archipelago Merger Litigation*
   (N.Y. Sup Ct., Index 601646/05) Class
   and Trial Counsel
   Role: Counsel (including trial counsel) for NYSE seatholders
   Nature of case: NYSE seatholders claimed undervaluation of their interests in NYSE merger with electronic trading platform, Archipelago
   Result: successful litigation, producing settlement after 1.5 days of injunction trial, producing re-done valuation for seatholders

2. *In re Sprint Corp. Shareholders Litigation*
   (Dist. Ct., Johnson Cty., Kansas, 04-CV-01714)
   Class Action
   Role: Class Counsel
   Nature of case: shareholders claimed undervaluation of their shares in tracking stock recombination
   Result: $57.5 Million Settlement

3.  *In re Marsh & McLennan Companies, Inc. Sec. Litigation*
    (S.D.N.Y. 04-CV-08144)
    Class Action
    Role: Class Counsel
    Nature of case: shareholders claimed stock drop resulting from disclosure of improper insurance placement payments
    Result: $400 Million Recovery

4.  *In re Vytorin/Zetia Markting, Sales Practices & Prod. Liab. Litigation*
    (D.N.J., MDL 1938)
    Role: Plaintiffs' Steering Committee
    Nature of case: misleadingly favorable claims for pharmaceuticals
    Result: $41,500,000 settlement

## STSW Class Action Litigation Team:

**Phillip J. Closius (Of Counsel)**

J.D., Columbia University, 1975
Stone Scholar, 3 years

B.A., University of Notre Dame, 1972
*Magna Cum Laude*; Notre Dame Scholar

Mr. Closius is a former Dean of two national law schools and currently is a tenured professor at the University of Baltimore School of Law. He has represented professional athletes for several decades, teaches sports law, and has been published on the topic in several law reviews.

**Stephen G. Grygiel (Partner)**

J.D., Harvard Law School, 1986

A.B., Hamilton College, 1979
Phi Beta Kappa, *Magna Cum Laude*

*Bar Admissions:* In good standing and admitted to practice before highest courts of Maine, Massachusetts, Delaware, New York, Maryland; Federal District Courts for the Districts of Maine and Delaware; United States Courts of Appeals for the Third Circuit and Ninth Circuit.

Mr. Grygiel focuses on representing plaintiffs in high-profile, national class action cases. Mr. Grygiel has been serving as one of two Co-Lead Class Counsel in the Multi-District Litigation major internet privacy case *In re Facebook Internet Tracking Litigation* (one of two counsel who conducted oral argument opposing Motion to Dismiss) and one of three Co-Lead Class Counsel in another major internet privacy rights Multi-District Litigation case, *In re Google, Inc. Cookie Placement Consumer Privacy Litigation* (Mr. Grygiel was

one of two plaintiffs' counsel who handled oral argument opposing Motion to Dismiss). Mr. Grygiel has served as one of his firm's lead lawyers in *Richard Dent, et al. v. National Football League* (conducted the oral argument against Motion to Dismiss) and is one of three Co-Lead counsel in *In re National Hockey League Players Concussion Injury Litigation* (conducted oral argument on preemption Motion to Dismiss). He was one of his firm's two trial counsel in *In re New York Stock Exchange/Archipelago Merger Litigation,* in which NYSE seatholders successfully challenged the NYSE's valuation of their interests. Mr. Grygiel litigated *In re Sprint Corp. Shareholders Litigation,* resulting in a $57.5 MM settlement, *In re Marsh & McLennan Companies, Inc. Sec. Litigation¸* which produced a $400 MM settlement. Mr. Grygiel also served on the Plaintiffs' Steering Committee in the MDL *In re: Vytorin/Zetia Marketing Sales Practices and Products Liability Litigation*, which settled for a total of $41,500,000.

**Hon. Joseph F. Murphy, Jr. (RET) (Partner)**

J.D., University of Maryland School of Law, 1969

B.A., Boston College, 1965

The Honorable Joseph F. Murphy retired from Maryland's highest court, the Court of Appeals of Maryland, to join Silverman Thompson Slutkin and White in 2011. He served previously as Chief Judge, Court of Special Appeals, a trial judge and as a Deputy States Attorney in Baltimore City, Maryland. He has served on the Judicial Cabinet, the Ad Hoc Committee on Sentencing Alternatives, Re-Entry, and Best Practices, and on numerous other committees, commissions and task forces. He also previously served as Assistant State's Attorney and Deputy State's Attorney in Baltimore City for six years. Judge Murphy teaches evidence and trial practice at the University of Maryland School of Law and the University of Baltimore School of Law, and is a prolific author. He focuses on alternative dispute resolution and provides appellate and litigation consultation. He is considered a foremost expert in civil procedure, appellate advocacy and has published several treatises on evidence.

**Hon. Alexander Williams, Jr. (RET) (Partner)**

J.D., Howard University, *Cum Laude*

B.A., Howard University

Judge Alexander Williams, Jr. was President Bill Clinton's first African American nominee to the Federal Court and following his confirmation by the United States Senate served as a Federal Judge on the United States District Court for the District of Maryland from September 2, 1994 to January 3, 2014. Prior to his appointment to the federal bench, Judge Williams served two terms from 1987 to 1994 as the elected State's Attorney for Prince George's County, Maryland.

Judge Williams is a native of Washington, D.C. and has practiced law in both the State of Maryland and the District of Columbia. Judge Williams presently teaches at both Howard Law School and the Howard School of Divinity. He has served the public in various capacities throughout Maryland and the Washington Metropolitan area. In addition to his judicial and professorial service, Judge Williams has lectured and participated in numerous conferences abroad including visits to Bulgaria; Vitoria, Brazil; and to the region of Hong Kong as well as to the provinces of Guanghou and Beijing in China.

Judge Williams was part of a joint inspection team sponsored by the U.S. Department of Justice and the U.S. Department of State to assess issues of justice in Liberia following that country's civil war. During that assignment in Liberia, he was invited and did lecture at the Grimes School of Law located on the campus of the University of Liberia. Judge Williams has also participated in several international seminars on judicial independence and other rule of law issues, attending conferences in Accra, Ghana; Dar es Salaam, Tanzania; and Bamako, Mali.

Judge Williams is a graduate of Howard University where he earned a B.A. (Bachelor of Arts) in Government; a M.A (Master of Arts); and a J.D. (Juris Doctor, cum laude); and also graduated from Temple University where he earned a Master of Arts Degree in Religion/ Ethics.

**Steven D. Silverman (Managing Partner)**

J.D., University of Baltimore School of Law, 1991

B.A., University of Richmond, 1988

Mr. Silverman is the managing partner of Silverman Thompson Slutkin and White with over twenty years of litigation experience. He has been lead counsel in thousands of contested hearings and trials in state and federal court and has tried several hundred jury trials to verdict. Mr. Silverman has been recognized as one of the Top 10 trial lawyers in the Northeast United States. He has extensive media experience in managing high-profile cases and public relations.

**William Sinclair (Partner)**

J.D., University of Virginia School of Law, 2002

B.A., University of California at San Diego, 1999
*Magna Cum Laude*

*Bar Admissions:* Admitted to practice before, and in good standing, highest courts of California, Georgia, District of Columbia and Maryland; all Federal District Courts for District of California; Federal District Courts for Federal Districts of Georgia, District of Columbia, and Maryland; United States Courts of Appeal for Fourth and Eleventh Circuits.

Mr. Sinclair has been counsel on several class actions, involving personal injury and product liability. He is a former law clerk to a United states District Court Judge, and an adjunct professor at the University of Maryland School of Law. Class actions have constituted a significant part of Mr. Sinclair's practice. He was co-lead counsel in a Federal class action against a local municipality that resulted in significant monetary and injunctive relief for his clients and was co-lead defense counsel in a State putative class action product liability suit against a local utility. He currently serves as co-lead counsel in the defense of three putative class actions involving RESPA and other real estate matters, one of which is pending in Federal court and another of which is on appeal to the Maryland Court of Special Appeals after the defense convinced a lower court Judge to deny class certification and dismiss plaintiffs' claims.

**Andrew G. Slutkin (Partner)**

J.D., Duke University School of Law, 1991

B.S., University of Baltimore, 1988

Mr. Slutkin is an experienced trial lawyer, concentrating his practice on complex civil litigation involving catastrophic injury, medical malpractice, product liability and wrongful death. He earned his Juris Doctorate from Duke University School of Law, and has been named a "Top Rated Lawyer" in personal injury law and in medical malpractice by *US News and World Report* and *Martindale Hubbell* and was named *Baltimore Medical Malpractice Lawyer of the Year* by Best Lawyers. Mr. Slutkin regularly obtains million-dollar plus settlements and verdicts for his clients, including a $276 million fraud verdict against First Union National Bank, and a $125 million recovery against Ernst & Young accounting firm. Mr. Slutkin has been an adjunct professor at the University of Baltimore School of Law since 2002, where he has taught Litigation Process and currently teaches Medical Malpractice Litigation. He also is on the faculty of the Maryland Trial Advocacy Institute, where he demonstrates and teaches trial advocacy to Maryland attorneys.

**Andrew C. White (Partner)**

LLM, Georgetown University Law Center, 1987

J.D., Syracuse University College of Law, 1985
Editor, Syracuse Law Review

B.A., University of Vermont, 1981

Andrew White is a former Assistant United States Attorney and decorated Federal Prosecutor of the Year who also served as a Senior Litigation Advisor to the Clinton Independent Counsel in the Monica Lewinsky investigation. During the investigation and prosecution of President William J. Clinton, Mr. White helped to coordinate the grand jury investigation of the President and worked with the Independent Counsel to prepare the case for trial. He has over 25 years of experience trying civil and criminal cases of all kinds. He has coordinated hundreds of complex federal criminal investigations and has

tried over 400 state and federal criminal trials, including over 30 federal jury trials. His substantive expertise, trial skill and knowledge of the relationships between various law enforcement agencies are invaluable in the prosecution of civil matters with overlapping state and federal criminal issues.

### STSW Class Action Litigation Support & Legal Research Team

**Amy B. Chappell (Member)**

>J.D., Duke University School of Law, 1991

>B.A., New York University, 1988

**Sima G. Fried (Associate)**

>J.D., New York University School of Law, 2008

>B.A., Duke University, 2004

**Steven J. Kelly (Member)**

>J.D., Georgetown University Law Center, 2003
>*Cum Laude*, Journal of Law and Public Policy

>B.A., American University, 1997
>*Magna Cum Laude* and with University Honors

**Chris Mincher (Associate)**

>J.D., University of Virginia School of Law, 2011

>B.A., University of Maryland (College Park, Md.), 2002
>*Cum Laude*, Journalism

**Edward P. Parent (Associate)**

>J.D., University of Maryland School of Law, 2006
>*Magna Cum Laude*
>Order of the Coif
>Order of the Barristers
>Finalist, 2005 Morris B. Myerowitz Moot Court Competition

>B.A., The Johns Hopkins University, 2000

**Kathleen Hanlon Sinclair (Member)**

>J.D., University of Virginia School of Law, 2002

>B.A., The University of North Carolina at Chapel Hill, 1999

**Jamison G. White (Partner)**

    J.D., Case Western Reserve University School of Law, 2000
    *Cum Laude*
    Law Review: Managing Editor

    B.A., Davidson College, 1997