**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: All Actions | |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH GOOGLE INC.

**TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Jose M. ("Josh") Bermudez, Nicholas Todd Heinrich, and Lynne Krause (collectively "Plaintiffs" or "Class Representatives") respectfully move the Court for an Order finally approving the Settlement reached with Defendant Google Inc. ("Google"). Plaintiffs file this motion pursuant to Federal Rule of Civil Procedure 23, on the grounds that the requirements for final approval are met, and the proposed Settlement is fair, reasonable, and adequate. On August 31, 2016, this Court granted preliminary approval of the Settlement, certified a Settlement Class, appointed Settlement Class Counsel, and directed that notice of the Settlement be issued. Plaintiffs now seek the Court's Order finding that the settlement is fair, reasonable, and adequate and granting final approval.

Dated: December 7, 2016                                                     Respectfully submitted,

**SILVERMAN THOMPSON SLUTKIN WHITE**                     **STRANGE & BUTLER LLP**

*/s/ Stephen G. Grygiel*                                                    */s/ Brian Russell Strange*
Stephen G. Grygiel (DE Bar ID #4944)                      Brian Russell Strange
201 N. Charles Street, 26th Floor                         12100 Wilshire Boulevard, Suite 1900
Baltimore, MD 21201                                       Los Angeles, CA 90025
Tel: 443-909-7516                                         Tel: 310-207-5055
*sgrygiel@mdattorney.com*                                 *bstrange@strangeandbutler.com*

*Executive Committee Member*                              *Executive Committee Member*

**BARTIMUS, FRICKLETON,
and ROBERTSON, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
Mary D. Winter
Edward D. Robertston, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

## **LOCAL RULE 7.1.1 STATEMENT**

No party to the proposed Settlement opposes the relief sought in this Motion.

Dated: December 7, 2016

/s/ *Brian R. Strange*
Brian R. Strange