UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| **This Document Relates to:**<br>All Actions | |

### MOTION OF CLASS COUNSEL FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES

Class Counsel respectfully move the Court for an award of attorneys' fees and reasonable expenses incurred on behalf of the Class in the prosecution of this litigation pursuant to Federal Rules of Civil Procedure 54(d)(2) and 23(h), and for an Order permitting the payment of Incentive Awards to the three Class Representatives.

Class Counsel seek, and Defendant Google Inc. ("Google") does not contest, attorneys' fees and expenses in the total amount of $2,497,000 as a reasonable payment of attorneys' fees and expenses incurred in the prosecution of this case against Google and, if approved by the Court, will be paid from the Settlement Fund. As set out in the Motion for Preliminary Approval (D.I. 163), and included in the Notice materials made available to Class Members, the attorneys' fees and expenses requested is in this liquidated amount and will be paid by Google. As explained more fully in the accompanying Memorandum, the requested fee is well within the reasonable range when measured against the actual time and expense incurred by Class Counsel.

Finally, Class Counsel ask the Court to award $1000 per Class Representative as an Incentive Award for their efforts on behalf of the Class.

WHEREFORE, for the reasons stated and as supported by the accompanying Memorandum, Class Counsel request that the Court enter an Order as follows: awarding attorneys' fees and expenses in the amount of $2,497,000, permitting the payment of Incentive Awards of $1000 per Class Representative, and for such other and further relief as the Court deems appropriate.

Dated:  December 7, 2016                              Respectfully submitted,

| | |
|---|---|
| **SILVERMAN THOMPSON SLUTKIN WHITE** | **STRANGE & BUTLER LLP** |
| */s/ Stephen G. Grygiel* <br> Stephen G. Grygiel (DE Bar ID #4944) <br> 201 N. Charles Street, 26th Floor <br> Baltimore, MD 21201 <br> Tel: 443-909-7516 <br> *sgrygiel@mdattorney.com* | */s/ Brian Russell Strange* <br> Brian Russell Strange <br> 12100 Wilshire Boulevard, Suite 1900 <br> Los Angeles, CA 90025 <br> Tel: 310-207-5055 <br> *bstrange@strangeandbutler.com* |
| *Executive Committee Member* | *Executive Committee Member* |

**BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
Mary D. Winter
Edward D. Robertston, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

## **LOCAL RULE 7.1.1 STATEMENT**

No party to this proposed Settlement opposes the relief sought in this motion.

Dated: December 7, 2016

                                              */s/ Brian Russell Strange*
                                              Brian R. Strange