# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | ) ) ) ) ) ) | **Case No. 12-MD-2358 (SLR)** |
| **This Document Relates to:** **ALL ACTIONS** | ) ) ) | |

## DECLARATION OF JAMES P. FRICKLETON IN SUPPORT OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

**BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**
James P. Frickleton
Mary D. Winter
Edward D. Robertson, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

**SILVERMAN THOMPSON SLUTKIN WHITE**
Stephen G. Grygiel (DE Bar ID 4944)
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel: 443-909-7516
*sgrygiel@mdattorney.com*

*Executive Committee Member*

**STRANGE & BUTLER LLP**
Brian Russell Strange
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: 310-207-5055
*bstrange@strangeandbutler.com*

*Executive Committee Member*

I, James P. Frickleton, declare:

1.      I am an attorney licensed to practice in Missouri and Kansas and am an officer, director, and the managing partner of Bartimus, Frickleton and Robertson, P.C. I am one of three Court-appointed Executive Committee members in this case, all of which were also appointed as Settlement Class Counsel on November 16, 2012. (D.I. 44.) I make this declaration in support of Class Counsel's application for attorneys' fees, expenses, and incentive awards to the Class Representatives ("Fee Petition"). Throughout the negotiations of the Settlement with Defendant Google Inc., the three Executive Committee members—myself, Brian Strange, and Steven Grygiel—shared in the decision making to ensure the best possible settlement outcome for all Class Members. I am familiar with the facts stated in this declaration and they are based upon my participation in all aspects of the settlement negotiation and discussions, as well as all other aspects of this litigation. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.      The declaration of Brian Strange, filed contemporaneously with this declaration, sets forth a detailed explanation of the cohesive efforts of counsel in this case. I have reviewed those statements, completely concur with them, and therefore will not repeat them here.

3.      The terms of the Settlement and substantial benefits to the Settlement Class were agreed upon and finalized before discussion of any amount of attorney fees. All three members of the Executive Committee were present at the mediation that resulted in a tentative settlement of this case and all three were involved in the communications regarding both the settlement terms and potential attorneys' fees.

4.      My firm has spent considerable efforts to investigate and prosecute the claims in this case including a total of 596 hours of partner and associate time.  The attorney hourly rates requested, ranging from $425.00 to $750.00, are entirely reasonable given the skill and experience of the attorneys involved and the risk and complexity of this litigation.

5.      My firm keeps time records on a contemporaneous basis of the work performed. The total number of attorney hours spent by my firm is 596 and our total lodestar for those hours $498,082.50.  This lodestar figure is based on the ordinary professional billing rates that my law office charges in all cases.  Expenses are accounted for and billed separately and are not duplicated in our professional billing rate.  Time expended in preparing this declaration was not included in this request.  The time records for my firm are attached to this declaration as **Exhibit A**.[1]

6.      My firm has incurred unreimbursed out-of-pocket expenses in the amount of $31,992.48.  These expenses were necessary and reasonably incurred in the prosecution of this case.  The actual expenses incurred in the prosecution of this litigation are reflected on the computerized accounting records of my firm.  These accounting records are prepared from and based on receipts, check records, and other source materials and represent accurate recordation of the expenses incurred.  The categories of expenses are set forth below:

| Expense Category Number | Expense Category Name | Amount |
|---|---|---|
| 1 | Photocopies | $2,066.86 |
| 2 | Filing Fees | $7,037.04 |
| 3 | Research | $3,853.66 |
| 4 | Telephone | $0.00 |

---

[1] Because the detailed records maintained by my firm may contain privileged information, I attach summary versions of our time reports to this declaration.  Should the Court require the detailed time records, I can provide them to the Court for *in camera* review.

| 5 | Postage | $481.15 |
|---|---|---|
| 6 | Service Fees | $137.50 |
| 7 | Travel | $8,416.27 |
| 8 | Mediation | $0.00 |
| 9 | Google Litigation Fund | $10,000.00 |
| | Less Reimbursement from PointRoll Settlement | -4,267.52 |
| **TOTAL:** | | **$27,724.96** |

7.      After the Court appointed my firm (along with Strange & Butler LLP and Silverman, Thompson, Slutkin, White) as lead counsel, a policy was implemented requiring our firms and members of the Plaintiffs' Steering Committee to report time and expenses on a regular basis.  As a result of that reporting, in addition to the lodestar being reported by lead counsel, the Plaintiffs' Steering Committee has spent 1062.50 hours prosecuting the case against Google for a lodestar of $610,246.75 and incurred unreimbursed expenses in the amount of $13,949.14.[2]

8.      I and my firm have handled and taken leadership roles in many large and complex cases including multidistrict litigation cases.  Our background and experience was previously set forth for the Court in my declaration filed with the Court in support of our Rule 23(g) Motion for Appointment of Counsel.  (D.I. 28.)  I incorporate those statements herein.

9.      Bartimus, Frickleton and Robertson, P.C. worked diligently on behalf of the Settlement Class Members on a contingency fee basis and at substantial risk of never being compensated for the hundreds of hours they devoted to this litigation or for their out-of-pocket

---

[2] The majority of the Plaintiffs' Steering Committee's time is accounted for in the contemporaneously filed Declaration of Jason "Jay" Barnes.  In addition to the time of the Plaintiffs' Steering Committee, law firms representing the three Representative Plaintiffs in this action spent 52.70 hours prosecuting this case for a lodestar of $28,199.00 and incurred unreimbursed expenses totaling $433.65.  Those hours and expenses are accounted for in the contemporaneously filed Declarations of Brian S. Cohen, Roseann E. Weisblatt, and Tammy M. Stokes.

expenses.  I believe this Settlement is fair and reasonable and in the best interest of the Settlement Class Members.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of December, 2016, at Leawood, Kansas.

**BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**

/s/ James P. Frickleton
  James P. Frickleton
  11150 Overbrook Road, Suite 200
  Leawood, KS 66211
  Tel: 913-266-2300
  *jimf@bflawfirm.com*

*Executive Committee Member*

# EXHIBIT A

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Feb 5, 2012 to June 30, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 4.60 | .50 | 113.10 | 18.40 | 6.70 | 54.91 | 0.00 | 198.21 | 148,657.50 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 1.20 | 0.00 | 0.00 | 2.00 | 0.00 | 3.20 | 2,400.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 5.40 | 0.00 | 0.00 | .90 | 0.00 | 6.30 | 4,095.00 |
| Mary Winter (P) | 550.00 | 2.00 | 0.00 | 14.50 | 23.00 | 0.00 | 36.00 | 0.00 | 75.50 | 41,525.00 |
| Kip Robertson (P) | 425.00 | 12.50 | 0.00 | 7.40 | 0.00 | 0.00 | 3.70 | 0.00 | 23.60 | 10,030.00 |
| | | 19.10 | .50 | 141.60 | 41.40 | 6.70 | 97.51 | 0.00 | 306.81 | 206,707.50 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Jul 1, 2013 to July 31, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 33.50 | 0.00 | 0.00 | 12.00 | 7.40 | 21.20 | 0.00 | 74.10 | 55,575.00 |
| Chip Robertson (P) | 750.00 | 33.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.50 | 25,125.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 67.00 | 0.00 | 0.00 | 12.00 | 7.40 | 21.20 | 0.00 | 107.60 | 80,700.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
### Time Report and Lodestar Summary
### Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
### Report Period: Aug 1, 2013 to Aug 31, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 0.00 | 0.00 | 3.30 | 0.00 | 0.00 | 1.60 | 0.00 | 4.90 | 3,675.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 3.30 | 0.00 | 0.00 | 1.60 | 0.00 | 4.90 | 3,675.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

*In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Sept 1, 2013 to Sept 30, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 3.30 | 0.00 | 3.60 | 0.00 | 4.60 | 1.10 | 0.00 | 12.60 | 9,450.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 3.30 | 0.00 | 3.60 | 0.00 | 4.60 | 1.10 | 0.00 | 12.60 | 9,450.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Oct 1, 2013 to Oct 31, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 9.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.40 | 7,050.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 9.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.40 | 7,050.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

***In Re Google Inc. Cookie Placement Consumer Privacy Litigation***
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Nov 1, 2013 to Nov 30, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.50 | 13,875.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.00 | 0.00 | 8.10 | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 | 3,442.50 |
| | | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.60 | 17,317.50 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
### Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Dec 1, 2013 to Dec 31, 2013

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 212.50 |
| | | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 212.50 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

**In Re Google Inc. Cookie Placement Consumer Privacy Litigation**
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: Jan 1, 2014 to Jan 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 0.00 | 0.00 | 2.10 | 22.00 | 0.00 | 0.00 | 0.00 | 24.10 | 18,075.00 |
| Chip Robertson (P) | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steve Gorny (P) | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mary Winter (P) | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kip Robertson (P) | 425.00 | 25.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.80 | 10,965.00 |
| | | 25.80 | 0.00 | 2.10 | 22.00 | 0.00 | 0.00 | 0.00 | 49.90 | 29,040.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## _In Re Google Inc. Cookie Placement Consumer Privacy Litigation_

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: February 1, 2014 through February 28, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: March 1, 2014 through March 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | .4 | | | | | 1.0 | | 1.4 | 1050.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

# In Re Google Inc. Cookie Placement Consumer Privacy Litigation

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: April 1, 2014 through April 30, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 2.3 | | | 16.0 | | 12.1 | | 30.40 | 22800.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | 4.8 | | 4.8 | 2160.00 |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: May 1, 2014 through May 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | 2.8 | | 2.8 | 2100.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | .4 | | .4 | 180.00 |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: June 1, 2014 through June 30, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | .4 | | .4 | 300.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

### In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: July 1, 2014 through July 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: August 1, 2014 through August 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | .8 | | .8 | 600.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: September 1, 2014 through September 30, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: October 1, 2014 through October 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | .3 | | .3 | 225.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

# *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: November 1, 2014 through November 30, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: December 1, 2014 through December 31, 2014

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | 3.3 | | 3.3 | 2475.00 |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: January 1, 2015 through January 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: February 1, 2015 through February 28, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: March 1, 2015 through March 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: April 1, 2015 through April 30, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: May 1, 2015 through May 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: June 1, 2015 through June 30, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: July 1, 2015 through July 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: August 1, 2015 through August 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: September 1, 2015 through September 30, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: October 1, 2015 through October 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: November 1, 2015 through November 30, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | .7 | | | | | 1.6 | | 2.3 | 1725.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

### In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: December 1, 2015 through December 31, 2015

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

***In Re Google Inc. Cookie Placement Consumer Privacy Litigation***
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: January 1, 2016 through January 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 1.2 | | | | | 3.4 | | 4.6 | 3450.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator

(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary

Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.

Report Period: February 1, 2016 through February 28, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | 4.9 | | 4.9 | 3675.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

*In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: March 1, 2016 through March 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | 2.9 | | | | 22.8 | | 25.7 | 19275.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: April 1, 2016 through April 30, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 1.4 | | 6.8 | | | 5.6 | | 13.8 | 10350.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: May 1, 2016 through May 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | 6.0 | | | 18.0 | | 4.9 | | 28.9 | 21675.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

# *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*

Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: June 1, 2016 through June 30, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | 10.8 | | 2.4 | 6.2 | | 19.4 | 14550.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

*In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: July 1, 2016 through July 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | .7 | | .7 | 525.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## *In Re Google Inc. Cookie Placement Consumer Privacy Litigation*
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: August 1, 2016 through August 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | 7.1 | | 2.2 | 2.4 | | 11.7 | 8775.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: September 1, 2016 through September 30, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | 1.0 | | 1.0 | 750.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

## In Re Google Inc. Cookie Placement Consumer Privacy Litigation
Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: October 1, 2016 through October 31, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | | | | |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | | | | |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary

# In Re Google Inc. Cookie Placement Consumer Privacy Litigation

Time Report and Lodestar Summary
Firm Name: Bartimus, Frickleton, Robertson & Gorny, P.C.
Report Period: November 1, 2016 through November 30, 2016

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Frickleton (P) | 750.00 | | | | | | 1.4 | | 1.4 | 1050.00 |
| Chip Robertson (P) | 750.00 | | | | | | | | | |
| Steve Gorny (P) | 650.00 | | | | | | | | | |
| Mary Winter (P) | 550.00 | | | | | | | | | |
| Kip Robertson (P) | 425.00 | | | | | | | | | |
| Paralegal (PL) | 150.00 | | | | | | .2 | | .2 | 30.00 |

Categories:

(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

Professional Status:

(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Secretary