# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) | Case No. 12-MD-2358 (SLR) |
| _____ | ) | |
| This Document Relates to: ALL ACTIONS | ) ) ) | |
| _____ | ) | |

## DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

I, Jason "Jay" Barnes, declare:

1.    I am an attorney licensed to practice in Missouri and an attorney at Barnes & Associates in Jefferson City, Missouri. I am a member of the Plaintiffs' Steering Committee appointed by this Court. I make this declaration in support of Class Counsel's Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Motion"). I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.    Over the course of this litigation, I have coordinated with Class Counsel to draft pleadings and briefs, conduct legal research, and participate in oral arguments before the Third Circuit. In so doing, my firm has spent 565.7 hours of time at an hourly rate of $600. I have practiced in Missouri for 11 years and, in my experience, an hourly rate of $600 is fair and reasonable for cases of this nature. I only performed work that was expressly requested and authorized by the Plaintiffs' Executive Committee, thereby ensuring that there was no duplication of efforts.

3.    My firm keeps time records on a contemporaneous basis of the work performed. The total number of attorney hours spent by my firm is 565.7 and our total lodestar for those hours is $339,420. This lodestar figure is based on the ordinary billing rate in the relevant legal community involving claims of this nature. Expenses are accounted for and billed separately and are not duplicated in our professional billing rate. Time expended in preparing this declaration was not included in this request. The time records for my firm are attached to this Declaration as **Exhibit A.**

4 .    My firm has incurred unreimbursed out-of-pocket expenses in the amount of $598.282. These expenses were necessary and reasonably incurred in the prosecution of this

case. The actual expenses incurred in the prosecution of this litigation are reflected on the accounting records of my firm. These accounting records are prepared from and based on receipts, check records, and other source materials and represent accurate recordation of the expenses incurred. The expense records for my firm are attached to this Declaration as **Exhibit B**.

5 .    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 2nd day of December, 2016 at Jefferson City, Missouri.

Respectfully submitted,
**BARNES & ASSOCIATES**

Jason "Jay" Barnes
219 East Dunklin Street
Jefferson City, MO 65101
Ph: 573.634.8884
jaybarnes5@zoho.com

# EXHIBIT A

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Time Report and Lodestar Summary**

**Firm Name: Barnes & Associates**

**Reporting Period:  February 2012 - November 2016**

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Jay Barnes (P) | $600.00 | 15.40 | | 508.24 | | | 42.06 | | 565.70 | $339,420.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| **TOTALS:** | | **15.40** | **0.00** | **508.24** | **0.00** | **0.00** | **42.06** | **0.00** | **565.70** | **$339,420.00** |

**Categories:**

(1) Investigations, Factual Research

(2) Discovery

(3) Pleadings, Briefs, Pretrial Motions, Legal Research

(4) Court Appearances

(5) Settlement

(6) Litigation Strategy, Analysis & Case Management

(7) Class Certification

**Professional Status:**

(P) Partner

(OC) Of Counsel

(A) Associate

(SA) Staff Attorney

(CA) Contract Attorney

(LC) Law Clerk

(PL) Paralegal

(L) Librarian

(I) Investigator

(S) Seceretary

# EXHIBIT B

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Expense Report & Summary of Fees & Expenses**

**Firm Name: Barnes & Associates**

**Reporting Period:  February 2012 - November 2016**

| Type of Expense | Current Total |
|---|---|
| Assessments | |
| Commercial/Outside Copies | |
| Internal Photocopies/Scans | |
| Court Fees (Filing Fees, etc.) | |
| Court Reporter (Hearing Transcripts) | |
| Deposition (Court Reporter, Videographer, etc.) | |
| Computer Research (Legal, Online, etc.) | $40.46 |
| Telephone/Conference Call Charges | |
| Postage | |
| Messenger | |
| Facsimiles | |
| Professional Fees (Expert/Consultant, Investigator, etc.) | |
| Witness Fees | |
| Service of Process Fees | |
| Travel (Describe):   Appearance in Delaware 12/2014 | $557.82 |
| Meals | |
| Flight | |
| Hotel | |
| Car Rental | |
| Taxi | |
| **Total:** | **$598.28** |