## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | ) ) ) ) | Case No. 12-MD-2358 (SLR) |
| | ) ) | |
| This Document Relates to: ALL ACTIONS | ) ) ) | |

### DECLARATION OF ANDREW S. LYSKOWSKI IN SUPPORT OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

I, Andrew S. Lyskowski, declare:

1.      I am an attorney licensed to practice in Missouri and an attorney at the Bergmanis Law Firm, Camdenton, Missouri. I am counsel to Missouri Plaintiff Brian Martorana. I make this declaration in support of Class Counsel's Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Motion"). I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.      Over the course of this litigation, I researched the claim, drafted pleadings, appeared before the court and maintained an active role in the proceedings. In so doing, my firm has spent 118.35 hours of time at an hourly rate of $500. I have practiced in Missouri for 10 years and, in my experience, an hourly rate of $500 is fair and reasonable. I performed no duplicative work.

3.      My firm keeps time records on a contemporaneous basis of the work performed. The total number of attorney hours spent by my firm is 118.35 and our total lodestar for those

hours is $59,175.00. This lodestar figure is based on the ordinary professional billing rate that my law office charges in some cases. Expenses are accounted for and billed separately and are not duplicated in our professional billing rate. Time expended in preparing this declaration was not included in this request. The time records for my firm are attached to this Declaration as **Exhibit A**.

4 .   My firm has incurred unreimbursed out-of-pocket expenses in the amount of $1,147.27. These expenses were necessary and reasonably incurred in the prosecution of this case. The actual expenses incurred in the prosecution of this litigation are reflected on the accounting records of my firm. These accounting records are prepared from and based on receipts, check records, and other source materials and represent accurate recordation of the expenses incurred. The expense records for my firm are attached to this Declaration as **Exhibit B**.

5 .   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 2nd day of December, 2016 at Camdenton, Missouri.

**BERGMANIS LAW FIRM**

BY: _____

Andrew S. Lyskowski, Mo. Bar #58307
Attorneys at Law
380 W. Hwy. 54, Ste. 201
P.O. Box 229
Camdenton, Missouri 65020
Phone: (573) 346-2111
Fax: (573) 346-5885
Email: alyskowski@ozarklawcenter.com

# EXHIBIT A

### *IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Time Report and Lodestar Summary**

**Firm Name:**

**Reporting Period:**

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Partner | $500.00 | 11.30 | | 69.20 | 16.30 | | 21.55 | | 118.35 | $59,175.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| **TOTALS:** | | **11.30** | **0.00** | **69.20** | **16.30** | **0.00** | **21.55** | **0.00** | **118.35** | **$59,175.00** |

**Categories:**

(1) Investigations, Factual Research

(2) Discovery

(3) Pleadings, Briefs, Pretrial Motions, Legal Research

(4) Court Appearances

(5) Settlement

(6) Litigation Strategy, Analysis & Case Management

(7) Class Certification

11.3

**Professional Status:**

(P) Partner

(OC) Of Counsel

(A) Associate

(SA) Staff Attorney

(CA) Contract Attorney

(LC) Law Clerk

(PL) Paralegal

(L) Librarian

(I) Investigator

(S) Seceretary

# EXHIBIT B

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Expense Report & Summary of Fees & Expenses**

**Firm Name:**

**Reporting Period:**

| Type of Expense | Current Total |
|---|---|
| Assessments | |
| Commercial/Outside Copies | |
| Internal Photocopies/Scans | |
| Court Fees (Filing Fees, etc.) | $350.00 |
| Court Reporter (Hearing Transcripts) | |
| Deposition (Court Reporter, Videographer, etc.) | |
| Computer Research (Legal, Online, etc.) | $239.81 |
| Telephone/Conference Call Charges | |
| Postage | |
| Messenger | |
| Facsimiles | |
| Professional Fees (Expert/Consultant, Investigator, etc.) | |
| Witness Fees | |
| Service of Process Fees | |
| Travel (Describe):   Appearance in Delaware 10/2012 | $557.46 |
| Meals | |
| Flight | |
| Hotel | |
| Car Rental | |
| Taxi | |
| **Total:** | **$1,147.27** |