UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GOOGLE INC. COOKIE | ) | Case No. 12-MD-2358 (SLR) |
| PLACEMENT CONSUMER PRIVACY | ) | |
| LITIGATION | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| This Document Relates to: | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |

**DECLARATION OF BRIAN S. COHEN IN SUPPORT
OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES,
EXPENSES, AND INCENTIVE AWARDS**

I, Brian S. Cohen, declare:

1.    I am an attorney licensed to practice in New York and Connecticut and a partner at the Cohen Law Group, P.C. in New York, New York. I am counsel to Representative Plaintiff Jose Bermudez. I make this declaration in support of Class Counsel's Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Motion"). I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.    Over the course of this litigation, I have coordinated with Class Counsel to communicate with my client, Representative Plaintiff Jose Bermudez. In so doing, my firm has spent 31.80 hours of time at an hourly rate of $625. I have practiced in New York and Connecticut for 19 years and, in my experience, an hourly rate of $625 is fair and reasonable. I only performed work that was expressly requested and authorized by the Plaintiffs' Executive Committee, thereby ensuring that there was no duplication of efforts.

3.    My firm keeps time records on a contemporaneous basis of the work performed. The total number of attorney hours spent by my firm is 31.80 and our total lodestar for those hours is $19,875. This lodestar figure is based on the ordinary professional billing rate that my law office charges in all cases. Expenses are accounted for and billed separately and are not duplicated in our professional billing rate. Time expended in preparing this declaration was not included in this request. The time records for my firm are attached to this Declaration as **Exhibit A**.

4.    My firm has incurred unreimbursed out-of-pocket expenses in the amount of $350.00. These expenses were necessary and reasonably incurred in the prosecution of this case. The actual expenses incurred in the prosecution of this litigation are reflected on the accounting records of my firm. These accounting records are prepared from and based on receipts, check

records, and other source materials and represent accurate recordation of the expenses incurred. The expense records for my firm are attached to this Declaration as **Exhibit B**.

5.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1ˢᵗ day of December, 2016 at New York, New York.

**COHEN LAW GROUP, P.C.**

Brian S. Cohen
10 East 40th Street, 46th Floor
New York, NY 10016
Tel: (212) 726-4436
*brian@cohenlg.com*

# EXHIBIT A

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Time Report and Lodestar Summary**

**Firm Name:**

**Reporting Period:**

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Brian S. Cohen (P) | $625.00 | 2.50 | 1.30 | 23.70 | | 1.50 | 2.80 | | 31.80 | $19,875.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| **TOTALS:** | | **2.50** | **1.30** | **23.70** | **0.00** | **1.50** | **2.80** | **0.00** | **31.80** | **$19,875.00** |

**Categories:**

(1) Investigations, Factual Research

(2) Discovery

(3) Pleadings, Briefs, Pretrial Motions, Legal Research

(4) Court Appearances

(5) Settlement

(6) Litigation Strategy, Analysis & Case Management

(7) Class Certification

**Professional Status:**

(P) Partner

(OC) Of Counsel

(A) Associate

(SA) Staff Attorney

(CA) Contract Attorney

(LC) Law Clerk

(PL) Paralegal

(L) Librarian

(I) Investigator

(S) Secretary

# EXHIBIT B

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Expense Report & Summary of Fees & Expenses**

**Firm Name:**

**Reporting Period:**

| Type of Expense | | Current Total |
|---|---|---|
| Assessments | | |
| Commercial/Outside Copies | | |
| Internal Photocopies/Scans | | |
| Court Fees (Filing Fees, etc.) | | $350.00 |
| Court Reporter (Hearing Transcripts) | | |
| Deposition (Court Reporter, Videographer, etc.) | | |
| Computer Research (Legal, Online, etc.) | | |
| Telephone/Conference Call Charges | | |
| Postage | | |
| Messenger | | |
| Facsimiles | | |
| Professional Fees (Expert/Consultant, Investigator, etc.) | | |
| Witness Fees | | |
| Service of Process Fees | | |
| Travel (Describe): | | |
| | Meals | |
| | Flight | |
| | Hotel | |
| | Car Rental | |
| | Taxi | |
| **Total:** | | **$350.00** |