## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | ) ) ) ) ) ) | **Case No. 12-MD-2358 (SLR)** |
| **This Document Relates to:** **ALL ACTIONS** | ) ) ) | |

### DECLARATION OF ROSEANN E. WEISBLATT IN SUPPORT OF CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS

I, Roseann E. Weisblatt, declare:

1.       I am an attorney licensed to practice in Pennsylvania and an attorney at the Law Office of Roseann E. Weisblatt in Elkins Park, Pennsylvania.  I am counsel to Representative Plaintiff Lynne Krause.  I make this declaration in support of Class Counsel's Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Motion").  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.       Over the course of this litigation, I have coordinated with Class Counsel to communicate with my client, Representative Plaintiff Lynne Krause.  In so doing, my firm has spent 15.10 hours of time at an hourly rate of $300.  I have practiced in Pennsylvania for 22 years and, in my experience, an hourly rate of $300 is fair and reasonable.  I only performed work that was expressly requested and authorized by the Plaintiffs' Executive Committee, thereby ensuring that there was no duplication of efforts.

3.      My firm keeps time records on a contemporaneous basis of the work performed. The total number of attorney hours spent by my firm is 15.10 and our total lodestar for those hours is $4530.00. This lodestar figure is based on the ordinary professional billing rate that my law office charges in all cases. Expenses are accounted for and billed separately and are not duplicated in our professional billing rate. Time expended in preparing this declaration was not included in this request. The time records for my firm are attached to this Declaration as **Exhibit A.**

4.      My firm has incurred unreimbursed out-of-pocket expenses in the amount of $27.50. These expenses were necessary and reasonably incurred in the prosecution of this case. The actual expenses incurred in the prosecution of this litigation are reflected on the accounting records of my firm. These accounting records are prepared from and based on receipts, check records, and other source materials and represent accurate recordation of the expenses incurred. The expense records for my firm are attached to this Declaration as **Exhibit B**.

5.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 2nd day of December, 2016 at Elkins Park, Pennsylvania.

**LAW OFFICE OF ROSEANN E. WEISBLATT**

Roseann E. Weisblatt
872 Jenkintown Road, Suite 1
Elkins Park, PA 19027-1659
Tel: (215) 475-9000
*rose@roseweisblatt.com*

# EXHIBIT A

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Time Report and Lodestar Summary**

**Firm Name: LAW OFFICE OF ROSEANN E. WEISBLATT**

**Reporting Period:**

| Professional (Status) | Hourly Rate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Current Hours | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| Roseann E. Weisblatt (OC) | $300.00 | 3.40 | | 4.30 | 4.00 | 2.70 | 0.70 | | 15.10 | $4,530.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| | | | | | | | | | - | $0.00 |
| **TOTALS:** | | **3.40** | **0.00** | **4.30** | **4.00** | **2.70** | **0.70** | **0.00** | **15.10** | **$4,530.00** |

**Categories:**
(1) Investigations, Factual Research
(2) Discovery
(3) Pleadings, Briefs, Pretrial Motions, Legal Research
(4) Court Appearances
(5) Settlement
(6) Litigation Strategy, Analysis & Case Management
(7) Class Certification

**Professional Status:**
(P) Partner
(OC) Of Counsel
(A) Associate
(SA) Staff Attorney
(CA) Contract Attorney
(LC) Law Clerk
(PL) Paralegal
(L) Librarian
(I) Investigator
(S) Seceretary

# EXHIBIT B

*IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION*

**Expense Report & Summary of Fees & Expenses**

**Firm Name: Law Office of Roseann E. Weisblatt**

**Reporting Period:  July 2013**

| Type of Expense | | Current Total |
|---|---|---|
| Assessments | | |
| Commercial/Outside Copies | | |
| Internal Photocopies/Scans | | |
| Court Fees (Filing Fees, etc.) | | |
| Court Reporter (Hearing Transcripts) | | |
| Deposition (Court Reporter, Videographer, etc.) | | |
| Computer Research (Legal, Online, etc.) | | |
| Telephone/Conference Call Charges | | |
| Postage | | |
| Messenger | | |
| Facsimiles | | |
| Professional Fees (Expert/Consultant, Investigator, etc.) | | |
| Witness Fees | | |
| Service of Process Fees | | |
| Travel (Describe): Hearing on Defs. Mot. To Dismiss (7/25/13) | | |
| | Meals | |
| | Flight | |
| | Hotel | |
| | Car Rental | |
| | Taxi/train | 27.50 |
| **Total:** | | **$27.50** |