# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: All Actions | |

## NOTICE OF APPEARANCE

COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (DC Bar # 1001606)
1310 L Street, NW, 7th Floor
Washington, DC 20005
Tel: 610-457-0856
adam.schulman@cei.org

*Attorney for Objector Theodore H. Frank*

In accordance with ¶17 of Preliminary Approval Order, let this document be notification of attorney Adam E. Schulman's appearance on behalf of class member and Objector Theodore H. Frank. Schulman has been permitted to practice in this case under this Court's allowance for attorneys representing litigants in MDLs; his address and telephone number are listed in his signature block below. Frank will be filing his objection, notice of intent to appear at the fairness hearing, along with supporting documents in the next few days.

Dated: December 18, 2016	Respectfully submitted,

/s/ Adam E. Schulman
Adam E. Schulman
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street, NW, 7th Floor
Washington, DC 20005
adam.schulman@cei.org
(610) 457-0856

*Attorney for Objector Theodore H. Frank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: December 18, 2016

                                                                 *(s) Adam Schulman*
                                                                 Adam Schulman