## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 12-MD-2358 (SLR) |

## NOTICE OF INTENT TO APPEAR AT THE FAIRNESS HEARING

COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (DC Bar # 1001606)
1310 L Street, NW, 7th Floor
Washington, DC 20005
Tel: 610-457-0856
adam.schulman@cei.org

*Attorney for Objector Theodore H. Frank*

In accordance with ¶17 of Preliminary Approval Order, let this document be notification that attorney Adam E. Schulman, on behalf of the Objector Theodore H. Frank, intends to appear at the fairness hearing, currently scheduled for January 11, 2017, regarding the proposed settlement in the above-captioned matter. Schulman is an attorney with the non-profit Competitive Enterprise Institute's Center for Class Action Fairness. Schulman has been permitted to practice in this case under this Court's allowance for attorneys representing litigants in MDLs; his address and telephone number are listed in his signature block below.

As documented in his soon-to-be filed objection and declaration, Frank is a class member under the terms of this settlement. At the hearing, through his attorney, he wishes to discuss matters raised in his Objection, the parties' submissions, or other filings which may be made. He reserves the right to make use of all documents entered on the docket by any settling party or objector. Although he does not plan to call any witnesses, he reserves the right to cross-examine any witnesses who testify at the fairness hearing.

Dated: December 20, 2016            Respectfully submitted,

*/s/ Adam E. Schulman*
Adam E. Schulman
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street, NW, 7th Floor
Washington, DC 20005
adam.schulman@cei.org
(610) 457-0856

*Attorney for Objector Theodore H. Frank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case. Additionally, in accordance with the Preliminary Approval Order, I caused to be served true and correct copies upon the following attorneys via U.S. mail at the addresses below:

| | |
|---|---|
| SILVERMAN THOMPSON SLUTKIN WHITE<br>Stephen G. Grygiel<br>201 N. Charles Street, 26th Floor<br>Baltimore, MD 21201 | STRANGE & BUTLER LLP<br>Brian Russell Strange<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025 |
| BARTIMUS, FRICKLETON, and ROBERTSON, P.C.<br>James P. Frickleton<br>11150 Overbrook Road, Suite 200<br>Leawood, KS 66211 | WILSON SONSINI GOODRICH & ROSATI<br>Michael H. Rubin<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| WILSON SONSINI GOODRICH & ROSATI<br>Anthony J. Weibell<br>650 Page Mill Road<br>Palo Alto, CA 94304-1052 | |

DATED: December 20, 2016

*(s) Adam Schulman*
Adam Schulman