# Funding & Support Policies

The Berkman Center for Internet & Society was founded in 1997 with a generous gift from Jack N. and Lillian R. Berkman. In July of 2016, the Center became the Berkman Klein Center for Internet & Society, in recognition of a significant gift from Michael R. Klein. Over the past decade the Berkman Klein Center has received financial support from foundations, corporations, private donors, international organizations, and government entities. These relationships are vital to the pursuit of our ambitious educational and public interest goals.

We are committed to autonomy in our research and transparency in our relationships. These traits are essential to our continued credibility and success as an institution. Our funding model is possible due to the robust, strict, and clear policies that govern our association with donors and preserve the Berkman Klein Center's intellectual independence.

Our research and outreach modes depend substantially on being able to convene and engage parties that span the spectrum of viewpoints, and for our research results to have impact, our work must not only be intellectually rigorous, but also fair and impartial.

To that end, we do not accept grants that limit our ability to carry out research in the way we see fit – free of outside influence and consistent with our organizational mission and values. We do not undertake research or accept funds at the request of outside organizations unless it is consistent with our existing research agenda, mission, and overall philosophy. We are transparent about our funding sources, announcing the receipt of funds through our normal communication channels.

All corporate donors agree to give their funds as unrestricted gifts, for which there is no contractual agreement and no promised products, results, or deliverables.

Foundations, international organizations, government entities, and other non-private entities may offer unrestricted gifts, but in most cases they are required to offer grant funding for sponsored research. The terms of these grants are set forth in contracts negotiated between the donor and Harvard's Office of Sponsored Programs and include specific parameters such as budget guidelines, timelines, and deliverables.

The Berkman Klein Center has been the recipient of occasional court-awarded *cy pres* settlements, with recent examples including *Lanchester et al v. Washington Mutual Bank* and *In Re: Netflix Privacy Litigation.*

These policies complement the relevant policies of Harvard Law School and Harvard University. We will continue to review these policies to ensure that we are doing our utmost to maintain the integrity of the Berkman Klein Center, our work, and our community.

**Core Support**

Sustained institutional support is both of the utmost importance and a great fundraising challenge. We are fortunate to enjoy the tremendous generosity of The Berkman Family (/node/883), which has been stalwart in backing (and fronting) us for more than 15 years, and The John D. and Catherine T. MacArthur Foundation (http://www.macfound.org/), which has supported specific research projects and our core functioning, and, most recently, Michael R. Klein (https://cyber.harvard.edu/node/99518), whose significant gift not only provides vital core support, but also allows the Center to start new explorations, launch innovative programs, and incubate novel collaborations both nationally and internationally. We are unfailingly grateful to all for having been essential partners in both creating and realizing our mission, having shared not only financial resources, but their ideas and camaraderie.

**Support for Current Activities**

We warmly thank the following sponsors for their sponsorship of the Berkman Klein Center's research and events.

- Laura and John Arnold Foundation
- the Berkman Family
- Digital Media and Learning Research Hub (http://dmlcentral.net/)
- Facebook
- Ford Foundation (http://www.fordfound.org/)
- John I. Forry & Engie Lee Forry
- Bill & Melinda Gates Foundation
- Google, Inc. (http://www.google.com/)
- The William and Flora Hewlett Foundation (http://www.hewlett.org/)
- Stella P. Holt Foundation
- Robert Wood Johnson Foundation
- Kirkland & Ellis
- Michael R. Klein
- The John S. and James L. Knight Foundation (http://www.knightfdn.org/)
- The John D. and Catherine T. MacArthur Foundation (http://www.macfound.org/)

- Alexander MacGillivray
- [The Microsoft Corporation (http://www.microsoft.com/)](http://www.microsoft.com/)
- National Foreign Trade Council
- [National Science Foundation (http://www.nsf.gov/)](http://www.nsf.gov/)
- National Telecommunications & Information Administration
- Research Council of Norway
- [The Open Society Institute of the Soros Foundation (http://www.soros.org/)](http://www.soros.org/)
- [Alfred P. Sloan Foundation (http://www.sloan.org/)](http://www.sloan.org/)
- [United States Department of State (http://www.state.gov/)](http://www.state.gov/)
- Waide Warner

**Past Support**

We remain indebted to our past supporters for their generosity and collaboration.

- Anonymous Harvard Law School Alumni Donor
- [AOL (http://www.aol.com)](http://www.aol.com)
- [Arcadia Fund (http://www.arcadiafund.org.uk/)](http://www.arcadiafund.org.uk/)
- [AT&T (http://att.com/)](http://att.com/)
- Peter Baldwin and Lisbet Rausing
- Ellen Berkman
- [Best Buy Co., Inc. (http://www.bestbuy.com/)](http://www.bestbuy.com/)
- [The Lynde and Harry Bradley Foundation (http://www.bradleyfdn.org/)](http://www.bradleyfdn.org/)
- [Cooley LLP (http://www.cooley.com/about)](http://www.cooley.com/about)
- [eBay (http://www.ebay.com/)](http://www.ebay.com/)
- [The Ernst & Young Foundation (http://www.ey.com/GLOBAL/content.nsf/US/About_Ernst_Young_-_Foundation)](http://www.ey.com/GLOBAL/content.nsf/US/About_Ernst_Young_-_Foundation)
- John I. Forry
- [Gartner Group (http://www.gartner.com/)](http://www.gartner.com/)
- [The Getty Foundation (http://www.getty.edu/foundation/)](http://www.getty.edu/foundation/)
- [Philip L. Graham Fund (http://www.plgrahamfund.com/index.htm)](http://www.plgrahamfund.com/index.htm)
- [Harnisch Foundation (http://thehf.org/)](http://thehf.org/)
- [Hivos (http://www.hivos.nl/english)](http://www.hivos.nl/english)
- [IBM (http://www.ibm.com/us/)](http://www.ibm.com/us/)
- [ICANN (http://www.icann.org/)](http://www.icann.org/)
- Institute for International Education
- [Institute for War & Peace Reporting (http://iwpr.net/)](http://iwpr.net/)
- InterCulture Foundation
- [International Development Research Centre (http://www.idrc.ca/EN/Pages/default.aspx)](http://www.idrc.ca/EN/Pages/default.aspx)
- Internet Society (ISOC)
- [Internews (http://www.internews.org/)](http://www.internews.org/)
- [Ewing Marion Kauffman Foundation (http://www.kauffman.org/)](http://www.kauffman.org/)
- [Lenovo (http://www.lenovo.com/us/en/)](http://www.lenovo.com/us/en/)
- Martin H. Levin, Esq.
- [McCormick Foundation (http://www.mccormickfoundation.org/)](http://www.mccormickfoundation.org/)
- [Linden Lab (http://lindenlab.com/)](http://lindenlab.com/)
- [Loopt (http://www.loopt.com/)](http://www.loopt.com/)
- [McCormick Tribune Foundation (http://www.mccormicktribune.org/)](http://www.mccormicktribune.org/)
- John Francis McQuillan, Jr.
- [The Andrew W. Mellon Foundation (http://www.mellon.org/)](http://www.mellon.org/)
- [Mozilla (http://www.mozilla.org/)](http://www.mozilla.org/)
- Craig Newmark
- The Craig Newmark Philanthropic Trust
- [NewsCorp/MySpace (http://www.myspace.com/)](http://www.myspace.com/)
- [Novell (http://www.novell.com/)](http://www.novell.com/)
- [The Oak Foundation (http://www.oakfnd.org/)](http://www.oakfnd.org/)
- [Omidyar Network (http://www.omidyar.com/)](http://www.omidyar.com/)
- [Oracle Corporation (http://www.oracle.com/)](http://www.oracle.com/)
- [PayPal (https://www.paypal.com/)](https://www.paypal.com/)
- [Reed Elsevier (http://www.reed-elsevier.com/)](http://www.reed-elsevier.com/)
- [Reuters, Inc. (http://www.reuters.com/)](http://www.reuters.com/)
- [The Charles H. Revson Foundation (http://www.revsonfoundation.org/)](http://www.revsonfoundation.org/)
- [Sun Microsystems (http://www.sun.com/)](http://www.sun.com/)
- [Symantec (http://www.symantec.com/index.jsp)](http://www.symantec.com/index.jsp)

- [Trend Micro (http://www.trendmicro.com/)](http://www.trendmicro.com/)
- [Turner Broadcasting (http://www.turner.com/)](http://www.turner.com/)
- [USAID (http://www.usaid.gov/)](http://www.usaid.gov/)
- [VeriSign, Inc. (http://www.verisign.com/)](http://www.verisign.com/)
- [Viacom/MTV International (http://www.viacom.com/Pages/default.aspx)](http://www.viacom.com/Pages/default.aspx)
- Wikimedia Foundation
- WilmerHale
- World Economic Forum

Last updated December 14, 2016