

*The Center for Internet and Society at Stanford Law School is a leader in the study of the law and policy around the Internet and other emerging technologies.*

Home » About Us

# ABOUT US

The Center for Internet and Society (CIS) is a public interest technology law and policy program at Stanford Law School and a part of Law, Science and Technology Program at Stanford Law School. CIS brings together scholars, academics, legislators, students, programmers, security researchers, and scientists to study the interaction of new technologies and the law and to examine how the synergy between the two can either promote or harm public goods like free speech, innovation, privacy, public commons, diversity, and scientific inquiry. CIS strives to improve both technology and law, encouraging decision makers to design both as a means to further democratic values. CIS provides law students and the general public with educational resources and analyses of policy issues arising at the intersection of law, technology and the public interest. CIS also sponsors a range of public events including a speakers series, conferences and workshops. CIS was founded by Lawrence Lessig in 2000.

**CIS Faculty & Staff**

Barbara van Schewick - CIS Faculty Director; Professor of Law and (by courtesy) Electrical Engineering

Albert Gidari - Director, Privacy

Jennifer Granick - Director, Civil Liberties

Daphne Keller - Director, Intermediary Liability

Elaine Adolfo - CIS Associate Director

Luiz Fernando Marrey Moncau - Resident Fellow, Intermediary Liability

Riana Pfefferkorn - Cryptography Fellow

Brendan Sasso - Open Internet Fellow


We are also fortunate to have the full-time assistance of CIS Legal Assistant Amanda Avila and the support of our CIS Non-Resident Fellows and Affiliates, who provide critical contributions to CIS and its mission.


**Funding and Support Policies**

Salaries, research support, and travel* for Stanford Law School Faculty associated with CIS are funded through the general budget of the law school and are independent of CIS.

Both as a matter of its deep commitment to the integrity of its scholarship and Stanford University policy, CIS does not take money for academic research (or anything else) with strings attached. All donors to the Center agree to give their funds as unrestricted gifts, for which there is no contractual agreement and no promised products, results, or deliverables. Research at CIS, Stanford Law School, and Stanford University is driven by faculty interest, initiative and direction, and Stanford has strict guidelines for maintaining its academic autonomy and research integrity. Stanford policies provide explicit protection against sponsors who might seek to direct research outcomes or limit the publication of research.

In short, CIS does not accept grants, donations, or any other support that would limit our ability to carry out our research, or any of the other work we do, free of outside influence.

CIS is partly funded through the general budget of the law school. Beyond that, we are fortunate to enjoy the support of individual and organizational donors, including generous support from Google, Inc. Like all donors to CIS, Google has agreed to provide funds as unrestricted gifts, for which there is no contractual agreement and no promised products, results, or deliverables. To avoid any conflict of interest, CIS avoids litigation if it involves Google. CIS does not accept corporate funding for its network neutrality-related work.

CIS also receives funding through awards of attorney's fees obtained from time to time in connection with its litigation work and through cy pres settlements.

CIS donors include:

BMW

Bosch Corporation

California I.S.P. Association, Inc.

Daimler (Mercedes-Benz)

Edelson (result of a cy pres settlement)

Google, Inc.

Hyundai

KamberLaw, LLC (result of a cy pres settlement)

Lerach Coughlin Stoia Geller Rudman & Robins LLP (result of a cy pres settlement)

Microsoft

National Internet Alliance

Nissan Motor Co., Ltd.

Perkins Cole LLP (result of a cy pres settlement)

State Farm

The Rose Foundation

Toyota Motor Engineering & Manufacturing North America, Inc.

Volkswagen/Audi

Volvo Cars

*This only applies if travel is not covered by event organizers.

This work is licensed under a Creative Commons Attribution 3.0 Unported License [http://creativecommons.org/licenses/by/3.0/] .