[BerkeleyLaw UNIVERSITY OF CALIFORNIA](https://www.law.berkeley.edu)

[Home](https://www.law.berkeley.edu) » [Research](https://www.law.berkeley.edu/research/) »
[Berkeley Center for Law & Technology](https://www.law.berkeley.edu/research/bclt/) »
[Sponsors](https://www.law.berkeley.edu/research/bclt/sponsors/) »
[2016 – 2017 Sponsors](https://www.law.berkeley.edu/research/bclt/sponsors/2016-2017-sponsors/)

# 2016 – 2017 Sponsors

**PARTNERS**

[Cooley LLP](http://www.cooley.com/index.aspx)
[Fenwick & West LLP](http://www.fenwick.com/pages/default.aspx)
[Hogan Lovells LLP](https://www.hoganlovells.com/)
[Orrick, Herrington & Sutcliffe LLP](http://www.orrick.com/)

**BENEFACTORS**

[Covington & Burling LLP](http://www.cov.com/)
[Fish & Richardson P.C.](http://www.fr.com/)
[Kasowitz Benson Torres & Friedman LLP](http://www.kasowitz.com/)
[Kirkland & Ellis LLP](http://www.kirkland.com/)
[Latham & Watkins LLP](http://www.lw.com/)
[McDermott Will & Emery](http://www.mwe.com/)
[Morrison & Foerster LLP](http://www.mofo.com/)[Sidley Austin LLP](http://www.sidley.com/default.aspx)
[Weil, Gotshal & Manges LLP](http://www.weil.com/)
[White & Case LLP](http://www.whitecase.com/)
[Wilmer Cutler Pickering Hale and Dorr LLP](http://www.wilmerhale.com/)
[Wilson Sonsini Goodrich & Rosati](http://www.wsgr.com/)
[Winston & Strawn LLP](http://www.winston.com/)

**CORPORATE BENEFACTORS**

[Google, Inc](https://www.google.com/about/company/)[Intel](http://www.intel.com/content/www/us/en/homepage.html)
[Microsoft Corporation](http://www.microsoft.com/en-us/default.aspx)
[Nokia](http://www.nokia.com/)
[RPX Corporation](http://www.rpxcorp.com/)

**MEMBERS**

Baker Botts LLP
[Baker & McKenzie LLP](http://www.bakermckenzie.com/)
[Durie Tangri LLP](http://www.finnegan.com/)
[Finnegan, Henderson, Farabow, Garrett & Dunner, LLP](http://www.finnegan.com/)
[GJEL Accident Attorneys](http://www.gjel.com/)
[GTC Law Group LLP & Affiliates](/)
[Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP](http://www.gunder.com/)
[Haynes and Boone, LLP](http://www.haynesboone.com/)[Irell & Manella LLP](http://www.irell.com/)
[Keker & Van Nest LLP](http://www.kvn.com/)
[Kilpatrick Townsend & Stockton LLP](http://www.kilpatricktownsend.com/)
[Knobbe Martens Olson & Bear LLP](http://knobbe.com/)[Lee Tran & Liang LLP](http://www.ltlattorneys.com/)
[O'Melveny & Myers LLP](http://www.omm.com)
[Paul Hastings LLP](http://www.paulhastings.com/)
[Ropes & Gray LLP](http://www.ropesgray.com/)
[Simpson Thacher & Bartlett LLP](http://www.stblaw.com/)
[Turner Boyd LLP](http://turnerboyd.com/)
[Weaver Austin Villeneuve & Sampson LLP](http://www.wavsip.com/)
[Van Pelt, Yi & James LLP](http://www.ip-patent.com/)

---

**[BERKELEY CENTER FOR LAW & TECHNOLOGY](https://www.law.berkeley.edu/research/bclt/)**

**[ABOUT](https://www.law.berkeley.edu/research/bclt/about/)** +

**[RESEARCH](https://www.law.berkeley.edu/research/bclt/research/)** +

**[STUDENTS](https://www.law.berkeley.edu/research/bclt/students/)** +

**[UPCOMING EVENTS](https://www.law.berkeley.edu/research/bclt/upcoming-events/)** +

**[PAST EVENTS](https://www.law.berkeley.edu/research/bclt/past-events/)** +

**[EVENTS PHOTOSTREAM »](http://www.flickr.com/photos/bclt-berkeleylaw/)**

**[SPONSORS](https://www.law.berkeley.edu/research/bclt/sponsors/)** −

**[2016 – 2017 SPONSORS](https://www.law.berkeley.edu/research/bclt/sponsors/2016-2017-sponsors/)**

**[BENEFITS OF SPONSORSHIP](https://www.law.berkeley.edu/research/bclt/sponsors/benefits-of-sponsorship/)**

DONATE » (HTTPS://GIVE.BERKELEY.EDU/EGIVING/INDEX.CFM?ORG=BERKELEY%20CENTER%20FOR%20LAW%20%26%20TECHNOLOGY%20FUND&FUND=FU0915000)

CONTACT (HTTPS://WWW.LAW.BERKELEY.EDU/RESEARCH/BCLT/CONTACT/)

 (HTTPS://GIVE.BERKELEY.EDU/EGIVING/INDEX.CFM?FUND=FU0915000)

## CONNECT WITH US

 (HTTPS://WWW.FACEBOOK.COM/BERKELEYLAWBCLT)   (HTTP://WWW.LINKEDIN.COM/GROUPS?GID=4188718&TRK=MYG_UGRP_OVR/)   (HTTPS://TWITTER.COM/BERKELEYLAWBCLT)

 (https://twitter.com/BerkeleyLawNews)

 (http://www.youtube.com/user/berkeleylaw)   (http://instagram.com/berkeleylaw)

 (https://www.facebook.com/UCBerkeleyLaw/)

 (https://www.linkedin.com/edu/school?id=17941)

ABOUT (HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/)
GETTING HERE (HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/VISIT/GETTING-HERE/)
CONTACT US (HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/CONTACT-US/)
JOB OPENINGS (HTTPS://WWW.LAW.BERKELEY.EDU/HUMAN-RESOURCES/JOB-OPPORTUNITIES/)
ABA REQUIRED DISCLOSURES (HTTPS://WWW.LAW.BERKELEY.EDU/ABOUT-US/ABA-REQUIRED-DISCLOSURES/)
FEEDBACK (HTTPS://WWW.LAW.BERKELEY.EDU/WEBSITE-FEEDBACK/)
FOR EMPLOYERS (HTTPS://WWW.LAW.BERKELEY.EDU/CAREERS/FOR-EMPLOYERS/)
UC BERKELEY (HTTP://WWW.BERKELEY.EDU/)

© 2016 UC REGENTS, UC BERKELEY SCHOOL OF LAW, ALL RIGHTS RESERVED.

Case 1:12-md-02358-SLR   Document 171-5   Filed 12/20/16   Page 4 of 4 PageID #: 3264