

U.S. Public Policy

# Transparency

## Standards of business conduct

Like all Google employees, our Public Policy and Government Affairs team follows Google's Code of Conduct. At the core of this code is the mantra, "don't be evil." Googlers generally apply those words to how we serve our users. But it's also about doing the right thing more generally—following the law, acting honorably and treating each other with respect.

## Oversight and Compliance

Google's Public Policy and Government Affairs team interacts with government and elected officials to explain our products and promote the growth of the web. In the United States, this team is led by Susan Molinari, Google's VP of Public Policy & Government Affairs, who works directly with Google's Chief Legal Officer, who reports to Google's CEO.

Google's Ethics & Compliance team ensures compliance with all relevant political laws. The Ethics & Compliance team provides training on applicable laws, and has implemented approval processes for contributions and public reporting of political contributions. Ethics & Compliance reviews and approves Google's political contributions, as discussed more fully below.

## Political contribution policies and criteria for assessing recipients

Google's political spending decisions are based exclusively on what's best for Google and an open Internet. Personal political preferences of Google executives, directors and employees play no part whatsoever in these decisions.

U.S. campaign finance law prohibits Google from making direct contributions to federal political candidates. But Google has many employees who want to support an open Internet. So, in 2006, we created the Google NetPAC, a federal political action committee. NetPAC is a transparent, regulated system that allows Googlers to join together and support candidates who share our common values.

Additionally, NetPAC campaign contributions are never made in return for, or in anticipation of, an official act.

We base our giving decisions on a number of factors, most importantly, the policy stances of individual candidates, committees, and organizations. Other factors we consider include:

- demonstrating a commitment to an open Internet
- serving as congressional leaders
- serving on committees that work on legislation that is important to Google and our users
- serving in states and congressional districts where Google has operations and employees

The Google NetPAC Board of Directors—a bipartisan group of senior Googlers—makes all the final decisions about the contributions made by NetPAC.

While U.S. federal law doesn't allow corporate political contributions, many states do. In states where laws permit these contributions, Google may participate with the sole goal of promoting what's good for an open Internet. Again, these contributions are closely overseen by Google's VP of Public Policy & Government Affairs, along with Google's Director of State Public Policy, and are also reviewed by Google's Ethics & Compliance team. The private political preferences of Google executives, directors and employees do not influence political contributions in any way. Corporate campaign contributions are never made in return for, or in anticipation of, an official act.

# Google NetPAC contributions

You can view a detailed report of Google NetPAC contributions below (also publicly available at fec.gov):

- NetPAC Contributions

# Nonfederal contributions and expenditures

You can view a detailed report of Google's corporate political contributions to 527 organizations and state and local candidates, parties, and committees below. The report covers contributions made on or after January 1, 2016, and is updated quarterly:

- Nonfederal, state and local activity report
- Archive of previous nonfederal, state and local activity

# Lobbying disclosure filings

Google regularly discloses information on our federal and state lobbying activities. You can view our federal lobbying disclosures for the past several years below:

- 2016
  - Second quarter
  - First quarter
- 2015
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2014
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2013
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2012
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2011
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2010
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter

- 2009
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2008
  - Fourth quarter

- Third quarter
- Second quarter
- First quarter
* 2007
  - Year-end
  - Mid-year

# Memberships

Google belongs to a number of trade associations and other organizations, representing the broad range of issues that we care about. We choose these memberships and sponsorships after carefully determining that each organization can help advance the open Internet, our issues, partner with us to shape meaningful policy discussions and help us engage with key constituencies and organizations. Google's sponsorship or collaboration with a third party organization doesn't mean that we endorse the organizations' entire agenda, its events or advocacy positions nor the views of its leaders or members. The following is a representative listing of politically-engaged trade associations and other tax-exempt groups that receive the most substantial contributions from Google's U.S. Public Policy and Government Affairs team. We link to each organization's website, where you can read more about the group:

## Trade Associations and Membership Organizations

- Ad Council
- Advertising Research Foundation
- American Advertising Federation
- American Council On Renewable Energy
- Application Developers Alliance
- Association of National Advertisers
- Business Forward
- Coalition of Service Industries
- Consumer Electronics Association
- Computer & Communications Industry Association
- Coalition for Patent Fairness
- Compete America
- CTIA - The Wireless Association
- Digital Due Process Coalition
- Digital Media Association
- Direct Marketing Association
- Engine Advocacy
- Financial Innovation Now

- Internet Commerce Coalition
- Internet Infrastructure Coalition
- Information Technology Industry Council
- Interactive Advertising Bureau
- International Advertising Association
- Mobile Marketing Association
- Network Advertising Initiative
- National Foreign Trade Council
- National Cyber Security Alliance
- New York Technology Council
- Partnership for New York City
- San Francisco Citizens Initiative for Technology & Innovation
- Search Engine Marketing Professionals Organization
- Small UAV Coalition
- Software & Information Industry Association
- Technology Alliance
- CompTIA
- TechNet
- Trust In Ads
- The Internet Association
- U.S. Chamber of Commerce
- U.S.-China Business Council
- VON Coalition
- WiFi Forward
- Wireless Innovation Alliance

Our U.S. Public Policy and Government Affairs team provides support to a number of independent third-party organizations whose work intersects in some way with technology and Internet policy. While this list is continually evolving, some examples of these organizations are:

## Third Party Organizations

- AARP
- Access Now
- American Action Forum
- American Antitrust Institute
- American Association of People with Disabilities
- American Conservative Union
- American Council of the Blind
- American Enterprise Institute for Public Policy Research
- American Foundation for the Blind

- American Library Association
- Americans for Tax Reform
- Asian American Justice Center
- Asian Pacific American Institute for Congressional Studies
- APAICS Leadership Network
- Aspen Institute
- American University Program on Information Justice and IP
- Boys & Girls Clubs of America
- The Brookings Institution
- California State University Northridge Foundation
- Capital Factory
- CATO Institute
- Center for a New American Security
- Center for American Progress Action Fund
- Center for Democracy and Technology
- Center for Strategic and International Studies
- Committee to Protect Journalists
- Common Sense Media
- Competitive Enterprise Institute
- Congressional Black Caucus Foundation
- Congressional Black Caucus Institute
- Congressional Hispanic Caucus Institute
- Congressional Hispanic Leadership Institute
- Congressional Institute
- ConnectSafely
- Consumer Action
- Consumer Federation of America
- Consumer Video Choice Coalition
- Council of Better Business Bureaus Inc.
- Creative Commons
- Digital 4th
- Electronic Frontier Foundation
- Family Online Safety Institute
- Federalist Society
- Freedom House
- Future of Music Coalition
- Future of Privacy Forum
- Gay & Lesbian Victory Institute
- George Mason University Law School Law and Economics Center
- Global Network Initiative

- Global Voices
- Heritage Action
- Heritage Foundation
- Human Rights Campaign
- Information Technology and Innovation Foundation
- International Center for Law and Economics
- Internet Education Foundation
- iKeepSafe
- Joint Center for Political and Economic Studies
- The Latino Coalition
- Leadership Conference on Civil and Human Rights
- League of United Latin American Citizens
- Mercatus Center
- National Association for the Advancement of Colored People
- National Association of Latino Elected and Appointed Officials
- National Association of the Deaf
- National Association of State Boards of Education
- National Center for Missing & Exploited Children
- National Consumers League
- National Congress of American Indians
- National Council of La Raza
- National Cyber Security Alliance
- National Federation of the Blind
- National Hispanic Media Coalition
- National League of Cities
- National Network to End Domestic Violence
- National Parent Teacher Association
- National Taxpayers Union
- National Urban League
- New America Foundation
- Northwestern University Law School – Searle Center on Law, Regulation, and Economic Growth
- PEN American Center
- Progressive Policy Institute
- Public Knowledge
- Re:Create
- Reporters Without Borders
- Ripon Society
- R Street Institute
- Small Business Majority Foundation
- TDI

- TechFreedom
- Technology Policy Institute
- Transparency International
- U.S. Black Chamber Inc.
- U.S. Conference of Mayors
- U.S. Hispanic Chamber of Commerce
- Washington Legal Foundation
- Wired Safety
- Women's High Tech Coalition

# Google Policy Fellowship program

The Google Policy Fellowship program was inspired by Google's Summer of Code with a public policy twist.

The Google Policy Fellowship program offers undergraduate, graduate, and law students interested in Internet and technology policy the opportunity to spend the summer contributing to the public dialogue on these issues, and exploring future academic and professional interests.

Fellows have the opportunity to work at public interest organizations at the forefront of debates on broadband and access policy, content regulation, copyright and trademark reform, consumer privacy, open government, and more. Participating organizations are based in either Washington, DC, San Francisco, CA, Ottawa or Toronto, Canada, and include:

- American Association of People with Disabilities
- American Library Association
- Canadian Internet Policy & Public Interest Clinic
- Center for American Progress
- Center for Democracy and Technology (CDT)
- Citizen Lab
- Competitive Enterprise Institute (CEI)
- Connect Safely
- Electronic Frontier Foundation
- Future of Music Coalition

- Future of Privacy Forum
- iKeepSafe
- National Consumers League
- National Hispanic Media Coalition
- New America Foundation
- Progressive Policy Institute

- Public Knowledge
- R Street
- TechFreedom
- Technology Policy Institute

To learn more, visit the Google Policy Fellowship website.