

(http://www.site.org/home)

 Search

### About Us (http://www.site.org/about_us)

- Overview (http://www.site.org/about_us?id=0005)
- Mission (http://www.site.org/about_us?id=0001)
- Staff (http://www.site.org/about_us?id=0002)
- Board (http://www.site.org/about_us?id=0003)
- Supporters (http://www.site.org/about_us?id=0006)
- Employment & Internships (http://www.site.org/about_us?id=0004)
- Offices (http://www.site.org/contact_us?id=0001)
- Annual Report (http://www.site.org/pages/?id=0076)

# Board

**BRIAN R. STRANGE** (http://www.strangeandbutler.com/lawyer/Brian-R.-Strange,-Partner_cp13556.htm)
Chairperson
Strange & Butler LLP

**JAMIE BRODER**
Vice Chairperson
ADR Services, Inc.

**MICHAEL H. STEINBERG** (https://www.sullcrom.com/lawyers/MichaelH-Steinberg), Treasurer
Sullivan & Cromwell LLP

**PHILIP E. COOK** (http://cooklawfirm.la/bio/philip_cook.html)
, Secretary
The Cook Law Firm, P.C.

**TANYA M. ACKER** (http://www.progressllp.com/team/tanya-acker/)
Progress LLP

**LAURA M. AHART**
Abacus Credit Counseling

**JONATHAN H. ANSCHELL**
CBS Television

[RAND S. APRIL (Ret) (http://www.skadden.com/index.cfm?contentID=45&bioID=819)](http://www.skadden.com/index.cfm?contentID=45&bioID=819) , Past Chairperson
Skadden, Arps, Slate, Meagher & Flom LLP

[STEVEN D. ARCHER (http://www.kbla.com/Who_We_Are/Partners/Steven_D_Archer.aspx)](http://www.kbla.com/Who_We_Are/Partners/Steven_D_Archer.aspx)
Kiesel Law LLP

[JENNIFER S. BALDOCCHI (http://www.paulhastings.com/professionals/details/jenniferbaldocchi)](http://www.paulhastings.com/professionals/details/jenniferbaldocchi) Paul Hastings LLP

[WAYNE M. BARSKY (http://www.gibsondunn.com/Lawyers/wbarsky)](http://www.gibsondunn.com/Lawyers/wbarsky) , Past Chairperson
Gibson, Dunn & Crutcher LLP

[SHARON BEN-SHAHAR (http://www.birdmarella.com/attorneys/index.html)](http://www.birdmarella.com/attorneys/index.html)
Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg & Rhow, P.C.

[DR. YING CHEN (http://www.cyiplaw.com/english/ying_chen.php)](http://www.cyiplaw.com/english/ying_chen.php)
Chen Yoshimura LLP

[VINCENT H. CHIEFFO (http://www.gtlaw.com/People/Vincent-H-Chieffo)](http://www.gtlaw.com/People/Vincent-H-Chieffo)
Greenberg Traurig, LLP

[ROSEMARIE CHIUSANO-DROHAN (http://judicatewest.com/Firm/SeniorMgmtProfile/2)](http://judicatewest.com/Firm/SeniorMgmtProfile/2)
[(http://www.mto.com/lawyers/bio.cfm?id=37)](http://www.mto.com/lawyers/bio.cfm?id=37) Judicate West
[MORGAN CHU (http://www.irell.com/professionals-22.html)](http://www.irell.com/professionals-22.html) Irell & Manella LLP
[ALFRED M. CLARK (http://www.lockelord.com/aclark/)](http://www.lockelord.com/aclark/)
[(http://www.irell.com/professionals-22.html)](http://www.irell.com/professionals-22.html) Locke Lord LLP
[DANIEL CLIVNER (http://www.sidley.com/people/clivner-daniel)](http://www.sidley.com/people/clivner-daniel) , Past Chairperson
[(http://www.jonesday.com/pcook/)](http://www.jonesday.com/pcook/) Sidley Austin LLP
**CORY COPELAND**
LexisNexis
[ANDRE J. CRONTHALL (http://www.sheppardmullin.com/acronthall)](http://www.sheppardmullin.com/acronthall)
Sheppard, Mullin, Richter & Hampton LLP

[BERT H. DEIXLER (http://www.kbkfirm.com/attorneys/bert-deixler)](http://www.kbkfirm.com/attorneys/bert-deixler)
Kendall Brill & Klieger LLP

[MARK H. EPSTEIN (http://www.mto.com/lawyers/bio.cfm?id=37)](http://www.mto.com/lawyers/bio.cfm?id=37) Munger, Tolles & Olson LLP
[RICHARD FINKELMAN (http://media.wix.com/ugd/43a132_bde96105d3ed4393bf35327cc9c2d5ee.pdf)](http://media.wix.com/ugd/43a132_bde96105d3ed4393bf35327cc9c2d5ee.pdf)

OmniVere LLC

**MICHAEL J. FINNEGAN** (http://www.pillsburylaw.com/index.cfm?pageid=15&itemid=20593) Pillsbury Winthrop Shaw Pittman LLP

**WILLIAM FLUMENBAUM**
The Capital Group Companies, Inc.

**KAREN N. FREDERIKSEN**
The Walt Disney Company

**LAURENCE R. GOLDMAN**
Freid and Goldsman, APLC

**KARLENE GOLLER**, Past Chairperson
The Law Office of Karlene Goller PC

**DANIEL GRUNFELD** (http://www.morganlewis.com/index.cfm/personID/8db91f80-c31e-45ed-9cb8-6ddaa2866804/fromSearch/0/fuseaction/people.viewBio) (http://www.kayescholer.com/professionals/grunfeld_dan) Morgan, Lewis & Bockius LLP

**MARK E. HADDAD** (http://www.sidley.com/mark-haddad/) (http://www.kayescholer.com/professionals/grunfeld_dan) Sidley Austin LLP

**DAN HATCH** (http://www.mlaglobal.com/pages/ProfessionalBio.aspx?pagename=peo_Dan_Hatch&versionnum=56)
Major, Lindsey & Africa

**YAKUB HAZZARD**
NBCUniversal

**MATTHEW T. HEARTNEY** (http://www.arnoldporter.com/professionals.cfm?u=MatthewTHeartney&action=view&id=44&viewpage=experience), Past Chairperson
Arnold & Porter LLP

**CHRISTOPHER M. HOPKINS**
Brener International Group, LLC

**MELISSA D. INGALLS** (http://www.kirkland.com/sitecontent.cfm?contentID=220&itemID=7892)
Kirkland & Ellis LLP

**DAVID G. JOHNSON** (http://act4entertainment.com/about/bios-team/), Past Chairperson
ACT 4 Entertainment

**LOUIS A. KARASIK** (http://www.alston.com/lou_karasik/) Alston & Bird LLP

**PETER J. KENNEDY** (http://www.reedsmith.com/our_people.cfm?cit_id=1647&widCall1=customWidgets.content_view_1&usecache=false)
Reed Smith LLP

**JESSIE A. KOHLER** (http://www.psblaw.com/kohler.html)
Panish Shea & Boyle LLP

**TONY LEE** (http://www.dickersonbenefits.com/team-profiles.html)
Dickerson Employee Benefits Insurance Services

**JEROME L. LEVINE** (http://www.hklaw.com/id77/biosJLLEVINE/)
Holland & Knight LLP

**MATTHEW P. LEWIS** (http://www.whitecase.com/mlewis/)
White & Case LLP

**DAVID R. LIRA** (http://www.girardikeese.com/Attorneys/David-R-Lira.shtml)
Girardi I Keese

**BARBARA E. MATHEWS** (http://www.edison.com/home/about-us/leadership/edison-international-leaders/barbara-e-matthews.html)
Southern California Edison

**JOHN M. McCOY**
21st Century Fox

**MARCELLUS MCRAE** (http://www.gibsondunn.com/Lawyers/mmcrae)
Gibson, Dunn & Crutcher LLP

**MARTIN R. MELONE**

**SALVADOR L. MENDOZA**
City National Bank

**ROBERT A. MEYER** (http://www.loeb.com/robert_meyer/)
Loeb & Loeb LLP

**CHRISTOPHER A. MURPHY**, Past Chairperson
DIRECTV, Inc.

**OWEN W. MURRAY**
PricewaterhouseCoopers LLP

**STEVEN A. NISSEN**
NBCUniversal

**THOMAS J. NOLAN** (http://www.skadden.com/index.cfm?contentID=45&bioID=4371)
Skadden, Arps, Slate, Meagher & Flom LLP

**NEIL R. O'HANLON** (http://www.hoganlovells.com/neil-ohanlon/)

**LAURA R. PETROFF** (http://www.winston.com/index.cfm?contentID=24&itemid=11949)
Winston & Strawn LLP

**STEPHEN E. PICKETT**, Past Chairperson

**BARRY PORTER** (http://www.claritypartners.net/team_porter.html) Clarity Partners

**WILLIAM T. QUICKSILVER**

[(http://www.manatt.com/attorneys.aspx?id=2986)](http://www.manatt.com/attorneys.aspx?id=2986) Manatt, Phelps & Phillips, LLP

**[PHILIP R. RECHT](http://www.mayerbrown.com/lawyers/profile.asp?hubbardid=R108390332)**
Mayer Brown LLP

**[FRANK REDDICK](http://www.akingump.com/en/lawyers-advisors/c-n-franklin-reddick.html)**
Akin Gump Strauss Hauer & Feld LLP

**[TIMOTHY D. REUBEN](http://www.rrbattorneys.com/Reuben.html)**
Reuben Raucher & Blum

**[KEVIN D. RISING](http://www.btlaw.com/kevin-d-rising/)**
Barnes & Thornburg LLP

**[GREG ROBINS](https://www.lw.com/people/greg-robins)**
Latham & Watkins LLP

**JOHN A. ROGOVIN**
Warner Bros. Entertainment

**[RICK R. ROTHMAN](http://www.morganlewis.com/bios/rickrothman)** [(http://www.bingham.com/Lawyer.aspx?ID=329)](http://www.bingham.com/Lawyer.aspx?ID=329) Morgan, Lewis & Bockius LLP

**[ERIC C. RUUD](https://tax.thomsonreuters.com/about-us/eric-ruud/)**
Thomson Reuters

**[MARC L. SALLUS](http://oclslaw.com/Firm%20Info/Lawyers/149618.aspx)** Oldman, Cooley, Sallus, Birnberg & Coleman, L.L.P.

**[MARK A. SAMUELS](http://omm.com/marksamuels/)**
O'Melveny & Myers LLP

**[ROBERT F. SCOULAR](http://www.snrdenton.com/people/s/scoular_robert_f.aspx)**, Past Chairperson
[(http://www.morganlewis.com/index.cfm/personID/6dd761a6-c887-48e4-884d-58e8abc031f6/fuseaction/people.viewBio)](http://www.morganlewis.com/index.cfm/personID/6dd761a6-c887-48e4-884d-58e8abc031f6/fuseaction/people.viewBio) Dentons US LLP

**STEPHEN SHERLINE**
[(http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81)](http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81) U.S. Bank

**[ROMAN M. SILBERFELD](http://www.robinskaplan.com/lawyers/roman-silberfeld)**, Past Chairperson
Robins Kaplan LLP

**[MICHAEL S. SPINDLER](http://www.glassratner.com/component/team/team?attid=129&Itemid=108)** [(http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81)](http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81) GlassRatner Advisory & Capital Group LLC

**[G. THOMAS STROMBERG](http://jenner.com/people/GThomasStromberg)** [(http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81)](http://www.capstoneadvisorygroup.com/professionals-general-search.php?act=bio&professionalId=81) Jenner & Block

**[RANDALL J. SUNSHINE](http://www.linerlaw.com/attorneys.php?sn=1&id=23)**
Liner LLP

**[PAUL W. SWEENEY, JR.](http://www.klgates.com/paul-w-sweeney/)**

K&L Gates LLP

**GAIL MIGDAL TITLE (http://www.kattenlaw.com/People/Detail.aspx?attorney=424)**, Past Chairperson
ADR Services, Inc.

**JOEL R. WEINER (https://www.kattenlaw.com/Joel-Weiner)**
Katten Muchin Rosenman LLP

**ROBERT S. WOLFE**

**KENNETH ZIFFREN**
Ziffren Brittenham LLP

**MARTIN S. ZOHN (http://www.proskauer.com/professionals/martin-zohn/)**
, Past Chairperson
Proskauer