**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br><br>This Document Relates to:<br>All Actions | Case No. 12-MD-2358 (SLR) |

**NOTICE OF APPEAL**

COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (DC Bar # 1001606)
1310 L Street, NW, 7th Floor
Washington, DC 20005
Tel: 610-457-0856
adam.schulman@cei.org

*Attorney for Objector Theodore H. Frank*

1

Notice is hereby given that objecting class member Theodore H. Frank hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Order certifying the settlement class, approving the motion for final settlement approval, and granting in part the motion for attorneys' fees, filed on February 2, 2017 (D.I. 173), and all other orders and memoranda that merge in that order.

Dated: March 1, 2017

    Respectfully submitted,
    */s/ Adam E. Schulman*
    Adam E. Schulman  (DC Bar # 1001606)
    COMPETITIVE ENTERPRISE INSTITUTE
    CENTER FOR CLASS ACTION FAIRNESS
    1310 L Street, NW, 7th Floor
    Washington, DC 20005
    Tel: 610-457-0856
    adam.schulman@cei.org

*Attorney for Objectors Theodore H. Frank*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: March 1, 2017

*(s) Adam Schulman*
Adam Schulman