UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

# DEFENDANT GOOGLE INC.'S
# NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL H. RUBIN

Please take notice that attorney Michael H. Rubin is hereby withdrawn as counsel for Defendant Google Inc. ("Google") in this action. Please take further notice that attorney Anthony J Weibell of Wilson Sonsini Goodrich & Rosati, P.C., who is currently counsel of record for Google in this action, will continue to appear as counsel for Google in this action.

Dated: September 5, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Anthony J Weibell*

ANTHONY J WEIBELL, CA Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.