UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## DEFENDANT GOOGLE INC.'S
## NOTICE OF CONVERSION OF CORPORATE FORM AND NAME CHANGE

Please take notice that, as reflected in the attached Exhibit, effective September 30, 2017, Defendant Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC by filing a Certificate of Conversion with the Delaware Secretary of State. Accordingly, any references to or listing of the parties in these proceedings should now refer to "Google LLC."

Dated: October 4, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Anthony J Weibell*

ANTHONY J WEIBELL, CA Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

*Attorneys for Defendant*
GOOGLE INC.

1