UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 12-MD-2358 (SLR) |

**NOTICE OF CHANGE OF ADDRESS AND ORGANIZATION**

Adam E. Schulman (DC Bar # 1001606)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: 610-457-0856
adam.schulman@hlli.org

*Attorney for Objector Theodore H. Frank*

PLEASE TAKE NOTICE that Adam E. Schulman, attorney for objector Theodore H. Frank, as of February 1, 2019, will no longer be an attorney with the Competitive Enterprise Institute ("CEI"). Rather, he will be an attorney for the newly established nonprofit Hamilton Lincoln Law Institute ("HLLI") of which the Center for Class Action Fairness ("CCAF") will be a part.

His new contact information is as follows:

> Adam E. Schulman
> Hamilton Lincoln Law Institute,
>   Center for Class Action Fairness
> 1629 K Street NW, Suite 300
> Washington, DC 20006
> Telephone: (610) 457-0856
> Email: adam.schulman@hlli.org

Please update your records accordingly.

Dated: January 31, 2019         Respectfully submitted,

/s/ Adam E. Schulman
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

*Attorney for Objector Theodore H. Frank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: January 31, 2019

                                                                                            *(s) Adam Schulman*
                                                                                            Adam Schulman