UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 12-MD-2358 (SLR) |

## WITHDRAWAL OF APPEARANCE

TO:   CLERK OF THE COURT AND PARTIES OF RECORD

Please withdraw the appearance of the law firm of Silverman|Thompson|Slutkin|White|LLC as co-counsel for the Plaintiff in the above-captioned matter. Stephen G. Grygiel of the law office of Grygiel Law, LLC, and the Law Firms of Strange & Butler and Bartimus, Frickleton and Robertson, P.C. will remain as Lead Counsel for Plaintiffs.

Dated:   July 19, 2019                    Respectfully Submitted,

/s/ Stephen G. Grygiel
Stephen G. Grygiel, Bar No. DE4944
Grygiel Law, LLC
301 Warren Avenue, Suite 405
Baltimore, Maryland 21230
Tel:    407.505.9463
Stephengrygiel22@gmail.com

*Attorney for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2019, a copy of the foregoing Withdrawal of Appearance was filed with the Clerk of the Court using the Court's CM/ECF system which will furnish copies to all counsel of record.

/s/ Stephen G. Grygiel