UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1480
_____

IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION

Theodore H. Frank,
          Appellant

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-12-md-02358)
District Judge: Honorable Sue L. Robinson

_____

Argued November 14, 2017

Before: AMBRO, KRAUSE, and RENDELL, Circuit Judges

## **JUDGMENT**

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was argued on November 14, 2017.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the order of the District Court entered February 2, 2017, is hereby vacated and the case

remanded for further proceedings. Each party to bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 6, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** August 28, 2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**