UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION                                    MDL No. 2358

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the District of Delaware.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Eduardo C. Robreno, sitting in the District of Delaware as a Visiting Judge under 28 U.S.C. § 292(b), for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

*Sarah Vance*

Sarah S. Vance
Chair