IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION : : : | Civ. No. 12-MD-2358 |

**O R D E R**

**AND NOW**, this **2nd** day of **October, 2019**, upon consideration of the letter requests of the Arizona Attorney General's Office and Theodore Frank to participate in the October 8, 2019 telephonic status conference, it is hereby **ORDERED** that the requests are **GRANTED** and the Arizona AGO and Mr. Frank may participate in the conference call and are given Friend of the Court status for the purposes of the call.

Plaintiff's counsel shall initiate the teleconference between the parties and the Friends of the Court and call into chambers once all participants are on the line.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
*EDUARDO C. ROBRENO,   J.*