**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


IN RE: GOOGLE, INC. COOKIE       :
PLACEMENT CONSUMER PRIVACY       :       Civ. No. 12-MD-2358
LITIGATION                       :


**O R D E R**


**AND NOW**, this **8th** day of **October, 2019**, after a

preliminary status telephone conference on this same day, it is

hereby **ORDERED** that the conference is continued until further

order of the Court and the parties shall file a joint submission

setting forth a proposed future course of action in the case no

later than **November 12, 2019**.


**AND IT IS SO ORDERED.**


*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,      J.*