AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| In re Google Inc. Cookie Placement Consumer Priv. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:12-md-02358 |
| | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 10/17/2019

*Attorney's signature*

Stephen G. Grygiel (004944)
*Printed name and bar number*

Grygiel Law, LLC
301 Warren Ave., # 405
Baltimore, MD 21230

*Address*

stephengrygiel22@gmail.com
*E-mail address*

(407) 505-9463
*Telephone number*

(410) 617-8945
*FAX number*