UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | C.A. 12-MD-2358 |

**JOINT STATUS REPORT**

Pursuant to the Court's October 8, 2019 Order (Dkt. 186), Plaintiffs and Defendant Google LLC ("Google") file this joint status report setting forth a proposed future course of action in this case.

Plaintiffs and Google have extensively met and conferred following the Third Circuit's decision vacating the prior class action settlement and have agreed on a path to settlement approval to address the Third Circuit's concerns. Accordingly, Plaintiffs and Google jointly propose the following schedule for submission of the class action settlement to the Court:

1. Plaintiffs to submit a motion for preliminary approval on or before **December 20, 2019**.

2. A telephonic hearing on the motion for preliminary approval, if necessary, at the Court's convenience on or after **January 22, 2020**.

The parties are happy to discuss this proposal, and anything else the Court deems relevant, on a teleconference if the Court deems it necessary.

Dated: November 12, 2019

2

/s/ Stephen G. Grygiel
Stephen G. Grygiel (Del. Bar. No. 4944)
Keefe Bartels, LLC
Jennifer L. Harwood
170 Monmouth St.
Red Bank, NJ
Telephone: (732) 224-9400
sgrygiel@keefebartels.com

/s/ Brian Russell Strange
Brian Russell Strange
Strange & Butler LLP
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
bstrange@strangeandbutler.com

/s/ James P. Frickleton
James P. Frickleton
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Telephone: (913) 266-2300
jimf@bflawfirm.com

*Lead Counsel for Plaintiffs*

/s/ Anthony J Weibell
Anthony J Weibell
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300
Email: aweibell@wsgr.com

*Counsel for Defendant Google LLC*