**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE: GOOGLE, INC. COOKIE          :
PLACEMENT CONSUMER PRIVACY    :      Civ. No. 12-MD-2358
LITIGATION                                        :

## O R D E R

   **AND NOW**, this **15th** day of **November, 2019**, it is hereby
**ORDERED** that Plaintiffs shall file a motion for preliminary
approval of the class action settlement and certification of the
settlement class supported by a memorandum of fact and law and
appropriate affidavits by **December 20, 2019.**

   Defendant shall file a response thereto by **January 7,**
**2019**. If the parties present a joint motion for preliminary
approval, no response will be necessary.

   The Court will issue a further scheduling order
setting a date for an in-person hearing on the motion in due
course.


   **AND IT IS SO ORDERED.**


          */s/ Eduardo C. Robreno*
          *EDUARDO C. ROBRENO,    J.*