IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE       :
PLACEMENT CONSUMER PRIVACY       :   Civ. No. 12-MD-2358
LITIGATION                       :

**O R D E R**

**AND NOW**, this **18th** day of **December, 2019**, it is hereby **ORDERED** that Plaintiffs' unopposed motion for an extension of time to file their motion for preliminary approval and response (ECF No. 191) is **GRANTED** and Plaintiffs shall file a motion for preliminary approval of the class action settlement and certification of the settlement class supported by a memorandum of fact and law and appropriate affidavits by **January 3, 2020.**

Defendant shall file a response thereto by **January 21, 2020**. If the parties present a joint motion for preliminary approval, no response will be necessary.

The Court will issue a further scheduling order setting a date for an in-person hearing on the motion in due course.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*