# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: **All Actions** | |

## NOTICE OF CHANGE OF FIRM FOR PLAINTIFFS' COUNSEL

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, hereby given, that plaintiffs' counsel Brian R. Strange (brian@strangellp.com) and John Ceglia (john@strangellp.com) are now associated with the firm Strange LLP. The mailing address and phone number remain the same at 12100 Wilshire Blvd., Suite 1900 Los Angeles, CA 90025 and 310-207-5055. Strange & Butler LLP no longer represents plaintiffs in this matter.

Dated: December 22, 2020

/s/ *Brian Russell Strange*
Brian R. Strange
STRANGE LLP
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
brian@strangellp.com

*Lead Counsel for Plaintiffs*