# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to:<br>**All Actions** | |

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs hereby move this Court, pursuant to Federal Rule of Civil Procedure 16(a), to convene a telephonic or video status conference at the Court's earliest convenience to address the pending Motion for Preliminary Approval of Class Settlement (Dkt. 193) and a schedule for further proceedings in this case.

This action was originally filed in 2012 and consolidated in the District of Delaware on June 12, 2012. The district court granted Defendant's motion to dismiss on October 9, 2013 (Dkt. 122) and, after appeal to the Third Circuit, the case was remanded to the district court on December 21, 2015. Following remand, the parties engaged in settlement discussions and reached a settlement, which was finally approved by the district court after a hearing, on February 2, 2017 (Dkt. 173). Following final approval, an objector appealed the approval order to the Third Circuit. Although it rejected the objector's arguments, the Third Circuit remanded the case to this Court on August 28, 2019 for additional proceedings. The parties again engaged in settlement discussions, reached a revised settlement that addressed the Third Circuit's stated concerns, and Plaintiffs filed a Motion for Preliminary Approval of Class Settlement (Dkt. 193) on January 3, 2020, which was not opposed by any party and remains pending before the Court. On October 8, 2020, Plaintiffs requested that the Court set a status conference or, if necessary, a hearing on the Motion for Preliminary Approval of Class Settlement.

Rule 16(a) provides that a court may, in its discretion, direct attorneys for the parties to appear before it for a conference in order to expedite matters. Because of the strong public interest in a prompt and orderly resolution of the remaining issues in this case, Plaintiffs respectfully request that the Court schedule a telephonic or video status conference at its earliest convenience to address the outstanding issues in this case, particularly the pending Motion for Preliminary Approval of Class Settlement (Dkt. 193). Counsel for Plaintiffs are available for a telephonic or video status conference any time during the next 30 days except January 5–6 and 25–28, 2021. Plaintiffs have conferred with counsel for Defendant Google LLC and are informed that Google does not oppose this motion.

Dated: December 23, 2020

/s/ *Brian Russell Strange*
Brian R. Strange
STRANGE LLP
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
brian@strangellp.com

*Lead Counsel for Plaintiffs*