IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE      :
PLACEMENT CONSUMER PRIVACY      :      Civ. No. 12-MD-2358
LITIGATION                      :

**O R D E R**

**AND NOW**, this **27th** day of **January, 2021**, it is hereby **ORDERED** that the Court will hold a video preliminary fairness hearing on "Plaintiffs' Second Motion for Preliminary Approval of Settlement with Google, LLC" (ECF No. 193) on **Thursday, February 25, 2021 at 2:00 p.m. EST.** The Court shall email to the parties the video conferencing link within 24 hours of the hearing.

It is further **ORDERED** that the motion for a status conference (ECF No. 198) is **DENIED as moot**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**