1                IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE(WILMINGTON)
2                              -  -  -

3                                      :
        IN RE:                         :
4                                      :  CIVIL ACTION NO.
        GOOGLE INC, COOKIE PLACEMENT   :  1:12-MD-02358
5       CONSUMER PRIVACY               :
        LITIGATION                     :  ORAL ARGUMENT
6                                      :  HEARING

7       _____

8                              JAMES A. BYRNE U.S. COURTHOUSE
                               601 MARKET STREET
9                              PHILADELPHIA, PA 19106
                               FEBRUARY 25, 2021
10                             COMMENCING AT 2:00 P.M.
                               VIA VIDEOCONFERENCE

11

12         BEFORE THE HONORABLE EDUARDO C. ROBRENO, SJ.
        _____
13

14      APPEARANCES:

15      BRIAN RUSSELL STRANGE, ESQUIRE
        STRANGE & BUTLER
16      12100 WILSHIRE BOULEVARD, SUITE 1900
        LOS ANGELES, CA 90025
17      BSTRANGE@STRANGANDBUTLER.COM

18      COUNSEL FOR PLAINTIFFS

19

20
                  SUZANNE R. WHITE, RPR, FCRR, CM
21                   OFFICIAL COURT REPORTER
                  ROOM 2609 U. S. COURTHOUSE
22                    601 MARKET STREET
                   PHILADELPHIA, PA 19106
23                     (267)299-7252

24
        PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
25      TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
1      CONTINUED APPEARANCES:

2      ANTHONY J. WEIBELL, ESQUIRE
       WILSON SONSINI GOODRICH & ROSATI
3      650 PAGE MILL ROAD
       PALO ALTO, CA 94304-1050
4      AWEIBELL@WSGR.COM

5      DEFENSE ATTORNEY
       GOOGLE, LLC
6
       ALSO PRESENT:
7
       STEPHEN G. GRYGIEL, ESQUIRE
8      ADAM SHULMAN, ESQUIRE
       JOHN CEGLIA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (THE CLERK OPENS COURT.)

 2                    THE COURT:  CAN YOU ALL SEE ME AND HEAR

 3      ME.  I'M MUTED HERE.  LET'S SEE.  GOOD AFTERNOON.

 4                    THIS IS A HEARING ON THE MOVANT'S MOTION

 5      FOR PRELIMINARY APPROVAL.

 6                    MAY I HAVE THE APPEARANCES OF COUNSEL

 7      BEGINNING WITH COUNSEL FOR PLAINTIFF.

 8                    MR. STRANGE:  YES.  GOOD AFTERNOON, YOUR

 9      HONOR.  THIS IS BRIAN STRANGE FOR THE PLAINTIFFS.

10                    THE COURT:  AND FOR GOOGLE?

11                    MR. WEIBELL:  THIS IS ANTHONY WEIBELL FOR

12      DEFENDANT GOOGLE.

13                    THE COURT:  AND WE ALSO HAVE ON THE LINE

14      THE OBJECTOR AND COUNSEL.

15                    WOULD YOU IDENTIFY YOURSELVES?

16                    MR. SHULMAN:  GOOD AFTERNOON, JUDGE

17      ROBRENO.  ADAM SHULMAN HERE ON BEHALF OF OBJECTOR,

18      THEODORE H. FRANK.

19                    THE COURT:  VERY WELL.

20                    IS MR. FRANK ON HERE AS WELL OR NOT?

21                    MR. SHULMAN:  HE IS NOT.  I HAVE BEEN

22      LEADING THE REPRESENTATION AT THE DISTRICT.

23                    THE COURT:  THAT IS FINE.  I WAS JUST

24      TOLD THAT HE HAD REQUESTED A LINK.

25                    WELL, THIS IS A MATTER THAT WAS REMANDED
```

1    BY THE THIRD CIRCUIT.  THE ORIGINAL JUDGE, JUDGE

2    ROBINSON HAS RETIRED, SO I WAS TASKED WITH THE JOB OF

3    SEEING WHAT WE WERE GOING TO DO WITH THIS CASE.

4                    THERE HAS BEEN THE FILING BY THE PARTIES

5    SEEKING A PRELIMINARY APPROVAL OF THE SETTLEMENT WITH

6    GOOGLE.

7                    READING THE OPINION AND READING THE

8    MEMORANDUM OF LAW IS SOMEWHAT LIKE TWO SHIPS PASSING IN

9    THE NIGHT.  I THINK THAT I'M LEFT WITH A LITTLE BIT OF

10   UNCERTAINTY AS TO HOW IT IS THAT PLAINTIFFS' CLASS

11   INTENDS TO SATISFY THE MANDATE FROM THE THIRD CIRCUIT

12   AND THAT IS REALLY THE FOCUS OF WHAT WE ARE DOING TODAY.

13                   I SEE THAT YOU ARE SEEKING TO CERTIFY A

14   (B)(3) CLASS.

15                   I DID NOT SEE ANY PROVISIONS WHICH WOULD

16   ALLOW THE COURT TO MEET THE THIRD CIRCUIT'S

17   ASCERTAINABILITY.  SO MAYBE WE CAN START THERE BY ASKING

18   PLAINTIFF'S COUNSEL SINCE THERE WAS NOTHING IN YOUR

19   BRIEF ABOUT THAT, WHAT DO WE DO?

20                   THERE IS A REQUIREMENT UNDER (B)(3) IN

21   THIS CIRCUIT.

22                   MR. STRANGE:  THANK YOU, YOUR HONOR,

23   BRIAN STRANGE.

24                   IS YOUR QUESTION REGARDING THE

25   ASCERTAINABILITY?

1                    THE COURT:  YES.

2                    MR. STRANGE:  LET ME JUST FIRST ADDRESS

3     THE PROCEDURAL POSTURE WHICH I THINK YOUR HONOR HAS

4     PROBABLY GRASPED FROM THE FILE BUT AS YOU KNOW THIS CASE

5     WAS FILED NINE YEARS AGO AND IT WAS REALLY AT THE

6     BEGINNING OF THE INTERNET DATA AND THE INTERNET PRIVACY

7     ISSUES.  AND THE CASES WERE CONSOLIDATED IN THE DISTRICT

8     COURT OF DELAWARE AND WE BEGAN OUR DISCOVERY AGAINST

9     GOOGLE.

10                    THIS CASE AROSE OUT OF THE SAFARIGATE

11    ISSUE, WHICH YOU MAY OR MAY NOT RECALL, BUT ALLEGATIONS

12    WERE BROUGHT BY US AND OTHERS THAT GOOGLE INTENTIONALLY

13    CIRCUMVENTED THE WEB BROWSERS ON COMPUTERS TO PUT THESE

14    TRACKING COOKIES ON THE CLASS MEMBERS WEB BROWSERS.

15                    SO WITH RESPECT TO THE CASE, WE CAME TO A

16    SETTLEMENT AND IT WAS DIFFICULT TO DETERMINE THE BEST

17    WAY TO RESOLVE THIS CASE, YOUR HONOR, BECAUSE THERE WAS

18    A NUMBER OF CLASS MEMBERS THAT WE BELIEVE HAD THESE

19    COOKIES PLACED ON THEIR COMPUTER AND ONE OF THE ISSUES

20    WHICH RELATES DIRECTLY TO ASCERTAINABILITY IS, HOW WERE

21    THESE COOKIES PLACED ON THE COMPUTER, AND WHO DID IT

22    AFFECT?

23                    WHAT IT APPEARS TO US THAT HAPPENED AFTER

24    CONSULTING WITH EXPERTS IS THAT THE SAFARI APPLE

25    COMPUTERS COME WITH A PROVISION ON THEIR COMPUTER THAT

1    BASICALLY BARS TRACKING COOKIES, AND IN ORDER TO ALLOW

2    YOUR COMPUTER TO HAVE COOKIES -- THIS IS A LONG TIME

3    AGO, AS YOU MIGHT RECALL -- YOU HAD TO ACTUALLY

4    PHYSICALLY ALLOW THE COMPUTER TO GO TO WEBSITES AND HAVE

5    COOKIES TRACKING ON THEM.

6            NOW, WHEN YOU GO TO A WEBSITE, IT SAYS

7    WILL YOU ACCEPT COOKIES AND YOU HAVE TO SAY YES OR NO

8    AND IF YOU SAY NO, THEN THEY SAY WELL, SORRY, WE CAN'T

9    LET YOU ON OUR WEBSITE.  THAT HAPPENED SOMEWHAT AS A

10   RESULT OF WHAT HAPPENED IN THIS CASE WHICH WAS THERE

11   WERE THESE COOKIES BEING PLACED ON CONSUMERS' COMPUTERS

12   WITHOUT THEIR KNOWLEDGE, AND SO THIS CASE, LIKE MANY

13   OTHERS THAT WERE INITIALLY BROUGHT IN THE INTERNET, IN

14   THE BEGINNING OF THESE DATA ISSUES WAS THROWN OUT IN ITS

15   ENTIRETY BY THE COURT SAYING, THAT THE PLAINTIFFS REALLY

16   WEREN'T DAMAGED.  HOW WERE THEY DAMAGED JUST BECAUSE

17   THIS COOKIE WAS PLACED ON THEM AND MAYBE GOOGLE KNEW

18   WHAT THEY WERE SEARCHING BUT WHY IS THERE DAMAGE THERE?

19            SO IT WAS AN ARTICLE III ARGUMENT, YOUR

20   HONOR, THAT THERE WAS BASICALLY NO DAMAGE.  THE COURT

21   AGREED AND MANY COURTS ACROSS THE COUNTRY WERE THROWING

22   THESE CASES OUT.  IT WENT UP TO THE COURT OF APPEALS.

23   THE COURT OF APPEALS IN A PUBLISHED DECISION WHICH WAS

24   PRETTY SEMINAL TO THESE DATA PRIVACY ISSUES.  THERE IS

25   ARTICLE III DAMAGE.  IF YOU ARE TRYING TO COLLECT

1    PEOPLE'S DATA WITHOUT THEIR KNOWLEDGE AND -- BUT

2    DISMISSED OUR STATUTORY CLAIMS; LEFT ONLY OUR CLAIMS FOR

3    PRIVACY UNDER THE CALIFORNIA CONSTITUTION AND CALIFORNIA

4    COMMON LAW.

5          SO THEN WE CAME DOWN TO THE DISTRICT

6    COURT AND TRIED TO NEGOTIATE A SETTLEMENT REGARDING

7    THOSE TWO CLAIMS AND, YOU KNOW, WE KNEW THROUGH EXPERT

8    OPINION THAT GOOGLE HAD CIRCUMVENTED PARTS OF PEOPLES'

9    COMPUTERS AND DID GET ACCESS TO THESE COOKIES BUT THE

10   NUMBER OF CLASS MEMBERS WAS DIFFICULT AND WE ALSO KNEW,

11   THROUGH TALKING TO EXPERTS, THAT IT WAS GOING TO BE VERY

12   EXPENSIVE TO IDENTIFY ALL OF THE CLASS MEMBERS.  SO WE

13   WENT INTO SETTLEMENT DISCUSSIONS WITH GOOGLE AND RETIRED

14   JUDGE LAYN PHILLIPS TO HAVE A SETTLEMENT THAT ADDRESSED

15   THE ISSUE OF THIS, WHAT WE CALLED, AN INTENTIONAL

16   CIRCUMVENTION OF THESE WEB BROWSER ACTIVITIES AND TO

17   PROVIDE SOME BENEFIT TO THE CLASS.

18          SO WE KNOW THAT THE CLASS IS THOSE

19   MEMBERS THAT HAD SAFARI WEB BROWSERS AND THE MICROSOFT

20   WEB BROWSER AND THAT HAD THESE COOKIES PLACED ON THEM

21   BUT THE NUMBER AND EXTENT OF THOSE CLASS MEMBERS IS, WE

22   THINK IT IS IN THE MILLIONS BUT FRANKLY DIFFICULT TO

23   IDENTIFY AND WOULD BE VERY EXPENSIVE TO IDENTIFY.  I

24   DON'T THINK IT'S IMPOSSIBLE TO IDENTIFY THOSE AT ALL AND

25   FROM TALKING WITH EXPERTS, IT'S JUST GOING TO BE

1    EXTREMELY EXPENSIVE TO DEVELOP THE TECHNOLOGY TO FIGURE

2    OUT EXACTLY HOW MANY CLASS MEMBERS THERE WERE.

3              SO IN OUR SETTLEMENT DISCUSSIONS WE CAME

4    UP WITH A SETTLEMENT THAT INVOLVED AN EXTENSIVE NOTICE

5    PROGRAM PUT TOGETHER BY -- IT WAS GARDEN CITY, NOW IT

6    HAS BEEN ACQUIRED BY EPIC, HAD A VERY EXTENSIVE NOTICE

7    PROGRAM THAT INCLUDED A SETTLEMENT WEBSITE.  IT INCLUDED

8    ADS ON FACEBOOK.  IT INCLUDED ADS IN PEOPLE MAGAZINE.

9    IT INCLUDED TARGETED ADS ALL OVER THE INTERNET.  ON THE

10   WEBSITE ALONE WE HAD OVER 563,000 HITS TO LOOK AT THIS

11   WEBSITE.

12             AFTER THIS PUBLISHED NOTICE TO ALL THESE

13   CLASS MEMBERS, WE RECEIVED 50 PEOPLE WHO WANTED TO

14   OPT-OUT, AND WE RECEIVED ONE OBJECTION.  SO UNDER THAT

15   NOTICE PROGRAM, WE BELIEVE THAT THE POTENTIAL CLASS

16   MEMBERS WERE NOTIFIED OF THE SETTLEMENT.  WE HAD A

17   HEARING ON THAT ISSUE AND WE ATTACHED A SUPPLEMENTAL

18   DECLARATION ON THAT NOTICE WHICH WE BELIEVE IS THE BEST

19   PRACTICAL NOTICE WHEN SIMILARLY APPROVED BY OTHER COURTS

20   IN THIS COUNTRY.  SO WE BELIEVE WITH RESPECT TO THIS

21   MOTION THAT THAT PRIOR NOTICE IS SUFFICIENT, THE BEST

22   PRACTICAL NOTICE UNDER A (B)(3) CLASS.

23             AND AFTER THE COURT APPROVED THE NOTICE

24   AND APPROVED THE SETTLEMENT, WHICH, AS YOUR HONOR KNOWS,

25   INCLUDES FIVE MILLION, FIVE HUNDRED THOUSAND IN FUNDS TO

1    BE USED ON A CY PRES DISTRIBUTION.  THERE WAS AN APPEAL

2    FILED AND WE WENT UP TO THE THIRD CIRCUIT FOR THE SECOND

3    TIME.

4              AS I INDICATED, THE FIRST TIME THE THIRD

5    CIRCUIT REVERSED THE COURT ON THE COURT OF APPEAL FOR

6    THE SECOND TIME THE THIRD CIRCUIT HELD THAT YOU CAN HAVE

7    CY PRES, ONLY CY PRES, AND IT DOES NOT HAVE TO BE

8    DAMAGES DIRECTLY GIVEN TO THE CLASS WHICH WAS THE FIRST

9    ARGUMENT BY THE OBJECTOR BUT THE COURT BASICALLY RAISED

10   TWO ISSUES WITH US.

11             THE ISSUE OF TYPICALITY AND COMMONALITY

12   AND NUMEROSITY WERE NOT CHALLENGED AND WE BELIEVE HAVE

13   BEEN ESTABLISHED.  THE COURT HAD TWO ISSUES THAT IT WAS

14   CONCERNED WITH.

15             THE FIRST WAS WITH RESPECT TO THE CY PRES

16   RECIPIENTS, DID THEY HAVE A RELATIONSHIP WITH EITHER

17   CLASS COUNSEL OR GOOGLE SUCH THAT THERE WAS SOME KIND OF

18   APPEARANCE OF IMPROPRIETY, AND SO WE ADDRESSED THAT IN

19   OUR REVISED SETTLEMENT AGREEMENT TO REQUEST, AS

20   SUGGESTED BY THE THIRD CIRCUIT, THAT THE COURT APPOINT A

21   NEUTRAL TO CONSIDER APPLICATIONS FOR WHO SHOULD RECEIVE

22   THE CY PRES FUNDS.  SO THAT IS THE FIRST ISSUE IN THE

23   COURT OF APPEALS DECISION WHICH WE THINK WAS PROPERLY

24   ADDRESSED BY THE PENDING SETTLEMENT BEFORE THE COURT.

25             THE SECOND ISSUE WAS THE COURT SAID YOU

1    CERTIFIED THIS UNDER A (B)(2) CLASS AND YOU ARE ASKING

2    FOR A RELEASE THAT APPEARS TO RELEASE DAMAGES UNDER A

3    (B)(3) TYPE ANALYSIS AND IS IT APPROPRIATE UNDER A

4    (B)(2) CLASS TO GIVE THAT BROAD OF A RELEASE.

5              AND THE WAY THAT WE HAVE ADDRESSED THAT,

6    YOUR HONOR, IS WE HAVE REQUESTED CERTIFICATION UNDER

7    (B)(3) BECAUSE NUMBER ONE, WE BELIEVE THE NOTICE WAS THE

8    BEST PRACTICAL NOTICE, AS I HAVE INDICATED, AND THE

9    ISSUES BEFORE THE COURT, WHICH I THINK YOU NEED TO

10   CONSIDER, ARE THE PREDOMINANCE AND SUPERIORITY ISSUES

11   UNDER (B)(3).

12             WITH RESPECT TO THE PREDOMINANCE ISSUE, I

13   BELIEVE THAT THE CENTRAL ISSUE HERE WHICH IS PREDOMINANT

14   FOR ALL THE CLASS MEMBERS IS, DID GOOGLE INTENTIONALLY

15   CIRCUMVENT THE RESTRICTIONS ON PEOPLES' WEB BROWSERS AND

16   INSERT COOKIES?

17             WE BELIEVE THAT THAT ISSUE IS COMMON TO

18   ALL THE CLASS MEMBERS AND WHEN THAT WOULD BE A CENTRAL

19   ISSUE IN THIS CASE.  AND --

20             THE COURT:  I THINK I HAVE HEARD ENOUGH

21   OF YOUR VERSION OF WHAT THIS CASE IS ABOUT.

22             LET ME GO BACK TO MY INITIAL QUESTION AND

23   I APPRECIATE IF YOU WOULD ADDRESS MY QUESTIONS.

24             THE FIRST QUESTION IS, HOW ARE YOU GOING

25   TO MEET THE ASCERTAINABILITY REQUIREMENT OF THE THIRD

1    CIRCUIT REQUIRING IT RELIABLE AND ADMINISTRATIVELY

2    FEASIBLE MECHANISM FOR IDENTIFYING THE CLASS MEMBERS?

3                    MR. STRANGE:  YES, YOUR HONOR.

4                    I THINK THE CLASS MEMBERS AS DEFINED

5    UNDER THE CLASS DEFINITION IS ALL THE -- LET ME READ THE

6    EXACT LANGUAGE TO YOUR HONOR.

7                    THE SETTLEMENT CLASS CONSISTS OF ALL

8    PERSONS IN THE UNITED STATES OF AMERICA WHO USED APPLE

9    SAFARI OR MICROSOFT INTERNET EXPLORER WEB BROWSERS AND

10   WHO VISITED A WEBSITE, THIS DOUBLE CLICKED AD COOKIE

11   WHICH IS GOOGLE'S ADVERTISING SERVICE WHERE COOKIES WERE

12   PLACED.

13                    THE COURT:  IDENTIFIES MEANS, WHO ARE

14   THEY?

15                    MR. STRANGE:  RIGHT AND SO --

16                    THE COURT:  EVERYBODY IN THE CLASS IS A

17   CLASS MEMBER BUT THAT IS NOT IDENTIFYING.  OKAY.  LET'S

18   MOVE ON.

19                    MR. STRANGE:  WELL, I DON'T THINK --

20                    THE COURT:  LET'S MOVE ON.  YOU HAVE NO

21   ANSWER TO THAT.

22                    NUMBER TWO, YOU DID NOT ADDRESS FOR A

23   (B)(3) CLASS ANY OF THE 23 FACTORS OR GIRSH OR

24   PRUDENTIAL FACTORS, AND LET ME JUST BACKUP HERE BECAUSE

25   I THINK THAT I WANT TO READ YOU WHAT THE THIRD CIRCUIT

1    SAID ABOUT THIS CASE.

2              THE VISTA VIEW OF THIS CASE IS NOT

3    PRETTY.

4              ACCORDING TO THE COMPLAINT AN INTERNET

5    BEHEMOTH WITH UNPRECEDENTED TOOLS FOR MONITORING PRIVATE

6    CONDUCT TOLD MILLIONS OF AMERICANS, IT WOULD NOT TRACK

7    THEIR PERSONAL BROWSER HISTORY, AND THEN THEY DID SO

8    ANYWAY TO PROFIT FROM THE DATA.  THROUGH THEIR PROPOSED

9    CLASS ACTION SETTLEMENT, THE PURPORTED WRONG DOER

10   PROMISED TO PAY A COUPLE MILLION DOLLARS TO CLASS

11   COUNSEL, MAKE A CY PRES CONTRIBUTION TO ORGANIZATIONS IT

12   WAS ALREADY DONATING TO, (AT LEAST ONE OF WHICH HAD AN

13   AFFILIATION WITH CLASS COUNSEL.)  BY SEEKING A

14   CERTIFICATION UNDER RULE 23 (B)(2), THE DEFENDANT AND

15   CLASS COUNSEL AVOID THE ADDITIONAL SAFEGUARDS THAT APPLY

16   TO RULE 23 (B).

17             ONE MAY THINK THIS WOULD LEAVE ROOM FOR

18   CLASS MEMBERS TO PURSUE DAMAGES INDIVIDUALLY; YET, THAT

19   RELIEF IS FORECLOSED AS WELL, AS THE SETTLEMENT CONTAINS

20   A NATIONWIDE RELEASE OF CLAIMS FOR MONEY DAMAGES THAT

21   AROSE AND COULD ARISE WHERE THERE ARE UNAUTHORIZED

22   SNOOPING PRESUMABLY COVERING TENS, IF NOT HUNDREDS OF

23   MILLIONS OF AMERICANS.

24             I WOULD NOT BE PROUD TO HAVE PRESENTED

25   THIS SETTLEMENT AGREEMENT TO A COURT.  SO LET'S BEGIN

1    WITH THAT.

2                    THIS IS NOT A MATTER OF JUST SIMPLY

3    WORKING AT THE MARGINS.

4                    THIS IS A MATTER THAT MAYBE THE THIRD

5    CIRCUIT WAS TOO POLITE TO CALL IT WHAT WAS IT WAS, A

6    SHAM, OKAY, SO LET'S BEGIN TO SEE WHETHER YOU HAVE

7    CORRECTED THAT.

8                    NUMBER TWO --

9                    MR. STRANGE:  YOUR HONOR.

10                   THE COURT:  WELL, TELL ME THEN, WHERE IS

11   THE DISCUSSION OF 23(E)?  WHERE IS THE DISCUSSION OF

12   GIRSH?  WHAT IS THE DISCUSSION OF PRUDENTIAL?

13                   MR. STRANGE:  YOUR HONOR, I THINK IF YOU

14   BELIEVE THIS SETTLEMENT IS INAPPROPRIATE, IF IT'S NOT

15   ENOUGH MONEY, IF YOU DON'T THINK THAT WE PROPERLY

16   REPRESENTED THE CLASS, THEN I THINK WE SHOULD WITHDRAW

17   THIS SETTLEMENT AND CONTINUE LITIGATION, AND I RESPECT

18   YOUR OPINION.  I'M HAPPY TO DO THAT BECAUSE WE CAN GET

19   THE EXPERTS AND WE CAN GO AGAINST GOOGLE AND WE CAN MAKE

20   THE NECESSARY DISCOVERY AGAINST THEM AND, I'M NOT

21   OPPOSED TO THAT, AND I CERTAINLY DON'T WANT TO PUT MY

22   NAME ON SOMETHING THAT YOUR HONOR THINKS IS

23   INAPPROPRIATE FOR THE ACTIONS THAT WE ALLEGED HAPPENED.

24                   THE COURT:  THAT IS WHY WE ARE HAVING

25   THIS HEARING.  I WANT YOU TO CONVINCE ME THAT YOU CAN DO

1    IT.  IT SEEMS TO ME THAT YOU CANNOT HAVE A (B)(3)

2    AGREEMENT UNDER THESE CIRCUMSTANCES AND I'M OPEN TO

3    HEARING WHAT YOU HAVE TO SAY WHEN GOOGLE GETS A RELEASE

4    AND NOBODY GETS ANY MONEY.

5              NOW, YOU MAY HAVE A (B)(2) CLASS IF YOU

6    COULD WORK ON THAT, GETTING INJUNCTIVE RELIEF PERHAPS,

7    AND THE CLASS WILL BENEFIT FROM THAT, YOU CAN HAVE A CY

8    PRES AND THAT IS THE END OF THE CASE, BUT THE RELEASE IS

9    REALLY SOMETHING, THAT, IN THE ABSENCE OF SOME BENEFIT,

10   TANGIBLE BENEFIT TO THE CLASS, I DON'T THINK IT'S

11   APPROPRIATE.  THIS IS WHAT THE HEARING IS ABOUT.

12             MR. STRANGE:  I UNDERSTAND, YOUR HONOR.

13             WITH RESPECT TO, I MEAN I GUESS THE

14   QUESTION YOU HAVE RAISED IS WHETHER A CY PRES ONLY

15   SETTLEMENT IS EVER APPROPRIATE IN A (B)(3) CLASS WITH A

16   DAMAGED RELEASE.

17             THE COURT:  IT CAN BE APPROPRIATE.  I

18   THINK THAT IS A BRIDGE TOO FAR.

19             THE QUESTION IS WHETHER IN THIS CASE IT

20   WOULD BE APPROPRIATE TO HAVE THAT TYPE OF BENEFIT WHEN

21   THE WRONGDOER GETS A RELEASE.

22             MR. STRANGE:  WELL, I THINK, YOUR HONOR,

23   IN ANY, I APOLOGIZE BUT I BELIEVE IN ANY (B)(3) CLASS

24   SETTLEMENT THAT I HAVE BEEN INVOLVED WITH, THE DEFENDANT

25   IS GOING TO WANT TO GET A RELEASE OF ALL DAMAGED CLAIMS.

```
1                    THE COURT:  WELL, MAYBE CANNOT BE

2       CERTIFIED UNDER (B)(3).

3                    MR. STRANGE:  WELL, THAT MAY BE, BUT YOUR

4       HONOR, I WILL POINT OUT THAT AFTER WE SENT THIS NOTICE,

5       THE PEOPLE DID HAVE AN OPPORTUNITY TO OPT-OUT AND THEY

6       DID.  50 PEOPLE DID.  SO IT'S NOT LIKE PEOPLE WERE

7       PRECLUDED FROM THEIR DAMAGE CLAIMS.  IF PEOPLE THOUGHT

8       THEY HAD GOOD DAMAGE CLAIMS, THEY COULD AND DID OPT-OUT.

9                    NOW, ONE THING I WANT TO POINT OUT, YOUR

10      HONOR, UNDER THE REMAINING CLAIMS WHICH IS THE PRIVACY

11      CLAIMS UNDER THE CALIFORNIA CONSTITUTION AND CALIFORNIA

12      COMMON LAW, ON A CLASS-WIDE BASIS, REALLY THE ONLY

13      DAMAGES WE WOULD GET WOULD BE NOMINAL-TYPE DAMAGES.

14                    FOR EXAMPLE, IF SOMEONE -- CLASSIC CASE

15      IS A PHOTOGRAPHER JUMPS OVER YOUR FENCE AND TAKES A

16      PICTURE OF YOUR HOUSE OR SOMETHING OR YOU IN THE GARDEN

17      AND JUMPS BACK AND SAYS:  WELL, HOW HAVE YOU BEEN

18      DAMAGED?  WELL, IT'S OFFENSIVE.  IT'S OFFENSIVE THAT

19      SOMEONE WOULD VIOLATE THOSE KINDS OF PRIVACY, AND WHAT

20      WE HAVE HERE REALLY IS IT IS OFFENSIVE TO THESE CLASS

21      MEMBERS THAT THEY WERE BEING TRACKED BY GOOGLE WITHOUT

22      THEIR PERMISSION BUT THE QUESTION -- AND THIS IS WHAT

23      HAPPENED IN THE THIRD CIRCUIT -- INITIALLY, THE DISTRICT

24      COURT SAID:  WELL, HOW HAVE YOU REALLY BEEN DAMAGED?  WE

25      SAY, WE HAVE BEEN DAMAGED BECAUSE THEY HAD ACCESS TO OUR
```

1    DATA AND THEY SAY, SO WHAT?  DID THEY SELL IT OR WHAT

2    DID THEY DO WITH IT?  WE DON'T HAVE EVIDENCE THAT THEY

3    SOLD IT.  SO THE DAMAGES REALLY ARE NOMINAL FOR THE

4    CLASS MEMBERS AS A RESULT OF THIS CONDUCT.  THAT IS

5    REALLY WHAT WE ARE FACED WITH HERE.  WE ARE FACED WITH

6    MILLIONS OF CLASS MEMBERS WHO HAVE THIS ISSUE BUT THE

7    DAMAGES ARE VERY NOMINAL UNDER THE REMAINING CLAIMS.

8              IF WE WOULD HAVE KEPT IN OUR STATUTORY

9    CLAIMS UNDER THE PRIVACY ACT, WE WOULD NOT BE SITTING

10   HERE WITH A FIVE AND-A-HALF MILLION DOLLAR SETTLEMENT.

11   IT WOULD BE FIVE HUNDRED AND FIFTY MILLION DOLLARS.  I

12   CAN GUARANTEE IT.  BECAUSE THERE ARE STATUTORY DAMAGES

13   THAT ARE MASSIVE FOR EACH CLASS MEMBER, BUT WITH THESE

14   NOMINAL-TYPE DAMAGES FOR PRIVACY, THE QUESTION THAT I

15   HAVE REPRESENTING THIS CLASS IS WHAT IS THE RIGHT THING

16   TO DO FOR THE CLASS?

17             THE COURT:  IF THE THIRD CIRCUIT FELT

18   THAT THE VIEW OF THIS CASE IS NOT PRETTY, HOW HAS THAT

19   CHANGED WITH THE REVISED SETTLEMENT AGREEMENT?

20             MR. STRANGE:  WELL, YOU KNOW, WHEN I READ

21   THAT DICTA, YOUR HONOR, I WAS, YOU KNOW, VERY CONCERNED

22   AND I DON'T REALLY AGREE WITH THE COURT.

23             I THINK THEIR CONCERN PRIMARILY WAS THE

24   FACT THAT THE CY PRES RECIPIENTS MAY HAVE A RELATIONSHIP

25   TO GOOGLE OR A RELATIONSHIP TO CLASS COUNSEL, THAT IS

1   WHAT THEY WERE CONCERNED WITH, AND I UNDERSTAND THAT,

2   AND THAT IS WHAT WE HAVE TRIED TO RECTIFY IT.  I DON'T

3   WANT ANY OF THESE RECIPIENTS HAVING ANY RELATIONSHIPS TO

4   GOOGLE OR COUNSEL OR ANYBODY.

5           SO WHEN I READ THAT PART OF THE OPINION,

6   I THOUGHT THAT THAT IS REALLY WHAT THEY WERE GETTING AT.

7   I DON'T THINK, FROM MY READING OF IT, THEY WERE SAYING

8   THAT A FIVE AND-A-HALF MILLION DOLLAR SETTLEMENT ON

9   THESE FACTS IS OFFENSIVE.  IT'S JUST THE WAY IT WAS PUT

10  TOGETHER WHERE THEY ARE CONCERNED ABOUT GOOGLE HAVING TO

11  DECIDE WHO GETS THE MONEY.  THAT IS THE PROBLEM.  THAT

12  IS WHERE WE --

13          THE COURT:  DON'T YOU THINK THEY WERE

14  REFERRING THAT THE LAWYERS WERE GETTING PAID, GOOGLE WAS

15  GETTING A RELEASE, THE CY PRES, AS YOU INDICATED HAS

16  SOME RELATIONSHIP TO SOME OF THE LAWYERS AND FINALLY

17  THAT THE MEMBERS OF THE CLASS WERE NOT RECEIVING ANY

18  BENEFIT?

19          MR. STRANGE:  RIGHT.

20          I DO THINK THAT WAS PART OF THE

21  IMPLICATION AND I WOULD LIKE TO ADDRESS THAT.  WITH

22  RESPECT TO -- LET ME PUT THE LAWYERS' FEES ASIDE.

23          WITH RESPECT TO THE CY PES, WHAT WE ARE

24  FACED WITH HERE IS, WE HAVE MILLIONS OF CLASS MEMBERS

25  WITH VERY NOMINAL DAMAGES AND LET'S SAY IF GOOGLE SAYS

1    IF I GET THEM TO PAY -- AND THIS IS WHAT THE MEDIATOR

2    CAME UP WITH, THIS FIVE AND-A-HALF MILLION DOLLARS AND

3    THE QUESTION IS:  WHAT DO WE DO WITH THAT KIND OF

4    SETTLEMENT?  IS THAT TOO SMALL OF A SETTLEMENT BASED ON

5    WHERE WE ARE IN THIS CASE?  THE RISK OF GETTING ZERO AND

6    EXPENSES OF LITIGATION UNDER THE GIRSH FACTORS AND

7    PRUDENTIAL FACTORS OR IS THAT A FAIR SETTLEMENT AND, IF

8    SO, HOW DO WE DISTRIBUTE THAT TO THE CLASS.

9                SO IN THE OPINION OF THE MEDIATOR, JUDGE

10   PHILLIPS, HE FELT THAT WAS A FAIR SETTLEMENT AND YOU

11   KNOW FRANKLY, IT PROBABLY IS A FAIR SETTLEMENT BASED ON

12   THE FACT THAT THE CLASS MEMBERS HAVE THESE NOMINAL

13   DAMAGES.

14                AS I SAID, IF WE HAD STATUTORY CLAIMS, IT

15   WOULD BE A WHOLE DIFFERENT BALLGAME.  SO IF YOUR HONOR

16   IS CONVINCED THAT THAT FIVE AND-A-HALF MILLION IS A FAIR

17   SETTLEMENT, THEN DO WE JUST TRY TO DISTRIBUTE THAT IN

18   MINIMAL, MINIMAL AMOUNTS TO THE CLASS MEMBERS OR IS IT

19   BETTER FOR THE CLASS TO HAVE A CY PRES AWARD WHERE WE

20   HAVE MILLIONS OF DOLLARS GOING TO INDEPENDENT COMPANIES

21   WHO ARE MONITORING WHAT IS GOING ON ABOUT DATA PRIVACY,

22   AND SO IT SEEMS TO ME, AND THAT IS WHAT THE OBJECTOR

23   ARGUED ON APPEAL IS, YOU SHOULD REALLY JUST GIVE THIS

24   MINIMAL AMOUNT TO THE CLASS, AND IT'S REALLY -- A DIRECT

25   DISTRIBUTION TO THE CLASS IS MUCH BETTER AND I THINK THE

1       COURT OF APPEALS SAID NO, THAT CAN BE APPROPRIATE.

2                    IT IS PARTICULARLY APPROPRIATE HERE

3       BECAUSE THE INTERNET AND THE DATA PRIVACY ISSUES ARE

4       EVOLVING VERY RAPIDLY AND TO HAVE AN INDEPENDENT COMPANY

5       WITH MILLIONS OF DOLLARS TO CHECK A COMPANY LIKE GOOGLE,

6       I THINK, IS A GREAT BENEFIT TO THOSE PEOPLE THAT HAVE

7       BEEN HARMED AND IF THAT IS THE CASE, THEN I THINK WE

8       HAVE PRESENTED A SETTLEMENT THAT IS VIABLE AND A BENEFIT

9       TO THE CLASS.

10                   THE COURT:  LET ME HEAR FROM GOOGLE NOW.

11                   MR. STRANGE:  THANK YOU, YOUR HONOR.

12                   MR. WEIBELL:  THANK YOU, YOUR HONOR.

13      HOPEFULLY EVERYBODY CAN HEAR ME OKAY.

14                   I'M GRATEFUL FOR THE OPPORTUNITY TO

15      RESPOND TO SOME OF THESE QUESTIONS.

16                   WE DO HAVE THE RESPONSE TO THE

17      ASCERTAINABILITY QUESTION AND THE OTHER QUESTIONS THAT

18      THE COURT HAS RAISED.

19                    FIRST, WITH RESPECT TO THE

20      ASCERTAINABILITY QUESTION, IN THIS CONTEXT, GOOGLE

21      THINKS IT IS APPROPRIATE FOR THE COURT TO CERTIFY THE

22      CLASS UNDER RULE 23 (B)(2) OR 23 (B)(3).  THE KEY ISSUE

23      IS WHETHER THE ELEMENTS OF DUE PROCESS ARE SATISFIED AND

24      THAT IS WHAT WAS IDENTIFIED IN THE THIRD CIRCUIT'S

25      OPINION IN THIS CASE WAS, LET'S SEND THIS BACK FOR THE

1    COURT TO DETERMINE WHETHER DUE PROCESS IS BEING VIOLATED

2    WHEN YOU ARE ASKING CLASS MEMBERS TO RELINQUISH THEIR

3    MONETARY CLAIMS IN EXCHANGE FOR PURELY CY PRES RELIEF.

4    AND HERE WE FORESAW THAT PROBLEM GOING INTO THIS

5    SETTLEMENT, AND FOR THAT REASON WE NEGOTIATED A

6    CLASS-NOTICE PROCESS WHERE WE WOULD GIVE THE BEST

7    PRACTICAL NOTICE TO THE CLASS MEMBERS AND WE WOULD GIVE

8    THEM A CHANCE TO OPT-OUT OF THE SETTLEMENT SO THAT THEY

9    WOULD HAVE THAT OPPORTUNITY TO ADDRESS THOSE DUE PROCESS

10    ISSUES.

11    NOW, WITH RESPECT TO ASCERTAINABILITY,

12    THE THIRD CIRCUIT HAS RECOGNIZED IN A NUMBER OF OPINIONS

13    AND MOST OF THOSE OPINIONS CITE BACK TO THE THIRD

14    CIRCUIT'S DECISION IN THE SULLIVAN VERSUS DB INVESTMENTS

15    CASE.  THAT CASE IS CITED IN OUR PAPERS.

16    IT WAS AN EN BANC DECISION BY THE THIRD

17    CIRCUIT AND NOTABLY THERE, THE OBJECTORS HAD RAISED VERY

18    SIMILAR CONCERNS THAT HOW CAN YOU CERTIFY A CLASS IN

19    THIS SITUATION WHERE THERE WERE GOING TO BE DIFFICULT

20    ISSUES FOR MEMBERS TO IDENTIFY THEMSELVES AND TO

21    INDIVIDUAL ISSUES THAT WOULD PROVE THAT THEY HAD BEEN

22    DAMAGED AND THAT TYPE OF THING.

23    AND THE THIRD CIRCUIT RECOGNIZED IN THE

24    SULLIVAN CASE, IN THE SETTLEMENT CONTEXT, THE ANALYSIS

25    IS DIFFERENT BECAUSE WE ARE AGREEING TO SETTLE THE CASE

1   AND BECAUSE WE ARE AGREEING TO THE CY PRES INJUNCTIVE

2   RELIEF, CLASS MEMBERS ARE NOT REQUIRED TO IDENTIFY

3   THEMSELVES TO SUBMIT A CLAIM.  THEY ARE NOT REQUIRED TO

4   PROVE THAT THEY HAVE THE COOKIE TO DO ANYTHING, RIGHT,

5   SO THOSE CONCERNS GO AWAY.  THAT IS WHAT THE THIRD

6   CIRCUIT RECOGNIZED.  IN THE SETTLEMENT CONTEXT, THOSE

7   CONCERNS GO AWAY.  AND SO YOU ARE LEFT WITH THE DUE

8   PROCESS CONCERNS WHICH ARE, OKAY, WELL, ARE WE GIVING

9   THE DUE PROCESS THAT IS NECESSARY FOR THESE CLASS

10  MEMBERS TO RECOGNIZE WHETHER THEY HAVE A CLAIM AND

11  WHETHER THEY ARE WILLING TO GIVE THAT UP, AND THAT HAS

12  BEEN SATISFIED HERE BECAUSE THE NOTICE DID GO OUT AS

13  MR. STRANGE MENTIONED, THERE WERE SOME PEOPLE WHO

14  DECIDED TO OPT-OUT.  THERE WAS ONLY ONE OBJECTOR.

15  MR. FRANK OBJECTED, AND FOR THOSE CLASS MEMBERS

16  LOOKING -- FIRST, IF I'M STAYING AT HOME AND I GET THIS

17  NOTICE THAT I'M POTENTIALLY A MEMBER OF THE CLASS, I

18  HAVE TO FIGURE OUT, AM I A MEMBER OF THE CLASS?  DO I

19  HAVE THE ABILITY TO LITIGATE MY OWN CLAIMS HERE?  IF SO,

20  WHAT WERE MY DAMAGES?  AND THE ANSWER IS, I HAVE NO

21  DAMAGES, RIGHT, AND THAT IS WHAT JUDGE ROBINSON

22  RECOGNIZED LONG AGO IN THIS CASE.  THIS IS NOT A CASE

23  WHERE THE INDIVIDUAL CLASS MEMBERS WOULD BE ABLE TO

24  PROVE INDIVIDUAL DAMAGES AND RECOVER.

25              SECONDLY, HOW CAN I PROVE THAT I EVEN

1    RECEIVED A COOKIE BY THE MEANS ALLEGED IN THE COMPLAINT,

2    RIGHT, A COOKIE THROUGH THESE ALLEGEDLY DECEPTIVE MEANS.

3    WE THINK IT IS IMPOSSIBLE.  AT MOST, IT'S VERY, VERY

4    DIFFICULT.  AND SO UNDER THOSE CIRCUMSTANCES, IT

5    CERTAINLY DOES SATISFY DUE PROCESS TO SAY, YOU KNOW

6    WHAT, WE ARE GOING TO ALLOW CLASS MEMBERS TO RELINQUISH

7    THEIR MONETARY CLAIMS IN EXCHANGE FOR THIS CY PRES

8    RELIEF, AND THERE IS NOT VERY MUCH AUTHORITY ON THE

9    QUESTION OF WHETHER YOU CAN CERTIFY A 23 (B)(2) CLASS IN

10   A SETTLEMENT CONTEXT WHERE CLASS MEMBERS ARE

11   RELINQUISHING CLAIMS FOR MONEY DAMAGES.  THERE IS PLENTY

12   OF AUTHORITY; HOWEVER, THAT YOU CAN CERTIFY A 23 (B)(3)

13   CLASS WHERE THE CLASS MEMBERS RECEIVED NOTHING OTHER

14   THAN MAYBE SOME INJUNCTIVE RELIEF AND IN THOSE CASES

15   THAT DISCUSSED THE 23 (B)(2) ISSUE, THE FOCUS IS ON THE

16   DUE PROCESS ELEMENT.  THAT IS EXACTLY WHAT THE THIRD

17   CIRCUIT HERE FOCUSED ON, RIGHT, IT CITED A COUPLE OF

18   CASES FROM THE NCAA CASE AND SOME OTHERS, WANTING TO

19   MAKE SURE THAT DUE PROCESS WAS ADDRESSED HERE.  IT

20   REALLY WAS.  CLASS MEMBERS HAD THE SAME NOTICE THEY

21   WOULD GET IN A 23 (B)(3) CIRCUMSTANCE.  THEY WOULD HAVE

22   THE SAME OPPORTUNITY TO OPT-OUT AS THEY DID IN THE 23

23   (B)(3) CIRCUMSTANCE, AND THAT PROCESS WORKED.

24              THE ISSUE IS NOW, IS IT FAIR NOW TO GIVE

25   THEM AN OPPORTUNITY TO RELEASE THEIR CLAIMS WITHOUT

1    GETTING ANY MONEY DAMAGES AND FOR THAT, WE NEED ONLY

2    LOOK AGAIN, BACK TO THE SULLIVAN CASE, THE EN BANC

3    DECISION FROM THE THIRD CIRCUIT.  OBJECTORS MADE A

4    SIMILAR ARGUMENT THERE.  IN THAT SITUATION THERE WERE

5    POTENTIALLY MILLIONS OR AT LEAST HUNDREDS OF THOUSANDS

6    OF CLASS MEMBERS WHOSE CLAIMS WERE LESS THAN A THRESHOLD

7    THAT WAS SET BY THE SETTLEMENT.  IN ORDER TO RECOVER,

8    YOU HAD TO PROVE YOU HAD SUFFERED SOMETHING AS MUCH AS

9    $10, RIGHT, THAT WAS THE FORMULA THEY HAD AGREED TO AND

10   THE ARGUMENT WAS, WELL, THAT MEANS EVERYBODY WHO'S UNDER

11   THAT $10 THRESHOLD IS GOING TO WALK AWAY WITH NOTHING

12   FROM THE SETTLEMENT.  HOW CAN WE INCLUDE THEM IN THE

13   SETTLEMENT, BIND THEM BY THE SETTLEMENT IF THEY ARE

14   GETTING NOTHING OUT OF IT?  AND THE THIRD CIRCUIT SAID,

15   THAT IS JUST THE WAY IT WORKS, THAT IS TOTALLY FAIR

16   BECAUSE IF THEIR RECOVERY IS THAT SMALL, THAT DE

17   MINIMUS, THERE IS NO PROBLEM WITH CERTIFYING A CLASS

18   THAT TAKES CARE OF IT, BECAUSE IT PROVIDES THEM AS MUCH

19   BENEFIT AS THEY CAN EXPECT HAD THEY GONE THROUGH TRIAL,

20   RIGHT, PAID FOR TRIAL, AND THEN GOTTEN LESS THAN $10 IN

21   RETURN.  AND THAT IS CERTAINLY THE SITUATION HERE.

22              THE OTHER QUESTION YOUR HONOR ASKED WAS

23   ABOUT WHAT IS CHANGED?  WHY DID THE THIRD CIRCUIT'S

24   COMMENTS ABOUT THE VIEW OF THIS CASE, HAS THAT CHANGED

25   AT ALL?  AND THE ISSUE IS -- THE ANSWER TO THAT IS, THE

```
1    THIRD CIRCUIT WAS LOOKING ONLY AT THE ALLEGATIONS IN THE

2    COMPLAINT.  AND THE THIRD CIRCUIT DID NOT HAVE THE

3    BENEFIT THAT COUNSEL FOR BOTH PLAINTIFFS AND GOOGLE AND

4    THE PARTIES HAD WHEN THEY NEGOTIATED THE SETTLEMENT AND

5    THAT THE DISTRICT COURT HAD TO HAVE BEEN DEALING AND

6    HEARING FROM US ON THESE ISSUES ALL ALONG, IS THAT THE

7    FACTS ARE NOT WHAT HAS BEEN BEING ALLEGED IN THE

8    COMPLAINT, RIGHT, THE ACTUAL CASE IS NOT AS STRONG AS

9    WHAT HAS BEEN ALLEGED IN THE COMPLAINT.  IN ORDER TO

10   HELP THE COURT SEE THAT THIS SECOND-TIME AROUND, WHAT WE

11   HAVE DONE, WE SUBMITTED TO THE COURT A VERY LENGTHY

12   DECLARATION FROM GOOGLE TO SHOW THE COURT WHAT THE

13   TESTIMONY WOULD BE IN THIS CASE.  WHAT THE EVIDENCE

14   WOULD SHOW IN THIS CASE ABOUT THE PLACEMENT OF THE

15   COOKIES, THE ALLEGED INJURY TO CONSUMERS.  THAT IS THE

16   DECLARATION OF LAWRENCE YOU THAT WE SUBMITTED WITH OUR

17   STATEMENT IN SUPPORT OF THE SETTLEMENT AND WE HAVE

18   EXPLAINED WHAT THAT SHOWS IN OUR STATEMENT AS WELL, BUT

19   WHAT IT SHOWS IS SIMPLY THIS.

20              AFTER THE THIRD CIRCUIT REMANDED THE CASE

21   IN 2015 -- SO ORIGINALLY, JUDGE ROBINSON DISMISSED

22   EVERYTHING.  ALL CLAIMS WERE OUT, WENT UP ON APPEAL.

23              THE THIRD CIRCUIT AFFIRMED DISMISSAL OF

24   ALL CLAIMS EXCEPT FOR A CLAIM BASED ON THE ALLEGATION

25   THAT GOOGLE HAD POSTED IN A STATEMENT SAYING THAT USERS
```

```
 1    OF THE SAFARI BROWSER, IF THEY DID NOT CHANGE THEIR

 2    SETTINGS, THEY WOULD NOT GET THIS TRACKING COOKIE, THIS

 3    DOUBLE CLICKED AD COOKIE.  AND THEY SAID BASED ON THAT,

 4    THAT IS ENOUGH TO SEND THE CASE BACK.  SO IF THAT WAS

 5    ALL THAT WAS LEFT OF THE CASE ON REMAND, AND WHEN GOOGLE

 6    AND PLAINTIFFS' COUNSEL LOOKED AT THAT CLAIM, IT WOULD

 7    REQUIRE THE CLASS MEMBERS TO PROVE THAT GOOGLE INTENDED

 8    TO DECEIVE THEM, INTENDING TO MAKE THIS FALSE STATEMENT

 9    TO SET AN EXPECTATION OF PRIVACY, AND THEN COLLECT THEIR

10    INFORMATION REGARDLESS, AND THE FACTS SHOW THAT THAT

11    ACTUALLY WAS NOT TRUE BECAUSE THE STATEMENT HAD BEEN

12    POSTED AT A TIME WHEN THE STATEMENT WAS TRUE, AND IT WAS

13    A COUPLE OF YEARS LATER THAT APPLE -- SO THE STATEMENT

14    WAS TRUE WHEN IT WAS MADE.  THE STATEMENT THAT WAS

15    POSTED THAT WAS REALLY THE HEART OF THE CLAIM THAT WAS

16    REMANDED WAS A TRUE STATEMENT WHEN IT WAS MADE AND APPLE

17    LATER CHANGED THE WAY THE SAFARI BROWSER WORKED, AND

18    WHEN IT DID THAT, THE STATEMENT NO LONGER BECAME TRUE.

19    THAT WAS THE FOCUS OF THE GOVERNMENT'S INQUIRY; THAT WAS

20    THE FOCUS OF THIS CLAIM THAT WAS ALSO LEFT IN THIS CASE

21    UPON REMAND AND SO WE SAW THAT, UNDER THE CIRCUMSTANCES,

22    IT WOULD BE EXTREMELY DIFFICULT FOR ANYONE HERE TO CLAIM

23    THAT THEY SAW THAT STATEMENT.  THAT THEY RELIED ON THAT

24    STATEMENT AND THAT THEY DIDN'T HAVE THE TRACKING COOKIE

25    ON THEIR BROWSERS UNTIL THEY RELIED ON THAT STATEMENT
```

1    AND THEN VISIT A WEBSITE AND GOT IT, AND THEN LASTLY,

2    THAT THEY WERE EVEN INJURED BY IT, RIGHT, IN THE FORM OF

3    COMPENSATORY MONETARY DAMAGES.

4              SO WE ALL SAW WHEN WE WERE NEGOTIATING

5    THE SETTLEMENT THAT THERE WAS NOTHING LEFT TO THIS CASE.

6    CERTAINLY, WE COULD HAVE DUELING EXPERTS AND GO THROUGH

7    EXPENSIVE DISCOVERY; WE COULD GO THROUGH AN EXPENSIVE

8    TRIAL BUT THE OUTCOME WOULD BE A LOT OF MONEY GOOGLE

9    WOULD PAY TO ITS DEFENSE.  A LOT OF MONEY AND TIME THAT

10   THE PLAINTIFFS' LAWYERS WOULD INVEST LITIGATING IT AND

11   THE OUTCOME FOR THE CLASS WOULD BE NO DIFFERENT THAN

12   WHAT THEY ARE ALREADY GETTING UNDER THE SETTLEMENT,

13   RIGHT, THEY ARE GETTING COMPLETE REMEDIAL RELIEF BECAUSE

14   THE COOKIES HAVE BEEN EXPIRED SO THE COOKIES WERE TAKEN

15   CARE OF.  THERE ARE NO LONGER COOKIES ON THEIR BROWSERS.

16             THE COURT:  LET ME ASK A QUESTION.

17             WHAT WAS THE SETTLEMENT WITH THE FTC?

18             WHAT DID THAT PROVIDE, AND HOW DOES THAT

19   DIFFER FROM WHAT YOU HAVE HERE NOW?

20             MR. WEIBELL:  GOOD QUESTION, YOUR HONOR.

21             THERE WAS A MONETARY COMPONENT TO THE

22   FTC, SEVERAL MILLION DOLLARS.  THERE WAS ALSO THE

23   INJUNCTIVE RELIEF OBTAINED FOR THE FTC THAT WE WOULD

24   EXPIRE THE COOKIES THAT WERE AT ISSUE, AND TAKE CARE OF

25   THEM THAT WAY.  THE DIFFERENCE THOUGH IS, YOU CAN'T LOOK

1   AT -- THE FTC SETTLEMENT WAS -- THAT DEAL WAS STRUCK IN

2   THE CONTEXT OF OTHER ONGOING INVESTIGATIONS INTO GOOGLE

3   AND TO OTHER CONDUCT, AND IT WAS THE RESULT OF A PRIOR

4   CONSENT DECREE, AS WELL.

5                    GOOGLE HAD ENTERED INTO A PRIOR CONSENT

6   DECREE WITH THE FTC IN ANOTHER CASE ON ANOTHER MATTER,

7   AND THE FOCUS OF THE FTC SETTLEMENT WAS TO ADDRESS AN

8   ISSUE THAT THE FTC FELT GOOGLE HAD NOT COMPLIED WITH,

9   WITH RESPECT TO THAT ORDER IN THIS CASE, IF THAT MAKES

10  SENSE.  SO YOU CAN'T LOOK AT THE SETTLEMENT WITH THE FTC

11  IN ISOLATION.  IT WAS REALLY PART OF AN ONGOING --

12                    THE COURT:  WELL, THAT MAY BE BUT AS A

13  RESULT OF THAT SETTLEMENT, GOOGLE AGREED TO -- AND THERE

14  WAS INJUNCTIVE RELIEF WHEREIN GOOGLE AGREED TO CEASE THE

15  PRACTICE OR NOT TO IMPLEMENT THAT PRACTICE IN THE

16  FUTURE.

17                    THIS SETTLEMENT IN THIS CASE APPEARS TO

18  TRACK THAT, AS FAR AS THE INJUNCTIVE RELIEF IS

19  CONCERNED.  DO I HAVE THAT RIGHT?

20                    MR. WEIBELL:  THAT'S CORRECT, BUT IT

21  GIVES TWO SIGNIFICANT BENEFITS TO THE CLASS THAT THEY

22  DON'T GET FROM THE FTC SETTLEMENT.

23                    SO IT GIVES THEM THE CONTRACTUAL RIGHTS

24  SO IF GOOGLE FAILS TO LIVE UP TO ITS OBLIGATION TO

25  REMOVE THOSE COOKIES OR TO ABIDE BY WHAT IT SAID IT IS

1    GOING TO DO, IT GIVES THEM THE CONTRACTUAL RIGHT TO SUE

2    FOR BREACH OF CONTRACT, RIGHT, BECAUSE THEY HAVE NOW

3    THIS OBLIGATION THAT GOOGLE IS BOUND TO.  A PRIVATE

4    RIGHT OF ACTION THEY DID NOT HAVE BEFORE.

5            IT ALSO AGREES TO PAY MILLIONS OF DOLLARS

6    TO THESE PRIVACY ORGANIZATIONS THAT WERE THE VERY -- ONE

7    OF THEM WAS THE VERY PRIVACY ORGANIZATION THAT

8    IDENTIFIED THIS ISSUE.  THAT MONEY KEEPS THESE

9    ORGANIZATIONS OPERATING SO THE SECURITY RESEARCHERS CAN

10   DETECT THESE FLAWS IN WHAT'S GOING ON IN THE SYSTEM,

11   RIGHT?  YEARS AGO, THE WAY THIS CASE AROSE WAS BECAUSE

12   THERE WAS A PRIVACY RESEARCHER AT ONE OF THESE

13   ORGANIZATIONS THAT WAS AN ORIGINAL CY PRES RECIPIENT IN

14   THIS CASE WHO DETECTED THAT THIS WAS HAPPENING WITH THE

15   COOKIES.  GOOGLE WAS NOT AWARE OF THE PROBLEM.  NOBODY

16   WAS AWARE OF THE PROBLEM.  THIS RESEARCHER, THROUGH VERY

17   TECHNICAL MEANS, DISCOVERED IT, PUBLISHED IT.  IT BECAME

18   AWARE TO GOOGLE, THE GOVERNMENT AND PLAINTIFFS' COUNSEL

19   AND THAT IS WHAT TRIGGERED THIS WHOLE LITIGATION AND

20   EVERYTHING RESULTING FROM IT.

21            AND SO, WE ARE ALSO GIVING MONEY THROUGH

22   THE SETTLEMENT TO ORGANIZATIONS LIKE THAT TO HELP POLICE

23   THESE ISSUES.  THAT IS REALLY THE BEST REMEDY THAT CLASS

24   MEMBERS IN THIS SITUATION AND WHO, THEY CARE ABOUT THEIR

25   PRIVACY, BUT HAVE NOT NECESSARILY BEEN DAMAGED.

1                    THE COURT:  SO AS I UNDERSTAND IT THEN,

2      WHICH MAYBE FINE, THE INJUNCTIVE RELIEF WAS BASICALLY IN

3      PLACE ALREADY, AND GOOGLE, IN FACT, HAD STOPPED THIS

4      PRACTICE, BUT WHAT YOU ARE OFFERING THE CLASS IS

5      THE ABILITY THAT THEY CAN NOW DO THIS PRIVATE RIGHT OF

6      ACTION AS OPPOSED TO RELYING ON THE FTC, WHICH I ASSUME

7      ENFORCES THE AGREEMENTS THAT THEY HAVE ENTERED INTO, AND

8      THEN THERE WILL BE SOME FINANCING OF ORGANIZATIONS THAT

9      CAN MONITOR COMPLIANCE WHICH IS PROBABLY A SOPHISTICATED

10     UNDERTAKING TO BE ABLE TO DO THAT.  SO THAT IS, IN A

11     SENSE, WHAT THIS IS ALL ABOUT.

12                   NOW, IF THAT WAS ALREADY IN THE PRIOR

13     AGREEMENT THAT YOU ENTER INTO WITH THE CLASS, SO I'M

14     JUST TRYING TO THINK IF THAT AGREEMENT DIDN'T PASS

15     MUSTER, I DON'T SEE HOW THIS ONE COULD.

16                   MR. WEIBELL:  GOOD QUESTION, YOUR HONOR.

17                   THE REASON WHY IT DID NOT PASS MUSTER WAS

18     BECAUSE THE THIRD CIRCUIT WAS LOOKING AT THE RECORD, AND

19     IT DID NOT SEE THAT JUDGE ROBINSON HAD PUT INTO THE

20     RECORD THE FINDINGS THAT WE HAVE BEEN EXPLAINING, RIGHT,

21     ABOUT THE WEAKNESS OF THE CLAIMS GOING FORWARD.

22                   THE COURT:  ARE YOU TELLING ME THAT THE

23     CIRCUMSTANCES HAVE EVOLVED?  THERE HAS BEEN AN EVOLUTION

24     IN THIS BUSINESS, AND THAT EVOLUTION WAS NOT REFLECTED

25     ON THE RECORD WHICH WENT UP TO THE THIRD CIRCUIT BECAUSE

1   OF THE PASSAGE OF TIME.  AND AS COUNSEL FOR THE CLASS

2   INDICATED, I MEAN, WE ALL KNOW, THIS IS A RAPIDLY

3   REVOLVING TECHNOLOGY AND INDUSTRY SO THINKING THAT THOSE

4   CHANGES NEVER REALLY GOT INTO THE MIND OF THE THIRD

5   CIRCUIT?

6               MR. WEIBELL:  I THINK THE THIRD CIRCUIT

7   DID NOT -- SO WHAT WE HAVE DONE HERE IS WE PUT INTO THE

8   RECORD EVIDENCE THAT SHOWS REALLY THE STRENGTHS, OR IN

9   THIS CASE, THE WEAKNESSES OF THE CLAIMS GOING FORWARD.

10  THE THIRD CIRCUIT DID NOT HAVE THE BENEFIT OF THAT BUT

11  WHAT THEY WERE REALLY LOOKING AT IS THEY ASKED -- THE

12  QUESTION THEY PUT BACK TO THIS COURT WAS TO CONSIDER

13  WHETHER THE NOTICE HAD BEEN GIVEN, RIGHT, WHETHER DUE

14  PROCESS WAS SATISFIED BECAUSE NOTICE WAS GIVEN.  WHETHER

15  THE PREDOMINANCE AND SUPERIORITY ISSUES WERE SATISFIED

16  IN THIS CASE AND THEN THERE WAS THE CY PRES ISSUE WHICH

17  --

18               THE COURT:  I THINK AGAIN, I MEAN, I

19  THINK I'M QUOTING WHAT THEY SAID.

20               THE DISTRICT THE COURT DID NOT ASSESS

21  FAIRNESS, REASONABLENESS AND ADEQUACY.  THAT IS WHAT THE

22  THIRD CIRCUIT SAID THE DISTRICT COURT DID NOT DO.

23               YOU FOLKS SEEM TO THINK THAT THERE ARE

24  LITTLE THINGS THAT CAN BE FIXED.  I THINK THOSE WORDS

25  MEAN YOU GOT TO GO TO THE BEGINNING AND FIGURE OUT WHAT

1    HAPPENED HERE.

2              I WANT TO UNDERSTAND WHAT I'M SUPPOSED TO

3    DO.  I READ THE OPINION AND THEY SAID, YOU BETTER LOOK

4    AT IT AND, IN FACT, IT EMPHASIZES THE NEED FOR SCRUTINY,

5    INTENSE SCRUTINY OF WHAT THE AGREEMENT IS AND THEN IT

6    SAYS, THE DISTRICT COURT DID NOT DO IT, YOU GO AND DO IT

7    BUT YOU ARE TELLING ME THAT THERE IS JUST A COUPLE

8    NARROW ISSUES AND THAT IS IT.

9              MR. WEIBELL:  YOUR HONOR, TO BE FAIR, THE

10   ISSUES ARE NARROW BUT THE ANALYSIS TO BE DONE -- YOUR

11   HONOR IS EXACTLY RIGHT.  THE THIRD CIRCUIT WANTS THIS

12   COURT TO GO AND DO THE THOROUGH ANALYSIS.  WE THINK THE

13   SETTLEMENT SURVIVES THAT ANALYSIS.  WHEN YOU LOOK AT THE

14   THIRD CIRCUIT, THEY DID NOT DO THE ANALYSIS.  THEY WANT

15   THIS COURT TO DO IT.

16             SO I THINK IT IS IMPORTANT TO RECOGNIZE

17   THAT THE THIRD CIRCUIT DID NOT REJECT THE SETTLEMENT ON

18   ITS MERITS BY ANY MEANS.  IT JUST WANTED THE DISTRICT

19   COURT TO MAKE THE FACTUAL FINDINGS RELATED TO THE

20   APPROPRIATE FACTORS SO THAT THEY WOULD HAVE THE FULL

21   RECORD AHEAD.

22             IN ORDER TO HELP THE COURT DO THAT, WE

23   HAVE PROVIDED THE LAWRENCE YOU DECLARATION WHICH HELPS

24   THE COURT SEE THE MERITS OF THE CASE, RIGHT.  WE HAVE

25   PROVIDED THE OTHER DESCRIPTIONS OF THE PROCEDURAL

1        HISTORY IN THIS CASE.  THE COURT CAN SEE LEGALLY WHAT IS

2        LEFT IN THE CASE.  WHAT THE LEGAL BURDEN ON THE

3        PLAINTIFFS WOULD BE IF THEY WERE TO GO FORWARD AND SO

4        THE COURT HAS ALL OF THE MATERIALS IT NEEDS IN ORDER TO

5        EVALUATE THE SETTLEMENT UNDER THE PROCTOR FACTORS AND I

6        THINK BOTH MR. STRANGE AND I ARE PREPARED TO ADDRESS ANY

7        SPECIFIC QUESTIONS ABOUT THOSE FACTORS.  I THINK IT IS

8        EASY TO SATISFY THE FACTORS IN THIS CASE AND WE ARE

9        PRESENTING OURSELVES SO THAT WE CAN ANSWER THE COURT'S

10       QUESTIONS ON ANY OF THOSE ISSUES IF THE COURT HAS THEM,

11       BUT WE DO FEEL LIKE IT DOES MEET THOSE FACTORS.

12                       THE COURT:  I THINK THAT MR. STRANGE

13       WANTED TO JUMP BACK IN.

14                       WHY DON'T YOU DO THAT NOW.

15                       MR. STRANGE:  THANK YOU, YOUR HONOR.

16                       I THINK ONE OF THE THINGS THAT THE COURT

17       OF APPEALS SAID IN THEIR OPINION IS, IN THIS CASE, DOES

18       THE DISTRICT COURT FIND THAT THERE IS SUFFICIENT

19       JUSTIFICATION FOR A CY PRES ONLY DISTRIBUTION TO THE

20       CLASS MEMBERS?  I THINK WHAT WAS LACKING IN THE RECORD

21       -- IT MAY HAVE BEEN IN THE RECORD BUT PERHAPS WE DID NOT

22       EXPLAIN IT APPROPRIATELY AND LAY IT OUT FOR THE DISTRICT

23       COURT LAST TIME WAS WHEN WE LOOK AT THIS CASE, WHAT ARE

24       THE STRENGTHS OF OUR CLAIM?  AND WHAT ARE THE POTENTIAL

25       BENEFITS TO THE CLASS IF WE PROCEED THROUGH TRIAL.  WHAT

1    IS THE EXPENSE OF PROCEEDING THROUGH TRIAL?  AND AS YOUR

2    HONOR KNOWS, THERE ARE CASES THAT BASICALLY SAY, A

3    SETTLEMENT IS A PRACTICAL TOOL THAT SHOULD BE ROOTED IN

4    THE PARTICULAR FACTS OF THE CASE AND THE PROCEDURAL

5    POSTURE AT THE TIME.  SO THAT IS WHY I'M GETTING TO THE

6    FACT THAT NINE YEARS LATER WE ARE HERE ON THESE

7    IMPORTANT DATA PRIVACY ISSUES AND WHAT WE HAVE IS A

8    PROPOSAL TO NOT GIVE THIS AMOUNT OF MONEY TO MILLIONS OF

9    CLASS MEMBERS, BUT TO USE IT TO HELP POLICE A GIANT LIKE

10   GOOGLE IN FUTURE DATA PRIVACY ISSUES.  SO I THINK WHAT

11   WE HAVE DONE HERE, HOPEFULLY, IS EXPLAINED AND I'M THE

12   LAST PERSON THAT WANTS TO EXPLAIN WHY MY CASE IS NOT AS

13   GOOD AS I THOUGHT IT WAS, BUT I HAVE AN OBLIGATION, I

14   THINK, TO THE COURT AND TO THE CLASS MEMBERS TO SAY,

15   LISTEN, THIS IS WHERE WE ARE.  WE HAVE TWO CLAIMS.  WE

16   HAVE A CLAIM UNDER THE CALIFORNIA CONSTITUTION.  WE HAVE

17   A CLAIM UNDER CALIFORNIA COMMON LAW FOR A VIOLATION OF

18   PRIVACY, AND I THINK BASED ON THE POTENTIAL RECOVERY OF

19   THOSE CLAIMS, THAT THERE IS SUFFICIENT JUSTIFICATION AND

20   THAT THIS SETTLEMENT DOES BENEFIT THE CLASS AS

21   STRUCTURED AND SO THAT IS PART OF THE RECORD HERE, I

22   HOPE, BUT THE OTHER PART IS, AND NOT TO BELABOR IT, IS

23   JUST THE WAY IT IS DISTRIBUTED.  WHO IS GOING TO HAVE

24   THE CONTROL OF THOSE FUNDS WAS A CONCERN BY THE COURT OF

25   APPEALS AND I THINK WE HAVE RECTIFIED THAT BY GIVING

1    COMPLETE CONTROL OF THAT TO A NEUTRAL TO SELECT THESE CY

2    PRES RECIPIENTS WHO HAVE TO FILE A DECLARATION AND

3    APPEAR BEFORE THE COURT IF YOU THINK IT IS APPROPRIATE

4    AT THE FINAL HEARING TO EXPLAIN TO YOU WHAT THEY ARE

5    GOING TO DO WITH THOSE FUNDS AND HOW THOSE FUNDS WILL

6    INDIRECTLY BENEFIT THE CLASS AS WE PROCEED FORWARD IN

7    THESE TYPES OF CASES.

8                THE COURT:  I THINK THE CY PRES ISSUE IS

9    RECTIFIABLE.  I DON'T THINK THAT IS A REAL ISSUE.  I

10   THINK THE ISSUES ARE WHETHER OR NOT YOU ARE GOING TO

11   CERTIFY A (B)(3) CLASS IN THIS CASE UNDER THE FACTS OF

12   THIS CASE, AND WHETHER OR NOT A SETTLEMENT --

13   PARTICULARLY A (B)(3) SETTLEMENT WHICH ONLY HAS AN

14   ATTENUATED RELATIONSHIP THROUGH THE CLASS IS ONE THAT IT

15   IS FAIR AND REASONABLE AND ADEQUATE AND THOSE ARE THE

16   ISSUES.

17               NOW, THE THIRD CIRCUIT DID NOT DEAL WITH

18   (B)(3) BECAUSE IT WAS NOT THERE.  SO THE QUESTION IS,

19   CAN YOU GET A (B)(2) CLASS CERTIFIED?  I THINK YOU BEGIN

20   WITH THAT, AND THAT TO ME SEEMS A CLOSER CALL BUT FOR

21   THE RELEASE.

22               MR. STRANGE:  YOUR HONOR, LET'S SAY THAT

23   WE LOOKED AT THAT, AND WE SAY OKAY, WE SATISFY THE

24   REQUIREMENTS OF A (B)(2) CLASS BECAUSE THE INJUNCTIVE

25   RELIEF AND BECAUSE OF THE CY PRES DAMAGES WHICH I THINK

1    THE THIRD CIRCUIT HAS INDICATED IN THIS CASE ARE

2    APPROPRIATE.

3              SO THE ISSUE ON THE RELEASE, LET'S SAY IF

4    -- AND GOOGLE HAS NOT AGREED TO THIS, BUT WHAT IF YOUR

5    HONOR SAID I APPROVE IT BUT I'M NOT GOING TO RELEASE ANY

6    DAMAGE CLAIMS, THE RELEASE IS TOO BROAD, SO NARROW THE

7    RELEASE.  THAT CAN BE A CONDITION OF APPROVAL.

8              AS A PRACTICAL MATTER, YOU KNOW WE HAVE

9    50 OPT-OUTS THAT OPTED OUT IN 2016 AND NONE OF THEM HAS

10   FILED AN ACTION.  MAYBE SOME ONE WILL WANT TO FILE A

11   CASE AGAINST GOOGLE AND MAYBE THEY WON'T AGREE TO THE

12   SETTLEMENT IF THEY DON'T GET THAT BROAD RELEASE BUT THAT

13   COULD BE PART OF YOUR HONOR'S ORDER.  I WILL, AS A

14   PRACTICAL MATTER, WHICH WE HAVE TO LOOK AT IN THESE

15   TYPES OF CASES, I DON'T SEE THE CLASS MEMBERS BEING

16   AFFECTED MUCH ON THE FACTS OF THIS CASE NINE YEARS LATER

17   WITH THESE TWO CLAIMS RELEASING THEIR DAMAGE CLAIMS AS A

18   PART OF THE SETTLEMENT DOES NOT SEEM TO BE A HUGE ISSUE

19   FOR THE CLASS.

20             THE COURT:  AS A PRACTICAL MATTER THEN,

21   GIVEN SOME RATIONALITY, I MEAN, THERE CAN BE SOME

22   STRANGE DEVELOPMENT BUT AS A PRACTICAL MATTER, IS GOOGLE

23   REALLY IN JEOPARDY OF BEING SUED FOR DAMAGES WHEN THE

24   LIKELIHOOD OF ANY DAMAGES IS RATHER MINUSCULE.  THERE

25   CAN BE, I GUESS, A THEORETICAL EXPOSURE, BUT IS THERE A

1    REALISTIC EXPOSURE THAT A LAWYER IS GOING TO SPEND TIME

2    AND EFFORT PURSUING A CASE WHICH, LET'S SAY, IS A WEAK

3    CASE?  LET'S HEAR FROM GOOGLE.

4              MR. WEIBELL:  YES, YOUR HONOR.

5              SO THE ANSWER TO THAT IS BECAUSE GOOGLE

6    IS GOOGLE.  GOOGLE IS ALWAYS GOING TO BE SUED BY

7    ENTERPRISING LAWYERS FOR CLAIMS THAT WE THINK HAVE NO

8    MERIT.  IN FACT, WE THOUGHT THAT WAS THIS CASE, RIGHT,

9    WE FELT THIS CASE HAD NO MERIT AND INDEED WE DISMISSED

10   -- WE GOT NEARLY EVERY CLAIM DISMISSED IN A FIRM

11   DISMISSAL ON APPEAL.

12             SO I THINK THAT BECAUSE GOOGLE IS GOOGLE

13   THERE IS ALWAYS A RISK THAT GOOGLE WILL BE SUED AND

14   CLASS MEMBERS WHO MAY HAVE BEEN WAITING IN THE WINGS AND

15   WHILE THE STATUTE OF LIMITATIONS HAS BEEN TOLLED BY THIS

16   NINE-YEAR NOW CLASS ACTION THAT HAS BEEN PENDING.  I

17   THINK THERE IS STILL A VERY LIVE RISK THAT IT WILL BE

18   SUED AFTER THIS AND FOR THAT REASON, GOOGLE DOES HAVE

19   MUCH OF AN INTEREST IN FORECLOSING THAT BY HAVING THE

20   RELEASE OF MONETARY CLAIMS, BUT IN A WAY THAT

21   RECOGNIZING THAT THOSE CLAIMS ARE NOT WORTH MUCH AND IT

22   WOULD ONLY WASTE JUDICIAL RESOURCES AND PARTY RESOURCES

23   FOR US TO HAVE TO GO THROUGH THIS AGAIN WITH SOME OTHER

24   PLAINTIFFS' COUNSEL WHO FILES, JUST SEEKING TO GET A

25   PAYOFF, RIGHT, I MEAN THAT IS THE ISSUE.  THERE ARE

1    ENOUGH PEOPLE KNOWING THAT GOOGLE HAS A DEEP POCKET THAT

2    THEY WOULD BE WILLING TO BRING A MARGINAL CASE JUST IN

3    THE HOPES OF GETTING A PAYOFF, SO THAT IS THE RISK THAT

4    WE ARE TRYING TO AVOID.

5              THE COURT:  LET ME THEN TRY TO SUMMARIZE

6    WHAT THE ALTERNATIVES ARE HERE.

7              ONE WOULD BE TO HAVE THE COURT DETERMINE

8    WHETHER -- OR GIVE PRELIMINARY APPROVAL TO CERTIFICATION

9    OF A (B)(2) RULE AND (B)(3) CLASS.

10              NUMBER TWO WOULD BE TO REJECT THE (B)(3)

11   CLASS BUT HOLD THAT A (B)(2) CLASS MINOR THE SETTLEMENT

12   CAN BE CERTIFIED AND THAT THE SETTLEMENT AGREEMENT UNDER

13   THOSE CIRCUMSTANCES WILL BE FAIR AND REASONABLE AND

14   ADEQUATE.

15              AND I SUPPOSE A THIRD OUTCOME WOULD

16   SIMPLY BE THAT YOU GO BACK AND TRY TO WORK SOMETHING OUT

17   OR DROP THE SUIT OR DO SOMETHING ELSE.  THAT IS, THAT

18   YOU SAY TO THE COURT, WE WILL HOLD IT.  WE WILL BE BACK

19   TO YOU.  SO THAT SEEMS TO ME SORT OF THE THREE

20   ALTERNATIVES HERE, AND THAT IS WHY WE ARE HAVING THIS

21   HEARING BECAUSE THERE ARE A LOT OF POSSIBILITIES HERE

22   AND I WANTED TO, AND I THINK YOU HAVE BEEN RESPONSIVE TO

23   MANY OF THE QUESTIONS HERE.  I THINK RESPONSIVE IS

24   SOMETHING DIFFERENT THAN SATISFYING ME BUT YOU HAVE

25   CERTAINLY HAVE BEEN FORTHCOMING AND CANDID ABOUT WHAT IS

1    HAPPENING IN THIS CASE.

2              SO WE COULD, AT THE VERY LEAST HAVE HAD,

3    OR NEED TO HAVE SUPPLEMENTAL BRIEFING HERE BUT MAYBE YOU

4    WANT TO THINK ABOUT WHETHER YOU WANT TO STAND ON WHAT

5    YOU HAVE PROPOSED OR WHETHER YOU WANT TO MODIFY IT

6    BEFORE WE GO FORWARD.

7              THE LAST THING WE WANT TO DO IS BURDEN

8    EVERYBODY WITH MORE PAPER -- DIGITAL PAPER NOWADAYS BUT

9    NEVERTHELESS PAPER, BUT AT THE SAME TIME, YOU ARE

10   ENTITLED TO AN ANSWER.  THIS IS WHERE YOU WOULD LIKE TO

11   GO.

12             MR. STRANGE, WHAT DO YOU THINK?  WHERE

13   SHOULD WE GO WITH THIS?

14             MR. STRANGE:  YOUR HONOR, I THINK WE

15   SHOULD DO SOME SUPPLEMENTAL BRIEFING.

16             I MEAN, I CERTAINLY BELIEVE THAT IF WE

17   MODIFIED IT AND DID NOT RELEASE DAMAGE CLAIMS, THAT

18   WOULD BE SOMETHING THAT WE WOULD BE INTERESTED IN AS

19   PLAINTIFFS.  I UNDERSTAND THAT GOOGLE MAY NOT BE BUT,

20   YOU KNOW, I OBVIOUSLY LIKE THAT ALTERNATIVE.

21             AND THEN THE SECOND THING, IF WE COULD

22   NOT GET AN ORDER OF THAT, I WOULD LIKE TO CONSIDER

23   WHETHER, UNDER THESE CIRCUMSTANCES THAT WE HAVE

24   EXPLAINED, FURTHER BRIEFING, WHETHER A (B)(3) CLASS

25   WOULD BE APPROPRIATE.  IT SOUNDS LIKE YOUR HONOR'S

```
 1        INITIAL INCLINATION IS THAT IT WOULD NOT BE BECAUSE THE

 2        BREADTH OF THE RELEASE IS TOO GREAT FOR A (B)(3).

 3                    I HAD A QUESTION FOR, YOUR HONOR, WHETHER

 4        YOU BELIEVE THAT UNDER -- WE HAVE SATISFIED YOUR HONOR

 5        THAT THERE HAS BEEN THE BEST PRACTICAL NOTICE GIVEN ON A

 6        (B)(3) CLASS?

 7                    THE COURT:  WE WILL HAVE TO TAKE A LOOK

 8        AT IT DEPENDING UPON WHERE WE GO.  WHETHER WE HAVE

 9        (B)(3) OR THE (B)(2) CLASSES, I DON'T THINK WE CAN AT

10        THIS POINT, AND I MEAN THAT IS A CORRECTABLE ITEM.  THE

11        QUESTION IS, IS THERE A MEETING OF THE MINDS BETWEEN THE

12        PARTIES AND DOES IT SATISFY RULE 23.  THEN THERE MAY BE

13        SOME TWEAKING THAT NEEDS TO BE DONE BUT I THINK THE

14        THRUST OF IT IS THE CERTIFICATION OF A CLASS AND THE

15        FAIRNESS OF THE SETTLEMENT AND THOSE ARE THE BIG ISSUES.

16                    SO IT SEEMS TO ME THEN THAT WHAT I OUGHT

17        TO DO IS ENTER AN ORDER ASKING FOR ADDITIONAL BRIEFING

18        AND IN THAT ORDER MAYBE ZERO IN ON SOME OF THE SPECIFIC

19        QUESTIONS THAT I WOULD LIKE TO HAVE BRIEFED, AND THEN AT

20        THE SAME TIME IF THERE ARE OTHER QUESTIONS, YOU CAN ADD

21        THEM TO YOUR BRIEFING BUT CERTAINLY THE ONES THAT I HAVE

22        THE GREATEST CONCERN COULD BE THERE, AND IN THE

23        MEANTIME, THE TWO OF YOU COULD TALK AGAIN, BECAUSE I

24        DON'T THINK IT'S FAIR TO ASK YOU TO RENEGOTIATE YOUR

25        AGREEMENT HERE ON ZOOM BUT YOU KNOW THERE MAY BE A WAY
```

1    OF TRYING TO BRIDGE SOME DIFFERENCES HERE BUT YOU DON'T

2    HAVE TO DO IT HERE ON THE AIR.

3               FOR EXAMPLE, I CAN GIVE YOU 30 DAYS FOR

4    SUPPLEMENTAL BRIEFING AND IN THE MEANTIME, YOU CAN WALK

5    AND CHEW GUM, YOU CAN ALSO BE TALKING TO EACH OTHER

6    ABOUT THAT.  YOU MAY, IN FACT, I THINK YOU DID, YOU

7    COULD SUBMIT A JOINT SUPPLEMENTAL BRIEF IF YOU WANT TO

8    OR THERE MAY BE SOME DIFFERENCES BETWEEN YOUR POSITIONS,

9    AND AT THE END OF THE 30 DAYS, I EITHER WILL GET

10   SUPPLEMENTAL BRIEFING FROM YOU OR I WILL GET A HOLLER

11   FROM YOU THAT THERE ARE SOME MODIFICATIONS TO WHAT YOU

12   WOULD LIKE TO PRESENT THE COURT IN TERMS OF A SETTLEMENT

13   AGREEMENT.  THAT WOULD BE MY SUGGESTION HERE.

14               I DO WANT TO ASK MR. SHULMAN, YOU ARE

15   NOT, I THINK YOU WANTED TO HEAR THE CASE, BUT YOU ARE

16   NOT REALLY PARTICIPATING IN THIS MATTER.

17               WHAT MAY HAPPEN IS, IF WE DO GET A

18   SUPPLEMENTAL BRIEFING, YOU COULD BE ASKED TO BE A FRIEND

19   OF THE COURT TO COMMENT ON THAT SUPPLEMENTAL BRIEFING

20   WHEN IT COMES IN, BUT TO DO SO, WE WOULD ALERT YOU TO

21   THAT SO IF THAT BECOMES SOMETHING THAT WILL BE HELPFUL

22   TO THE COURT.  SO I THINK THAT IS WHERE WE ARE.

23               MR. STRANGE, ANYTHING YOU WANT TO ASK OR

24   ADD?

25               MR. STRANGE:  NO, YOUR HONOR, I THINK

1    THAT MAKES A LOT OF SENSE, AND I APPRECIATE YOUR

2    INDULGENCE IN OUR DISCUSSIONS OF THESE ISSUES AND YOUR

3    WISDOM.  I AGREE WITH THAT.

4             THE COURT:  MR. WEIBELL.

5             MR. WEIBELL:  YES, YOUR HONOR.  THANK

6    YOU, AS WELL.  YOUR HONOR'S PLAN IS EXACTLY WHAT I WAS

7    GOING TO SUGGEST.

8             I THINK THAT WE CAN ADDRESS ALL OF THE

9    FACTORS THAT THE COURT NEEDS TO ADDRESS AND IF THERE ARE

10    QUESTIONS THAT NEED TO BE FLUSHED OUT, WE CAN CERTAINLY

11    DO THAT IN SUPPLEMENTAL BRIEFING.

12             I WOULD ASK, IT WOULD BE HELPFUL IF THE

13    COURT WERE TO NARROW OR BE SPECIFIC IN ITS QUESTIONS.

14    FOR EXAMPLE, IF THERE ARE PARTICULAR GIRSH FACTORS THAT

15    ARE AN ISSUE OR A DUE PROCESS CONCERN THAT IS AT ISSUE

16    THAT YOU WOULD LIKE US TO ADDRESS, WE WOULD CERTAINLY

17    ADDRESS -- I WOULD HATE FOR US TO END UP IN A SITUATION

18    WHERE WE HAD THE ANSWER BUT DID NOT HAVE THE OPPORTUNITY

19    TO PROVIDE IT TO YOUR HONOR SO WE WOULD LIKE TO DO THAT.

20             ALSO, I DON'T THINK IT IS REALISTIC TO

21    THINK THAT THE PARTIES WOULD BE ABLE TO REACH AN

22    AGREEMENT THAT DIDN'T INVOLVE A RELEASE OF THE MONETARY

23    CLAIMS.  AND SO I DO THINK THAT IS A KEY COMPONENT HERE.

24    I WANT TO ALERT EVERYBODY TO THAT.

25             AGAIN, I THINK THAT WE CAN WORK THROUGH

1    THAT BY SHOWING HOW THAT IS STILL POSSIBLE AND SATISFIES

2    RULE 23 UNDER THE CIRCUMSTANCES.

3                    THE COURT:  WELL, I THINK THAT, AND EACH

4    PARTY HAS TO MAKE ITS OWN DETERMINATION AS TO WHAT IS

5    THE BENEFIT THAT THEY WOULD OBTAIN SO THAT IS ENTIRELY

6    UNDERSTANDABLE BUT I THINK THAT IS A BIG STUMBLING BLOCK

7    IF YOU WANT TO GET OVER THIS CASE AND MOVE ON WITH LIFE

8    BUT WE WILL SEE.  WE WILL SEE WHAT WE WILL GET.  OKAY.

9    VERY WELL.  ANYTHING ELSE?

10                    IF NOT, WE ARE GOING TO BRING THIS TO AN

11   END AND APPRECIATE YOUR PRESENTATIONS AND AS I SAID,

12   THEY HAVE BEEN HELPFUL SO WE WILL ENTER THE APPROPRIATE

13   ORDERS TO MOVE ON FROM HERE.  OKAY, WELL THANK YOU.

14                    ALL COUNSEL:  THANK YOU, YOUR HONOR.

15                    (COURT ADJOURNED.)

16

17

18                    I CERTIFY THAT THE FOREGOING IS A CORRECT

19   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

20   ABOVE-ENTITLED MATTER.

21

22                                     *Suzanne White*

23   3/2/21                    SUZANNE R. WHITE
     DATE
24                             OFFICIAL COURT REPORTER

25

**$**

**$10** [3] - 23:9, 23:11, 23:20

**1**

**12100** [1] - 1:16
**1900** [1] - 1:16
**19106** [2] - 1:9, 1:22
**1:12-MD-02358** [1] - 1:4

**2**

**2015** [1] - 24:21
**2016** [1] - 35:9
**2021** [1] - 1:9
**23** [12] - 11:23, 12:14, 12:16, 19:22, 22:9, 22:12, 22:15, 22:21, 22:22, 39:12, 42:2
**23(E** [1] - 13:11
**25** [1] - 1:9
**2609** [1] - 1:21
**267)299-7252** [1] - 1:23
**2:00** [1] - 1:10

**3**

**3/2/21** [1] - 42:23
**30** [2] - 40:3, 40:9

**5**

**50** [3] - 8:13, 15:6, 35:9
**563,000** [1] - 8:10

**6**

**601** [2] - 1:8, 1:22
**650** [1] - 2:3

**9**

**90025** [1] - 1:16
**94304-1050** [2] - 2:3

**A**

**ABIDE** [1] - 27:25
**ABILITY** [2] - 21:19, 29:5
**ABLE** [3] - 21:23, 29:10, 41:21
**ABOUT** [16] - 4:19, 10:21, 12:1, 14:11, 17:10, 18:21, 23:23,

23:24, 24:14, 28:24, 29:11, 29:21, 32:7, 37:25, 38:4, 40:6
**ABOVE** [1] - 42:20
**ABOVE-ENTITLED** [1] - 42:20
**ABSENCE** [1] - 14:9
**ACCEPT** [1] - 6:7
**ACCESS** [2] - 7:9, 15:25
**ACCORDING** [1] - 12:4
**ACQUIRED** [1] - 8:6
**ACROSS** [1] - 6:21
**ACT** [1] - 16:9
**ACTION** [6] - 1:4, 12:9, 28:4, 29:6, 35:10, 36:16
**ACTIONS** [1] - 13:23
**ACTIVITIES** [1] - 7:16
**ACTUAL** [1] - 24:8
**ACTUALLY** [2] - 6:3, 25:11
**AD** [2] - 11:10, 25:3
**ADAM** [2] - 2:8, 3:17
**ADD** [2] - 39:20, 40:24
**ADDITIONAL** [2] - 12:15, 39:17
**ADDRESS** [11] - 5:2, 10:23, 11:22, 17:21, 20:9, 27:7, 32:6, 41:8, 41:9, 41:16, 41:17
**ADDRESSED** [5] - 7:14, 9:18, 9:24, 10:5, 22:19
**ADEQUACY** [1] - 30:21
**ADEQUATE** [2] - 34:15, 37:14
**ADJOURNED** [1] - 42:15
**ADMINISTRATIVELY** [1] - 11:1
**ADS** [3] - 8:8, 8:9
**ADVERTISING** [1] - 11:11
**AFFECT** [1] - 5:22
**AFFECTED** [1] - 35:16
**AFFILIATION** [1] - 12:13
**AFFIRMED** [1] - 24:23
**AFTER** [6] - 5:23, 8:12, 8:23, 15:4, 24:20, 36:18
**AFTERNOON** [3] - 3:3, 3:8, 3:16
**AGAIN** [5] - 23:2, 30:18, 36:23, 39:23, 41:25

**AGAINST** [4] - 5:8, 13:19, 13:20, 35:11
**AGO** [4] - 5:5, 6:3, 21:22, 28:11
**AGREE** [3] - 16:22, 35:11, 41:3
**AGREED** [5] - 6:21, 23:9, 27:13, 27:14, 35:4
**AGREEING** [2] - 20:25, 21:1
**AGREEMENT** [11] - 9:19, 12:25, 14:2, 16:19, 29:13, 29:14, 31:5, 37:12, 39:25, 40:13, 41:22
**AGREEMENTS** [1] - 29:7
**AGREES** [1] - 28:5
**AHEAD** [1] - 31:21
**AIDED** [1] - 1:25
**AIR** [1] - 40:2
**ALERT** [2] - 40:20, 41:24
**ALL** [21] - 3:2, 7:12, 7:24, 8:9, 8:12, 10:14, 10:18, 11:5, 11:7, 14:25, 23:25, 24:6, 24:22, 24:24, 25:5, 26:4, 29:11, 30:2, 32:4, 41:8, 42:14
**ALLEGATION** [1] - 24:24
**ALLEGATIONS** [2] - 5:11, 24:1
**ALLEGED** [5] - 13:23, 22:1, 24:7, 24:9, 24:15
**ALLEGEDLY** [1] - 22:2
**ALLOW** [4] - 4:16, 6:1, 6:4, 22:6
**ALONE** [1] - 8:10
**ALONG** [1] - 24:6
**ALREADY** [4] - 12:12, 26:12, 29:3, 29:12
**ALSO** [9] - 2:6, 3:13, 7:10, 25:20, 26:22, 28:5, 28:21, 40:5, 41:20
**ALTERNATIVE** [1] - 38:20
**ALTERNATIVES** [2] - 37:6, 37:20
**ALTO** [1] - 2:3
**ALWAYS** [2] - 36:6, 36:13
**AM** [1] - 21:18
**AMERICA** [1] - 11:8

**AMERICANS** [2] - 12:6, 12:23
**AMOUNT** [2] - 18:24, 33:8
**AMOUNTS** [1] - 18:18
**AN** [26] - 6:19, 7:15, 8:4, 9:1, 12:4, 12:12, 15:5, 19:4, 20:16, 22:25, 25:9, 26:7, 27:7, 27:11, 28:13, 29:23, 33:13, 34:13, 35:10, 36:19, 38:10, 38:22, 39:17, 41:15, 41:21, 42:10
**ANALYSIS** [6] - 10:3, 20:24, 31:10, 31:12, 31:13, 31:14
**AND** [249] - 3:2, 3:10, 3:13, 3:14, 4:7, 4:12, 5:5, 5:6, 5:7, 5:8, 5:12, 5:16, 5:19, 5:21, 6:1, 6:4, 6:7, 6:8, 6:12, 6:17, 6:21, 7:1, 7:3, 7:6, 7:7, 7:9, 7:10, 7:13, 7:16, 7:19, 7:20, 7:21, 7:23, 7:24, 8:14, 8:17, 8:23, 8:24, 9:2, 9:7, 9:11, 9:12, 9:18, 10:1, 10:3, 10:5, 10:8, 10:10, 10:15, 10:18, 10:19, 10:22, 11:1, 11:9, 11:15, 11:24, 12:7, 12:14, 12:21, 13:17, 13:19, 13:20, 13:21, 14:2, 14:4, 14:7, 14:8, 15:5, 15:8, 15:11, 15:15, 15:17, 15:19, 15:22, 16:1, 16:10, 16:11, 16:22, 17:1, 17:2, 17:8, 17:16, 17:21, 17:25, 18:1, 18:2, 18:5, 18:6, 18:7, 18:10, 18:16, 18:22, 18:24, 18:25, 19:3, 19:4, 19:7, 19:8, 19:17, 19:23, 20:4, 20:5, 20:7, 20:13, 20:17, 20:20, 20:22, 20:23, 21:1, 21:7, 21:10, 21:11, 21:15, 21:16, 21:20, 21:21, 21:24, 22:4, 22:8, 22:14, 22:18, 22:23, 23:1, 23:9, 23:14, 23:20, 23:21, 23:25, 24:2, 24:3, 24:4, 24:5, 24:17, 25:3, 25:5, 25:6,

25:9, 25:10, 25:12, 25:16, 25:17, 25:21, 25:24, 26:1, 26:6, 26:9, 26:10, 26:18, 26:24, 27:3, 27:7, 27:13, 28:18, 28:19, 28:21, 28:24, 29:3, 29:7, 29:18, 29:24, 30:1, 30:3, 30:15, 30:16, 30:21, 30:25, 31:3, 31:4, 31:5, 31:6, 31:8, 31:12, 32:3, 32:5, 32:6, 32:8, 32:22, 32:24, 33:1, 33:4, 33:7, 33:11, 33:14, 33:18, 33:19, 33:21, 33:22, 33:25, 34:2, 34:5, 34:12, 34:15, 34:20, 34:23, 34:25, 35:4, 35:9, 35:11, 36:2, 36:9, 36:13, 36:14, 36:18, 36:21, 36:22, 37:9, 37:12, 37:13, 37:15, 37:16, 37:20, 37:22, 37:25, 38:17, 38:21, 39:10, 39:12, 39:14, 39:15, 39:18, 39:19, 39:22, 40:4, 40:5, 40:9, 41:1, 41:2, 41:9, 41:23, 42:1, 42:3, 42:7, 42:11
**AND-A-HALF** [4] - 16:10, 17:8, 18:2, 18:16
**ANGELES** [1] - 1:16
**ANOTHER** [2] - 27:6
**ANSWER** [7] - 11:21, 21:20, 23:25, 32:9, 36:5, 38:10, 41:18
**ANTHONY** [2] - 2:2, 3:11
**ANY** [14] - 4:15, 11:23, 14:4, 14:23, 17:3, 17:17, 23:1, 31:18, 32:6, 32:10, 35:5, 35:24
**ANYBODY** [1] - 17:4
**ANYONE** [1] - 25:22
**ANYTHING** [3] - 21:4, 40:23, 42:9
**ANYWAY** [1] - 12:8
**APOLOGIZE** [1] - 14:23
**APPEAL** [5] - 9:1, 9:5, 18:23, 24:22, 36:11
**APPEALS** [6] - 6:22, 6:23, 9:23, 19:1, 32:17, 33:25

APPEAR[1] - 34:3
APPEARANCE[1] - 9:18
APPEARANCES[3] - 1:14, 2:1, 3:6
APPEARS[3] - 5:23, 10:2, 27:17
APPLE[4] - 5:24, 11:8, 25:13, 25:16
APPLICATIONS[1] - 9:21
APPLY[1] - 12:15
APPOINT[1] - 9:20
APPRECIATE[3] - 10:23, 41:1, 42:11
APPROPRIATE[13] - 10:3, 14:11, 14:15, 14:17, 14:20, 19:1, 19:2, 19:21, 31:20, 34:3, 35:2, 38:25, 42:12
APPROPRIATELY[1] - 32:22
APPROVAL[4] - 3:5, 4:5, 35:7, 37:8
APPROVE[1] - 35:5
APPROVED[3] - 8:19, 8:23, 8:24
ARE[72] - 4:12, 4:13, 6:25, 10:1, 10:10, 10:24, 11:13, 12:21, 13:24, 16:3, 16:5, 16:7, 16:12, 16:13, 17:10, 17:23, 18:5, 18:21, 19:3, 19:23, 20:2, 20:25, 21:1, 21:2, 21:3, 21:7, 21:8, 21:11, 22:6, 22:10, 23:13, 24:7, 26:12, 26:13, 26:15, 28:21, 29:4, 29:22, 30:23, 31:7, 31:10, 32:6, 32:8, 32:23, 32:24, 33:2, 33:6, 33:15, 34:4, 34:10, 34:15, 35:1, 36:21, 36:25, 37:4, 37:6, 37:20, 37:21, 38:9, 39:15, 39:20, 40:11, 40:14, 40:15, 40:22, 41:9, 41:14, 41:15, 42:10
ARGUED[1] - 18:23
ARGUMENT[5] - 1:5, 6:19, 9:9, 23:4, 23:10
ARISE[1] - 12:21
AROSE[3] - 5:10, 12:21, 28:11
AROUND[1] - 24:10

ARTICLE[2] - 6:19, 6:25
AS[45] - 3:20, 4:10, 5:4, 6:3, 6:9, 8:24, 9:4, 9:19, 10:8, 11:4, 12:19, 16:4, 17:15, 18:14, 21:12, 22:22, 23:8, 23:18, 23:19, 24:8, 24:18, 27:4, 27:12, 27:18, 29:1, 29:6, 30:1, 33:1, 33:12, 33:13, 33:20, 34:6, 35:8, 35:13, 35:17, 35:20, 35:22, 38:18, 41:6, 42:4, 42:11
ASCERTAINABILITY[7] - 4:17, 4:25, 5:20, 10:25, 19:17, 19:20, 20:11
ASIDE[1] - 17:22
ASK[5] - 26:16, 39:24, 40:14, 40:23, 41:12
ASKED[3] - 23:22, 30:11, 40:18
ASKING[4] - 4:17, 10:1, 20:2, 39:17
ASSESS[1] - 30:20
ASSUME[1] - 29:6
AT[35] - 1:10, 3:22, 5:5, 7:24, 8:10, 12:12, 13:3, 17:6, 21:16, 22:3, 23:5, 23:25, 24:1, 25:6, 25:12, 26:24, 27:1, 27:10, 28:12, 29:18, 30:11, 31:4, 31:13, 32:23, 33:5, 34:4, 34:23, 35:14, 38:2, 38:9, 39:8, 39:9, 39:19, 40:9, 41:15
ATTACHED[1] - 8:17
ATTENUATED[1] - 34:14
ATTORNEY[1] - 2:5
AUTHORITY[2] - 22:8, 22:12
AVOID[2] - 12:15, 37:4
AWARD[1] - 18:19
AWARE[3] - 28:15, 28:16, 28:18
AWAY[2] - 21:5, 21:7, 23:11
AWEIBELL@WSGR. COM[1] - 2:4

## B

B)[1] - 12:16

B)(2[12] - 10:1, 10:4, 12:14, 14:5, 19:22, 22:9, 22:15, 34:19, 34:24, 37:9, 37:11, 39:9
B)(3[20] - 4:14, 4:20, 8:22, 10:3, 10:7, 11:23, 14:1, 14:15, 14:23, 22:12, 22:21, 22:23, 34:11, 34:13, 34:18, 37:9, 37:10, 38:24, 39:6, 39:9
B)(3)[4] - 10:11, 15:2, 19:22, 39:2
BACK[10] - 10:22, 15:17, 19:25, 20:13, 23:2, 25:4, 30:12, 32:13, 37:16, 37:18
BACKUP[1] - 11:24
BALLGAME[1] - 18:15
BANC[2] - 20:16, 23:2
BARS[1] - 6:1
BASED[5] - 18:4, 18:11, 24:24, 25:3, 33:18
BASICALLY[5] - 6:1, 6:20, 9:9, 29:2, 33:2
BASIS[1] - 15:12
BE[64] - 7:11, 7:23, 7:25, 9:1, 9:7, 10:18, 12:24, 14:17, 14:20, 15:1, 15:3, 15:13, 16:9, 16:11, 18:15, 19:1, 20:19, 21:23, 24:13, 25:22, 26:8, 26:11, 27:12, 29:8, 29:10, 30:24, 31:9, 31:10, 32:3, 33:3, 35:7, 35:13, 35:18, 35:21, 35:25, 36:6, 36:13, 36:17, 37:2, 37:7, 37:10, 37:12, 37:13, 37:16, 37:18, 38:18, 38:19, 38:25, 39:1, 39:12, 39:13, 39:22, 39:25, 40:5, 40:8, 40:13, 40:18, 40:21, 41:10, 41:12, 41:13, 41:21
BECAME[2] - 25:18, 28:17
BECAUSE[28] - 5:17, 6:16, 10:7, 11:24, 13:18, 13:25, 16:12, 19:3, 20:25, 21:1, 21:12, 23:16, 23:18, 25:11, 26:13, 28:2, 28:11, 29:9, 29:25, 30:14, 34:18, 34:24,

34:25, 36:5, 36:12, 37:21, 39:1, 39:23
BECOMES[1] - 40:21
BEEN[28] - 3:21, 4:4, 8:6, 9:13, 14:24, 15:17, 15:24, 15:25, 19:7, 20:21, 21:12, 24:5, 24:7, 24:9, 25:11, 26:14, 28:25, 29:20, 29:23, 30:13, 32:21, 36:14, 36:15, 36:16, 37:22, 37:25, 39:5, 42:12
BEFORE[6] - 1:12, 9:24, 10:9, 28:4, 34:3, 38:6
BEGAN[1] - 5:8
BEGIN[3] - 12:25, 13:6, 34:19
BEGINNING[4] - 3:7, 5:6, 6:14, 30:25
BEHALF[1] - 3:17
BEHEMOTH[1] - 12:5
BEING[6] - 6:11, 15:21, 20:1, 24:7, 35:15, 35:23
BELABOR[1] - 33:22
BELIEVE[12] - 5:18, 8:15, 8:18, 8:20, 9:12, 10:7, 10:13, 10:17, 13:14, 14:23, 38:16, 39:4
BENEFIT[14] - 7:17, 14:7, 14:9, 14:10, 14:20, 17:18, 19:6, 19:8, 23:19, 24:3, 30:10, 33:20, 34:6, 42:5
BENEFITS[2] - 27:21, 32:25
BEST[7] - 5:16, 8:18, 8:21, 10:8, 20:6, 28:23, 39:5
BETTER[3] - 18:19, 18:25, 31:3
BETWEEN[2] - 39:11, 40:8
BIG[2] - 39:15, 42:6
BIND[1] - 23:13
BIT[1] - 4:9
BLOCK[1] - 42:6
BOTH[2] - 24:3, 32:6
BOULEVARD[1] - 1:16
BOUND[1] - 28:3
BREACH[1] - 28:2
BREADTH[1] - 39:2
BRIAN[3] - 1:15, 3:9, 4:23
BRIDGE[2] - 14:18,

40:1
BRIEF[2] - 4:19, 40:7
BRIEFED[1] - 39:19
BRIEFING[10] - 38:3, 38:15, 38:24, 39:17, 39:21, 40:4, 40:10, 40:18, 40:19, 41:11
BRING[2] - 37:2, 42:10
BROAD[3] - 10:4, 35:6, 35:12
BROUGHT[2] - 5:12, 6:13
BROWSER[5] - 7:16, 7:20, 12:7, 25:1, 25:17
BROWSERS[7] - 5:13, 5:14, 7:19, 10:15, 11:9, 25:25, 26:15
BSTRANGE@ STRANGANDBUTLER .COM[1] - 1:17
BURDEN[2] - 32:2, 38:7
BUSINESS[1] - 29:24
BUT[51] - 5:4, 5:11, 6:18, 7:1, 7:9, 7:21, 7:22, 9:9, 11:17, 14:8, 14:23, 15:3, 15:22, 16:6, 16:13, 24:18, 26:8, 27:12, 27:20, 28:25, 29:4, 30:10, 31:7, 31:10, 32:11, 32:21, 33:9, 33:13, 33:22, 34:20, 35:4, 35:5, 35:12, 35:22, 35:25, 36:20, 37:11, 37:24, 38:3, 38:8, 38:9, 38:19, 39:13, 39:21, 39:25, 40:1, 40:15, 40:20, 41:18, 42:6, 42:8
BUTLER[1] - 1:15
BY[28] - 1:24, 1:25, 4:1, 4:4, 4:17, 5:12, 6:15, 8:5, 8:6, 8:19, 9:9, 9:20, 9:24, 12:13, 15:21, 20:16, 22:1, 23:7, 23:13, 26:2, 27:25, 31:18, 33:24, 33:25, 36:6, 36:15, 36:19, 42:1
BYRNE[1] - 1:8

## C

CA[2] - 1:16, 2:3
CALIFORNIA[6] - 7:3, 15:11, 33:16, 33:17

**CALL** [2] - 13:5, 34:20
**CALLED** [1] - 7:15
**CAME** [4] - 5:15, 7:5, 8:3, 18:2
**CAN** [37] - 3:2, 4:17, 9:6, 13:18, 13:19, 13:25, 14:7, 14:17, 16:12, 19:1, 19:13, 20:18, 21:25, 22:9, 22:12, 23:12, 23:19, 28:9, 29:5, 29:9, 30:24, 32:1, 32:9, 34:19, 35:7, 35:21, 35:25, 37:12, 39:9, 39:20, 40:3, 40:4, 40:5, 41:8, 41:10, 41:25
**CAN'T** [3] - 6:8, 26:25, 27:10
**CANDID** [1] - 37:25
**CANNOT** [2] - 14:1, 15:1
**CARE** [4] - 23:18, 26:15, 26:24, 28:24
**CASE** [63] - 4:3, 5:4, 5:10, 5:15, 5:17, 6:10, 6:12, 10:19, 10:21, 12:1, 12:2, 14:8, 14:19, 15:14, 16:18, 18:5, 19:7, 19:25, 20:15, 20:24, 20:25, 21:22, 22:18, 23:2, 23:24, 24:8, 24:13, 24:14, 24:20, 25:4, 25:5, 25:20, 26:5, 27:6, 27:9, 27:17, 28:11, 28:14, 30:9, 30:16, 31:24, 32:1, 32:2, 32:8, 32:17, 32:23, 33:4, 33:12, 34:11, 34:12, 35:1, 35:11, 35:16, 36:2, 36:3, 36:8, 36:9, 37:2, 38:1, 40:15, 42:7
**CASES** [7] - 5:7, 6:22, 22:14, 22:18, 33:2, 34:7, 35:15
**CEASE** [1] - 27:14
**CEGLIA** [1] - 2:8
**CENTRAL** [2] - 10:13, 10:18
**CERTAINLY** [9] - 13:21, 22:5, 23:21, 26:6, 37:25, 38:16, 39:21, 41:10, 41:16
**CERTIFICATION** [4] - 10:6, 12:14, 37:8, 39:14
**CERTIFIED** [4] - 10:1,

15:2, 34:19, 37:12
**CERTIFY** [7] - 4:13, 19:21, 20:18, 22:9, 22:12, 34:11, 42:18
**CERTIFYING** [1] - 23:17
**CHALLENGED** [1] - 9:12
**CHANCE** [1] - 20:8
**CHANGE** [1] - 25:1
**CHANGED** [4] - 16:19, 23:23, 23:24, 25:17
**CHANGES** [1] - 30:4
**CHECK** [1] - 19:5
**CHEW** [1] - 40:5
**CIRCUIT** [34] - 4:1, 4:11, 4:21, 9:2, 9:5, 9:6, 9:20, 11:1, 11:25, 13:5, 15:23, 16:17, 20:12, 20:17, 20:23, 21:6, 22:17, 23:3, 23:14, 24:1, 24:2, 24:20, 24:23, 29:18, 29:25, 30:5, 30:6, 30:10, 30:22, 31:11, 31:14, 31:17, 34:17, 35:1
**CIRCUIT'S** [4] - 4:16, 19:24, 20:14, 23:23
**CIRCUMSTANCE** [2] - 22:21, 22:23
**CIRCUMSTANCES** [7] - 14:2, 22:4, 25:21, 29:23, 37:13, 38:23, 42:2
**CIRCUMVENT** [1] - 10:15
**CIRCUMVENTED** [2] - 5:13, 7:8
**CIRCUMVENTION** [1] - 7:16
**CITE** [1] - 20:13
**CITED** [2] - 20:15, 22:17
**CITY** [1] - 8:5
**CIVIL** [1] - 1:4
**CLAIM** [11] - 21:3, 21:10, 24:24, 25:6, 25:15, 25:20, 25:22, 32:24, 33:16, 33:17, 36:10
**CLAIMS** [32] - 7:2, 7:7, 12:20, 14:25, 15:7, 15:8, 15:10, 15:11, 16:7, 16:9, 18:14, 20:3, 21:19, 22:7, 22:11, 22:25, 23:6, 24:22, 24:24, 29:21, 30:9, 33:15, 33:19, 35:6, 35:17, 36:7,

36:20, 36:21, 38:17, 41:23
**CLASS** [100] - 4:10, 4:14, 5:14, 5:18, 7:10, 7:12, 7:17, 7:18, 7:21, 8:2, 8:13, 8:15, 8:22, 9:8, 9:17, 10:1, 10:4, 10:14, 10:18, 11:2, 11:4, 11:5, 11:7, 11:16, 11:17, 11:23, 12:9, 12:10, 12:13, 12:15, 12:18, 13:16, 14:5, 14:7, 14:10, 14:15, 14:23, 15:12, 15:20, 16:4, 16:6, 16:13, 16:15, 16:16, 16:25, 17:17, 17:24, 18:8, 18:12, 18:18, 18:19, 18:24, 18:25, 19:9, 19:22, 20:2, 20:6, 20:7, 20:18, 21:2, 21:9, 21:15, 21:17, 21:18, 21:23, 22:6, 22:9, 22:10, 22:13, 22:20, 23:6, 23:17, 25:7, 26:11, 27:21, 28:23, 29:4, 29:13, 30:1, 32:20, 32:25, 33:9, 33:14, 33:20, 34:6, 34:11, 34:14, 34:19, 34:24, 35:15, 35:19, 36:14, 36:16, 37:9, 37:11, 38:24, 39:6, 39:14
**CLASS-NOTICE** [1] - 20:6
**CLASS-WIDE** [1] - 15:12
**CLASSES** [1] - 39:9
**CLASSIC** [1] - 15:14
**CLERK** [1] - 3:1
**CLICKED** [2] - 11:10, 25:3
**CLOSER** [1] - 34:20
**CM** [1] - 1:20
**COLLECT** [2] - 6:25, 25:9
**COME** [1] - 5:25
**COMES** [1] - 40:20
**COMMENCING** [1] - 1:10
**COMMENT** [1] - 40:19
**COMMENTS** [1] - 23:24
**COMMON** [4] - 7:4, 10:17, 15:12, 33:17
**COMMONALITY** [1] - 9:11
**COMPANIES** [1] -

18:20
**COMPANY** [2] - 19:4, 19:5
**COMPENSATORY** [1] - 26:3
**COMPLAINT** [5] - 12:4, 22:1, 24:2, 24:8, 24:9
**COMPLETE** [2] - 26:13, 34:1
**COMPLIANCE** [1] - 29:9
**COMPLIED** [1] - 27:8
**COMPONENT** [2] - 26:21, 41:23
**COMPUTER** [7] - 1:24, 1:25, 5:19, 5:21, 5:25, 6:2, 6:4
**COMPUTER-AIDED** [1] - 1:25
**COMPUTERS** [4] - 5:13, 5:25, 6:11, 7:9
**CONCERN** [4] - 16:23, 33:24, 39:22, 41:15
**CONCERNED** [5] - 9:14, 16:21, 17:1, 17:10, 27:19
**CONCERNS** [4] - 20:18, 21:5, 21:7, 21:8
**CONDITION** [1] - 35:7
**CONDUCT** [3] - 12:6, 16:4, 27:3
**CONSENT** [2] - 27:4, 27:5
**CONSIDER** [4] - 9:21, 10:10, 30:12, 38:22
**CONSISTS** [1] - 11:7
**CONSOLIDATED** [1] - 5:7
**CONSTITUTION** [3] - 7:3, 15:11, 33:16
**CONSULTING** [1] - 5:24
**CONSUMER** [1] - 1:5
**CONSUMERS** [1] - 24:15
**CONSUMERS'** [1] - 6:11
**CONTAINS** [1] - 12:19
**CONTEXT** [5] - 19:20, 20:24, 21:6, 22:10, 27:2
**CONTINUE** [1] - 13:17
**CONTINUED** [1] - 2:1
**CONTRACT** [1] - 28:2
**CONTRACTUAL** [2] - 27:23, 28:1
**CONTRIBUTION** [1] - 12:11

**CONTROL** [2] - 33:24, 34:1
**CONVINCE** [1] - 13:25
**CONVINCED** [1] - 18:16
**COOKIE** [9] - 1:4, 6:17, 11:10, 21:4, 22:1, 22:2, 25:2, 25:3, 25:24
**COOKIES** [19] - 5:14, 5:19, 5:21, 6:1, 6:2, 6:5, 6:7, 6:11, 7:9, 7:20, 10:16, 11:11, 24:15, 26:14, 26:15, 26:24, 27:25, 28:15
**CORRECT** [2] - 27:20, 42:18
**CORRECTABLE** [1] - 39:10
**CORRECTED** [1] - 13:7
**COULD** [13] - 12:21, 14:6, 15:8, 26:6, 26:7, 29:15, 35:13, 38:2, 38:21, 39:22, 39:23, 40:7, 40:18
**COUNSEL** [17] - 1:18, 3:6, 3:7, 3:14, 4:18, 9:17, 12:11, 12:13, 12:15, 16:25, 17:4, 24:3, 25:6, 28:18, 30:1, 36:24, 42:14
**COUNTRY** [2] - 6:21, 8:20
**COUPLE** [4] - 12:10, 22:17, 25:13, 31:7
**COURT** [87] - 1:1, 1:21, 3:1, 3:2, 3:10, 3:13, 3:19, 3:23, 4:16, 5:1, 5:8, 6:15, 6:20, 6:22, 6:23, 7:6, 8:23, 9:5, 9:9, 9:13, 9:20, 9:23, 9:24, 9:25, 10:9, 10:20, 11:13, 11:16, 11:20, 12:25, 13:10, 13:24, 14:17, 15:1, 15:24, 16:17, 16:22, 17:13, 19:1, 19:10, 19:18, 19:21, 20:1, 24:5, 24:10, 24:11, 24:12, 26:16, 27:12, 29:1, 29:22, 30:12, 30:18, 30:20, 30:22, 31:6, 31:12, 31:15, 31:19, 31:22, 31:24, 32:1, 32:4, 32:10, 32:12, 32:16, 32:18, 32:23, 33:14, 33:24, 34:3, 34:8, 35:20, 37:5,

37:7, 37:18, 39:7, 40:12, 40:19, 40:22, 41:4, 41:9, 41:13, 42:3, 42:15, 42:24
**COURT'S** [1] - 32:9
**COURTHOUSE** [2] - 1:8, 1:21
**COURTS** [2] - 6:21, 8:19
**COVERING** [1] - 12:22
**CY** [21] - 9:1, 9:7, 9:15, 9:22, 12:11, 14:7, 14:14, 16:24, 17:15, 17:23, 18:19, 20:3, 21:1, 22:7, 28:13, 30:16, 32:19, 34:1, 34:8, 34:25

**D**

**DAMAGE** [8] - 6:18, 6:20, 6:25, 15:7, 15:8, 35:6, 35:17, 38:17
**DAMAGED** [9] - 6:16, 14:16, 14:25, 15:18, 15:24, 15:25, 20:22, 28:25
**DAMAGES** [21] - 9:8, 10:2, 12:18, 12:20, 15:13, 16:3, 16:7, 16:12, 16:14, 17:25, 18:13, 21:20, 21:21, 21:24, 22:11, 23:1, 26:3, 34:25, 35:23, 35:24
**DATA** [10] - 5:6, 6:14, 6:24, 7:1, 12:8, 16:1, 18:21, 19:3, 33:7, 33:10
**DATE** [1] - 42:23
**DAYS** [2] - 40:3, 40:9
**DB** [1] - 20:14
**DE** [1] - 23:16
**DEAL** [2] - 27:1, 34:17
**DEALING** [1] - 24:5
**DECEIVE** [1] - 25:8
**DECEPTIVE** [1] - 22:2
**DECIDE** [1] - 17:11
**DECIDED** [1] - 21:14
**DECISION** [5] - 6:23, 9:23, 20:14, 20:16, 23:3
**DECLARATION** [5] - 8:18, 24:12, 24:16, 31:23, 34:2
**DECREE** [2] - 27:4, 27:6
**DEEP** [1] - 37:1
**DEFENDANT** [3] -

3:12, 12:14, 14:24
**DEFENSE** [2] - 2:5, 26:9
**DEFINED** [1] - 11:4
**DEFINITION** [1] - 11:5
**DELAWARE** [1] - 5:8
**DELAWARE( WILMINGTON** [1] - 1:1
**DEPENDING** [1] - 39:8
**DESCRIPTIONS** [1] - 31:25
**DETECT** [1] - 28:10
**DETECTED** [1] - 28:14
**DETERMINATION** [1] - 42:4
**DETERMINE** [3] - 5:16, 20:1, 37:7
**DEVELOP** [1] - 8:1
**DEVELOPMENT** [1] - 35:22
**DICTA** [1] - 16:21
**DID** [35] - 4:15, 5:21, 7:9, 9:16, 10:14, 11:22, 12:7, 15:5, 15:6, 15:8, 16:1, 16:2, 21:12, 22:22, 23:23, 24:2, 25:1, 25:18, 26:18, 28:4, 29:17, 29:19, 30:7, 30:10, 30:20, 30:22, 31:6, 31:14, 31:17, 32:21, 34:17, 38:17, 40:6, 41:18
**DIDN'T** [3] - 25:24, 29:14, 41:22
**DIFFER** [1] - 26:19
**DIFFERENCE** [1] - 26:25
**DIFFERENCES** [2] - 40:1, 40:8
**DIFFERENT** [4] - 18:15, 20:25, 26:11, 37:24
**DIFFICULT** [6] - 5:16, 7:10, 7:22, 20:19, 22:4, 25:22
**DIGITAL** [1] - 38:8
**DIRECT** [1] - 18:24
**DIRECTLY** [2] - 5:20, 9:8
**DISCOVERED** [1] - 28:17
**DISCOVERY** [3] - 5:8, 13:20, 26:7
**DISCUSSED** [1] - 22:15
**DISCUSSION** [1] - 13:11, 13:12
**DISCUSSIONS** [3] -

7:13, 8:3, 41:2
**DISMISSAL** [2] - 24:23, 36:11
**DISMISSED** [4] - 7:2, 24:21, 36:9, 36:10
**DISTRIBUTE** [2] - 18:8, 18:17
**DISTRIBUTED** [1] - 33:23
**DISTRIBUTION** [3] - 9:1, 18:25, 32:19
**DISTRICT** [13] - 1:1, 1:1, 3:22, 5:7, 7:5, 15:23, 24:5, 30:20, 30:22, 31:6, 31:18, 32:18, 32:22
**DO** [42] - 4:3, 4:19, 13:18, 13:25, 16:2, 16:16, 17:20, 18:3, 18:8, 18:17, 19:16, 21:4, 21:18, 27:19, 28:1, 29:5, 29:10, 30:22, 31:3, 31:6, 31:12, 31:14, 31:15, 31:22, 32:11, 32:14, 34:5, 37:17, 38:7, 38:12, 38:15, 39:17, 40:2, 40:14, 40:17, 40:20, 41:11, 41:19, 41:23
**DOER** [1] - 12:9
**DOES** [9] - 9:7, 22:5, 26:18, 32:11, 32:17, 33:20, 35:18, 36:18, 39:12
**DOING** [1] - 4:12
**DOLLAR** [2] - 16:10, 17:8
**DOLLARS** [7] - 12:10, 16:11, 18:2, 18:20, 19:5, 26:22, 28:5
**DON'T** [20] - 7:24, 11:19, 13:15, 13:21, 14:10, 16:2, 16:22, 17:2, 17:7, 17:13, 27:22, 29:15, 32:14, 34:9, 35:12, 35:15, 39:9, 39:24, 40:1, 41:20
**DONATING** [1] - 12:12
**DONE** [5] - 24:11, 30:7, 31:10, 33:11, 39:13
**DOUBLE** [2] - 11:10, 25:3
**DOWN** [1] - 7:5
**DROP** [1] - 37:17
**DUE** [10] - 19:23, 20:1, 20:9, 21:7, 21:9, 22:5, 22:16, 22:19,

30:13, 41:15
**DUELING** [1] - 26:6

**E**

**EACH** [3] - 16:13, 40:5, 42:3
**EASY** [1] - 32:8
**EDUARDO** [1] - 1:12
**EFFORT** [1] - 36:2
**EITHER** [2] - 9:16, 40:9
**ELEMENT** [1] - 22:16
**ELEMENTS** [1] - 19:23
**ELSE** [2] - 37:17, 42:9
**EMPHASIZES** [1] - 31:4
**EN** [2] - 20:16, 23:2
**END** [4] - 14:8, 40:9, 41:17, 42:11
**ENFORCES** [1] - 29:7
**ENOUGH** [4] - 10:20, 13:15, 25:4, 37:1
**ENTER** [3] - 29:13, 39:17, 42:12
**ENTERED** [2] - 27:5, 29:7
**ENTERPRISING** [1] - 36:7
**ENTIRELY** [1] - 42:5
**ENTIRETY** [1] - 6:15
**ENTITLED** [2] - 38:10, 42:20
**EPIC** [1] - 8:6
**ESQUIRE** [4] - 1:15, 2:2, 2:7, 2:8
**ESTABLISHED** [1] - 9:13
**EVALUATE** [1] - 32:5
**EVEN** [2] - 21:25, 26:2
**EVER** [1] - 14:15
**EVERY** [1] - 36:10
**EVERYBODY** [5] - 11:16, 19:13, 23:10, 38:8, 41:24
**EVERYTHING** [2] - 24:22, 28:20
**EVIDENCE** [3] - 16:2, 24:13, 30:8
**EVOLUTION** [2] - 29:23, 29:24
**EVOLVED** [1] - 29:23
**EVOLVING** [1] - 19:4
**EXACT** [1] - 11:6
**EXACTLY** [4] - 8:2, 22:16, 31:11, 41:6
**EXAMPLE** [3] - 15:14, 40:3, 41:14
**EXCEPT** [1] - 24:24
**EXCHANGE** [2] - 20:3,

22:7
**EXPECT** [1] - 23:19
**EXPECTATION** [1] - 25:9
**EXPENSE** [1] - 33:1
**EXPENSES** [1] - 18:6
**EXPENSIVE** [5] - 7:12, 7:23, 8:1, 26:7
**EXPERT** [1] - 7:7
**EXPERTS** [5] - 5:24, 7:11, 7:25, 13:19, 26:6
**EXPIRE** [1] - 26:24
**EXPIRED** [1] - 26:14
**EXPLAIN** [3] - 32:22, 33:12, 34:4
**EXPLAINED** [3] - 24:18, 33:11, 38:24
**EXPLAINING** [1] - 29:20
**EXPLORER** [1] - 11:9
**EXPOSURE** [2] - 35:25, 36:1
**EXTENSIVE** [2] - 8:4, 8:6
**EXTENT** [1] - 7:21
**EXTREMELY** [2] - 8:1, 25:22

**F**

**FACEBOOK** [1] - 8:8
**FACED** [3] - 16:5, 17:24
**FACT** [7] - 16:24, 18:12, 29:3, 31:4, 33:6, 36:8, 40:6
**FACTORS** [11] - 11:23, 11:24, 18:6, 18:7, 31:20, 32:5, 32:7, 32:8, 32:11, 41:9, 41:14
**FACTS** [6] - 17:9, 24:7, 25:10, 33:4, 34:11, 35:16
**FACTUAL** [1] - 31:19
**FAILS** [1] - 27:24
**FAIR** [10] - 18:7, 18:10, 18:11, 18:16, 22:24, 23:15, 31:9, 34:15, 37:13, 39:24
**FAIRNESS** [2] - 30:21, 39:15
**FALSE** [1] - 25:8
**FAR** [2] - 14:18, 27:18
**FCRR** [1] - 1:20
**FEASIBLE** [1] - 11:2
**FEBRUARY** [1] - 1:9
**FEEL** [1] - 32:11
**FEES** [1] - 17:22

**FELT** [4] - 16:17, 18:10, 27:8, 36:9
**FENCE** [1] - 15:15
**FIFTY** [1] - 16:11
**FIGURE** [3] - 8:1, 21:18, 30:25
**FILE** [3] - 5:4, 34:2, 35:10
**FILED** [3] - 5:5, 9:2, 35:10
**FILES** [1] - 36:24
**FILING** [1] - 4:4
**FINAL** [1] - 34:4
**FINALLY** [1] - 17:16
**FINANCING** [1] - 29:8
**FIND** [1] - 32:18
**FINDINGS** [2] - 29:20, 31:19
**FINE** [2] - 3:23, 29:2
**FIRM** [1] - 36:10
**FIRST** [8] - 5:2, 9:4, 9:8, 9:15, 9:22, 10:24, 19:19, 21:16
**FIVE** [7] - 8:25, 16:10, 16:11, 17:8, 18:2, 18:16
**FIXED** [1] - 30:24
**FLAWS** [1] - 28:10
**FLUSHED** [1] - 41:10
**FOCUS** [5] - 4:12, 22:15, 25:19, 25:20, 27:7
**FOCUSED** [1] - 22:17
**FOLKS** [1] - 30:23
**FOR** [61] - 1:1, 1:18, 3:5, 3:7, 3:9, 3:10, 3:11, 7:2, 9:2, 9:5, 9:21, 10:2, 10:14, 11:2, 11:22, 12:5, 12:17, 12:20, 13:23, 15:14, 16:3, 16:13, 16:14, 16:16, 18:19, 19:14, 19:21, 19:25, 20:3, 20:5, 20:20, 21:9, 21:15, 22:7, 22:11, 23:1, 23:20, 24:3, 24:24, 25:22, 26:11, 26:23, 28:2, 30:1, 31:4, 32:19, 35:19, 35:23, 36:7, 36:18, 36:23, 39:2, 39:3, 39:17, 40:3, 41:14, 41:17
**FORECLOSED** [1] - 12:19
**FORECLOSING** [1] - 36:19
**FOREGOING** [1] - 42:18

**FORESAW** [1] - 20:4
**FORM** [1] - 26:2
**FORMULA** [1] - 23:9
**FORTHCOMING** [1] - 37:25
**FORWARD** [5] - 29:21, 30:9, 32:3, 34:6, 38:6
**FRANK** [3] - 3:18, 3:20, 21:15
**FRANKLY** [2] - 7:22, 18:11
**FRIEND** [1] - 40:18
**FROM** [21] - 4:11, 5:4, 7:25, 12:8, 14:7, 15:7, 17:7, 19:10, 22:18, 23:3, 23:12, 24:6, 24:12, 26:19, 27:22, 28:20, 36:3, 40:10, 40:11, 42:13, 42:19
**FTC** [10] - 26:17, 26:22, 26:23, 27:1, 27:6, 27:7, 27:8, 27:10, 27:22, 29:6
**FULL** [1] - 31:20
**FUNDS** [5] - 8:25, 9:22, 33:24, 34:5
**FURTHER** [1] - 38:24
**FUTURE** [2] - 27:16, 33:10

## G

**GARDEN** [2] - 8:5, 15:16
**GET** [18] - 7:9, 13:18, 14:25, 15:13, 18:1, 21:16, 22:21, 25:2, 27:22, 34:19, 35:12, 36:24, 38:22, 40:9, 40:10, 40:17, 42:7, 42:8
**GETS** [4] - 14:3, 14:4, 14:21, 17:11
**GETTING** [11] - 14:6, 17:6, 17:14, 17:15, 18:5, 23:1, 23:14, 26:12, 26:13, 33:5, 37:3
**GIANT** [1] - 33:9
**GIRSH** [4] - 11:23, 13:12, 18:6, 41:14
**GIVE** [9] - 10:4, 18:23, 20:6, 20:7, 21:11, 22:24, 33:8, 37:8, 40:3
**GIVEN** [5] - 9:8, 30:13, 30:14, 35:21, 39:5
**GIVES** [3] - 27:21,

27:23, 28:1
**GIVING** [3] - 21:8, 28:21, 33:25
**GO** [19] - 6:4, 6:6, 10:22, 13:19, 21:5, 21:7, 21:12, 26:6, 26:7, 30:25, 31:6, 31:12, 32:3, 36:23, 37:16, 38:6, 38:11, 38:13, 39:8
**GOING** [23] - 4:3, 7:11, 7:25, 10:24, 14:25, 18:20, 18:21, 20:4, 20:19, 22:6, 23:11, 28:1, 28:10, 29:21, 30:9, 33:23, 34:5, 34:10, 35:5, 36:1, 36:6, 41:7, 42:10
**GONE** [1] - 23:19
**GOOD** [7] - 3:3, 3:8, 3:16, 15:8, 26:20, 29:16, 33:13
**GOODRICH** [1] - 2:2
**GOOGLE** [53] - 1:4, 2:5, 3:10, 3:12, 4:6, 5:9, 5:12, 6:17, 7:8, 7:13, 9:17, 10:14, 13:19, 14:3, 15:21, 16:25, 17:4, 17:10, 17:14, 17:25, 19:5, 19:10, 19:20, 24:3, 24:12, 24:25, 25:5, 25:7, 26:8, 27:2, 27:5, 27:8, 27:13, 27:14, 27:24, 28:3, 28:15, 28:18, 29:3, 33:10, 35:4, 35:11, 35:22, 36:3, 36:5, 36:6, 36:12, 36:13, 36:18, 37:1, 38:19
**GOOGLE'S** [1] - 11:11
**GOT** [4] - 26:1, 30:4, 30:25, 36:10
**GOTTEN** [1] - 23:20
**GOVERNMENT** [1] - 28:18
**GOVERNMENT'S** [1] - 25:19
**GRASPED** [1] - 5:4
**GRATEFUL** [1] - 19:14
**GREAT** [2] - 19:6, 39:2
**GREATEST** [1] - 39:22
**GRYGIEL** [1] - 2:7
**GUARANTEE** [1] - 16:12
**GUESS** [2] - 14:13, 35:25
**GUM** [1] - 40:5

## H

**HAD** [34] - 3:24, 5:18, 6:3, 7:8, 7:19, 7:20, 8:6, 8:10, 8:16, 9:13, 12:12, 15:8, 15:25, 18:14, 20:17, 20:21, 22:20, 23:8, 23:9, 23:19, 24:4, 24:5, 24:25, 25:11, 27:5, 27:8, 29:3, 29:19, 30:13, 36:9, 38:2, 39:3, 41:18
**HAVING** [5] - 13:24, 17:3, 17:10, 36:19, 37:20
**HE** [3] - 3:21, 3:24, 18:10
**HEAR** [5] - 3:2, 19:10, 19:13, 36:3, 40:15
**HEARD** [1] - 10:20
**HEARING** [9] - 1:6, 3:4, 8:17, 13:25, 14:3, 14:11, 24:6, 34:4, 37:21
**HEART** [1] - 25:15
**HELD** [1] - 9:6
**HELP** [4] - 24:10, 28:22, 31:22, 33:9
**HELPFUL** [3] - 40:21, 41:12, 42:12
**HELPS** [1] - 31:23
**HERE** [34] - 3:3, 3:17, 3:20, 10:13, 11:24, 15:20, 16:5, 16:10, 17:24, 19:2, 20:4, 21:12, 21:19, 22:17, 22:19, 23:21, 25:22, 26:19, 30:7, 31:1, 33:6, 33:11, 33:21, 37:6, 37:20, 37:21, 37:23, 38:3, 39:25, 40:1, 40:2, 40:13, 41:23, 42:13
**HISTORY** [2] - 12:7, 32:1
**HITS** [1] - 8:10
**HOLD** [2] - 37:11, 37:18
**HOLLER** [1] - 40:10
**HOME** [1] - 21:16
**HONOR** [37] - 3:9, 4:22, 5:3, 5:17, 6:20, 8:24, 10:6, 11:3, 11:6, 13:9, 13:13, 13:22, 14:12, 14:22, 15:4, 15:10, 16:21, 18:15, 19:11, 19:12, 23:22, 26:20, 29:16, 31:9, 31:11, 32:15, 33:2, 34:22, 35:5, 36:4, 38:14, 39:3, 39:4, 40:25, 41:5, 41:19, 42:14
**HONOR'S** [3] - 35:13, 38:25, 41:6

36:7, 36:14, 36:18, 36:23, 37:7, 37:22, 37:24, 37:25, 38:2, 38:3, 38:5, 38:23, 39:4, 39:7, 39:8, 39:19, 39:21, 40:2, 41:18, 42:12
**HAPPEN** [1] - 40:17
**HAPPENED** [6] - 5:23, 6:9, 6:10, 13:23, 15:23, 31:1
**HAPPENING** [2] - 28:14, 38:1
**HAPPY** [1] - 13:18
**HARMED** [1] - 19:7
**HAS** [24] - 4:2, 4:4, 5:3, 8:6, 16:18, 17:15, 19:18, 20:12, 21:11, 23:24, 24:7, 24:9, 29:23, 32:4, 32:10, 34:13, 35:1, 35:4, 35:9, 36:15, 36:16, 37:1, 39:5, 42:4
**HATE** [1] - 41:17
**HAVE** [103] - 3:6, 3:13, 3:21, 6:2, 6:4, 6:7, 7:14, 9:6, 9:7, 9:12, 9:16, 10:5, 10:6, 10:8, 10:20, 11:20, 12:24, 13:6, 14:1, 14:3, 14:5, 14:7, 14:14, 14:20, 14:24, 15:5, 15:17, 15:20, 15:24, 15:25, 16:2, 16:6, 16:8, 16:15, 16:24, 17:2, 17:24, 18:12, 18:19, 18:20, 19:4, 19:6, 19:8, 19:16, 20:9, 21:4, 21:10, 21:18, 21:19, 21:20, 22:21, 24:2, 24:5, 24:11, 24:17, 25:24, 26:6, 26:14, 26:19, 27:19, 28:2, 28:4, 28:25, 29:7, 29:20, 29:23, 30:7, 30:10, 31:20, 31:23, 31:24, 32:21, 33:7, 33:11, 33:13, 33:15, 33:16, 33:23, 33:25, 34:2, 35:8, 35:14,

**HONORABLE** [1] - 1:12
**HOPE** [1] - 33:22
**HOPEFULLY** [2] - 19:13, 33:11
**HOPES** [1] - 37:3
**HOUSE** [1] - 15:16
**HOW** [16] - 4:10, 5:20, 6:16, 8:2, 10:24, 15:17, 15:24, 16:18, 18:8, 20:18, 21:25, 23:12, 26:18, 29:15, 34:5, 42:1
**HOWEVER** [1] - 22:12
**HUGE** [1] - 35:18
**HUNDRED** [2] - 8:25, 16:11
**HUNDREDS** [2] - 12:22, 23:5

**I**

**I'M** [14] - 3:3, 4:9, 13:18, 13:20, 14:2, 19:14, 21:16, 21:17, 29:13, 30:19, 31:2, 33:5, 33:11, 35:5
**IDENTIFIED** [2] - 19:24, 28:8
**IDENTIFIES** [1] - 11:13
**IDENTIFY** [7] - 3:15, 7:12, 7:23, 7:24, 20:20, 21:2
**IDENTIFYING** [2] - 11:2, 11:17
**IF** [46] - 6:8, 6:25, 10:23, 12:22, 13:13, 13:14, 13:15, 14:5, 15:7, 15:14, 16:8, 16:17, 17:25, 18:1, 18:7, 18:14, 18:15, 19:7, 21:16, 21:19, 23:13, 23:16, 25:1, 25:4, 27:9, 27:24, 29:12, 29:14, 32:3, 32:10, 32:25, 34:3, 35:3, 35:4, 35:12, 38:16, 38:21, 39:20, 40:7, 40:17, 40:21, 41:9, 41:12, 41:14, 42:7, 42:10
**III** [2] - 6:19, 6:25
**IMPLEMENT** [1] - 27:15
**IMPLICATION** [1] - 17:21
**IMPORTANT** [2] - 31:16, 33:7
**IMPOSSIBLE** [2] -

7:24, 22:3
**IMPROPRIETY** [1] - 9:18
**IN** [124] - 1:1, 1:3, 4:8, 4:18, 4:20, 5:7, 6:1, 6:10, 6:13, 6:14, 6:23, 7:22, 8:3, 8:8, 8:20, 8:25, 9:18, 9:22, 10:19, 11:8, 11:16, 14:9, 14:15, 14:19, 14:23, 15:16, 15:23, 16:8, 18:5, 18:9, 18:17, 19:20, 19:24, 19:25, 20:3, 20:12, 20:14, 20:15, 20:18, 20:23, 20:24, 21:6, 21:22, 22:1, 22:7, 22:9, 22:14, 22:21, 22:22, 23:4, 23:7, 23:12, 23:20, 24:1, 24:7, 24:9, 24:13, 24:14, 24:17, 24:18, 24:21, 24:25, 25:20, 26:2, 27:1, 27:6, 27:9, 27:11, 27:15, 27:17, 28:10, 28:13, 28:24, 29:2, 29:3, 29:10, 29:12, 29:24, 30:8, 30:16, 31:4, 31:22, 32:1, 32:2, 32:4, 32:8, 32:13, 32:17, 32:20, 32:21, 33:3, 33:10, 34:6, 34:11, 35:1, 35:9, 35:14, 35:23, 36:8, 36:10, 36:14, 36:19, 36:20, 37:2, 38:1, 38:18, 39:18, 39:22, 40:4, 40:6, 40:12, 40:16, 40:20, 41:2, 41:11, 41:13, 41:17, 42:19
**INAPPROPRIATE** [2] - 13:14, 13:23
**INC** [1] - 1:4
**INCLINATION** [1] - 39:1
**INCLUDE** [1] - 23:12
**INCLUDED** [4] - 8:7, 8:8, 8:9
**INCLUDES** [1] - 8:25
**INDEED** [1] - 36:9
**INDEPENDENT** [2] - 18:20, 19:4
**INDICATED** [5] - 9:4, 10:8, 17:15, 30:2, 35:1
**INDIRECTLY** [1] - 34:6
**INDIVIDUAL** [3] - 20:21, 21:23, 21:24

**INDIVIDUALLY** [1] - 12:18
**INDULGENCE** [1] - 41:2
**INDUSTRY** [1] - 30:3
**INFORMATION** [1] - 25:10
**INITIAL** [2] - 10:22, 39:1
**INITIALLY** [2] - 6:13, 15:23
**INJUNCTIVE** [8] - 14:6, 21:1, 22:14, 26:23, 27:14, 27:18, 29:2, 34:24
**INJURED** [1] - 26:2
**INJURY** [1] - 24:15
**INQUIRY** [1] - 25:19
**INSERT** [1] - 10:16
**INTENDED** [1] - 25:7
**INTENDING** [1] - 25:8
**INTENDS** [1] - 4:11
**INTENSE** [1] - 31:5
**INTENTIONAL** [1] - 7:15
**INTENTIONALLY** [2] - 5:12, 10:14
**INTEREST** [1] - 36:19
**INTERESTED** [1] - 38:18
**INTERNET** [7] - 5:6, 6:13, 8:9, 11:9, 12:4, 19:3
**INTO** [9] - 7:13, 20:4, 27:2, 27:5, 29:7, 29:13, 29:19, 30:4, 30:7
**INVEST** [1] - 26:10
**INVESTIGATIONS** [1] - 27:2
**INVESTMENTS** [1] - 20:14
**INVOLVE** [1] - 41:22
**INVOLVED** [2] - 8:4, 14:24
**IS** [197] - 3:4, 3:9, 3:11, 3:20, 3:21, 3:23, 3:25, 4:8, 4:10, 4:12, 4:20, 4:24, 5:20, 5:24, 6:2, 6:18, 6:24, 7:18, 7:21, 7:22, 8:18, 8:21, 9:22, 10:3, 10:6, 10:13, 10:14, 10:17, 10:21, 10:24, 11:5, 11:11, 11:16, 11:17, 12:2, 12:19, 13:2, 13:4, 13:10, 13:11, 13:12, 13:14, 13:22, 13:24, 14:8, 14:11, 14:14,

14:15, 14:18, 14:19, 14:25, 15:10, 15:15, 15:20, 15:22, 16:4, 16:15, 16:18, 16:25, 17:2, 17:6, 17:9, 17:11, 17:12, 17:24, 18:1, 18:3, 18:4, 18:7, 18:11, 18:16, 18:18, 18:21, 18:22, 18:23, 18:25, 19:2, 19:6, 19:7, 19:8, 19:21, 19:23, 19:24, 20:1, 20:15, 20:25, 21:5, 21:9, 21:20, 21:21, 21:22, 22:3, 22:8, 22:11, 22:15, 22:16, 22:24, 23:11, 23:15, 23:16, 23:17, 23:21, 23:23, 23:25, 24:6, 24:8, 24:15, 24:19, 25:4, 26:25, 27:18, 27:25, 28:3, 28:19, 28:23, 29:4, 29:9, 29:10, 29:11, 30:2, 30:7, 30:11, 30:21, 31:5, 31:7, 31:8, 31:11, 31:16, 32:1, 32:7, 32:17, 32:18, 33:1, 33:3, 33:5, 33:7, 33:11, 33:12, 33:15, 33:19, 33:21, 33:22, 33:23, 34:3, 34:8, 34:9, 34:14, 34:15, 34:18, 35:6, 35:22, 35:24, 35:25, 36:1, 36:2, 36:5, 36:6, 36:12, 36:13, 36:17, 36:25, 37:3, 37:17, 37:20, 37:23, 37:25, 38:7, 38:10, 39:1, 39:2, 39:10, 39:11, 39:14, 39:17, 40:17, 40:22, 41:6, 41:15, 41:20, 41:23, 42:1, 42:4, 42:5, 42:6, 42:18
**ISOLATION** [1] - 27:11
**ISSUE** [26] - 5:11, 7:15, 8:17, 9:11, 9:22, 9:25, 10:12, 10:13, 10:17, 10:19, 16:6, 19:22, 22:15, 22:24, 23:25, 26:24, 27:8, 28:8, 30:16, 34:8, 34:9, 35:3, 35:18, 36:25, 41:15
**ISSUES** [24] - 5:7, 5:19, 6:14, 6:24, 9:10, 9:13, 10:9, 10:10, 19:3, 20:10, 20:20, 20:21, 24:6,

28:23, 30:15, 31:8, 31:10, 32:10, 33:7, 33:10, 34:10, 34:16, 39:15, 41:2
**IT** [116] - 4:10, 5:5, 5:16, 5:21, 5:23, 6:6, 6:19, 6:22, 7:11, 7:22, 8:5, 8:7, 8:8, 8:9, 9:7, 9:13, 10:3, 11:1, 12:6, 12:11, 13:5, 14:1, 14:17, 14:19, 15:20, 16:1, 16:2, 16:3, 16:11, 16:12, 17:2, 17:7, 17:9, 18:11, 18:14, 18:18, 18:22, 19:2, 19:21, 20:16, 22:3, 22:4, 22:17, 22:19, 22:24, 23:14, 23:15, 23:18, 24:19, 25:6, 25:12, 25:14, 25:16, 25:18, 25:22, 26:1, 26:2, 26:10, 27:3, 27:11, 27:20, 27:23, 27:25, 28:1, 28:5, 28:17, 28:20, 29:1, 29:17, 29:19, 31:4, 31:5, 31:6, 31:8, 31:15, 31:16, 31:18, 32:4, 32:7, 32:11, 32:21, 32:22, 33:9, 33:13, 33:22, 33:23, 34:3, 34:14, 34:18, 35:5, 36:17, 36:21, 37:18, 38:5, 38:17, 38:25, 39:1, 39:8, 39:12, 39:14, 39:16, 40:2, 40:20, 41:12, 41:19, 41:20
**IT'S** [11] - 7:24, 7:25, 13:14, 14:10, 15:6, 15:18, 17:9, 18:24, 22:3, 39:24
**ITEM** [1] - 39:10
**ITS** [6] - 6:14, 26:9, 27:24, 31:18, 41:13, 42:4

**J**

**JAMES** [1] - 1:8
**JEOPARDY** [1] - 35:23
**JOB** [1] - 4:2
**JOHN** [1] - 2:8
**JOINT** [1] - 40:7
**JUDGE** [8] - 3:16, 4:1, 7:14, 18:9, 21:21, 24:21, 29:19
**JUDICIAL** [1] - 36:22

**JUMP** [1] - 32:13
**JUMPS** [2] - 15:15, 15:17
**JUST** [16] - 3:23, 5:2, 6:16, 7:25, 11:24, 13:2, 17:9, 18:17, 18:23, 23:15, 29:14, 31:7, 31:18, 33:23, 36:24, 37:2
**JUSTIFICATION** [2] - 32:19, 33:19

## K

**KEEPS** [1] - 28:8
**KEPT** [1] - 16:8
**KEY** [2] - 19:22, 41:23
**KIND** [2] - 9:17, 18:3
**KINDS** [1] - 15:19
**KNEW** [3] - 6:17, 7:7, 7:10
**KNOW** [11] - 5:4, 7:7, 7:18, 16:20, 16:21, 18:11, 22:5, 30:2, 35:8, 38:20, 39:25
**KNOWING** [1] - 37:1
**KNOWLEDGE** [2] - 6:12, 7:1
**KNOWS** [2] - 8:24, 33:2

## L

**LACKING** [1] - 32:20
**LANGUAGE** [1] - 11:6
**LAST** [3] - 32:23, 33:12, 38:7
**LASTLY** [1] - 26:1
**LATER** [4] - 25:13, 25:17, 33:6, 35:16
**LAW** [4] - 4:8, 7:4, 15:12, 33:17
**LAWRENCE** [2] - 24:16, 31:23
**LAWYER** [1] - 36:1
**LAWYERS** [4] - 17:14, 17:16, 26:10, 36:7
**LAWYERS'** [1] - 17:22
**LAY** [1] - 32:22
**LAYN** [1] - 7:14
**LEADING** [1] - 3:22
**LEAST** [3] - 12:12, 23:5, 38:2
**LEAVE** [1] - 12:17
**LEFT** [7] - 4:9, 7:2, 21:7, 25:5, 25:20, 26:5, 32:2
**LEGAL** [1] - 32:2
**LEGALLY** [1] - 32:1
**LENGTHY** [1] - 24:11

**LESS** [2] - 23:6, 23:20
**LET** [9] - 5:2, 6:9, 10:22, 11:5, 11:24, 17:22, 19:10, 26:16, 37:5
**LET'S** [11] - 3:3, 11:17, 11:20, 12:25, 13:6, 17:25, 19:25, 34:22, 35:3, 36:2, 36:3
**LIFE** [1] - 42:7
**LIKE** [16] - 4:8, 6:12, 15:6, 17:21, 19:5, 28:22, 32:11, 33:9, 38:10, 38:20, 38:22, 38:25, 39:19, 40:12, 41:16, 41:19
**LIKELIHOOD** [1] - 35:24
**LIMITATIONS** [1] - 36:15
**LINE** [1] - 3:13
**LINK** [1] - 3:24
**LISTEN** [1] - 33:15
**LITIGATE** [1] - 21:19
**LITIGATING** [1] - 26:10
**LITIGATION** [4] - 1:5, 13:17, 18:6, 28:19
**LITTLE** [2] - 4:9, 30:24
**LIVE** [2] - 27:24, 36:17
**LLC** [1] - 2:5
**LONG** [2] - 6:2, 21:22
**LONGER** [2] - 25:18, 26:15
**LOOK** [9] - 8:10, 23:2, 26:25, 27:10, 31:3, 31:13, 32:23, 35:14, 39:7
**LOOKED** [2] - 25:6, 34:23
**LOOKING** [4] - 21:16, 24:1, 29:18, 30:11
**LOS** [1] - 1:16
**LOT** [4] - 26:8, 26:9, 37:21, 41:1

## M

**MADE** [3] - 23:3, 25:14, 25:16
**MAGAZINE** [1] - 8:8
**MAKE** [6] - 12:11, 13:19, 22:19, 25:8, 31:19, 42:4
**MAKES** [2] - 27:9, 41:1
**MANDATE** [1] - 4:11
**MANY** [4] - 6:12, 6:21, 8:2, 37:23
**MARGINAL** [1] - 37:2

**MARGINS** [1] - 13:3
**MARKET** [2] - 1:8, 1:22
**MASSIVE** [1] - 16:13
**MATERIALS** [1] - 32:4
**MATTER** [10] - 3:25, 13:2, 13:4, 27:6, 35:8, 35:14, 35:20, 35:22, 40:16, 42:20
**MAY** [16] - 3:6, 5:11, 12:17, 14:5, 15:3, 16:24, 27:12, 32:21, 36:14, 38:19, 39:22, 39:25, 40:6, 40:8, 40:17
**MAYBE** [10] - 4:17, 6:17, 13:4, 15:1, 22:14, 29:2, 35:10, 35:11, 38:3, 39:18
**ME** [21] - 3:2, 3:3, 5:2, 10:22, 11:5, 11:24, 13:10, 13:25, 14:1, 17:22, 18:22, 19:10, 19:13, 26:16, 29:22, 31:7, 34:20, 37:5, 37:19, 37:24, 39:16
**MEAN** [8] - 14:13, 30:2, 30:18, 30:25, 35:21, 36:25, 38:16, 39:10
**MEANS** [6] - 11:13, 22:1, 22:2, 23:10, 28:17, 31:18
**MEANTIME** [2] - 39:23, 40:4
**MECHANISM** [1] - 11:2
**MEDIATOR** [2] - 18:1, 18:9
**MEET** [3] - 4:16, 10:25, 32:11
**MEETING** [1] - 39:11
**MEMBER** [4] - 11:17, 16:13, 21:17, 21:18
**MEMBERS** [40] - 5:14, 5:18, 7:10, 7:12, 7:19, 7:21, 8:2, 8:13, 8:16, 10:14, 10:18, 11:2, 11:4, 12:18, 15:21, 16:4, 16:6, 17:17, 17:24, 18:12, 18:18, 20:2, 20:7, 20:20, 21:2, 21:10, 21:15, 21:23, 22:6, 22:10, 22:13, 22:20, 23:6, 25:7, 28:24, 32:20, 33:9, 33:14, 35:15, 36:14
**MEMORANDUM** [1] - 4:8

**MENTIONED** [1] - 21:13
**MERIT** [2] - 36:8, 36:9
**MERITS** [2] - 31:18, 31:24
**MICROSOFT** [2] - 7:19, 11:9
**MIGHT** [1] - 6:3
**MILL** [1] - 2:3
**MILLION** [8] - 8:25, 12:10, 16:10, 16:11, 17:8, 18:2, 18:16, 26:22
**MILLIONS** [10] - 7:22, 12:6, 12:23, 16:6, 17:24, 18:20, 19:5, 23:5, 28:5, 33:8
**MIND** [1] - 30:4
**MINDS** [1] - 39:11
**MINIMAL** [3] - 18:18, 18:24
**MINIMUS** [1] - 23:17
**MINOR** [1] - 37:11
**MINUSCULE** [1] - 35:24
**MODIFICATIONS** [1] - 40:11
**MODIFIED** [1] - 38:17
**MODIFY** [1] - 38:5
**MONETARY** [6] - 20:3, 22:7, 26:3, 26:21, 36:20, 41:22
**MONEY** [1] - 12:20, 13:15, 14:4, 17:11, 22:11, 23:1, 26:8, 26:9, 28:8, 28:21, 33:8
**MONITOR** [1] - 29:9
**MONITORING** [2] - 12:5, 18:21
**MORE** [1] - 38:8
**MOST** [2] - 20:13, 22:3
**MOTION** [2] - 3:4, 8:21
**MOVANT'S** [1] - 3:4
**MOVE** [4] - 11:18, 11:20, 42:7, 42:13
**MR** [38] - 3:8, 3:11, 3:16, 3:20, 3:21, 4:22, 5:2, 11:3, 11:15, 11:19, 13:9, 13:13, 14:12, 14:22, 15:3, 16:20, 17:19, 19:11, 19:12, 21:13, 21:15, 26:20, 27:20, 29:16, 30:6, 31:9, 32:6, 32:12, 32:15, 34:22, 36:4, 38:12, 38:14, 40:14, 40:23, 40:25, 41:4, 41:5
**MUCH** [7] - 18:25,

22:8, 23:8, 23:18, 35:16, 36:19, 36:21
**MUSTER** [2] - 29:15, 29:17
**MUTED** [1] - 3:3
**MY** [8] - 10:22, 10:23, 13:21, 17:7, 21:19, 21:20, 33:12, 40:13

## N

**NAME** [1] - 13:22
**NARROW** [4] - 31:8, 31:10, 35:6, 41:13
**NATIONWIDE** [1] - 12:20
**NCAA** [1] - 22:18
**NEARLY** [1] - 36:10
**NECESSARILY** [1] - 28:25
**NECESSARY** [2] - 13:20, 21:9
**NEED** [5] - 10:9, 23:1, 31:4, 38:3, 41:10
**NEEDS** [3] - 32:4, 39:13, 41:9
**NEGOTIATE** [1] - 7:6
**NEGOTIATED** [2] - 20:5, 24:4
**NEGOTIATING** [1] - 26:4
**NEUTRAL** [2] - 9:21, 34:1
**NEVER** [1] - 30:4
**NEVERTHELESS** [1] - 38:9
**NIGHT** [1] - 4:9
**NINE** [4] - 5:5, 33:6, 35:16, 36:16
**NINE-YEAR** [1] - 36:16
**NO** [14] - 1:4, 6:7, 6:8, 6:20, 11:20, 19:1, 21:20, 23:17, 25:18, 26:11, 26:15, 36:7, 36:9, 40:25
**NOBODY** [2] - 14:4, 28:15
**NOMINAL** [6] - 15:13, 16:3, 16:7, 16:14, 17:25, 18:12
**NOMINAL-TYPE** [2] - 15:13, 16:14
**NONE** [1] - 35:9
**NOT** [64] - 3:20, 3:21, 4:15, 5:11, 9:7, 9:12, 11:17, 11:22, 12:2, 12:6, 12:22, 12:24, 13:2, 13:14, 13:20, 15:6, 16:9, 16:18,

17:17, 21:2, 21:3, 21:22, 22:8, 24:2, 24:7, 24:8, 25:1, 25:2, 25:11, 27:8, 27:15, 28:4, 28:15, 28:25, 29:17, 29:19, 29:24, 30:7, 30:10, 30:20, 30:22, 31:6, 31:14, 31:17, 32:21, 33:8, 33:12, 33:22, 34:10, 34:12, 34:17, 34:18, 35:4, 35:5, 35:18, 36:21, 38:17, 38:19, 38:22, 39:1, 40:15, 40:16, 41:18, 42:10

**NOTABLY** [1] - 20:17

**NOTHING** [5] - 4:18, 22:13, 23:11, 23:14, 26:5

**NOTICE** [20] - 8:4, 8:6, 8:12, 8:15, 8:18, 8:19, 8:21, 8:22, 8:23, 10:7, 10:8, 15:4, 20:6, 20:7, 21:12, 21:17, 22:20, 30:13, 30:14, 39:5

**NOTIFIED** [1] - 8:16

**NOW** [15] - 6:6, 8:5, 14:5, 15:9, 19:10, 20:11, 22:24, 26:19, 28:2, 29:5, 29:12, 32:14, 34:17, 36:16

**NOWADAYS** [1] - 38:8

**NUMBER** [8] - 5:18, 7:10, 7:21, 10:7, 11:22, 13:8, 20:12, 37:10

**NUMEROSITY** [1] - 9:12

## O

**OBJECTED** [1] - 21:15

**OBJECTION** [1] - 8:14

**OBJECTOR** [5] - 3:14, 3:17, 9:9, 18:22, 21:14

**OBJECTORS** [2] - 20:17, 23:3

**OBLIGATION** [3] - 27:24, 28:3, 33:13

**OBTAIN** [1] - 42:5

**OBTAINED** [1] - 26:23

**OBVIOUSLY** [1] - 38:20

**OF** [177] - 1:1, 3:6, 3:17, 4:2, 4:5, 4:8, 4:9, 4:12, 5:6, 5:8, 5:10, 5:18, 5:19,

6:10, 6:14, 6:22, 6:23, 7:8, 7:10, 7:12, 7:15, 7:16, 7:21, 8:16, 9:5, 9:11, 9:17, 9:18, 9:23, 10:4, 10:21, 10:25, 11:7, 11:8, 11:23, 12:2, 12:6, 12:12, 12:20, 12:22, 12:23, 13:2, 13:11, 13:12, 14:8, 14:9, 14:20, 14:25, 15:16, 15:19, 16:4, 16:6, 16:18, 17:3, 17:5, 17:7, 17:16, 17:17, 17:20, 17:24, 18:3, 18:4, 18:5, 18:6, 18:9, 18:20, 19:1, 19:5, 19:15, 19:23, 20:8, 20:12, 20:13, 20:22, 21:17, 21:18, 22:9, 22:12, 22:17, 23:5, 23:6, 23:14, 23:18, 23:24, 24:14, 24:16, 24:17, 24:23, 25:1, 25:5, 25:9, 25:13, 25:15, 25:19, 25:20, 26:2, 26:8, 26:9, 26:15, 26:24, 27:2, 27:3, 27:7, 27:11, 27:13, 28:2, 28:4, 28:5, 28:7, 28:12, 28:15, 28:16, 29:5, 29:8, 29:21, 30:1, 30:4, 30:9, 30:10, 31:5, 31:24, 31:25, 32:4, 32:10, 32:16, 32:17, 32:24, 33:1, 33:4, 33:8, 33:17, 33:18, 33:21, 33:24, 34:1, 34:7, 34:11, 34:24, 34:25, 35:7, 35:9, 35:13, 35:15, 35:16, 35:18, 35:23, 35:24, 36:15, 36:19, 36:20, 37:3, 37:9, 37:19, 37:21, 37:23, 38:22, 39:2, 39:11, 39:14, 39:15, 39:18, 39:23, 40:1, 40:9, 40:12, 40:19, 41:1, 41:2, 41:8, 41:22, 42:19

**OFFENSIVE** [4] - 15:18, 15:20, 17:9

**OFFERING** [1] - 29:4

**OFFICIAL** [2] - 1:21, 42:24

**OKAY** [7] - 11:17, 13:6, 19:13, 21:8, 34:23, 42:8, 42:13

**ON** [63] - 3:4, 3:13, 3:17, 3:20, 5:13, 5:14, 5:19, 5:21, 5:25, 6:5, 6:9, 6:11, 6:17, 7:20, 8:8, 8:9, 8:17, 8:18, 9:1, 9:5, 10:15, 11:18, 11:20, 13:22, 14:6, 15:12, 17:8, 18:4, 18:11, 18:21, 18:23, 22:8, 22:15, 22:17, 24:6, 24:22, 24:24, 25:3, 25:5, 25:23, 25:25, 26:15, 27:6, 28:10, 29:6, 29:25, 31:17, 32:2, 32:10, 33:6, 33:18, 35:3, 35:16, 36:11, 38:4, 39:5, 39:18, 39:25, 40:2, 40:19, 42:7, 42:13

**ONE** [14] - 5:19, 8:14, 10:7, 12:12, 12:17, 15:9, 21:14, 28:6, 28:12, 29:15, 32:16, 34:14, 35:10, 37:7

**ONES** [1] - 39:21

**ONGOING** [2] - 27:2, 27:11

**ONLY** [10] - 7:2, 9:7, 14:14, 15:12, 21:14, 23:1, 24:1, 32:19, 34:13, 36:22

**OPEN** [1] - 14:2

**OPENS** [1] - 3:1

**OPERATING** [1] - 28:9

**OPINION** [8] - 4:7, 7:8, 13:18, 17:5, 18:9, 19:25, 31:3, 32:17

**OPINIONS** [2] - 20:12, 20:13

**OPPORTUNITY** [6] - 15:5, 19:14, 20:9, 22:22, 22:25, 41:18

**OPPOSED** [2] - 13:21, 29:6

**OPT** [7] - 8:14, 15:5, 15:8, 20:8, 21:14, 22:22, 35:9

**OPT-OUT** [6] - 8:14, 15:5, 15:8, 20:8, 21:14, 22:22

**OPT-OUTS** [1] - 35:9

**OPTED** [1] - 35:9

**OR** [33] - 3:20, 5:11, 6:7, 9:17, 11:9, 11:23, 15:16, 16:1, 16:25, 17:4, 18:7, 18:18, 19:22, 23:5, 27:15, 27:25, 30:8, 34:10, 34:12, 37:8,

37:17, 38:3, 38:5, 39:9, 40:8, 40:10, 40:23, 41:13, 41:15

**ORAL** [1] - 1:5

**ORDER** [10] - 6:1, 23:7, 24:9, 27:9, 31:22, 32:4, 35:13, 38:22, 39:17, 39:18

**ORDERS** [1] - 42:13

**ORGANIZATION** [1] - 28:7

**ORGANIZATIONS** [6] - 12:11, 28:6, 28:9, 28:13, 28:22, 29:8

**ORIGINAL** [2] - 4:1, 28:13

**ORIGINALLY** [1] - 24:21

**OTHER** [11] - 8:19, 19:17, 22:13, 23:22, 27:2, 27:3, 31:25, 33:22, 36:23, 39:20, 40:5

**OTHERS** [3] - 5:12, 6:13, 22:18

**OUGHT** [1] - 39:16

**OUR** [13] - 5:8, 6:9, 7:2, 8:3, 9:19, 15:25, 16:8, 20:15, 24:16, 24:18, 32:24, 41:2

**OURSELVES** [1] - 32:9

**OUT** [21] - 5:10, 6:14, 6:22, 8:2, 8:14, 15:4, 15:5, 15:8, 15:9, 20:8, 21:12, 21:14, 21:18, 22:22, 23:14, 24:22, 30:25, 32:22, 35:9, 37:16, 41:10

**OUTCOME** [3] - 26:8, 26:11, 37:15

**OUTS** [1] - 35:9

**OVER** [4] - 8:9, 8:10, 15:15, 42:7

**OWN** [2] - 21:19, 42:4

## P

**P.M** [1] - 1:10

**PA** [2] - 1:9, 1:22

**PAGE** [1] - 2:3

**PAID** [2] - 17:14, 23:20

**PALO** [1] - 2:3

**PAPER** [3] - 38:8, 38:9

**PAPERS** [1] - 20:15

**PART** [7] - 17:5, 17:20, 27:11, 33:21, 33:22, 35:13, 35:18

**PARTICIPATING** [1] - 40:16

**PARTICULAR** [2] - 33:4, 41:14

**PARTICULARLY** [2] - 19:2, 34:13

**PARTIES** [4] - 4:4, 24:4, 39:12, 41:21

**PARTS** [1] - 7:8

**PARTY** [2] - 36:22, 42:4

**PASS** [2] - 29:14, 29:17

**PASSAGE** [1] - 30:1

**PASSING** [1] - 4:8

**PAY** [4] - 12:10, 18:1, 26:9, 28:5

**PAYOFF** [2] - 36:25, 37:3

**PENDING** [2] - 9:24, 36:16

**PEOPLE** [9] - 8:8, 8:13, 15:5, 15:6, 15:7, 19:6, 21:13, 37:1

**PEOPLE'S** [1] - 7:1

**PEOPLES'** [2] - 7:8, 10:15

**PERHAPS** [2] - 14:6, 32:21

**PERMISSION** [1] - 15:22

**PERSON** [1] - 33:12

**PERSONAL** [1] - 12:7

**PERSONS** [1] - 11:8

**PES** [1] - 17:23

**PHILADELPHIA** [2] - 1:9, 1:22

**PHILLIPS** [2] - 7:14, 18:10

**PHOTOGRAPHER** [1] - 15:15

**PHYSICALLY** [1] - 6:4

**PICTURE** [1] - 15:16

**PLACE** [1] - 29:3

**PLACED** [6] - 5:19, 5:21, 6:11, 6:17, 7:20, 11:12

**PLACEMENT** [2] - 1:4, 24:14

**PLAINTIFF** [1] - 3:7

**PLAINTIFF'S** [1] - 4:18

**PLAINTIFFS** [6] - 1:18, 3:9, 6:15, 24:3, 32:3, 38:19

**PLAINTIFFS'** [5] - 4:10, 25:6, 26:10, 28:18, 36:24

**PLAN** [1] - 41:6

**PLENTY** [1] - 22:11

**POCKET** [1] - 37:1

**POINT** [3] - 15:4, 15:9, 39:10
**POLICE** [2] - 28:22, 33:9
**POLITE** [1] - 13:5
**POSITIONS** [1] - 40:8
**POSSIBILITIES** [1] - 37:21
**POSSIBLE** [1] - 42:1
**POSTED** [3] - 24:25, 25:12, 25:15
**POSTURE** [2] - 5:3, 33:5
**POTENTIAL** [3] - 8:15, 32:24, 33:18
**POTENTIALLY** [2] - 21:17, 23:5
**PRACTICAL** [10] - 8:19, 8:22, 10:8, 20:7, 33:3, 35:8, 35:14, 35:20, 35:22, 39:5
**PRACTICE** [3] - 27:15, 29:4
**PRECLUDED** [1] - 15:7
**PREDOMINANCE** [3] - 10:10, 10:12, 30:15
**PREDOMINANT** [1] - 10:13
**PRELIMINARY** [3] - 3:5, 4:5, 37:8
**PREPARED** [1] - 32:6
**PRES** [20] - 9:1, 9:7, 9:15, 9:22, 12:11, 14:8, 14:14, 16:24, 17:15, 18:19, 20:3, 21:1, 22:7, 28:13, 30:16, 32:19, 34:2, 34:8, 34:25
**PRESENT** [2] - 2:6, 40:12
**PRESENTATIONS** [1] - 42:11
**PRESENTED** [2] - 12:24, 19:8
**PRESENTING** [1] - 32:9
**PRESUMABLY** [1] - 12:22
**PRETTY** [3] - 6:24, 12:3, 16:18
**PRIMARILY** [1] - 16:23
**PRIOR** [4] - 8:21, 27:3, 27:5, 29:12
**PRIVACY** [18] - 1:5, 5:6, 6:24, 7:3, 15:10, 15:19, 16:9, 16:14, 18:21, 19:3, 25:9,

28:6, 28:7, 28:12, 28:25, 33:7, 33:10, 33:18
**PRIVATE** [3] - 12:5, 28:3, 29:5
**PROBABLY** [3] - 5:4, 8:11, 29:9
**PROBLEM** [5] - 17:11, 20:4, 23:17, 28:15, 28:16
**PROCEDURAL** [3] - 5:3, 31:25, 33:4
**PROCEED** [2] - 32:25, 34:6
**PROCEEDING** [1] - 33:1
**PROCEEDINGS** [2] - 1:24, 42:19
**PROCESS** [12] - 19:23, 20:1, 20:6, 20:9, 21:8, 21:9, 22:5, 22:16, 22:19, 22:23, 30:14, 41:15
**PROCTOR** [1] - 32:5
**PRODUCED** [1] - 1:25
**PROFIT** [1] - 12:8
**PROGRAM** [3] - 8:5, 8:7, 8:15
**PROMISED** [1] - 12:10
**PROPERLY** [2] - 9:23, 13:15
**PROPOSAL** [1] - 33:8
**PROPOSED** [2] - 12:8, 38:5
**PROUD** [1] - 12:24
**PROVE** [6] - 20:21, 21:4, 21:24, 21:25, 23:8, 25:7
**PROVIDE** [3] - 7:17, 26:18, 41:19
**PROVIDED** [2] - 31:23, 31:25
**PROVIDES** [1] - 23:18
**PROVISION** [1] - 5:25
**PROVISIONS** [1] - 4:15
**PRUDENTIAL** [3] - 11:24, 13:12, 18:7
**PUBLISHED** [3] - 6:23, 8:12, 28:17
**PURELY** [1] - 20:3
**PURPORTED** [1] - 12:9
**PURSUE** [1] - 12:18
**PURSUING** [1] - 36:2
**PUT** [8] - 5:13, 8:5, 13:21, 17:9, 17:22, 29:19, 30:7, 30:12

## Q
**QUESTION** [19] - 4:24, 10:22, 10:24, 14:14, 14:19, 15:22, 16:14, 18:3, 19:17, 19:20, 22:9, 23:22, 26:16, 26:20, 29:16, 30:12, 34:18, 39:3, 39:11
**QUESTIONS** [10] - 10:23, 19:15, 19:17, 32:7, 32:10, 37:23, 39:19, 39:20, 41:10, 41:13
**QUOTING** [1] - 30:19

## R
**RAISED** [4] - 9:9, 14:14, 19:18, 20:17
**RAPIDLY** [2] - 19:4, 30:2
**RATHER** [1] - 35:24
**RATIONALITY** [1] - 35:21
**RE** [1] - 1:3
**REACH** [1] - 41:21
**READ** [5] - 11:5, 11:25, 16:20, 17:5, 31:3
**READING** [3] - 4:7, 7:7
**REAL** [1] - 34:9
**REALISTIC** [2] - 36:1, 41:20
**REALLY** [22] - 4:12, 5:5, 6:15, 14:9, 15:12, 15:20, 15:24, 16:3, 16:5, 16:22, 17:6, 18:23, 18:24, 22:20, 25:15, 27:11, 28:23, 30:4, 30:8, 30:11, 35:23, 40:16
**REASON** [3] - 20:5, 29:17, 36:18
**REASONABLE** [2] - 34:15, 37:13
**REASONABLENESS** [1] - 30:21
**RECALL** [2] - 5:11, 6:3
**RECEIVE** [1] - 9:21
**RECEIVED** [4] - 8:13, 8:14, 22:1, 22:13
**RECEIVING** [1] - 17:17
**RECIPIENT** [1] - 28:13
**RECIPIENTS** [4] - 9:16, 16:24, 17:3, 34:2
**RECOGNIZE** [2] -

21:10, 31:16
**RECOGNIZED** [4] - 20:12, 20:23, 21:6, 21:22
**RECOGNIZING** [1] - 36:21
**RECORD** [9] - 29:18, 29:20, 29:25, 30:8, 31:21, 32:20, 32:21, 33:21, 42:19
**RECORDED** [1] - 1:24
**RECOVER** [2] - 21:24, 23:7
**RECOVERY** [2] - 23:16, 33:18
**RECTIFIABLE** [1] - 34:9
**RECTIFIED** [1] - 33:25
**RECTIFY** [1] - 17:2
**REFERRING** [1] - 17:14
**REFLECTED** [1] - 29:24
**REGARDING** [2] - 4:24, 7:6
**REGARDLESS** [1] - 25:10
**REJECT** [2] - 31:17, 37:10
**RELATED** [1] - 31:19
**RELATES** [1] - 5:20
**RELATIONSHIP** [5] - 9:16, 16:24, 16:25, 17:16, 34:14
**RELATIONSHIPS** [1] - 17:3
**RELEASE** [21] - 10:2, 10:4, 12:20, 14:3, 14:8, 14:16, 14:21, 14:25, 17:15, 22:25, 34:21, 35:3, 35:5, 35:6, 35:7, 35:12, 36:20, 38:17, 39:2, 41:22
**RELEASING** [1] - 35:17
**RELIABLE** [1] - 11:1
**RELIED** [2] - 25:23, 25:25
**RELIEF** [12] - 12:19, 14:6, 20:3, 21:2, 22:8, 22:14, 26:13, 26:23, 27:14, 27:18, 29:2, 34:25
**RELINQUISH** [2] - 20:2, 22:6
**RELINQUISHING** [1] - 22:11
**RELYING** [1] - 29:6
**REMAINING** [2] -

15:10, 16:7
**REMAND** [2] - 25:5, 25:21
**REMANDED** [3] - 3:25, 24:20, 25:16
**REMEDIAL** [1] - 26:13
**REMEDY** [1] - 28:23
**REMOVE** [1] - 27:25
**RENEGOTIATE** [1] - 39:24
**REPORTER** [2] - 1:21, 42:24
**REPRESENTATION** [1] - 3:22
**REPRESENTED** [1] - 13:16
**REPRESENTING** [1] - 16:15
**REQUEST** [1] - 9:19
**REQUESTED** [2] - 3:24, 10:6
**REQUIRE** [1] - 25:7
**REQUIRED** [2] - 21:2, 21:3
**REQUIREMENT** [2] - 4:20, 10:25
**REQUIREMENTS** [1] - 34:24
**REQUIRING** [1] - 11:1
**RESEARCHER** [2] - 28:12, 28:16
**RESEARCHERS** [1] - 28:9
**RESOLVE** [1] - 5:17
**RESOURCES** [2] - 36:22
**RESPECT** [11] - 5:15, 8:20, 9:15, 10:12, 13:17, 14:13, 17:22, 17:23, 19:19, 20:11, 27:9
**RESPOND** [1] - 19:15
**RESPONSE** [1] - 19:16
**RESPONSIVE** [2] - 37:22, 37:23
**RESTRICTIONS** [1] - 10:15
**RESULT** [4] - 6:10, 16:4, 27:3, 27:13
**RESULTING** [1] - 28:20
**RETIRED** [2] - 4:2, 7:13
**RETURN** [1] - 23:21
**REVERSED** [1] - 9:5
**REVISED** [2] - 9:19, 16:19
**REVOLVING** [1] - 30:3
**RIGHT** [24] - 11:15,

16:15, 17:19, 21:4, 21:21, 22:2, 22:17, 23:9, 23:20, 24:8, 26:2, 26:13, 27:19, 28:1, 28:2, 28:4, 28:11, 29:5, 29:20, 30:13, 31:11, 31:24, 36:8, 36:25

**RIGHTS** [1] - 27:23

**RISK** [4] - 18:5, 36:13, 36:17, 37:3

**ROAD** [1] - 2:3

**ROBINSON** [4] - 4:2, 21:21, 24:21, 29:19

**ROBRENO** [2] - 1:12, 3:17

**ROOM** [2] - 1:21, 12:17

**ROOTED** [1] - 33:3

**ROSATI** [1] - 2:2

**RPR** [1] - 1:20

**RULE** [6] - 12:14, 12:16, 19:22, 37:9, 39:12, 42:2

**RUSSELL** [1] - 1:15

# S

**SAFARI** [5] - 5:24, 7:19, 11:9, 25:1, 25:17

**SAFARIGATE** [1] - 5:10

**SAFEGUARDS** [1] - 12:15

**SAID** [14] - 9:25, 12:1, 15:24, 18:14, 19:1, 23:14, 25:3, 27:25, 30:19, 30:22, 31:3, 32:17, 35:5, 42:11

**SAME** [4] - 22:20, 22:22, 38:9, 39:20

**SATISFIED** [5] - 19:23, 21:12, 30:14, 30:15, 39:4

**SATISFIES** [1] - 42:1

**SATISFY** [5] - 4:11, 22:5, 32:8, 34:23, 39:12

**SATISFYING** [1] - 37:24

**SAW** [3] - 25:21, 25:23, 26:4

**SAY** [15] - 6:7, 6:8, 14:3, 15:25, 16:1, 17:25, 22:5, 33:2, 33:14, 34:22, 34:23, 35:3, 36:2, 37:18

**SAYING** [3] - 6:15, 17:7, 24:25

**SAYS** [4] - 6:6, 15:17, 17:25, 31:6

**SCRUTINY** [2] - 31:4, 31:5

**SEARCHING** [1] - 6:18

**SECOND** [5] - 9:2, 9:6, 9:25, 24:10, 38:21

**SECOND-TIME** [1] - 24:10

**SECONDLY** [1] - 21:25

**SECURITY** [1] - 28:9

**SEE** [13] - 3:2, 3:3, 4:13, 4:15, 13:6, 24:10, 29:15, 29:19, 31:24, 32:1, 35:15, 42:8

**SEEING** [1] - 4:3

**SEEKING** [4] - 4:5, 4:13, 12:13, 36:24

**SEEM** [2] - 30:23, 35:18

**SEEMS** [5] - 14:1, 18:22, 34:20, 37:19, 39:16

**SELECT** [1] - 34:1

**SELL** [1] - 16:1

**SEMINAL** [1] - 6:24

**SEND** [2] - 19:25, 25:4

**SENSE** [3] - 27:10, 29:11, 41:1

**SENT** [1] - 15:4

**SERVICE** [1] - 11:11

**SET** [2] - 23:7, 25:9

**SETTINGS** [1] - 25:2

**SETTLE** [1] - 20:25

**SETTLEMENT** [64] - 4:5, 5:16, 7:6, 7:13, 7:14, 8:3, 8:4, 8:7, 8:16, 8:24, 9:19, 9:24, 11:7, 12:9, 12:19, 12:25, 13:14, 13:17, 14:15, 14:24, 16:10, 16:19, 17:8, 18:4, 18:7, 18:10, 18:11, 18:17, 19:8, 20:5, 20:8, 20:24, 21:6, 22:10, 23:7, 23:12, 23:13, 24:4, 24:17, 26:5, 26:12, 26:17, 27:1, 27:7, 27:10, 27:13, 27:17, 27:22, 28:22, 31:13, 31:17, 32:5, 33:3, 33:20, 34:12, 34:13, 35:12, 35:18, 37:11, 37:12, 39:15, 40:12

**SEVERAL** [1] - 26:22

**SHAM** [1] - 13:6

**SHIPS** [1] - 4:8

**SHOULD** [6] - 9:21, 13:16, 18:23, 33:3, 38:13, 38:15

**SHOW** [3] - 24:12, 24:14, 25:10

**SHOWING** [1] - 42:1

**SHOWS** [3] - 24:18, 24:19, 30:8

**SHULMAN** [5] - 2:8, 3:16, 3:17, 3:21, 40:14

**SIGNIFICANT** [1] - 27:21

**SIMILAR** [2] - 20:18, 23:4

**SIMILARLY** [1] - 8:19

**SIMPLY** [3] - 13:2, 24:19, 37:16

**SINCE** [1] - 4:18

**SITTING** [1] - 16:9

**SITUATION** [5] - 20:19, 23:4, 23:21, 28:24, 41:17

**SJ** [1] - 1:12

**SMALL** [2] - 18:4, 23:16

**SNOOPING** [1] - 12:22

**SO** [69] - 4:2, 4:17, 5:15, 6:12, 6:19, 7:5, 7:12, 7:18, 8:3, 8:14, 8:20, 9:18, 9:22, 11:15, 12:7, 12:25, 13:6, 15:6, 16:1, 16:3, 17:5, 18:8, 18:9, 18:15, 18:22, 20:8, 21:5, 21:7, 21:19, 22:4, 24:21, 25:4, 25:13, 25:21, 26:4, 26:14, 27:10, 27:23, 27:24, 28:9, 28:21, 29:1, 29:10, 29:13, 30:3, 30:7, 31:16, 31:20, 32:3, 32:9, 33:5, 33:10, 33:21, 34:18, 35:3, 35:6, 36:5, 36:12, 37:3, 37:19, 38:2, 39:16, 40:20, 40:21, 40:22, 41:19, 41:23, 42:5, 42:12

**SOLD** [1] - 16:3

**SOME** [20] - 7:17, 9:17, 14:9, 17:16, 19:15, 21:13, 22:14, 22:18, 29:8, 35:10, 35:21, 36:23, 38:15, 39:13, 39:18, 40:1, 40:8, 40:11

**SOMEONE** [2] - 15:14, 15:19

**SOMETHING** [9] - 13:22, 14:9, 15:16, 23:8, 37:16, 37:17, 37:24, 38:18, 40:21

**SOMEWHAT** [2] - 4:8, 6:9

**SONSINI** [1] - 2:2

**SOPHISTICATED** [1] - 29:9

**SORRY** [1] - 6:8

**SORT** [1] - 37:19

**SOUNDS** [1] - 38:25

**SPECIFIC** [3] - 32:7, 39:18, 41:13

**SPEND** [1] - 36:1

**STAND** [1] - 38:4

**START** [1] - 4:17

**STATEMENT** [13] - 24:17, 24:18, 24:25, 25:8, 25:11, 25:12, 25:13, 25:14, 25:16, 25:18, 25:23, 25:24, 25:25

**STATES** [2] - 1:1, 11:8

**STATUTE** [1] - 36:15

**STATUTORY** [4] - 7:2, 16:8, 16:12, 18:14

**STAYING** [1] - 21:16

**STENOTYPE** [1] - 1:24

**STENOTYPE-COMPUTER** [1] - 1:24

**STEPHEN** [1] - 2:7

**STILL** [2] - 36:17, 42:1

**STOPPED** [1] - 29:3

**STRANGE** [28] - 1:15, 1:15, 3:8, 3:9, 4:22, 4:23, 5:2, 11:3, 11:15, 11:19, 13:9, 13:13, 14:12, 14:22, 15:3, 16:20, 17:19, 19:11, 21:13, 32:6, 32:12, 32:15, 34:22, 35:22, 38:12, 38:14, 40:23, 40:25

**STREET** [2] - 1:8, 1:22

**STRENGTHS** [2] - 30:8, 32:24

**STRONG** [1] - 24:8

**STRUCK** [1] - 27:1

**STRUCTURED** [1] - 33:21

**STUMBLING** [1] - 42:6

**SUBMIT** [2] - 21:3, 40:7

**SUBMITTED** [2] - 24:11, 24:16

**SUCH** [1] - 9:17

**SUE** [1] - 28:1

**SUED** [4] - 35:23, 36:6, 36:13, 36:18

**SUFFERED** [1] - 23:8

**SUFFICIENT** [3] - 8:21, 32:18, 33:19

**SUGGEST** [1] - 41:7

**SUGGESTED** [1] - 9:20

**SUGGESTION** [1] - 40:13

**SUIT** [1] - 37:17

**SUITE** [1] - 1:16

**SULLIVAN** [3] - 20:14, 20:24, 23:2

**SUMMARIZE** [1] - 37:5

**SUPERIORITY** [2] - 10:10, 30:15

**SUPPLEMENTAL** [9] - 8:17, 38:3, 38:15, 40:4, 40:7, 40:10, 40:18, 40:19, 41:11

**SUPPORT** [1] - 24:17

**SUPPOSE** [1] - 37:15

**SUPPOSED** [1] - 31:2

**SURE** [1] - 22:19

**SURVIVES** [1] - 31:13

**SUZANNE** [2] - 1:20, 42:23

**SYSTEM** [1] - 28:10

# T

**TAKE** [2] - 26:24, 39:7

**TAKEN** [1] - 26:14

**TAKES** [2] - 15:15, 23:18

**TALK** [1] - 39:23

**TALKING** [3] - 7:11, 7:25, 40:5

**TANGIBLE** [1] - 14:10

**TARGETED** [1] - 8:9

**TASKED** [1] - 4:2

**TECHNICAL** [1] - 28:17

**TECHNOLOGY** [2] - 8:1, 30:3

**TELL** [1] - 13:10

**TELLING** [2] - 29:22, 31:7

**TENS** [1] - 12:22

**TERMS** [1] - 40:12

**TESTIMONY** [1] - 24:13

**THAN** [5] - 22:14, 23:6, 23:20, 26:11, 37:24

**THANK** [1] - 22:2, 19:11, 19:12, 32:15, 41:5, 42:13, 42:14

**THAT**[325] - 3:23, 3:24, 3:25, 4:9, 4:10, 4:12, 4:13, 4:19, 5:12, 5:18, 5:23, 5:24, 5:25, 6:9, 6:13, 6:15, 6:20, 7:8, 7:11, 7:14, 7:18, 7:19, 7:20, 8:4, 8:7, 8:14, 8:15, 8:17, 8:18, 8:21, 9:6, 9:13, 9:17, 9:18, 9:20, 9:22, 10:2, 10:4, 10:5, 10:13, 10:17, 10:18, 11:17, 11:21, 11:25, 12:15, 12:18, 12:20, 13:1, 13:4, 13:7, 13:15, 13:18, 13:21, 13:22, 13:23, 13:24, 13:25, 14:1, 14:6, 14:7, 14:8, 14:9, 14:18, 14:20, 14:24, 15:3, 15:4, 15:18, 15:21, 16:2, 16:4, 16:13, 16:14, 16:18, 16:21, 16:24, 16:25, 17:1, 17:2, 17:5, 17:6, 17:8, 17:11, 17:14, 17:17, 17:20, 17:21, 18:3, 18:4, 18:7, 18:8, 18:10, 18:12, 18:16, 18:17, 18:22, 19:1, 19:6, 19:7, 19:8, 19:17, 19:24, 20:4, 20:5, 20:8, 20:9, 20:15, 20:18, 20:21, 20:22, 21:4, 21:5, 21:9, 21:11, 21:17, 21:21, 21:25, 22:12, 22:15, 22:16, 22:19, 22:23, 23:1, 23:4, 23:7, 23:9, 23:10, 23:11, 23:15, 23:16, 23:18, 23:21, 23:24, 23:25, 24:3, 24:5, 24:6, 24:10, 24:15, 24:16, 24:18, 24:25, 25:3, 25:4, 25:5, 25:6, 25:7, 25:10, 25:13, 25:14, 25:15, 25:18, 25:19, 25:20, 25:21, 25:23, 25:24, 25:25, 26:2, 26:5, 26:9, 26:18, 26:23, 26:24, 26:25, 27:1, 27:8, 27:9, 27:12, 27:13, 27:15, 27:18, 27:19, 27:21, 28:3, 28:6, 28:7, 28:8, 28:13, 28:14, 28:19, 28:22, 28:23, 29:5, 29:7,

29:8, 29:10, 29:12, 29:13, 29:14, 29:19, 29:20, 29:22, 29:24, 30:3, 30:8, 30:10, 30:21, 30:23, 30:24, 31:7, 31:8, 31:13, 31:17, 31:20, 31:22, 32:9, 32:12, 32:14, 32:16, 32:18, 33:2, 33:3, 33:5, 33:6, 33:12, 33:19, 33:20, 33:21, 33:25, 34:1, 34:9, 34:14, 34:20, 34:22, 34:23, 35:7, 35:9, 35:12, 36:1, 36:5, 36:7, 36:8, 36:12, 36:13, 36:16, 36:17, 36:18, 36:19, 36:20, 36:21, 36:25, 37:1, 37:3, 37:11, 37:12, 37:16, 37:17, 37:19, 37:20, 38:16, 38:17, 38:18, 38:19, 38:20, 38:22, 38:23, 39:1, 39:4, 39:5, 39:10, 39:13, 39:16, 39:18, 39:19, 39:21, 40:6, 40:11, 40:13, 40:19, 40:21, 40:22, 41:1, 41:3, 41:8, 41:9, 41:10, 41:11, 41:14, 41:15, 41:16, 41:19, 41:21, 41:22, 41:23, 41:24, 41:25, 42:1, 42:3, 42:5, 42:6, 42:18
**THAT'S**[1] - 27:20
**THE**[567] - 1:1, 1:1, 1:12, 3:1, 3:2, 3:4, 3:6, 3:9, 3:10, 3:13, 3:14, 3:19, 3:22, 3:23, 4:1, 4:2, 4:4, 4:5, 4:7, 4:9, 4:11, 4:12, 4:16, 4:24, 5:1, 5:3, 5:4, 5:5, 5:6, 5:7, 5:10, 5:13, 5:14, 5:15, 5:16, 5:19, 5:21, 5:24, 6:4, 6:13, 6:14, 6:15, 6:20, 6:21, 6:22, 6:23, 7:3, 7:5, 7:9, 7:12, 7:15, 7:17, 7:18, 7:19, 7:21, 7:22, 8:1, 8:9, 8:15, 8:16, 8:18, 8:21, 8:23, 8:24, 9:2, 9:4, 9:5, 9:6, 9:8, 9:9, 9:11, 9:13, 9:15, 9:20, 9:22, 9:24, 9:25, 10:5, 10:7, 10:8, 10:9, 10:10, 10:12, 10:13, 10:14,

10:15, 10:18, 10:20, 10:24, 10:25, 11:2, 11:4, 11:5, 11:7, 11:8, 11:13, 11:16, 11:20, 11:23, 11:25, 12:2, 12:4, 12:8, 12:9, 12:14, 12:15, 12:19, 13:3, 13:4, 13:10, 13:11, 13:12, 13:16, 13:19, 13:20, 13:23, 13:24, 14:7, 14:8, 14:9, 14:10, 14:11, 14:13, 14:17, 14:19, 14:21, 14:24, 15:1, 15:5, 15:10, 15:11, 15:12, 15:16, 15:22, 15:23, 16:3, 16:6, 16:7, 16:9, 16:14, 16:15, 16:16, 16:17, 16:18, 16:19, 16:22, 16:23, 16:24, 17:5, 17:9, 17:11, 17:13, 17:14, 17:15, 17:16, 17:17, 17:20, 17:22, 17:23, 18:1, 18:3, 18:5, 18:6, 18:8, 18:9, 18:12, 18:18, 18:19, 18:22, 18:24, 18:25, 19:3, 19:7, 19:9, 19:10, 19:14, 19:16, 19:17, 19:18, 19:19, 19:21, 19:22, 19:23, 19:24, 19:25, 20:6, 20:7, 20:8, 20:12, 20:13, 20:14, 20:16, 20:17, 20:23, 20:24, 20:25, 21:1, 21:4, 21:5, 21:6, 21:7, 21:9, 21:12, 21:17, 21:18, 21:19, 21:20, 21:23, 22:1, 22:8, 22:13, 22:15, 22:16, 22:18, 22:20, 22:22, 22:24, 23:2, 23:3, 23:7, 23:9, 23:10, 23:12, 23:13, 23:14, 23:15, 23:21, 23:22, 23:23, 23:24, 23:25, 24:1, 24:2, 24:4, 24:5, 24:6, 24:7, 24:8, 24:9, 24:10, 24:11, 24:12, 24:13, 24:14, 24:15, 24:17, 24:20, 24:23, 24:24, 25:1, 25:4, 25:5, 25:7, 25:10, 25:11, 25:12, 25:13, 25:14, 25:15, 25:17, 25:18, 25:19, 25:20, 25:21, 25:24, 26:2, 26:5, 26:8,

26:10, 26:11, 26:12, 26:14, 26:16, 26:17, 26:21, 26:22, 26:23, 26:24, 26:25, 27:1, 27:2, 27:3, 27:6, 27:7, 27:8, 27:10, 27:12, 27:14, 27:15, 27:18, 27:21, 27:22, 27:23, 28:1, 28:6, 28:7, 28:9, 28:10, 28:11, 28:14, 28:15, 28:16, 28:18, 28:22, 28:23, 29:1, 29:2, 29:4, 29:5, 29:6, 29:7, 29:12, 29:13, 29:17, 29:18, 29:19, 29:20, 29:21, 29:22, 29:25, 30:1, 30:4, 30:6, 30:7, 30:8, 30:9, 30:10, 30:11, 30:13, 30:15, 30:16, 30:18, 30:20, 30:21, 30:22, 30:25, 31:3, 31:4, 31:5, 31:6, 31:9, 31:10, 31:11, 31:12, 31:13, 31:14, 31:17, 31:18, 31:19, 31:20, 31:22, 31:23, 31:24, 31:25, 32:1, 32:2, 32:4, 32:5, 32:8, 32:9, 32:10, 32:12, 32:16, 32:18, 32:19, 32:20, 32:21, 32:22, 32:24, 32:25, 33:1, 33:4, 33:5, 33:11, 33:14, 33:16, 33:18, 33:20, 33:21, 33:22, 33:23, 33:24, 34:3, 34:4, 34:6, 34:8, 34:10, 34:11, 34:14, 34:15, 34:17, 34:18, 34:21, 34:23, 34:24, 34:25, 35:1, 35:3, 35:6, 35:11, 35:15, 35:16, 35:18, 35:19, 35:20, 35:23, 36:5, 36:14, 36:15, 36:19, 36:25, 37:3, 37:5, 37:6, 37:7, 37:10, 37:11, 37:12, 37:17, 37:18, 37:19, 37:23, 38:2, 38:7, 38:9, 38:21, 39:1, 39:2, 39:5, 39:7, 39:9, 39:10, 39:11, 39:13, 39:14, 39:15, 39:18, 39:20, 39:21, 39:22, 39:23, 40:2, 40:4, 40:9, 40:12, 40:15, 40:19, 40:22, 41:4, 41:8, 41:9,

41:12, 41:18, 41:21, 41:22, 42:2, 42:3, 42:5, 42:12, 42:18, 42:19
**THEIR** [20] - 5:19, 5:25, 6:12, 7:1, 12:7, 12:8, 15:7, 15:22, 16:23, 20:2, 22:7, 22:25, 23:16, 25:1, 25:9, 25:25, 26:15, 28:24, 32:17, 35:17
**THEM** [18] - 6:5, 6:17, 7:20, 13:20, 18:1, 20:8, 22:25, 23:12, 23:13, 23:18, 25:8, 26:25, 27:23, 28:1, 28:7, 32:10, 35:9, 39:21
**THEMSELVES** [2] - 20:20, 21:3
**THEN** [21] - 6:8, 7:5, 12:7, 13:10, 13:16, 18:17, 19:7, 23:20, 25:9, 26:1, 29:1, 29:8, 30:16, 31:5, 35:20, 37:5, 38:21, 39:12, 39:16, 39:19
**THEODORE** [1] - 3:18
**THEORETICAL** [1] - 35:25
**THERE** [56] - 4:4, 4:17, 4:18, 4:20, 5:17, 6:10, 6:18, 6:20, 6:24, 8:2, 9:1, 9:17, 12:21, 16:12, 20:17, 20:19, 21:13, 21:14, 22:8, 22:11, 23:4, 23:17, 26:5, 26:15, 26:21, 26:22, 27:13, 28:12, 29:8, 29:23, 30:16, 30:23, 31:7, 32:18, 33:2, 33:19, 34:18, 35:21, 35:24, 35:25, 36:13, 36:17, 36:25, 37:21, 39:5, 39:11, 39:12, 39:20, 39:22, 39:25, 40:8, 40:11, 41:9, 41:14
**THESE** [33] - 5:13, 5:18, 5:21, 6:11, 6:14, 6:22, 6:24, 7:9, 7:16, 7:20, 8:12, 14:2, 15:20, 16:13, 17:3, 17:9, 18:12, 19:15, 21:9, 22:2, 24:6, 28:6, 28:8, 28:10, 28:12, 28:23, 33:6, 34:1, 34:7, 35:14, 35:17, 38:23,

41:2
**THEY** [65] - 6:8, 6:16, 6:18, 9:16, 11:14, 12:7, 15:5, 15:8, 15:21, 15:25, 16:1, 16:2, 17:1, 17:6, 17:7, 17:10, 17:13, 20:8, 20:21, 21:3, 21:4, 21:10, 21:11, 22:20, 22:21, 22:22, 23:9, 23:13, 23:19, 24:4, 25:1, 25:2, 25:3, 25:23, 25:24, 25:25, 26:2, 26:12, 26:13, 27:21, 28:2, 28:4, 28:24, 29:5, 29:7, 30:11, 30:12, 30:19, 31:3, 31:14, 31:20, 32:3, 34:4, 35:11, 35:12, 37:2, 42:5, 42:12
**THING** [5] - 15:9, 16:15, 20:22, 38:7, 38:21
**THINGS** [2] - 30:24, 32:16
**THINK** [70] - 4:9, 5:3, 7:22, 7:24, 9:23, 10:9, 10:20, 11:4, 11:19, 11:25, 12:17, 13:13, 13:15, 13:16, 14:10, 14:18, 14:22, 16:23, 17:7, 17:13, 17:20, 18:25, 19:6, 19:7, 22:3, 29:14, 30:6, 30:18, 30:19, 30:23, 30:24, 31:12, 31:16, 32:6, 32:7, 32:12, 32:16, 32:20, 33:10, 33:14, 33:18, 33:25, 34:3, 34:8, 34:9, 34:10, 34:19, 34:25, 36:7, 36:12, 36:17, 37:22, 37:23, 38:4, 38:12, 38:14, 39:9, 39:13, 39:24, 40:6, 40:15, 40:22, 40:25, 41:8, 41:20, 41:21, 41:23, 41:25, 42:3, 42:6
**THINKING** [1] - 30:3
**THINKS** [2] - 13:22, 19:21
**THIRD** [38] - 4:1, 4:11, 4:16, 9:2, 9:4, 9:6, 9:20, 10:25, 11:25, 13:4, 15:23, 16:17, 19:24, 20:12, 20:13, 20:16, 20:23, 21:5, 22:16, 23:3, 23:14,

23:23, 24:1, 24:2, 24:20, 24:23, 29:18, 29:25, 30:4, 30:6, 30:10, 30:22, 31:11, 31:14, 31:17, 34:17, 35:1, 37:15
**THIS** [110] - 3:4, 3:9, 3:11, 3:25, 4:3, 4:21, 5:4, 5:10, 5:17, 6:2, 6:10, 6:12, 6:17, 7:15, 8:10, 8:12, 8:20, 10:1, 10:19, 10:21, 11:10, 12:1, 12:2, 12:17, 12:25, 13:2, 13:4, 13:14, 13:17, 13:25, 14:11, 14:19, 15:4, 15:22, 16:4, 16:6, 16:15, 16:18, 18:1, 18:2, 18:5, 18:23, 19:20, 19:25, 20:4, 20:19, 21:16, 21:22, 22:7, 23:24, 24:10, 24:13, 24:14, 24:19, 25:2, 25:8, 25:20, 26:5, 27:9, 27:17, 28:3, 28:8, 28:11, 28:14, 28:16, 28:19, 28:24, 29:3, 29:5, 29:11, 29:15, 29:24, 30:2, 30:9, 30:12, 30:16, 31:11, 31:15, 32:1, 32:8, 32:17, 32:23, 33:8, 33:15, 33:20, 34:11, 34:12, 35:1, 35:4, 35:16, 36:8, 36:9, 36:15, 36:18, 36:23, 37:20, 38:1, 38:10, 38:13, 39:10, 40:16, 42:7, 42:10
**THOROUGH** [1] - 31:12
**THOSE** [27] - 7:7, 7:18, 7:21, 7:24, 15:19, 19:6, 20:9, 20:13, 21:5, 21:6, 21:15, 22:4, 22:14, 27:25, 30:3, 30:24, 32:7, 32:10, 32:11, 33:19, 33:24, 34:5, 34:15, 36:21, 37:13, 39:15
**THOUGH** [1] - 26:25
**THOUGHT** [4] - 15:7, 17:6, 33:13, 36:8
**THOUSAND** [1] - 8:25
**THOUSANDS** [1] - 23:5
**THREE** [1] - 37:19
**THRESHOLD** [2] -

23:6, 23:11
**THROUGH** [14] - 7:7, 7:11, 12:8, 22:2, 23:19, 26:6, 26:7, 28:16, 28:21, 32:25, 33:1, 34:14, 36:23, 41:25
**THROWING** [1] - 6:21
**THROWN** [1] - 6:14
**THRUST** [1] - 39:14
**TIME** [13] - 6:2, 9:3, 9:4, 9:6, 24:10, 25:12, 26:9, 30:1, 32:23, 33:5, 36:1, 38:9, 39:20
**TO** [302] - 4:3, 4:10, 4:11, 4:13, 4:16, 5:13, 5:15, 5:16, 5:17, 5:20, 5:23, 6:1, 6:2, 6:3, 6:4, 6:6, 6:7, 6:22, 6:24, 6:25, 7:5, 7:6, 7:9, 7:11, 7:12, 7:14, 7:16, 7:17, 7:22, 7:23, 7:24, 7:25, 8:1, 8:10, 8:12, 8:13, 8:20, 8:25, 9:2, 9:7, 9:8, 9:15, 9:19, 9:21, 10:2, 10:4, 10:9, 10:12, 10:17, 10:22, 10:25, 11:6, 11:21, 11:25, 12:4, 12:8, 12:10, 12:11, 12:12, 12:16, 12:18, 12:24, 12:25, 13:5, 13:6, 13:18, 13:21, 13:25, 14:1, 14:2, 14:3, 14:10, 14:13, 14:20, 14:25, 15:5, 15:9, 15:20, 15:25, 16:16, 16:25, 17:2, 17:3, 17:10, 17:16, 17:21, 17:22, 17:23, 18:1, 18:8, 18:17, 18:18, 18:19, 18:20, 18:22, 18:24, 18:25, 19:4, 19:5, 19:6, 19:9, 19:14, 19:15, 19:16, 19:19, 19:21, 20:1, 20:2, 20:7, 20:8, 20:9, 20:11, 20:13, 20:19, 20:20, 20:25, 21:1, 21:2, 21:3, 21:4, 21:10, 21:11, 21:14, 21:18, 21:19, 21:23, 22:5, 22:6, 22:18, 22:22, 22:24, 22:25, 23:2, 23:7, 23:8, 23:9, 23:11, 23:25, 24:5, 24:9,

24:11, 24:12, 24:15, 25:4, 25:7, 25:8, 25:9, 25:22, 26:5, 26:9, 26:21, 27:3, 27:7, 27:9, 27:13, 27:14, 27:15, 27:17, 27:21, 27:24, 27:25, 28:1, 28:3, 28:5, 28:6, 28:18, 28:22, 29:6, 29:10, 29:14, 29:25, 30:12, 30:23, 30:25, 31:2, 31:9, 31:10, 31:12, 31:15, 31:16, 31:19, 31:22, 32:3, 32:4, 32:6, 32:8, 32:13, 32:19, 32:25, 33:5, 33:8, 33:9, 33:12, 33:14, 33:22, 33:23, 34:1, 34:2, 34:4, 34:5, 34:10, 34:20, 35:4, 35:5, 35:10, 35:11, 35:14, 35:18, 36:1, 36:5, 36:6, 36:23, 36:24, 37:2, 37:4, 37:5, 37:7, 37:8, 37:10, 37:16, 37:18, 37:19, 37:22, 38:3, 38:4, 38:5, 38:7, 38:10, 38:22, 39:7, 39:13, 39:16, 39:17, 39:19, 39:21, 39:24, 40:1, 40:2, 40:5, 40:7, 40:11, 40:12, 40:14, 40:15, 40:18, 40:19, 40:20, 40:22, 40:23, 41:7, 41:9, 41:10, 41:13, 41:16, 41:17, 41:19, 41:20, 41:21, 41:24, 42:4, 42:7, 42:10, 42:13
**TODAY** [1] - 4:12
**TOGETHER** [2] - 8:5, 17:10
**TOLD** [2] - 3:24, 12:6
**TOLLED** [1] - 36:15
**TOO** [5] - 13:5, 14:18, 18:4, 35:6, 39:2
**TOOL** [1] - 33:3
**TOOLS** [1] - 12:5
**TOTALLY** [1] - 23:15
**TRACK** [2] - 12:6, 27:18
**TRACKED** [1] - 15:21
**TRACKING** [5] - 5:14, 6:1, 6:5, 25:2, 25:24
**TRANSCRIPT** [2] - 1:25, 42:19
**TRANSCRIPTION** [1] - 1:25

**TRIAL** [5] - 23:19, 23:20, 26:8, 32:25, 33:1
**TRIED** [2] - 7:6, 17:2
**TRIGGERED** [1] - 28:19
**TRUE** [5] - 25:11, 25:12, 25:14, 25:16, 25:18
**TRY** [3] - 18:17, 37:5, 37:16
**TRYING** [4] - 6:25, 29:14, 37:4, 40:1
**TWEAKING** [1] - 39:13
**TWO** [11] - 4:8, 7:7, 9:10, 9:13, 11:22, 13:8, 27:21, 33:15, 35:17, 37:10, 39:23
**TYPE** [5] - 10:3, 14:20, 15:13, 16:14, 20:22
**TYPES** [2] - 34:7, 35:15
**TYPICALITY** [1] - 9:11

## U

**U.S** [1] - 1:8
**UNAUTHORIZED** [1] - 12:21
**UNCERTAINTY** [1] - 4:10
**UNDER** [31] - 4:20, 7:3, 8:14, 8:22, 10:1, 10:2, 10:3, 10:6, 10:11, 11:5, 12:14, 14:2, 15:2, 15:10, 15:11, 16:7, 16:9, 18:6, 19:22, 22:4, 23:10, 25:21, 26:12, 32:5, 33:16, 33:17, 34:11, 37:12, 38:23, 39:4, 42:2
**UNDERSTAND** [5] - 14:12, 17:1, 29:1, 31:2, 38:19
**UNDERSTANDABLE** [1] - 42:6
**UNDERTAKING** [1] - 29:10
**UNITED** [2] - 1:1, 11:8
**UNPRECEDENTED** [1] - 12:5
**UNTIL** [1] - 25:25
**UP** [9] - 6:22, 8:4, 9:2, 18:2, 21:11, 24:22, 27:24, 29:25, 41:17
**UPON** [2] - 25:21, 39:8
**US** [7] - 5:12, 5:23, 9:10, 24:6, 36:23, 41:16, 41:17

**USE** [1] - 33:9
**USED** [2] - 9:1, 11:8
**USERS** [1] - 24:25

## V

**VERSION** [1] - 10:21
**VERSUS** [1] - 20:14
**VERY** [19] - 3:19, 7:11, 7:23, 8:6, 16:7, 16:21, 17:25, 19:4, 20:17, 22:3, 22:8, 24:11, 28:6, 28:7, 28:16, 36:17, 38:2, 42:9
**VIA** [1] - 1:10
**VIABLE** [1] - 19:8
**VIDEOCONFERENC E** [1] - 1:10
**VIEW** [3] - 12:2, 16:18, 23:24
**VIOLATE** [1] - 15:19
**VIOLATED** [1] - 20:1
**VIOLATION** [1] - 33:17
**VISIT** [1] - 26:1
**VISITED** [1] - 11:10
**VISTA** [1] - 12:2

## W

**WAITING** [1] - 36:14
**WALK** [2] - 23:11, 40:4
**WANT** [18] - 11:25, 13:21, 13:25, 14:25, 15:9, 17:3, 31:2, 31:14, 35:10, 38:4, 38:5, 38:7, 40:7, 40:14, 40:23, 41:24, 42:7
**WANTED** [5] - 8:13, 31:18, 32:13, 37:22, 40:15
**WANTING** [1] - 22:18
**WANTS** [2] - 31:11, 33:12
**WAS** [94] - 3:23, 3:25, 4:2, 4:18, 5:5, 5:16, 5:17, 6:10, 6:14, 6:17, 6:19, 6:20, 6:23, 7:10, 7:11, 8:5, 9:1, 9:8, 9:13, 9:15, 9:17, 9:23, 9:25, 10:7, 12:12, 13:5, 16:21, 16:23, 17:9, 17:14, 17:20, 18:10, 19:24, 19:25, 20:16, 21:14, 22:19, 22:20, 23:7, 23:9, 23:10, 23:22, 24:1, 25:4,

25:5, 25:11, 25:12, 25:14, 25:15, 25:16, 25:19, 25:20, 26:5, 26:17, 26:21, 26:22, 27:1, 27:3, 27:7, 27:11, 27:14, 28:7, 28:11, 28:12, 28:13, 28:14, 28:15, 28:16, 29:2, 29:12, 29:17, 29:18, 29:24, 30:12, 30:14, 30:16, 32:20, 32:23, 33:13, 33:24, 34:18, 36:8, 41:6
**WASTE** [1] - 36:22
**WAY** [10] - 5:17, 10:5, 17:9, 23:15, 25:17, 26:25, 28:11, 33:23, 36:20, 39:25
**WE** [148] - 3:13, 4:3, 4:12, 4:17, 4:19, 5:8, 5:15, 5:18, 6:8, 7:5, 7:7, 7:10, 7:12, 7:15, 7:18, 7:21, 8:3, 8:10, 8:13, 8:14, 8:15, 8:16, 8:17, 8:18, 8:20, 9:2, 9:12, 9:18, 9:23, 10:5, 10:6, 10:7, 10:17, 13:15, 13:16, 13:18, 13:19, 13:23, 13:24, 15:4, 15:13, 15:20, 15:24, 15:25, 16:2, 16:5, 16:8, 16:9, 17:2, 17:12, 17:23, 17:24, 18:3, 18:5, 18:8, 18:14, 18:17, 18:19, 19:7, 19:16, 20:4, 20:5, 20:6, 20:7, 20:25, 21:1, 21:8, 22:3, 22:6, 23:1, 23:12, 24:10, 24:11, 24:16, 24:17, 25:21, 26:4, 26:6, 26:7, 26:23, 28:21, 29:20, 30:2, 30:7, 31:12, 31:22, 31:24, 32:8, 32:9, 32:11, 32:21, 32:23, 32:25, 33:6, 33:7, 33:11, 33:15, 33:16, 33:25, 34:6, 34:23, 35:8, 35:14, 36:7, 36:8, 36:9, 36:10, 37:4, 37:18, 37:20, 38:2, 38:6, 38:7, 38:13, 38:14, 38:16, 38:18, 38:21, 38:23, 39:4, 39:7, 39:8, 39:9, 40:17, 40:20, 40:22, 41:8, 41:10, 41:16, 41:18, 41:19, 41:25, 42:8,

42:10, 42:12
**WEAK** [1] - 36:2
**WEAKNESS** [1] - 29:21
**WEAKNESSES** [1] - 30:9
**WEB** [7] - 5:13, 5:14, 7:16, 7:19, 7:20, 10:15, 11:9
**WEBSITE** [7] - 6:6, 6:9, 8:7, 8:10, 8:11, 11:10, 26:1
**WEBSITES** [1] - 6:4
**WEIBELL** [12] - 2:2, 3:11, 19:12, 26:20, 27:20, 29:16, 30:6, 31:9, 36:4, 41:4, 41:5
**WELL** [23] - 3:19, 3:20, 3:25, 6:8, 11:19, 12:19, 13:10, 14:22, 15:1, 15:3, 15:17, 15:18, 15:24, 16:20, 21:8, 23:10, 24:18, 27:4, 27:12, 41:6, 42:3, 42:9, 42:13
**WENT** [5] - 6:22, 7:13, 9:2, 24:22, 29:25
**WERE** [36] - 4:3, 5:7, 5:12, 5:20, 6:11, 6:13, 6:16, 6:18, 6:21, 8:2, 8:16, 9:12, 11:11, 15:6, 15:21, 17:1, 17:6, 17:7, 17:13, 17:14, 17:17, 20:19, 21:13, 21:20, 23:4, 23:6, 24:22, 26:2, 26:4, 26:14, 26:24, 28:6, 30:11, 30:15, 32:3, 41:13
**WEREN'T** [1] - 6:16
**WHAT** [76] - 4:3, 4:12, 4:19, 5:23, 6:10, 6:18, 7:15, 10:21, 11:25, 13:5, 13:12, 14:3, 14:11, 15:19, 15:22, 16:1, 16:5, 16:15, 17:1, 17:2, 17:6, 17:23, 18:1, 18:3, 18:21, 18:22, 19:24, 21:5, 21:20, 21:21, 22:6, 22:16, 23:23, 24:7, 24:9, 24:10, 24:12, 24:13, 24:18, 24:19, 26:12, 26:17, 26:18, 26:19, 27:25, 28:19, 29:4, 29:11, 30:7, 30:11, 30:19, 30:21, 30:25,

31:2, 31:5, 32:1, 32:2, 32:20, 32:23, 32:24, 32:25, 33:7, 33:10, 34:4, 35:4, 37:6, 37:25, 38:4, 38:12, 39:16, 40:11, 40:17, 41:6, 42:4, 42:8
**WHAT'S** [1] - 28:10
**WHEN** [19] - 6:6, 8:19, 10:18, 14:3, 14:20, 16:20, 17:5, 20:2, 24:4, 25:5, 25:12, 25:14, 25:16, 25:18, 26:4, 31:13, 32:23, 35:23, 40:20
**WHERE** [19] - 11:11, 12:21, 13:10, 13:11, 17:10, 17:12, 18:5, 18:19, 20:6, 20:19, 21:23, 22:10, 22:13, 33:15, 38:10, 38:12, 39:8, 40:22, 41:18
**WHEREIN** [1] - 27:14
**WHETHER** [20] - 13:6, 14:14, 14:19, 19:23, 20:1, 21:10, 21:11, 22:9, 30:13, 30:14, 34:10, 34:12, 37:8, 38:4, 38:5, 38:23, 38:24, 39:3, 39:8
**WHICH** [26] - 4:15, 5:3, 5:11, 5:20, 6:10, 6:23, 8:18, 8:24, 9:8, 9:23, 10:9, 10:13, 11:11, 12:12, 15:10, 21:8, 29:2, 29:6, 29:9, 29:25, 30:16, 31:23, 34:13, 34:25, 35:14, 36:2
**WHILE** [1] - 36:15
**WHITE** [2] - 1:20, 42:23
**WHO** [16] - 5:21, 8:13, 9:21, 11:8, 11:10, 11:13, 16:6, 17:11, 18:21, 21:13, 28:14, 28:24, 33:23, 34:2, 36:14, 36:24
**WHO'S** [1] - 23:10
**WHOLE** [2] - 18:15, 28:19
**WHOSE** [1] - 23:6
**WHY** [8] - 6:18, 13:24, 23:23, 29:17, 32:14, 33:5, 33:12, 37:20
**WIDE** [1] - 15:12
**WILL** [20] - 6:7, 14:7, 15:4, 29:8, 34:5, 35:10, 35:13, 36:13,

36:17, 37:13, 37:18, 39:7, 40:9, 40:10, 40:21, 42:8, 42:12
**WILLING** [2] - 21:11, 37:2
**WILSHIRE** [1] - 1:16
**WILSON** [1] - 2:2
**WINGS** [1] - 36:14
**WISDOM** [1] - 41:3
**WITH** [60] - 3:7, 4:2, 4:3, 4:5, 4:9, 5:15, 5:24, 5:25, 7:13, 7:25, 8:4, 8:20, 9:10, 9:14, 9:15, 9:16, 10:12, 12:5, 12:13, 13:1, 14:13, 14:15, 14:24, 16:2, 16:5, 16:10, 16:13, 16:19, 16:22, 17:1, 17:21, 17:23, 17:24, 17:25, 18:2, 18:3, 19:5, 19:19, 20:11, 21:7, 23:11, 23:17, 24:16, 26:17, 27:6, 27:8, 27:9, 27:10, 28:14, 29:13, 34:5, 34:17, 34:20, 35:17, 36:23, 38:8, 38:13, 41:3, 42:7
**WITHDRAW** [1] - 13:16
**WITHOUT** [4] - 6:12, 7:1, 15:21, 22:25
**WON'T** [1] - 35:11
**WORDS** [1] - 30:24
**WORK** [3] - 14:6, 37:16, 41:25
**WORKED** [2] - 22:23, 25:17
**WORKING** [1] - 13:3
**WORKS** [1] - 23:15
**WORTH** [1] - 36:21
**WOULD** [59] - 3:15, 4:15, 7:23, 10:18, 10:23, 12:6, 12:17, 12:24, 14:20, 15:13, 15:19, 16:8, 16:9, 16:11, 17:21, 18:15, 20:6, 20:7, 20:9, 20:21, 21:23, 22:21, 24:13, 24:14, 25:2, 25:6, 25:22, 26:8, 26:9, 26:10, 26:11, 26:23, 31:20, 32:3, 36:22, 37:2, 37:7, 37:10, 37:15, 38:10, 38:18, 38:22, 38:25, 39:1, 39:19, 40:12, 40:13, 40:20, 41:12, 41:16, 41:17, 41:19,

41:21, 42:5
**WRONG** [1] - 12:9
**WRONGDOER** [1] -
14:21

## Y

**YEAR** [1] - 36:16
**YEARS** [5] - 5:5,
25:13, 28:11, 33:6,
35:16
**YES** [6] - 3:8, 5:1, 6:7,
11:3, 36:4, 41:5
**YET** [1] - 12:18
**YOU** [116] - 3:2, 3:15,
4:13, 4:22, 5:4, 5:11,
6:3, 6:6, 6:7, 6:8,
6:9, 6:25, 7:7, 9:6,
9:25, 10:1, 10:9,
10:23, 10:24, 11:20,
11:22, 11:25, 13:6,
13:13, 13:15, 13:25,
14:1, 14:3, 14:5,
14:7, 14:14, 15:16,
15:17, 15:24, 16:20,
16:21, 17:13, 17:15,
18:10, 18:23, 19:11,
19:12, 20:2, 20:18,
21:7, 22:5, 22:9,
22:12, 23:8, 24:16,
26:19, 26:25, 27:10,
29:4, 29:13, 29:22,
30:23, 30:25, 31:3,
31:6, 31:7, 31:13,
31:23, 32:14, 32:15,
34:3, 34:4, 34:10,
34:19, 35:8, 37:16,
37:18, 37:19, 37:22,
37:24, 38:3, 38:4,
38:5, 38:9, 38:10,
38:12, 38:20, 39:4,
39:20, 39:23, 39:24,
39:25, 40:1, 40:3,
40:4, 40:5, 40:6,
40:7, 40:10, 40:11,
40:14, 40:15, 40:18,
40:20, 40:23, 41:6,
41:16, 42:7, 42:13,
42:14
**YOUR** [53] - 3:8, 4:18,
4:22, 4:24, 5:3, 5:17,
6:2, 6:19, 8:24, 10:6,
10:21, 11:3, 11:6,
13:9, 13:13, 13:18,
13:22, 14:12, 14:22,
15:3, 15:9, 15:15,
15:16, 16:21, 18:15,
19:11, 19:12, 23:22,
26:20, 29:16, 31:9,
31:10, 32:15, 33:1,
34:22, 35:4, 35:13,

36:4, 38:14, 38:25,
39:3, 39:4, 39:21,
39:24, 40:8, 40:25,
41:1, 41:2, 41:5,
41:6, 41:19, 42:11,
42:14
**YOURSELVES** [1] -
3:15

## Z

**ZERO** [2] - 18:5, 39:18
**ZOOM** [1] - 39:25