IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE       :
PLACEMENT CONSUMER PRIVACY       :    Civ. No. 12-MD-2358
LITIGATION                       :

**O R D E R**

**AND NOW**, this **24th** day of **February, 2022**, upon consideration of the parties' proposed plan for re-issuing notice, it is hereby **ORDERED** that:

1. the re-issuance of the notice shall commence **by March 24, 2022**;

2. the six-week notice campaign shall complete **by June 6, 2022**;

3. all valid opt-outs and objections to the settlement shall be postmarked **by July 7, 2022**;

4. Plaintiffs shall inform the Court of any opt-outs or objections and file a motion for final approval of the class action settlement and certification of the settlement class supported by a memorandum of fact and law and appropriate affidavits **by August 8, 2022**;

5. Defendant shall file a response thereto **by September 9, 2022.** If the parties present a joint motion for preliminary approval, no response will be necessary; and

1

6.   thereafter the Court will schedule a hearing to determine the final fairness of the settlement and to determine whether to certify the settlement class.

Pursuant to the parties' joint suggestion, it is further **ORDERED** that Google shall contribute an additional $50,000 from the Settlement Fund towards class administration expenses.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**

2