**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (SLR) |
| This Document Relates to: All Actions | |

## ADAM E. SCHULMAN'S SUPPLEMENTAL DECLARATION IN SUPPORT OF OBJECTION

HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (DC Bar # 1001606)
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: 610-457-0856
adam.schulman@hlli.org

*Attorney for Objector Theodore H. Frank*

1

I, Adam E. Schulman, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as witness, could and would testify competently thereto.

2.      I have previously filed a declaration in this matter. *See* D.I. 171-2.

3.      A true and accurate copy of the revised settlement's class notice as posted on the settlement                website,                *available*                *at* http://googlecookieplacementprivacysettlement.com/Content/Documents/Notice.pdf (last visited Jun. 28, 2022), is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2022 in Alexandria, VA.

_____
Adam Schulman

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: July 6, 2022

*(s) Adam Schulman*
Adam Schulman