# EXHIBIT A




| Dmitrii Mudrechenko |





...

# Dmitrii Mudrechenko

Software Engineer

United States · 278 connections

Sign in to connect

 **United Sugars**

 **Minnesota State University, Moorhead**

 **Portfolio** ↗

# About

A talented and result-oriented developer with extensive experience in mobile and cross-platform application design, development and management as well as full-stack web development. Expertise in Linux programming and administration. Owning all stages of project life-cycle from inception and architectural design, through development and troubleshooting to monitoring and post-release support. Effective in analyzing relevant information and business processes for guiding product



Dmitrii Mudrechenko



## Activity



**New cities in the past month: Santa Barbara US Port Glasgow GB Sydney HM Kazan RU Mumbai IN**

Liked by Dmitrii Mudrechenko

**Finally, we have opened the first location running our VR product! After each game players are getting photo and video of their game.**

Liked by Dmitrii Mudrechenko



Dmitrii Mudrechenko





**2018 New York Life Arizona General Office Honor Banquet! It was such a great honor to provide solutions and work with individuals and business...**

Liked by Dmitrii Mudrechenko

Sign in to see all activity

---

# Experience



### Business Systems Application and Integration Developer
United Sugars
Nov 2017 - Present · 4 years 9 months

• Full-stack Web Development of Intranet and Internet applications
• Windows/Linux/UNIX Server Troubleshooting and administration
• Database design, administration and support for applicable systems
• Provide assistance to Network administrator as needed. High level knowledge of networking and modern security practices
• Provide operating system maintenance and applying OS patches as needed
• Prepare system, application, and user documentation
• Provide ongoing technical...

Show more ⌄



**RevelDigital**
3 years

### Software Engineer III
Jul 2016 - Nov 2017 · 1 year 5 months
Fargo, North Dakota Area





| Dmitrii Mudrechenko |
|---|

- Linux Development
- Application Design
- User Experience Design
- Application management
- Systems integration

Responsible for development and maintenance of 2 Android applications interacting with BLE Beacons and a cloud-based CMS to manage(1) and interact(2) with multimedia content. Performed two major overhauls on each app with numerous improvements in UI/UX and performance. As a Web developer...

Show more ⌄

### Application Developer

Dec 2014 - Jul 2016 · 1 year 8 months

Fargo, North Dakota Area

- Android development
- Web development
- Hardware troubleshooting
- Cloud service administration
- Customer Support

Worked on a set of Android applications with the focus on utilizing iBeacon technology to integrate with the next-generation digital signage platform to deliver targeted promotional content. As a Web developer was responsible for development and maintenance of the cloud platform's components and standalone .NET Web applications that expand its functionality.



### Assistant to Network Administrator

Minnesota State University Moorhead, CSIS Department

Aug 2014 - May 2015 · 10 months

Moorhead, MN

- Maintenance and troubleshooting of Linux and Windows servers
- Solving network and system issues on Linux hosts in MSUM computer labs

Developed great troubleshooting skills while assisting with maintenance of the wide range of school servers, including Web, data and application services. Solved system

 Dmitrii Mudrechenko 

student ID system by...

Show more ⌄

---

# Education



### Minnesota State University, Moorhead

Bachelor's Degree · Computer Science · Cum Laude

2013 - 2016

Activities and Societies: President at MSUM ACM Chapter

Participated in various programming competitions.



### Altai State University

Bachelor's Degree · Business Administration and Management, General · GPA 3.78

2009 - 2013

Activities and Societies: Attended multiple university-level scientific conferences. "The Best Business project" award in 2012

---

# Courses

**Advanced Concepts in Programming**
352

**Architecture**
320

**C#.NET Programming**
336

**Compilers**
435



Dmitrii Mudrechenko



## Decision Support Systems
446

## E-Commerce and M-Commerce Technologies
405

## Introduction to Computers and Programming I-a
152

## Introduction to Computers and Programming I-b
153

## Linux Programming and Development Tools
360

## Networks and Data Communications
349

## Operating Systems
430

## Programming Languages
450

## Software Engineering
340

---

# Projects

## Github
-

See project 🔗



| Dmitrii Mudrechenko |
| --- |



## Honors & Awards

### Microsoft CSIS Student Scholarship

CSIS Department Chair

Apr 2015

Received one of five scholarships awarded to Computer Science majors at Minnesota State University Moorhead.

### CSIS Department Scholarship

MSUM CSIS Department

Apr 2014

## Languages

### English
Full professional proficiency

### Russian
Native or bilingual proficiency

## Organizations

### MSUM Association for Computing Machinery
President

Jan 2015 - Jan 2016

## More activity by Dmitrii



Dmitrii Mudrechenko



Last week, I received the 'Just Do It' Award from the Founder and CEO of Amazon, Jeff Bezos, and his leadership team - the award is given twice a...

Liked by Dmitrii Mudrechenko

5 years ago, I <insert woe-is-me story here> I thought it was all over. No chance of bouncing back. I'm not sure why I'm starting a new line for...

Liked by Dmitrii Mudrechenko

World first: we believe we have created the world's first marine Intelligent Awareness System, using an advanced dashboard of tools, including high...

Liked by Dmitrii Mudrechenko

Equifax 1. Got hacked. 2. Massive PII leaked. 3. Did not say anything until a MONTH after the fact. 4. Instead, execs dumped their stock. And this...

Case 1:12-md-02358-JDW   Document 208-1   Filed 09/09/22   Page 10 of 12 PageID #:
3936





**Tesla drivers just passed 3 billion electric miles, saving the world 120M gallons of gas
�� �**

Liked by Dmitrii Mudrechenko

---

## View Dmitrii's full profile

See who you know in common

Get introduced

Contact Dmitrii directly

**Sign in to view full profile**

## People also viewed

**Jeff McNertney**

Software Development Engineer, Senior at PTC

Greater Minneapolis-St. Paul Area

**Sheryl Altobell**

Solution Architecture Leader at Doosan Digital Innovation America, LLC

Fargo, ND

**Ankit Nehra**

Technical Program Manager at Google

Bengaluru

**Dmitriy Lukyanenko**

Director of Software Development at INT Inc

7/8/22, 9:46 AM    Dmitrii Mudrechenko - ROC Business Systems Application and Integration Developer - United Sugars | LinkedIn

Case 1:12-md-02358-JDW    Document 208-1    Filed 09/09/22    Page 11 of 12 PageID #: 3937



| Dmitrii Mudrechenko |
|---|



Media Officer | Journalist

The Bahamas

**Igor Khazanov**

Engineer/Scientist at Archarithms, Inc.

Madison, AL

**Nathan Joraanstad**

Director of Engineering at Bushel

Fargo, ND

**Olga Drepina**

Professional Realtor Licensed in NJ, PA and NY

New York, NY

**Amanda Thompson**

Business Analyst

Moorhead, MN

**Evan Martin**

Product Manager at Nexstar Digital: Publisher Solutions Group

San Francisco, CA

Show more profiles ⌄



**Looking for career advice?**

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Add new skills with these courses



**Java EE: RESTful Service with JAX-RS 2.0**



**Java Design Patterns and APIs for Android**

**Getting Started as a Full-Stack Web Developer**



Dmitrii Mudrechenko



# Dmitrii's public profile badge

Include this LinkedIn profile on other websites



View profile badges

© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines