# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358-ER |
| This Document Relates to: All Actions | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH GOOGLE INC.

The Court, having reviewed the Plaintiffs' Motion and Incorporated Memorandum of Law for Enlargement of Page Limit for Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement with Google Inc., and good cause having been shown, hereby **GRANTS** the Motion for Page Limit Enlargement.

Dated: _____

Hon. Eduardo C. Robreno
Senior District Court Judge