UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | Case No. 12-MD-2358-ER |
| **This Document Relates to:** All Actions | |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH GOOGLE INC.

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Blvd., Suite 420
Los Angeles, CA 90025
Tel: 310-207-5055
*brian@strangellp.com*

*Executive Committee Member*

**BARTIMUS, FRICKLETON, and ROBERTSON, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
Mary D. Winter
Edward D. Robertston, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

**SILVERMAN THOMPSON SLUTKIN WHITE**

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (DE Bar ID #4944)
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel: 443-909-7516
*sgrygiel@silvermanthompson.com*

*Executive Committee Member*

**TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that Plaintiffs Jose M. ("Josh") Bermudez, Nicholas Todd Heinrich, and Lynne Krause (collectively "Plaintiffs" or "Class Representatives") respectfully move the Court for an Order finally approving the Settlement reached with Defendant Google Inc. ("Google"). Plaintiffs file this motion pursuant to Federal Rule of Civil Procedure 23, on the grounds that the requirements for final approval are met, and the proposed Settlement is fair, reasonable, and adequate. On October 15, 2021, this Court granted preliminary approval of the Settlement, certified a Settlement Class, appointed Settlement Class Counsel, and directed that notice of the Settlement be issued. Plaintiffs now seek the Court's Order finding that the settlement is fair, reasonable, and adequate and granting final approval.

Dated:  August 8, 2022                                      Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Blvd., Suite 420
Los Angeles, CA 90025
Tel: 310-207-5055
*brian@strangellp.com*

*Executive Committee Member*

**BARTIMUS, FRICKLETON,
and ROBERTSON, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
Mary D. Winter
Edward D. Robertston, Jr.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*
*Executive Committee Member*

**SILVERMAN THOMPSON SLUTKIN WHITE**

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (DE Bar ID #4944)
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Tel: 443-909-7516
*sgrygiel@silvermanthompson.com*

*Executive Committee Member*

## **LOCAL RULE 7.1.1 STATEMENT**

No party to the proposed Settlement opposes the relief sought in this Motion.

Dated: August 8, 2022

/s/ *Brian R. Strange*
Brian R. Strange