IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Civ. No.: 12-MD-2358<br><br>Judge Eduardo C. Robreno<br><br>DECLARATION OF MICHELLE M. LA COUNT REGARDING NOTICE AND SETTLEMENT ADMINISTRATION |

## DECLARATION OF MICHELLE M. LA COUNT REGARDING NOTICE ADMINISTRATION

I, Michelle M. La Count, hereby declare and state as follows

1. I am a Project Director employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  I have more than 17 years of experience working in the legal field of which 14 years have been dedicated to settlement administrations.

2. Epiq was established in 1968 as a client services and data processing company.  Epiq has administered bankruptcies since 1985 and settlements since 1993.  Epiq has routinely developed and executed notice programs and administrations in a wide variety of mass action contexts including settlements of consumer, antitrust, products liability, and labor and employment class actions, settlements of mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation.  Epiq has administered more than 4,500 settlements, including some of the largest and most complex cases ever settled.  Epiq's class action case administration services include administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement.

United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions.  As an experienced neutral third-party administrator working with settling parties, courts, and mass action participants, Epiq has handled hundreds of millions of notices, disseminated hundreds of millions of emails, handled millions of phone calls, processed tens of millions of claims, and distributed hundreds of billions in payments.

3. Hilsoft Notifications ("Hilsoft"), a firm that specializes in designing, developing, analyzing, and implementing, large-scale legal notification plans.  Hilsoft is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq").

4. The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

5. This declaration will advise the Parties and the Court for dissemination of the Settlement Notice Plan ("Notice"), final exclusion request totals, objections received, and correspondence information for the settlement in *Google, Inc. Cookie Placement Consumer Privacy Litigation*, Civ. No.: 12-MC-2358, District of Delaware.

6. Epiq was appointed the Settlement Administrator pursuant to the Court's Order granting approval of the parties proposed for re-issuing notice (the "Order") entered February 24, 2022.   I submit this Declaration in order to advise the Parties and the Court regarding the

implementation of the notice plan and to report on requests for exclusion and objections postmarked by the July 7, 2022, deadline in accordance with the Order.

## NOTICE SUMMARY

7.  On February 24, 2022, the Court approved the proposed plan for re-issuing notice.  Hilsoft designed the notice campaign in accordance the Order granting preliminarily approval of the class action settlement and the supplement thereto on October 15, 2021 ("Preliminary Approval Order").  In the Preliminary Approval Order, the Court certified the following Settlement Class:

> All persons in the United States of America who used the Apple Safari or Microsoft Internet Explorer web browsers and who visited a website from which Doubleclick.net (Google's advertising serving service) cookies were placed by the means alleged in the Complaint.

8.  After the Order was entered, Epiq began to implement the notice campaign.  This declaration will detail the notice activities undertaken.  This declaration will also discuss the administration activity to date.

### *The Media Plan*

9.  The Media Plan included various forms of notice, which utilized a national consumer print publication, internet banner advertising, social media targeting Apple Safari and Microsoft Internet Explorer web users in English and Spanish. Each notification had a link to the website where the long form notice was available along with pertinent dates, deadlines, and a summary of Class Members rights.

10. The campaign ran for a period of (6) six weeks, beginning March 24, 2022, and continuing until May 4, 2022.

### *National Consumer Publication*

11. The Notice included a highly visible national print program.  A1/3-page notice appeared once on April 15, 2022, weekly magazine *People,* a leading consumer publication in the United States. *People* magazine has circulation of 3.4 million and a readership of over 28 million.

12. The Notice in *People* magazine contained the material terms of the Settlement to potential Class Members, including the relief provided under the Settlement, the time period and location for the Fairness Hearing, the procedures and deadlines for excluding from the Settlement, or submitting objections to the Settlement, and an explanation that Class Members would be bound by any final judgement in this case if they did not opt-out of the Settlement.  The Notice included the contact information to both Class Counsel, and the website address, GoogleCookiePlacementPrivacySettlement.com.

13. The Publication Notice is included as **Exhibit 1**.

### *Digital Banner Notice*

14. Internet advertising has become a standard component in legal notice programs.  The internet has proven to be an efficient and cost-effective method to target and provide measurable reach of persons covered by a settlement.

15. Banner Notices were booked on the *Verizon (Yahoo) Audience*[1] ad networks. Banners ran on desktop, mobile and tablet devices and were targeted to adults 25+. Additionally, people

---

[1] Verizon Audience Network is now known as Yahoo Audience Network.

who clicked on a Banner Notice and visited the website were retargeted with additional Banner Notices.

16. The Notice also included advertising on social media, which consisted of newsfeed and right-hand column ads on *Facebook*. In addition, newsfeed ads were placed on *Instagram and Reddit*. *Facebook* is the leading social networking site in the United States and combined with *Instagram* covers over 200 million users in the United States. The social news discussion website *Reddit* is one of the top 10 most visited websites in the United States.

17. The Banner Notice examples are included as **Exhibit 2**.

18. The Banner Notice campaign, including display and social ads, ran from March 24, 2022, through May 4, 2022, nationwide. Clicking on the Banner Notices linked the reader to the settlement website, where they can easily file a claim for benefits online, request a paper claim form and obtain detailed information about the Settlement. Combined, a total of 429,292,485 impressions ran.

19. The Banner Notice campaign data is attached as **Exhibit 3**.

## <u>CLASS COMMUNICATION</u>

20. Epiq received limited communication from Class Members with only two requests for copies of the long form notice, which were responded to by US Mail and included a copy of the requested long form notice.

21. There were a total of four pieces of additional correspondence. In all instances Epiq

responded with a letter and a copy of the Notice as the questions posed were answered in the long form notice itself.

## **POSTAL MAILING ADDRESS**

22. A post office box for correspondence about the Settlement were also established and maintained, to allow Settlement Class Members to contact the Claims Administrator by mail with any specific requests or questions.

## **SETTLEMENT WEBSITE**

23. In accordance with the Order Epiq designed and made public a Settlement website, GoogleCookiePlacementPrivacySettlement.com and launched the site on March 23, 2022. The website included important information regarding the class action description, important dates, and contact information. Furthermore, important documents were on the site and downloadable. Those included the long form notice and exclusion request form, among others. The long form notice contained the material terms of the Settlement to potential Class Members, including relief provided under the Settlement, the date, time and place of the Fairness Hearing, the procedures and deadlines for opting out of the Settlement and submitting objections to the Settlement, as well as an explanation that Class Members would be bound by any final judgment in this case if they did not opt out of the Settlement.  Class Members also had access to Court documents such as; Motion for Preliminary Approval, Preliminary Approval Order, Order Granting Proposed Plan, and the Settlement Agreement.

24. As of August 7, 2022, the Settlement website has received 92,659 page hits, resulting in 75,325 unique sessions.

## REQUESTS FOR EXCLUSION

25. Pursuant to Sections 8.1-8.3 of the Agreement, any Class Member may have sought to be excluded from the Settlement by submitting a request for exclusion to the Settlement Administrator.

26. The reissued notice period did not negate the 50 timely and 11 late exclusion requests that were received during the initial notice period.

27. Between March 24, 2022, the start of the reissued notice campaign, through August 3, 2022, there were 40 unique reissued notice period requests for exclusion. Of those, 39 were postmarked on or before the exclusion request deadline set by the Court of July 7, 2022.

28. One of the requests for exclusion received during the reissued notice period was not signed and thus fails to meet the criteria for a complete exclusion request, and;

29. One request was postmarked after the exclusion request deadline leaving 38 complete, timely requests for exclusion received during the reissued notice period

30. Attached as **Exhibit 4** is a list of all timely, complete exclusion requests along with any incomplete or late requests, inclusive of both the original notice period and the reissued notice period.

**OBJECTIONS**

31. Pursuant to Sections 9.1-9.4 of the Agreement, any Class Member who wanted to object to the Settlement had to file their reason to objecting with the Clerk of the Court, Counsel, and the Settlement Administrator on or before July 7, 2022.

32. Epiq has received one timely submitted objection and no untimely objections.

33. A copy of the objection is attached as **Exhibit 5.**

**COST OF NOTICE ADMINISTRATION**

34. The combined, approximate cost to provide notice and handle the claims administration is currently estimated at $279,906.71.  As of July 19, 2022, Epiq has invoiced $263,188.50 for notice and claims administration.  All costs are subject to the Service Contract under which Epiq will be retained as the Settlement Administrator, and the terms and conditions of that agreement.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2022, at Green Bay, Wisconsin.

Michelle M. La Count

# EXHIBIT 1

# If You Used Apple Safari Or Internet Explorer Browsers, You Could Be Affected By A Class Action Settlement.

## What Is This Lawsuit About?

A class action settlement has been reached *In Re: Google Inc. Cookie Placement Consumer Privacy Litigation, Case No. 12-MD-2358 (ER)*. Plaintiffs allege that, in violation of federal and state laws, Google placed third-party cookies on browsers that visited websites containing Google ads by circumventing browser settings that were set to block such cookies. Google denies all allegations of wrongdoing.

The Settlement Agreement provides for substantial injunctive relief for Settlement Class Members, including assurances from Google regarding its remediation efforts. Google has also agreed to pay $5.5 million to be distributed to various non-profit or educational institutions that agree to devote the funds to promote public awareness, research, and initiatives related to the security or privacy of Internet browsers.

This Settlement Agreement was originally announced in 2016. You may have previously received a notice of this settlement at that time. At the direction of the Court, a second notice and opt-out period are now being provided to Class Members because the Court has approved a revised process for selecting the institutions that will receive settlement funds.

## Are You Affected?

If you used a Safari or Internet Explorer browser in 2011-2012 with the browser cookie settings set, by default or by choice, either to accept only cookies from "visited" sites or to block cookies from "third parties and advertisers," and you visited a non-Google website that displayed ads from doubleclick.net (Google's advertising serving service), and a cookie from doubleclick.net was placed on your browser as a result of that visit, you may be a Class Member.

## What Are Your Rights And Options?

Class Members may request exclusion by sending a completed "Request for Exclusion" form to the Administrator postmarked by **July 7, 2022**. If you submit a timely Request for Exclusion you will not be affected by the settlement. If you do not exclude yourself from the settlement, you will be bound by its terms and will release any and all claims.

If you wish to comment or object in writing to any aspect of the proposed Settlement, you may do so by filing your comments or objections with the Court and sending them by U.S. Mail to the Parties no later than **July 7, 2022**.

## When Is The Fairness Hearing?

The Court will schedule a final fairness hearing at a date to be determined after September 9, 2022, in the Courtroom of the Honorable Eduardo C. Robreno, Senior Judge of the U.S.D.C., sitting by designation in the District of Delaware, at J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801. At this hearing, the Court will consider if the Settlement should be granted final approval. The Court previously approved Class Counsel's request for attorneys' fees, expenses, and Class Representative incentive awards. Although you may attend the hearing or send your own attorney at your own expense, you are not required to do so.

## Where Can I Get More Information?

This notice is a summary only. If you need further information, please view the Long Form Notice at GoogleCookiePlacementPrivacySettlement.com or please contact Class Counsel, Brian R. Strange, Strange LLP, 12100 Wilshire Blvd., Ste. 420, Los Angeles, CA 90025; and/or James P. Frickleton, Bartimus Frickleton Robertson Rader, 4000 W. 114th Street, Suite 310, Leawood, KS 66211.

**PLEASE DO NOT CONTACT THE COURT.**

# EXHIBIT 2

# Yahoo display 300 x 600 px.



# Yahoo display 728 x 90 px.



# Yahoo display 300 x 250 px.



# Yahoo display 970 x 250 px.





# Yahoo display 300 x 600 px.  SPANISH



# Yahoo display 300 x 250 px.  SPANISH



# Yahoo display 728 x 90 px.  SPANISH



# Yahoo display 970 x 250 px.  SPANISH



# Facebook display



# Facebook Newsfeed



# Instagram



# Reddit



# EXHIBIT 3



*Google Cookie Placement Consumer Privacy Litigation*
**Notice Plan Proposal**
**Proprietary and Confidential**
**October 22, 2021**

*Notice plan reaches 70% of the target audience, an average frequency of 2.8 times each.*

**Detailed Media Plan**

| Print | Circulation | Insertions | Distribution | Frequency | Ad Size | Cost |
|---|---|---|---|---|---|---|
| *People* | 3,400,000 | 1 | National | Weekly | 1/3 Page B&W | |
| **Total Estimated Print:** | **3,400,000** | | | | | **$67,395** |

| Digital Base Plan (Display & Social) | Duration | Impressions* | Distribution | Target | Ad Size | Cost |
|---|---|---|---|---|---|---|
| - Notice on desktop, mobile and tablet devices.<br>- Remarket to Adults who have visited settlement website. | | | | | | |
| *Verizon (Yahoo!) Audience Network* | 6 weeks | 165,000,000 | National | Adults 25+<br>(English and Spanish language) | 728x90, 300x250,<br>300x600 & 970x250 | |
| *Facebook* | 6 weeks | 90,000,000 | National | Adults 25+ | Newsfeed &<br>Right Hand Column | |
| *Facebook* | 6 weeks | 70,000,000 | National | Adults 25+ with interests in Internet Privacy,<br>Information Privacy and/or Browser Security | Newsfeed &<br>Right Hand Column | |
| *Instagram* | 6 weeks | 40,000,000 | National | Adults 25+ | Newsfeed | |
| *Instagram* | 6 weeks | 30,000,000 | National | Adults 25+ with interests in Internet Privacy,<br>Information Privacy and/or Browser Security | Newsfeed | |
| *Reddit* | 6 weeks | 21,000,000 | National | Adults 25+ who have interacted with the<br>subreddits r/privacy, r/privacytoolsio,<br>r/cybersecurity and/or r/privacyguides | Reddit Feed Ads | |
| **Total Estimated Digital:** | | **416,000,000** | | | | **$188,631** |
| **Plan Total:^** | | | | | | **$256,026** |

*Impression inventory at time of booking may vary slightly.
^Expert and professional time to be billed separately.
Estimated Program Duration (including lead time after Preliminary Approval):  Approximately 8 weeks
Quote valid for 60 days from issue date. All advertising is subject to publisher's approval and availability at the time of the buy.



Hilsoft Notifications
10300 SW Allen Blvd.
Beaverton, OR 97005
503.350.5800
www.hilsoft.com



comScore target - A18+
Did not weight; class is inherently online

comScore August 2021

| | raw reach A25+ | raw GRP |
|---|---|---|
| Print reach: | 10.60% | A25+ |
| Print GRP: | 10.6 | |
| MRI Simmons DB 2021 | | |
| | | |
| Total Reach: | 69.65% | |
| Average Frequency: | 3.9 | |

| | raw reach A25+ | raw GRP |
|---|---|---|
| Desktop Comscore | 44.58% | 111.41 |
| Mobile Comscore | 39.81% | 77.92 |
| Digital Reach | 66.64% | |
| | | |
| Total Reach: | 70.18% | |
| Average Frequency: | 2.8 | |

| Gross Cost | Net Cost | Actual Ad Size | Run Date | Page | Have Tearsheet? |
|---|---|---|---|---|---|
| $68,743.53 | $58,432.00 | | 4/25 issue; on sale 4/15 | 30 | Yes |

| Gross Cost | Net Cost | CPM | Run Dates | Have Screenshot? | Impressions Run | Total Clicks |
|---|---|---|---|---|---|---|
| $80,558.82 | $68,475.00 | $0.4150 | 3/24 - 5/4, 2022 | Yes | 169,838,710 | 42,231 |
| $36,264.71 | $30,825.00 | $0.3425 | 3/24 - 5/4, 2022 | Yes | 91,243,599 | 12,372 |
| $28,199.38 | $23,969.47 | $0.3424 | 3/24 - 5/4, 2022 | Yes | 72,651,129 | 9,831 |
| $17,623.53 | $14,980.00 | $0.3745 | 3/24 - 5/4, 2022 | Yes | 43,055,878 | 5,855 |
| $13,208.56 | $11,227.27 | $0.3742 | 3/24 - 5/4, 2022 | Yes | 31,046,716 | 4,239 |
| $12,776.47 | $10,860.00 | $0.517 | 3/24 - 5/4, 2022 | Yes | 21,456,453 | 4,925 |
| | | | | | *429,292,485* | *79,453* |

# EXHIBIT 4

## Google Cookie Placement Consumer Privacy Litigation

### 2016          2022

*Exclusion Request*

| Tracking Number | CLASS MEMBER NAME | STATUS | Tracking Number | RE-NOTICE CLASS MEMBER NAME | STATUS |
|---|---|---|---|---|---|
| 59E7A68549 | CHARLES E RICHARDSON | Incomplete | 1 | SHAWN HOLMES | Incomplete |
| E2D29C8163 | UNITA FAY MITCHELL | Incomplete | 2 | RAUL MENDOZA | Complete |
| B4E535D02C | AKIKO DUNN | Complete | 3 | ERNEST ROBINSON | Complete |
| C395C9BF85 | ALAN LANSING | Complete | 4 | JOHANNA R SILVA | Complete |
| 609F01BCE3 | ALEKSANDR Y SHINKAREV | Complete | 5 | LORENE BANKS | Complete |
| 5004E9094B | ALESIA JACKSON | Complete | 6 | LEROY EARLE | Complete |
| D8576D76A5 | ANDREY SHLOMOVICH | Complete | 7 | OREO BANKS | Complete |
| A918648630 | ANITRA MURPHY | Complete | 8 | MICHELE RUSSO | Complete |
| 1113BDD2E6 | BRADDOCK BUCK DEANGELO | Complete | 9 | LEROY D EARLE III | Complete |
| 0A5BDF6236 | BRYAN MURPHY | Complete | 10 | DENISE INGRAM | Complete |
| F6CEEFE734 | CAMERON CORNELISON | Complete | 11 | LORENE BANKS | Complete |
| 2C3D6535C6 | CHARLES JACKLIN | Complete | 12 | LINDA K LAM | Complete |
| 7457060D41 | CHARLES RICHARDSON | Complete | 13 | LISA K LAM | Complete |
| 2D675464D7 | CHRISTOPHER GALBRAITH | Complete | 14 | CAROLYN  BARBEE | Complete |
| 7D1F2D7B47 | DEANGELO BRADDOCK | Complete | 15 | CLAUDIA  ANDERSEN | Complete |
| F16BF035C1 | DOREEN M CAOUETTE | Complete | 16 | MICHEAL T SHEPHERD | Complete |
| 04AED75C43 | DWAYNE HAWKINS-LODGE | Complete | 17 | KANEICE L STACKHOUSE | Complete |
| CAD886200A | EMANUEL HAJEK | Complete | 18 | CELESTE Y SCHADE | Complete |
| EBCCE4518F | GARY RICHARDSON | Complete | 19 | JAMES E HOUSTON | Complete |
| C111B7C04C | GEROD GREEN | Complete | 20 | JAMES L HATCHER | Complete |
| DC5A7CED01 | GLENDA JOHNSON | Complete | 21 | JENNIFER M LONG | Complete |
| 485D8F69EA | GLENNA O'DELL | Complete | 22 | KALYNA F JACKSON | Complete |
| 97A52D8C4A | JAMES COBB | Complete | 23 | ANITA M JORDAN | Complete |
| 37D5FC861D | JAMES L NELSON JR | Complete | 24 | MICHEAL T GOLDSTEIN | Complete |
| 9E12FA2824 | JAMES WALTON | Complete | 26 | BRENDA  GRIMES | Complete |
| 1B3A58CE36 | JENNIFER SIMONIAN | Complete | 27 | KEESHIA  WHITESIDE JAYNES | Complete |
| 18C456CD80 | JESSICA BROWN | Complete | 28 | MEGAN J MOORE | Complete |
| 8A3F6127C0 | JESSICA BROWN | Complete | 29 | ANTHONY H BALL | Complete |
| C5179FA632 | JESSICA BROWN | Complete | 31 | MICHELLE G SETTLES | Complete |
| E623AA70EB | KAREN FENNESSEY | Complete | 32 | JIM  SHANNON | Complete |
| 264767730C | KIN WAH KUNG | Complete | 33 | TYEISHA  HARRIS | Complete |
| 344DC93545 | MARIA ZAPOLSKI | Complete | 34 | ANTONIO  FORTSON | Complete |
| 4E38C388EC | MARINA SHLOMOVICH | Complete | 35 | DEBBIE  BELCHER | Complete |
| AD69E16E0C | MARY REPINE | Complete | 36 | KRYSTAL  PATE | Complete |
| 4E248D3080 | MICHAEL BROWN | Complete | 37 | ANTWON  AUSTIN | Complete |
| D5F1F7F5C4 | MICHAEL BROWN | Complete | 39 | RACHEL K. NARR | Complete |
| A89FE75E77 | MICHELLE SHLOMOVICH | Complete | 40 | ADAM E. HIPP | Complete |
| E86A9EB8A0 | MOHAMAD HAKKANI | Complete | 41 | KATHERINE A. WENZEL | Complete |
| 22A8716654 | PETRA HAYEK | Complete | 42 | MICHAEL A. PALUMBO | Complete |
| 6F6B6BCB5A | PHYLLIS BYRD | Complete | 38 | DIANA L. ANGUS | Late |
| 603EFF417A | RACHELLE REESE | Complete | | | |
| E52A4866E2 | RICHARD HAYEK | Complete | | | |
| CF4B00E930 | RONY YARDEN | Complete | | | |
| 91F80D4144 | SHARD MASON | Complete | | | |
| 2F35BB7580 | SHERONDA WILLIAMS | Complete | | | |
| 2C50A485E7 | SMITH TRATICA | Complete | | | |
| BC9C044FF3 | SONJI LANGFORD | Complete | | | |
| 6BE7BD15DD | STEPHANIE WARD | Complete | | | |
| D2791B6886 | TODD DORDAN | Complete | | | |
| 8E8E55C18E | TRATICA SMITH | Complete | | | |
| 7FC1C49FA3 | SONIA MARTINEZ | Late | | | |
| 7CFF2C7A31 | ROCCO A. CONFORTI JR | Late | | | |
| 40AE9DB0CC | ROCCO A. CONFORTI JR | Late | | | |
| 7CFF2C7A31 | ROCCO A. CONFORTI JR | Late | | | |
| 40AE9DB0CC | ROCCO A. CONFORTI JR | Late | | | |
| 344F34B05A | SONIA MARTINEZ | Late | | | |
| 342451F4E6 | DANIEL FRANCO | Late | | | |
| 7FC1C49FA3 | SONIA MARTINEZ | Late | | | |
| 342451F4E6 | DANIEL FRANCO | Late | | | |
| 2793CE6AFD | BIANCA M JOYAL | Late | | | |
| 34904D73FB | CODY THOMSON-ESQUER | Late | | | |

# EXHIBIT 5

THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Google, Inc. Cookie Placement                    Case No. 1:12-md-02358

Consumer Privacy Litigation

### OBJECTION TO THE SETTLEMENT

The objector, Dmitrii Mudrechenko, disagrees that the proposed settlement is fair, reasonable and adequate. The objector requests the settlement should not be approved as fair, reasonable, and adequate and, in accordance with the settlement's terms; and class counsel's application for attorneys' fees and expenses should be denied.

This objection is filed on his behalf and on behalf of all class members. Dmitrii Mudrechenko is of legal age, a valid class member, a "U.S. consumer" along with being a resident of the State of Minnesota and he wrote this objection himself. In 2011 the objector used the Apple Safari web browser and visited a website from which Doubleclick.net (Google's advertising serving service) cookies were placed. The objector chose to block all cookies from "third parties and advertisers" and visited a non-Google website containing an advertisement served by Doubleclick.net (Google's advertising serving service) and did not already have a cookie from the Doubleclick.net domain but received one as a result of this visit because of means employed by Google to set cookies under these circumstances. He therefore is a valid class member and has standing to object. This objection is made in good faith. The sole purpose of this objection is to benefit class members.

The objector believes the settlement does not directly benefit class members. The $5,500,000 total sum that Google will pay in connection with this settlement, will not be distributed to class members. In fact, there are no monetary benefits at all available to class members. Therefore, this settlement is not fair, reasonable, or adequate. The goal of this objection is to obtain greater compensation

for class members. The objector believes that a significant portion of the fund should be distributed to the class members instead. Attorneys representing plaintiffs argue that no direct monetary payments to class members are based on the difficulty in determining distribution of funds to such a large class. However, in class action lawsuit settlements, it is a well-known practice to establish a website that allows the class members to file a claim themselves and do it electronically. Therefore, claims can be filed fast and efficiently. Providing the class members with tools to file the claim electronically and advertising it on well known class action lawsuits news outlets and forums will ultimately resolve attorneys' concern about difficulty in determining class members.

In addition, the attorneys' fees represent an undue proportion of the fund. Attorneys' fees in the amount of $1,925,000 are excessive. The fact that the settlement provides approximately $2 million in attorneys' fees and nothing for the class members is unfair. Similar case occurred in *Chapman v. Tristar Products, Inc.* In *Tristar*, the Arizona Attorney General lodged an objection in the District Court to the terms of the settlement involving allegedly defective pressure cookers. The settlement agreement, entered after the first day of trial, which the Sixth Circuit characterized as "not going well for plaintiffs," provided for approximately $2 million in attorneys' fees and costs and "substantially less than that—primarily in the form of coupons—for the class members." In *In re Google Inc. Cookie Placement Consumer Privacy Litigation* attorneys are also receiving close to $2 million in attorneys' fees, but the class members are not receiving even a coupon or google electronic voucher. In fact, *In re Google Inc. Cookie Placement Consumer Privacy Litigation* represents the worst possible award for class members, that is absolute zero.

This objection was mailed to the administrator on 6/30/2022 by prepaid, first class, certified, return receipt mail.

I certify under penalty of perjury of the United States that all of the above is true and accurate to the best of my knowledge.

Dmitrii Mudrechenko, Pro se objector, 3155 Bluestem Drive, Unit 134, West Fargo, ND, 58078

E: d.mudrechenko@gmail.com P: 701-404-3302 June 30, 2022

Dmitrii Mudrechenko
3155 Bluestem Dr , # 134
West Fargo, ND
58078

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

7022 0410 0002 7922 5931

In Re: Google Cookie Placement Settlement
Administrator
c/o G C G
P. D Box 10320
Dublin , OH

4-3017-0320320

43017-5920

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FERGUS FALLS, MN
56537
JUL 19,22
AMOUNT
$6.80
R2304E104719-07

1000

43017

USA ★ FOREVER