# EXHIBIT A

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:20-cv-23564-MGC

Williams et al v. Reckitt Benckiser LLC et al
Assigned to: Judge Marcia G. Cooke
Referred to: Magistrate Judge Jonathan Goodman
Case in other court: USCA, 22-11232-AA
Cause: 28:1332 Diversity-Fraud

Date Filed: 08/26/2020
Date Terminated: 01/08/2021
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

### Plaintiff

**David Williams**
*individually and on behalf of all others similarly situated*

represented by **Jonathan Betten Cohen**
Greg Coleman Law PC
Greg Coleman Law PC
800 S. Gay Street
Suite 1100
37929
Knoxville, TN 37929
865-247-0080
Fax: 865-522-0049
Email: jcohen@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew David Schultz**
Levin Papantonio Thomas Mitchell
Echsner & Procter
316 S Baylen Street
Suite 600
Pensacola, FL 32502
850-435-7140
Fax: 436-6140
Email: mschultz@levinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Bryson**
Milberg Coleman Bryson Phillips
Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
Email: dbryson@milberg.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Shub Law Firm LLC
134 Kings Highway East, Second Floor
Haddonfield, NJ 08033
856-772-7200
Email: ecf@shublawyers.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martha A. Geer**
Milberg Coleman Bryson Phillips Grossman, PLLC
900 West Morgan Street
Raleigh, NC 27603
(919) 600-5000
Email: mgeer@milberg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nick Suciu , III**
Milberg Coleman Bryson Phillips Grossman, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
313-303-3472
Email: nsuciu@milberg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick M. Wallace**
Milberg Coleman Bryson Phillips Grossman, PLLC
900 West Morgan Street
Raleigh, NC 27603
(919) 600-5000
Email: pwallace@milberg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Lynn Soffin**
Greg Coleman Law PC
800 S. Gay Street

Suite 1100
Knoxville, TN 37929
865-247-0080
Email: rsoffin@milberg.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroll Anglade**
*individually and on behalf of all others similarly situated*

represented by **Jonathan Betten Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew David Schultz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Bryson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martha A. Geer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nick Suciu , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick M. Wallace**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Lynn Soffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Howard Clark                           represented by **Jonathan Betten Cohen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas Matthews                        represented by **Jonathan Betten Cohen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Martiza Angeles                        represented by **Jonathan Betten Cohen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Reckitt Benckiser LLC                  represented by **Charles C. Sipos**
                                                       Perkins Coie LLP
                                                       1201 Third Avenue Suite 4900
                                                       Seattle, WA 98101
                                                       (205) 359-3983
                                                       Email: CSipos@perkinscoie.com
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **David T. Biderman**
                                                       Perkins Coie LLP
                                                       1888 Century Park East Suite 1700
                                                       Los Angeles, CA 900067
                                                       (205) 359-3983
                                                       Email:
                                                       DBiderman@perkinscoie.com
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ilana Arnowitz Drescher**
                                                       Bilzin Sumberg Baena Price ,
                                                       Axelrod
                                                       1450 Brickell Avenue
                                                       Suite 2300
                                                       Miami, FL 33131
                                                       (305) 350-2412
                                                       Fax: (305) 351-2227

Email: idrescher@bilzin.com
*ATTORNEY TO BE NOTICED*

**Lori P. Lustrin**
Bilzin Sumberg Baena Price &
Axelrod, LLP
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Email: llustrin@bilzin.com
*ATTORNEY TO BE NOTICED*

**Melissa Cade Pallett-Vasquez**
Bilzin Sumberg Baena Price &
Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-2336
305-350-2393
Fax: 305-351-2298
Email: mpallett@bilzin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RB Health (US) LLC**  represented by  **Charles C. Sipos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David T. Biderman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilana Arnowitz Drescher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori P. Lustrin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Cade Pallett-Vasquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Truth in Advertising, Inc.**　　　　　represented by **Jon Polenberg**
Becker & Poliakoff, P.A.
1 East Broward Blvd.
Suite 1800
Fort Lauderdale, FL 33301
954-364-6037
Fax: 954-985-4176
Email: jpolenberg@beckerlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 08/15/2021 | 97 | PAPERLESS ORDER re 69 MOTION for Attorney Fees filed by Howard Clark, Caroll Anglade, Martiza Angeles, David Williams, Thomas Matthews, 83 Amicus Curiae Appearance filed by Truth in Advertising, Inc., 75 Notice (Other) filed by Theodore Frank, 86 MOTION to Strike 83 Amicus Curiae Appearance, 75 Notice (Other) *The Submissions of Theodore H. Frank and Truth in Advertising, Inc.* filed by RB Health (US) LLC, Reckitt Benckiser LLC<br><br>This Order establishes a briefing schedule for Defendant's Motion to Strike the Submissions of Theodore H. Frank and Truth in Advertising, Inc. [ECF No. 86].<br><br>Mr. Frank and TINA shall file responses by August 23, 2021. In addition to the substantive legal argument, the responses shall explain whether any Court has in the past ten (10) years ever entered an Order, in connection with a proposed class action settlement, striking Objections or submissions from Mr. Frank, the Center for Class Action Fairness, the Hamilton Lincoln Law Institute, TINA or any of the attorneys representing these individuals and organizations.<br><br>The disclosures shall include Orders excluding submissions, preventing these organizations or individuals from participating, determining that they lacked standing to object or to file submissions, denied motions or requests to file an objection or brief, denied a request to speak at a fairness hearing or in any way prevented or limited efforts to convince a court to not approve a proposed class action settlement.<br><br>The disclosures shall also advise whether any court has sanctioned Mr. Frank, the Center for Class Action Fairness, the Hamilton Lincoln Law Institute, Truth in Advertising, Inc. or any person or attorney involved with these persons or organizations in their efforts to oppose proposed class action settlements.<br><br>If there have been any such rulings in the past 10 years, then the Responses shall list the case name, case style, case number, the specific court and the docket number for the order or ruling.<br><br>On the other hand, if a judge or court, including an appellate court, has commended the efforts of these persons and entities in the past ten years, then the disclosure should mention that, as well, using the same format.<br><br>Defendant's optional reply, if filed, is due by August 31, 2021.<br><br>Signed by Magistrate Judge Jonathan Goodman on 8/15/2021. (JG) (Entered: 08/15/2021) |