**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 12-MD-2358-ER** |
| **This Document Relates to:** **All Actions** | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH GOOGLE INC.**

**AND NOW**, this **9th** day of **August 2022**, upon consideration of Plaintiffs' Motion for Enlargement of Page Limit for Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement with Google Inc. (ECF No. 209), and good cause having been shown, it is hereby **ORDERED** that the motion is **GRANTED**.

_____
Hon. Eduardo C. Robreno
Senior District Court Judge