IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE        :
PLACEMENT CONSUMER PRIVACY        :    Civ. No. 12-MD-2358
LITIGATION                        :

**O R D E R**

**AND NOW**, this **9th** day of **May, 2023**, it is hereby **ORDERED** that the Court will hold a hearing on "Plaintiffs' Second Motion for Final Approval of Settlement with Google, LLC" (ECF No. 210) on **June 14, 2023 at 10:00 a.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.**

Class counsel shall provide reasonable notice of the hearing to the Class by, inter alia, posting a notice regarding the hearing along with this order on the class action website, and sending the notice and order to the two objectors via email.

AND IT IS SO ORDERED.

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO,     J.**