# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 12-MD-2358-ER** |
| **This Document Relates to:** All Actions | |

## CERTIFICATE OF SERVICE

I, Gregory M. Tatum, declare:

I am employed in Los Angeles County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Strange LLP 12100 Wilshire Blvd, Suite 420, Los Angeles, CA 90025.

On June 7, 2023, I served a true and correct copy of the foregoing document:

**June 7, 2023 Order Rescheduling Hearing on Plaintiffs' Second Motion for Final Approval of Settlement**

by email on the parties identified on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on June 7, 2023.

/s/ *Gregory M. Tatum*
Gregory M. Tatum

**SERVICE LIST**

**Objector Theodore H. Frank**
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (D.C. Bar No. 1001606)
1629 K. Street NW, Suite 300
Washington, DC 20006
Tel: 610-457-0856
Adam.schulman@hili.org

**Objector Dmitrii Mudrechenko**
3155 Bluestem Drive, Unit 143
West Fargo, ND 58078
d.mudrechenko@gmail.com