**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

IN RE GOOGLE INC. COOKIE
PLACEMENT CONSUMER PRIVACY
LITIGATION

Case No. 12-MD-2358-ER

This Document Relates to:
All Actions

**CORRECTED CERTIFICATE OF SERVICE**

I, Gregory M. Tatum, declare:

I am employed in Los Angeles County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Strange LLP 12100 Wilshire Blvd, Suite 420, Los Angeles, CA 90025.

On June 8, 2023, I served a true and correct copy of the foregoing document:

**June 7, 2023 Order Rescheduling Hearing on Plaintiffs' Second Motion for Final Approval**

**of Settlement**

by email on the parties identified on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Los Angeles, California on June 8, 2023.

/s/ *Gregory M. Tatum*
Gregory M. Tatum

## SERVICE LIST

**Objector Theodore H. Frank**
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
Adam E. Schulman (D.C. Bar No. 1001606)
1629 K. Street NW, Suite 300
Washington, DC 20006
Tel: 610-457-0856
Adam.schulman@hlli.org