IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GOOGLE, INC. COOKIE      :
PLACEMENT CONSUMER PRIVACY      :   Civ. No. 12-MD-2358
LITIGATION                      :

**O R D E R**

**AND NOW**, this **10th** day of **July, 2023**, upon consideration of Plaintiffs' motion for final certification of a settlement class and final approval of the class action settlement (ECF No. 210), and after a hearing thereon, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**