**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (ER) |
| This Document Relates to: **All Actions** | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jose Bermudez, Nicholas Heinrich, and Lynn Krause, and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order denying Plaintiffs' Motion for Final Certification of a Settlement Class and Final Approval of the Class Action Settlement, filed on July 10, 2023 (D.I. 219, 220), and all other orders and memoranda that merge in that order.

DATED: July 28, 2023

 */s/ Brian R. Strange*
 Brian R. Strange
 STRANGE LLP
 12100 Wilshire Blvd., Ste. 420
 Los Angeles, CA 90025
 Tel: (310) 207-5055
 brian@strangellp.com

*Lead Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, causing the document to be served on all attorneys of record in this case.

By  */s/ Brian R. Strange*
Brian R. Strange