# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2377

In Re: Google Inc. Cookie Placement Consumer

(U.S. District Court No.: 1-12-md-02358)

# ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 10, 2023
nmb/cc:  Edward P. Boyle, Esq.
 David N. Cinotti, Esq.
 Susan M. Coletti, Esq.
 Lisa M. Coyle, Esq.
 Travis S. Hunter, Esq.
 Rudolf Koch, Esq.
 Randall C. Lohan
 Edward R. McNicholas, Esq.
 Douglas H. Meal, Esq.
 Dmitrii Mudrechenko
 Alan C. Raul, Esq.
 Adam E. Schulman, Esq.
 Brian R. Strange, Esq.
 Anthony J. Weibell, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate