UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE INC. COOKIE PLACEMENT<br>CONSUMER PRIVACY LITIGATION | MDL No. 2358 |

ORDER REASSIGNING LITIGATION

    The Panel has been notified of the need to reassign the above litigation to another judge in the District of Delaware.

    IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Joshua D. Wolson, sitting in the District of Delaware as a Visiting Judge under 28 U.S.C. § 292(b) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

*Karen K. Caldwell*
Karen K. Caldwell
Chair