IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

## ORDER

AND NOW, this 20th day of September, 2023, it is **ORDERED** that lead counsel for the Parties shall appear for a Zoom status conference on October 3, 2023, at 2:00 p.m. ET, before the undersigned. The Court will provide the Parties with the Zoom link closer to the scheduled date.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.