IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 3rd day of October, 2023, following a video status conference with the Parties, it is **ORDERED** that any motion seeking interlocutory appeal shall be filed on or before October 13, 2023. Any such motion shall address a) whether the Plaintiffs filed a petition for permission to appeal the denial of class certification pursuant to Fed. R. Civ. P. 23(f); b) whether the appeal that Plaintiffs filed on July 28, 2023 (D.I. 222) constituted a petition for permission to appeal under Fed. R. Civ. P. 23(f); and c) if Plaintiffs did not file a petition for permission to appeal under Fed. R. Civ. P. 23(f), whether that Rule's 14-day time limit for petitions for leave to appeal forecloses an appeal under 28 U.S. § 1292(b).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.