## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 1:12-md-02358-JDW** |

### ORDER

**AND NOW**, this 20th day of October, 2023, upon receipt of Theodore H. Frank's Answering Brief In Opposition To Plaintiffs' Motion For Leave (D.I. 230), I note that because Mr. Frank has not intervened in the case, it is not clear that he has standing to oppose Plaintiffs' Motion For Leave To Appeal. (D.I. 228). Nonetheless, to the extent Mr. Frank does not have standing, I will consider Mr. Frank's Brief (D.I. 230) as an *amicus* brief, and it is therefore **ORDERED** that the Plaintiffs may respond to Mr. Frank's submission on or before November 6, 2023.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.