# EXHIBIT A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-2213, 23-2214, 23-2215, 23-2216 & 23-2217**

IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION

To:    Clerk

1) Motion by Appellant Amgen Inc. and Appellees UFCW Local 1500 Welfare Fund, Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, and Teamsters Western Region & Local 177 Health Care Plan to partially dismiss appeal as to claims between these parties only

2) Motion by Appellants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., and Actavis Pharma, Inc. and Appellees César Castillo, LLC and KPH Healthcare Services, Inc. to partially dismiss appeal as to claims between these parties only

3) Motion by Appellant Amgen Inc. and Appellees César Castillo, LLC and KPH Healthcare Services, Inc. to dismiss appeal as to remaining claims

---

The foregoing motions are granted.

In accordance with the agreement of the parties in the above-captioned cases, these matters are hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 23, 2024
JK/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate