IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 18th day of July, 2024, upon consideration of Plaintiffs' Motion For Certification For Interlocutory Appeal, (D.I. 228), it is **ORDERED** as follows:

1. The Stay on the case is hereby **LIFTED**;

2. Plaintiffs' Motion is **DENIED**; and

3. Pursuant to 28 U.S.C. § 1292(b), I certify for interlocutory appeal the question of whether 28 U.S.C. § 1292(b) authorizes a district court judge to certify for interlocutory appeal an order issued in the same case by a predecessor district court judge.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.