# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

## SCHEDULING ORDER

**AND NOW**, this 19th day of September, 2024, following a telephone conference with counsel for the Parties, it is **ORDERED** as follows.

1. On or before October 2, 2024, the Parties shall meet and confer to set aside dates for counsel to hold open for depositions before the close of discovery. The Parties shall submit a letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov with the words "deposition dates" and the case caption in the subject line, that identifies the dates that they have set aside.

2. All motions to amend the Complaint and to join or add additional parties shall be filed on or before September 27, 2024.

3. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before March 7, 2025.

4. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before April 4, 2025.

5. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

6. The Parties shall complete all discovery by April 25, 2025.

7. I will hold a status call with counsel for all Parties on November 14, 2024, at 4:00 PM EST. I will provide dial-in information for the call the week of the call.

8. Plaintiffs shall file any motion for class certification on or before May 16, 2025.

9. Motions for summary judgment, if any, shall be filed no later than 42 days after I issue a ruling on class certification. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

10. Counsel for all Parties shall refer to my Policies and Procedures regarding all matters of correspondence with the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.