## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to: **All Actions** | |

### NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Second Set of Requests for Production to Defendant Google LLC (Nos. 52-85) were caused to be served on September 30, 2024 upon the following in the manner indicated:

Tony Weibell  
Two Palo Alto Squre  
3000 El Camino Real  
Palo Alto, CA 94306  
Tel: 650-331-2000  
aweibell@mayerbrown.com  

*VIA ELECTRONIC MAIL*

*Counsel for Defendant Google LLC*

Dated: September 30, 2024

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*  
Brian Russell Strange  
12100 Wilshire Boulevard, Suite 1550  
Los Angeles, CA 90025  
Tel: 310-207-5055  
brian@strangellp.com  

*Executive Committee Member*