UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | Case No. 12-MD-2358 (JDW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendant Google LLC's Notice of Deposition of Jose M. Bermudez; and (2) Defendant Google LLC's Notice of Deposition of Mitchel Balmayne were caused to be served on September 30, 2024 upon the following in the manner indicated:

| | |
|---|---|
| Brian Russell Strange<br>Strange LLP<br>12100 Wilshire Boulevard, Suite 1550<br>Los Angeles, CA 90025<br>brian@strangellp.com<br><br>*Executive Committee Member* | *VIA ELECTRONIC MAIL* |
| John Ceglia<br>Strange LLP<br>12100 Wilshire Boulevard, Suite 1550<br>Los Angeles, CA 90025<br>john@strangellp.com | *VIA ELECTRONIC MAIL* |
| James P. Frickleton<br>Bartimus, Frickleton, and Robertson, P.C.<br>4000 W. 114th Street, Suite 310<br>Leawood, KS 66211<br>jimf@bflawfirm.com<br><br>*Executive Committee Member* | *VIA ELECTRONIC MAIL* |

Stephen G. Grygiel  
Grygiel Law, LLC  
127 Coventry Place  
Clinton, NY 13323  
stephengrygiel22@gmail.com

*Executive Committee Member*

*VIA ELECTRONIC MAIL*

Dated: September 30, 2024

Respectfully submitted,

By: /s/ Anthony J Weibell

Anthony J Weibell  
MAYER BROWN LLP  
Two Palo Alto Square, Suite 300  
Palo Alto, CA 94306  
(650) 331-2030  
aweibell@mayerbrown.com

*Attorney for Defendant Google LLC*