UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | Case No. 12-MD-2358 (JDW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Notice of Videotaped Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) was caused to be served on October 11, 2024 upon the following in the manner indicated:

Tony Weibell  
Two Palo Alto Squre  
3000 El Camino Real  
Palo Alto, CA 94306  
Tel: 650-331-2000  
aweibell@mayerbrown.com

*Counsel for Defendant Google LLC*

*VIA ELECTRONIC MAIL*

Dated: October 11, 2024

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*  
Brian Russell Strange  
12100 Wilshire Boulevard, Suite 1550  
Los Angeles, CA 90025  
Tel: 310-207-5055  
brian@strangellp.com

*Executive Committee Member*