# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

## ORDER

**AND NOW**, this 14th day of November, 2024, following a telephone status conference in the above-captioned matter, it is **ORDERED** as follows:

1. On or before November 27, 2024, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, regarding the status of a draft protective order and ESI protocol;

2. On or before 12:00 p.m. EST on December 11, 2024, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, regarding their progress on written discovery completion, document production, machine imaging, deposition dates (including the deposition of Mr. Lawrence You), and any other pertinent discovery issues; and

3. I will hold a telephonic status conference at 2 p.m. EST on December 12, 2024.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.