## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to:<br>**All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Jose Bermudez's Supplemental Responses and Objections to Defendant Google, Inc.'s First Set of Interrogatories (Nos. 1-7) were caused to be served on December 3, 2024 upon the following in the manner indicated:

Tony Weibell  *VIA ELECTRONIC MAIL*
Two Palo Alto Squre
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000
aweibell@mayerbrown.com

*Counsel for Defendant Google LLC*

Dated: December 3, 2024                              Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
brian@strangellp.com

*Executive Committee Member*