**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to:<br>**All Actions** | |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that true and correct copies of:

- **Plaintiff Mitchel Balmayne's Responses and Objections to Defendant Google, Inc.'s First Set of Interrogatories (Nos. 1-7)**

- **Plaintiff Mitchel Balmayne's Objections and Responses to Defendant Google, Inc.'s First Set of Requests for Production of Documents (Nos. 1-15)**

- **Balmayne_000001-000890**

were caused to be served on December 10, 2024 upon the following in the manner indicated:

Tony Weibell
Two Palo Alto Squre
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000
aweibell@mayerbrown.com

*VIA ELECTRONIC MAIL*

*Counsel for Defendant Google LLC*

Dated: December 10, 2024

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*

Brian Russell Strange
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
brian@strangellp.com

*Executive Committee Member*