# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:  GOOGLE, INC. COOKIE
PLACEMENT CONSUMER PRIVACY
LITIGATION

Case No. 1:12-md-02358-JDW

## ORDER

**AND NOW**, this 21st day of January, 2025, following a telephone status conference in the above-captioned matter, it is **ORDERED** as follows:

1.      On or before January 24, 2025, Google LLC shall serve supplemental responses to the second set of RFPs and produce its hit reports.

2.      The deadline for substantial completion of document production is March 7, 2025.

3.      On or before March 21, 2025, Google LLC shall produce the privilege log for Mr. Lawrence You.

4.      On or before 5:00 p.m. ET on February 21, 2025, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, addressing the status of discovery and any issues they intend to raise, a proposed or agreed-upon case schedule through summary judgment, and the dates they will open hold for depositions.

5.      I will hold a telephonic status conference at 1 p.m. EST on February 25, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.