# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 1:12-md-02358-JDW** |

## ORDER

**AND NOW**, this 26th day of February, 2025, following a telephone conference with counsel for the Parties, it is **ORDERED** that the prior scheduling order (ECF No. 240) is amended as follows.

1. Substantial completion of document production shall occur by March 7, 2025.

2. Google LLC shall produce the privilege log for Lawrence You's documents withheld in whole or in part based on privilege and/or protection on or before March 21, 2025.

3. Google shall produce the privilege log for other documents withheld in whole or in part based on privilege and/or protection on or before April 4, 2025.

4. I will hold a status call with counsel for all Parties on April 15, 2025, at 3:00 PM EDT. I will provide dial-in information for the call the week of the call. On or before April 14, 2025, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, addressing the status of discovery and any issues they intend to raise.

5. Pursuant to the latest status report, the Parties shall hold open April 16-18, 21, 22 and May 6-9 and 13-16, 2025 for depositions in this case.

6. Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before June 13, 2025.

7. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before July 18, 2025.

8. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

9. The Parties shall complete all discovery by August 8, 2025.

10. Plaintiffs shall file any motion for class certification on or before September 5, 2025. Google LLC shall file its opposition to any motion for class certification on or before October 17, 2025. Plaintiffs shall file their reply in support of the motion on or before November 14, 2025.

11. Motions for summary judgment, if any, shall be filed no later than 42 days after I issue a ruling on class certification. Motions for summary judgment and responses shall be filed in the form prescribed in my Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.