UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to: **All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Amended Notice of Videotaped Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) was caused to be served on March 7, 2025 upon the following in the manner indicated:

Tony Weibell, Esq.
aweibell@mayerbrown.com
Elspeth Hansen, Esq.
ehansen@mayerbrown.com
Nina He, Esq.
nhe@mayerbrown.com
Two Palo Alto Squre
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000
*Counsel for Defendant Google LLC*

*VIA ELECTRONIC MAIL*

Dated: March 7, 2025

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
brian@strangellp.com

*Executive Committee Member*