## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION <br><br> This Document Relates to: <br> **All Actions** | Case No. 12-MD-2358 (JDW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (to Marin Software Incorporated** were caused to be served on March 12, 2025 upon the following in the manner indicated:

| | |
|---|---|
| Tony Weibell, Esq. <br> aweibell@mayerbrown.com <br> Elspeth Hansen, Esq. <br> ehansen@mayerbrown.com <br> Nina He, Esq. <br> nhe@mayerbrown.com <br> Two Palo Alto Squre <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Tel: 650-331-2000 <br> *Counsel for Defendant Google LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted, <br><br> **STRANGE LLP** <br><br> */s/ Brian R. Strange* <br> Brian Russell Strange <br> 12100 Wilshire Boulevard, Suite 1550 <br> Los Angeles, CA 90025 <br> Tel: 310-207-5055 <br> brian@strangellp.com <br> *Counsel for Plaintiffs* |