# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>**All Actions** | Case No. 12-MD-2358 (JDW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Third Set of Requests for Production to Defendant Google LLC (Nos. 86-89) were caused to be served on March 14, 2025 upon the following in the manner indicated:

Tony Weibell, Esq.  *VIA ELECTRONIC MAIL*
aweibell@mayerbrown.com
Elspeth Hansen, Esq.
ehansen@mayerbrown.com
Nina He, Esq.
nhe@mayerbrown.com
Two Palo Alto Squre
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000

*Counsel for Defendant Google LLC*

Dated: March 14, 2025              Respectfully submitted,

                                                 **STRANGE LLP**

                                                 */s/ Brian R. Strange*
                                                 Brian Russell Strange
                                                 12100 Wilshire Boulevard, Suite 1550
                                                 Los Angeles, CA 90025
                                                 Tel: 310-207-5055
                                                 brian@strangellp.com

                                                 *Counsel for Plaintiffs*