# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to: **All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' First Amended Notice of Deposition of Lawrence You was caused to be served on April 9, 2025 upon the following in the manner indicated:

Tony Weibell, Esq.  
aweibell@mayerbrown.com  
Elspeth Hansen, Esq.  
ehansen@mayerbrown.com  
Nina He, Esq.  
nhe@mayerbrown.com  
Two Palo Alto Squre  
3000 El Camino Real  
Palo Alto, CA 94306  
Tel: 650-331-2000  
*Counsel for Defendant Google LLC*

*VIA ELECTRONIC MAIL*

Dated: April 9, 2025

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*  
Brian Russell Strange  
12100 Wilshire Boulevard, Suite 1550  
Los Angeles, CA 90025  
Tel: 310-207-5055  
brian@strangellp.com

*Executive Committee Member*