**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |

This Document Relates to:
**All Actions**

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Google LLC's Responses and Objections to Plaintiffs' Requests for Production of Documents, Set Three (Nos. 86-89) were caused to be served on April 14, 2025 upon the following in the manner indicated:

Brian Russell Strange                                         *VIA ELECTRONIC MAIL*
Strange LLP
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
brian@strangellp.com

*Executive Committee Member*

John Ceglia                                                       *VIA ELECTRONIC MAIL*
Strange LLP
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
john@strangellp.com

James P. Frickleton                                           *VIA ELECTRONIC MAIL*
Bartimus, Frickleton, and Robertson, P.C.
4000 W. 114th Street, Suite 310
Leawood, KS 66211
jimf@bflawfirm.com

*Executive Committee Member*

Stephen G. Grygiel                                           *VIA ELECTRONIC MAIL*

Grygiel Law, LLC
127 Coventry Place
Clinton, NY 13323
stephengrygiel22@gmail.com

*Executive Committee Member*

Dated: April 14, 2025

Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Attorney for Defendant Google LLC*