IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

## REPORT OF CONFERENCE / MINUTE SHEET

On this 15th day of April, 2025, before Judge Wolson, a

___ In-Person Conference (held in Chambers)

___ In-Person Conference (held in Courtroom No. _____)

___ Video Conference                    ✓ **Telephone Conference**

___ Pretrial / Rule 16 Conference        ___ Settlement Conference

✓ **Status Conference (telephonic)**     ___ Other_____

    ___ On the Record                    ✓ **Not on the Record**

Start:  3:00 p.m.   End:  3:07 p.m.

**Total Time:    7 minutes**

*/s/ Jeneen K. Abed*
Jeneen K. Abed, Civil Deputy Clerk
to the Honorable Joshua D. Wolson