# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

## ORDER

**AND NOW**, this 15th day of April, 2025, following a telephone status conference in the above-captioned matter, it is **ORDERED** as follows:

1. On or before 5:00 p.m. ET on May 19, 2025, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, addressing the status of discovery and any issues they intend to raise at the following status conference; and

2. I will hold a telephonic status conference at 3 p.m. ET on May 22, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.