## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to:<br>**All Actions** | |

### NOTICE OF SERVICE

The undersigned hereby certifies that a copies of 1) Amended Notice of Videotaped Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) on May 8, 2025; and 2) Amended Notice of Videotaped Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) on May 15, 2025, were caused to be served on April 29, 2025 upon the following in the manner indicated:

Tony Weibell, Esq.  *VIA ELECTRONIC MAIL*
aweibell@mayerbrown.com
Elspeth Hansen, Esq.
ehansen@mayerbrown.com
Nina He, Esq.
nhe@mayerbrown.com
David McCarthy, Esq.
dmccarthy@mayerbrown.com
Max DeWit, Esq.
mdewit@mayerbrown.com
Two Palo Alto Squre
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000

*Counsel for Defendant Google LLC*

Dated: April 29, 2025 

Respectfully submitted,

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
brian@strangellp.com

*Executive Committee Member*