UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to:<br>**All Actions** | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Second Amended Notice of Videotaped Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) on May 29, 2025, was caused to be served on May 16, 2025 upon the following in the manner indicated:

Tony Weibell, Esq.  
aweibell@mayerbrown.com  
Elspeth Hansen, Esq.  
ehansen@mayerbrown.com  
Nina He, Esq.  
nhe@mayerbrown.com  
David McCarthy, Esq.  
dmccarthy@mayerbrown.com  
Max DeWit, Esq.  
mdewit@mayerbrown.com  
Two Palo Alto Squre  
3000 El Camino Real  
Palo Alto, CA 94306  
Tel: 650-331-2000  

*VIA ELECTRONIC MAIL*

*Counsel for Defendant Google LLC*

Dated: May 16, 2025                                    Respectfully submitted,

                                                          **STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
brian@strangellp.com

*Executive Committee Member*