# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 22nd of May, 2025, following a telephone status conference in the above-captioned matter, it is **ORDERED** as follows:

1. On or before May 30, 2025, the Parties shall submit a joint letter to the Court, not to exceed six single-spaced pages, articulating each side's position regarding the data fields that Google will provide from its log; and

2. I will hold a telephonic status conference at 3 p.m. ET on July 24, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.