IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 11th day of June, 2025, upon consideration of the letters from the Parties, it is **ORDERED** that all deadlines in this case are extended 60 days to permit the Plaintiffs to take discovery of the log data that they need to address class certification. No further extensions will be granted.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.