# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | Case No. 1:12-md-02358-JDW |

## ORDER

**AND NOW**, this 24th day of June, 2025, following a call with counsel, it is **ORDERED** as follows:

1. The Plaintiffs' Motion To Compel (D.I. 280) is **DENIED WITHOUT PREJUDICE**;

2. On or before June 27, 2025, Google shall produce to the Plaintiffs five sample values for each data field in the requested data logs;

3. On or before July 11, 2025, Google shall send the Plaintiffs a sworn statement describing the work needed to produce the sample values and how they selected those sample values;

4. On or before 5:00 p.m. ET on July 18, 2025, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, addressing any issues they intend to raise at the telephonic status conference already scheduled for 3:00 p.m. ET on July 24, 2025 (*see* D.I. 277); and

5. The telephonic status conference scheduled for 3:00 p.m. ET on July 17, 2025, in my previous Order (*see* D.I. 279) is cancelled, and the Parties need not submit a joint letter on July 14, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.