## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 1:12-md-02358-JDW** |

### ORDER

**AND NOW**, this 18th day of July, 2025, I note that, as disclosed to the Parties today, I have owned Alphabet Inc. stock during the pendency of this case. Pursuant to 28 U.S.C. § 455(f), I have now divested myself of that stock. Therefore, it is **ORDERED** that, to the extent that any party seeks to file a recusal motion on the basis of this stock ownership, they shall do so on or before August 1, 2025. It is further **ORDERED** that the telephonic status conference scheduled for July 24, 2025 and the deadline for the associated joint letter are both **VACATED** pending resolution of these issues.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.