IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 31st day of July, 2025, following a telephone conference with the Parties, it is **ORDERED** that on or before August 8, 2025, the Parties shall jointly submit the following materials via email to WolsonCourtesyCopy@paed.uscourts.gov:

1. A copy of the materials that Google produced to the Plaintiffs on May 13, 2025, which lists the logs and data fields that Google has preserved in this case;

2. A copy of the transcript from Google's 30(b)(6) deposition about the data in the data logs;

3. A copy of the sample data that Google produced to the Plaintiffs in June 2025;

4. A copy of the latest request that the Plaintiffs sent to Google regarding the data logs; and

5. A list of the data logs that Google has preserved for this case.

It is further **ORDERED** that the deadlines for affirmative expert reports and rebuttal expert reports, currently set for August 12, 2025 and September 16, 2025,

respectively, are **VACATED**. I will reset those deadlines (and, if need be, adjust the close of discovery) after resolving this matter.

                                                **BY THE COURT:**

                                        */s/ Joshua D. Wolson*
                                        JOSHUA D. WOLSON, J.