## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

AND NOW, this 16th day of September, 2025, it is **ORDERED** that lead counsel for the Parties shall appear for a Zoom discovery hearing on October 15, 2025, at 2:00 p.m. ET. The Parties should be prepared to discuss the discovery materials submitted to my Chambers as set forth in my prior Order (D.I. 288). Chambers staff will provide the Parties with the Zoom link closer to the scheduled date.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.