# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 1:12-md-02358-JDW |

### ORDER

**AND NOW**, this 16th day of October, 2025, following a hearing on the Parties' discovery disputes and for the reasons set forth on the record, it is **ORDERED** as follows:

1. On or before October 21, 2025, Plaintiffs shall provide Google with a written statement identifying with specificity the information their expert(s) require to conduct their ascertainability analysis;

2. On or before October 24, 2025, Google shall provide Plaintiffs with a written response indicating whether it can produce the information that Plaintiffs seek, and, if not, identifying any anticipated burdens, limitations, or concerns associated with producing such information;

3. On or before 5:00 p.m. ET on October 29, 2025, the Parties shall submit a joint letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov or on the docket, addressing their respective positions and any issues they intend to raise at the following discovery hearing; and

4.      I will conduct a telephone status conference with the Parties at 3:30 p.m. ET on October 31, 2025, to resolve what, if any, additional data Google will provide to Plaintiffs and to set a schedule for class certification briefing.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.