**Exhibit A**

| State | Elements | Citation |
|---|---|---|
| Alabama | Restatement (Second) of Torts § 652B | *Phillips v. Smalley Maint. Servs.*, 435 So. 2d 705, 708–09 (Ala. 1983). |
| Alaska | Restatement (Second) of Torts § 652B | *Greywolf v. Carroll*, 151 P.3d 1234, 1244–45 (Alaska 2007). |
| Arizona | Restatement (Second) of Torts § 652B | *Hart v. Seven Resorts Inc.*, 947 P.2d 846, 853 (Ariz. Ct. App. 1997), *review dismissed*, 955 P.2d 534 (Ariz. 1998). |
| Arkansas | Restatement (Second) of Torts § 652B | *Wal-Mart Stores, Inc. v. Lee*, 74 S.W.3d 634, 644 (Ark. 2002). |
| California | Restatement (Second) of Torts § 652B | *Shulman v. Grp. W Prods., Inc.*, 955 P.2d 469, 489–90 (Cal. 1998). |
| Colorado | Restatement (Second) of Torts § 652B | *Doe v. High-Tech Inst., Inc.*, 972 P.2d 1060, 1067 (Colo. App. 1998); *Denver Pub. Co. v. Bueno*, 54 P.3d 893, 897 (Colo. 2002) (affirming *Doe*). |
| Connecticut | Restatement (Second) of Torts § 652B | *Parnoff v. Aquarion Water Co. of Conn.*, 204 A.3d 717, 730 (Conn. App. 2019); *Goodrich v. Waterbury Republican-Am., Inc.*, 448 A.2d 1317, 1327–29 (Conn. 1982). |
| Delaware | Restatement (Second) of Torts § 652B | *Barker v. Huang*, 610 A.2d 1341, 1349–50 (Del. 1992). |
| Florida | Restatement (Second) of Torts § 652B, with the additional requirement of a "physical[] or electronic[] . . . [intrusion] into one's private quarters" | *Jackman v. Cebrink-Swartz*, 334 So. 3d 653, 656 (Fla. Ct. App. 2021); *Allstate Ins. Co. v. Ginsberg*, 863 So. 2d 156, 162 (Fla. 2003). |
| Georgia | Restatement (Second) of Torts § 652B | *Yarbray v. S. Bell Tel. & Tel. Co.*, 409 S.E.2d 835, 837 (Ga. 1991); *Nayani v. Bhatia*, 899 S.E.2d 485, 488–89 (Ga. App. 2024). |
| Hawaii | Restatement (Second) of Torts § 652B | *Mehau v. Reed*, 869 P.2d 1320, 1330 (Haw. 1994). |
| Idaho | Restatement (Second) of Torts § 652B | *Hoskins v. Howard*, 971 P.2d 1135, 1141 (Idaho 1998); *Uranga v. Federated Publ'ns, Inc.*, 67 P.3d 29, 32 (Idaho 2003). |
| Illinois | Restatement (Second) of Torts § 652B | *Lawlor v. N. Am. Corp. of Ill.*, 983 N.E.2d 414, 424–25 (Ill. 2012). |
| Indiana | Recognizes "invasion of privacy" claims but has not expressly adopted the Restatement (Second) of Torts § 652B, despite citing to it | *Doe v. Methodist Hosp.*, 690 N.E.2d 681, 684 (Ind. 1997) (generally recognizing privacy tort and citing Second Restatement of Torts); *Cullison v. Medley*, 570 N.E.2d 27, 31 (Ind. 1991); *Harris v. Deaconess Hosp., Inc.*, 235 N.E.3d 224, 230 (Ind. Ct. App. 2024). |
| Iowa | Restatement (Second) of Torts § 652B | *Stessman v. Am. Black Hawk Broad. Co.*, 416 N.W.2d 685, 686–87 (Iowa 1987). |
| Kansas | Restatement (Second) of Torts § 652B | *Werner v. Kliewer*, 710 P.2d 1250, 1255 (Kan. 1985). |
| Kentucky | Restatement (Second) of Torts § 652B | *McCall v. Courier-J. & Louisville Times Co.*, 623 S.W.2d 882, 887 (Ky. 1981); *Ledford v. UofL Health-Louisville, Inc.*, 720 S.W.3d 594, 603–04 (Ky. App. 2025). |
| Louisiana | Restatement (Second) of Torts § 652B | *Parish Nat'l Bank v. Lane*, 397 So. 2d 1282, 1285–86 (La. 1981). |
| Maine | Restatement (Second) of Torts § 652B | *Nelson v. Times*, 373 A.2d 1221, 1223–24 (Me. 1977). |
| Maryland | Restatement (Second) of Torts § 652B | *Bailer v. Erie Ins. Exch.*, 687 A.2d 1375, 1380–81 (Md. 1997). |

**Exhibit A**

| | | |
|---|---|---|
| Massachusetts | Mass. Ann. Laws ch. 214, § 1B ("A person shall have a right against unreasonable, substantial or serious interference with his privacy."). | *Polay v. McMahon*, 10 N.E.3d 1122, 1126 (Mass. 2014). |
| Michigan | (1) The existence of a secret and private subject matter; (2) A right possessed by plaintiff to keep that subject matter private; and (3) the obtaining of information about that subject matter by defendant through some method objectionable to the reasonable man | *Tobin v. Mich. Civil Serv. Comm'n*, 331 N.W.2d 184, 189 (Mich. 1982). |
| Minnesota | Restatement (Second) of Torts § 652B | *Lake v. Wal-Mart Stores, Inc.*, 582 N.W.2d 231, 233–35 (Minn. 1998). |
| Mississippi | Restatement (Second) of Torts § 652B, with the additional requirement to show "some bad faith or utter[] reckless prying" | *Plaxico v. Michael*, 735 So. 2d 1036, 1039 (Miss. 1999). |
| Missouri | Restatement (Second) of Torts § 652B | *Sofka v. Thal*, 662 S.W.2d 502, 510–11 (Mo. 1983). |
| Montana | (1) Wrongful intrusion into one's private activities; (2) In such a manner as to outrage or cause mental suffering, shame, or humiliation to a person of ordinary sensibilities | *Rucinsky v. Hentchel*, 881 P.2d 616, 618 (Mont. 1994). |
| Nebraska | Restatement (Second) of Torts § 652B | Neb. Rev. Stat. Ann. § 20-203 ("Any person, firm, or corporation that trespasses or intrudes upon any natural person in his or her place of solitude or seclusion, if the intrusion would be highly offensive to a reasonable person, shall be liable for invasion of privacy."); *Polinski v. Sky Harbor Air Serv., Inc.*, 640 N.W.2d 391, 396 (Neb. 2002) (referring to Restatement). |
| Nevada | Restatement (Second) of Torts § 652B | *PETA v. Bobby Berosini, Ltd.*, 895 P.2d 1269, 1279 (Nev. 1995), *rev'd on other grounds*, *City of Las Vegas Downtown Redevelopment Agency v. Hecht*, 940 P.2d 127 (Nev. 1997). |
| New Hampshire | Restatement (Second) of Torts § 652B | *Karch v. BayBank FSB*, 794 A.2d 763, 773 (N.H. 2002); *Remsburg v. Docusearch, Inc.*, 816 A.2d 1001, 1008 (N.H. 2003). |
| New Jersey | Restatement (Second) of Torts § 652B | *Stengart v. Loving Care Agency, Inc.*, 990 A.2d 650, 660 (N.J. 2010). |
| New Mexico | Restatement (Second) of Torts § 652B | *Martin v. N.M. Pub. Defender Dep't*, No. 09-cv-879, 2010 WL 11627244, at *2 (D.N.M. Jan. 29, 2010); *Alvarado v. KOB-TV, L.L.C.*, 493 F.3d 1210, 1217 (10th Cir. 2007). |
| New York | No common law privacy right of action | |

**Exhibit A**

| State | Standard | Citation |
|---|---|---|
| North Carolina | Restatement (Second) of Torts § 652B | *Miller v. Brooks*, 472 S.E. 2d 350, 354 (N.C. Ct. App. 1996). |
| North Dakota | Has not yet decided whether to recognize a common law right of action | *Hougum v. Valley Mem'l Homes*, 574 N.W.2d 812, 816 (N.D. 1998) (analyzing, but refraining from deciding whether to adopt, § 652B). |
| Ohio | Restatement (Second) of Torts § 652B | *Sustin v. Fee*, 431 N.E.2d 992, 993–94 (Ohio 1982). |
| Oklahoma | Restatement (Second) of Torts § 652B | *Guilbeau v. Durant H.M.A., LLC*, 533 P.3d 764, 771 (Okla. 2023). |
| Oregon | Restatement (Second) of Torts § 652B | *Mauri v. Smith*, 929 P.2d 307, 310 (Or. 1996). |
| Pennsylvania | Restatement (Second) of Torts § 652B | *Burger v. Blair Med. Assocs.*, 964 A.2d 374, 379 (Pa. 2009). |
| Rhode Island | (1) An invasion of something that is entitled to be private or would be expected to be private; and (2) The invasion was or is offensive or objectionable to a reasonable man | R.I. Gen. Laws § 9-1-28.1(a)(1); *DaPonte v. Ocean State Job Lot, Inc.*, 21 A.3d 248, 252 (R.I. 2011) (citing Restatement (Second) of Torts § 652B). |
| South Carolina | (1) Wrongful intrusion into one's private activities; (2) In such a manner as to outrage or cause mental suffering, shame, or humiliation to a person of ordinary sensibilities | *O'Shea v. Lesser*, 416 S.E.2d 629, 633 (S.C. 1992). |
| South Dakota | Restatement (Second) of Torts § 652B | *Kjerstad v. Ravellette Publ'ns, Inc.*, 517 N.W.2d 419, 424 (S.D. 1994); *Gantvoort v. Ranschau*, 973 N.W.2d 225, 233 (S.D. 2022). |
| Tennessee | Restatement (Second) of Torts § 652B | *Jones v. Life Care Ctrs. of Am.*, 715 S.W.3d 257, 269–70 (Tenn. 2025). |
| Texas | Restatement (Second) of Torts § 652B | *Valenzuela v. Aquino*, 853 S.W.2d 512, 513 (Tex. 1993); *Beaumont v. Basham*, 205 S.W.3d 608, 614 (Tex. Ct. App. 2006). |
| Utah | Restatement (Second) of Torts § 652B | *Cox v. Hatch*, 761 P.2d 556, 563–64 (Utah 1988). |
| Vermont | Restatement (Second) of Torts § 652B | *Hodgdon v. Mt. Mansfield Co.*, 624 A.2d 1122, 1129 (Vt. 1992). |
| Virginia | No common law privacy right of action | |
| Washington | Restatement (Second) of Torts § 652B | *Mark v. Seattle Times*, 635 P.2d 1081, 1094 (Wash. 1981). |
| West Virginia | Restatement (Second) of Torts § 652B | *Crump v. Beckley Newspapers, Inc.*, 320 S.E.2d 70, 85 (W. Va. 1984). |
| Wisconsin | (1) Intrusion upon the privacy of another; (2) Of a nature highly offensive to a reasonable person; (3) In a place that a reasonable person would consider private or in a manner which is actionable for trespass | Wis. Stat. § 995.50(2)(am); *Interest of E.K.*, No. 2021AP1377, 2022 WL 4242054, at *9 (Wis. Ct. App. Sept. 15, 2022) (recognizing Wisconsin statute "correlates 'to a limited degree'" with § 652B of the Restatement (Second) of Torts, because the Wisconsin statute does not require intent). |
| Wyoming | Restatement (Second) of Torts § 652B | *Howard v. Aspen Way Enters., Inc.*, 406 P.3d 1271, 1278 (Wyo. 2017). |