UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| **This Document Relates to:** **All Actions** | |

## DECLARATION OF BRIAN R. STRANGE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Blvd., Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
*brian@strangellp.com*

*Executive Committee Member*

**GRYGIEL LAW, LLC**

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (DE Bar ID #4944)
127 Coventry Place
Clinton, NY 13323
Tel: 407-505-9463
*Stephengrygiel122@gmail.com*

*Executive Committee Member*

**BARTIMUS, FRICKLETON, ROBERTSON, RADER, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
4000 W. 114th Street, Suite 310
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

I, Brian R. Strange, having first been duly sworn, declare:

1.       I am a Partner in the law firm of Strange LLP, one of the lead counsel appointed by the Court in this MDL and a member of the Executive Committee in this case.  This declaration is based on my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.       This declaration in submitted in support of Plaintiffs' Motion for Class Certification, which seeks certification of the Class under Rules 23(b)(2) and 23(b)(3), for the appointment of Plaintiffs Jose M. Bermudez and Mitchel Balmayne as Class Representatives, and for the appointment of Class Counsel to represent the Class.

3.       My law firm is experienced in class actions and has spent a considerable amount of time and effort litigating this case for more than a decade.  Attached hereto as **Exhibit A** is a true and correct copy of my firm's resume, which details the firm's significant experience in class action and mass tort litigation.

4.       The question of competent and vigorous representation is met.  I am an experienced trial lawyer and litigation strategist and have been involved in MDL proceedings and complex litigation for more than 30 years.  This Court has previously recognized as much in appointing my firm (along with the other two members of the Executive Committee) as interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure.  (D.I. 44.)  In doing so, the Court noted our firms' "experience in large class actions and with substantial privacy rights litigation," our "impressive credentials and the underlying qualifications to serve as lead counsel," our "understanding of the legal issues," our "work to identify or investigate potential claims," and "the resources [we] will bring to bear on behalf of the putative class."  (*Id.* at 3–4.)

5.      As the Court recognized, I have substantial experience in complex class actions, including cases similar to this, having served as class counsel in numerous federal and state consumer fraud actions which have resulted in tens of millions of dollars being returned to consumers, as well as privacy actions.  I have been appointed to leadership in MDLs across the country.  For example, I was selected as one of the members of plaintiffs' leadership out of 16 applicants appointed to Plaintiffs' Steering Committee in *In re Sony Gaming Networks Customer Data Security Breach Litig.*, MDL No. 2258, by the Honorable Anthony J. Battaglia in the Southern District of California.  I was also approved by the Honorable Jack Zouhary to serve on the Plaintiffs' Executive Committee in a consolidated antitrust case, *In re: Polyurethane Foam Antitrust Litig.*, in the United States District Court for the Northern District of Ohio, MDL No. 2196, which was considered one of the largest antitrust cases of its time.  I was also counsel for plaintiffs in *In re Hulu Privacy Litigation*, Northern District of California Case No. 3:11-cv-03764-LB, a case concerning Internet "cookies" and privacy issues.  I am intimately familiar with the internet privacy law, and have published articles on Internet privacy issues, including my article "Privacy: Is it legal tracking or an illegal Wiretap?" published in the *Advocate*, July 2012.

6.      The Court's file reflects the experience in complex civil and class action litigation that gave rise to my firm's appointment as co-lead counsel in this case and which makes my firm well suited to represent the Class as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of January, 2026, at Los Angeles, California.

/s/   Brian R. Strange

Brian Russell Strange

3