# EXHIBIT A

# STRANGE LLP

## *Curriculum Vitae*

## <u>Curriculum Vitae</u>

Strange LLP, formerly known as Strange & Butler LLP, has battled at the forefront of class action and complex business litigation since the firm was established 37 years ago. Strange LLP has earned an international reputation for providing exemplary legal representation and securing large wins.  The team at Strange LLP has won hundreds of millions of dollars for its clients and has provided unparalleled legal guidance to individual, corporate, and class clients.

The firm has been featured as one of the five most successful California small law firms as far back as 1994 by *California Law Business*.  Strange LLP, and its predecessor firms, have been selected as lead counsel by numerous federal judges and retained by Fortune 500 companies to represent them in complex litigation.  In just the last few years, Strange LLP's settlements for class members in various cases have exceeded $300 million. Between 2020 and 2023, Strange LLP secured over $200 million for victims of the 2018 Woolsey Fire.  In 2015 and 2016, Strange LLP's predecessor was named as one of *U.S. News*' Best Law Firms.  Strange LLP was named as one of Best Law Firms from 2024 to 2026.  From 2010 to 2026, Strange LLP's Managing Partner, Brian R. Strange, was named as a "Southern California Super Lawyer," an award given to only 5% of practicing lawyers in California.  Brian R. Strange has been appointed lead counsel and held numerous leadership positions in class actions and mass disaster litigations across the country, including noted cases such as the San Juan Dupont Plaza Hotel fire litigation and litigation arising out of the Iran-Contra scandal.

Recent cases include successfully representing homeowners and renters against SCE and against insurance companies in the aftermath of the 2018 Woolsey Fire.  The firm also currently represents victims of the 2023 Lahaina Fire.

As of January 2025, Strange LLP is representing individual plaintiffs against Edison in the Eaton Fire litigation.  The firm is also working on a select few insurance disputes for homeowners impacted by the Palisades Fire.

The following is a partial list of the class action settlements in which Brian R. Strange and his firm have served as class counsel:

- *In re Polyurethane Foam Antitrust Litigation*, Northern District of Ohio, MDL No. 2196 (settled for $433.1 million);
- *Carpenters & Joiners Welfare Fund, et al. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline, et al.*, United States District Court for the District of Minnesota, Case No. CV 04-3500 MJD/SRN (settled for $40 million);
- *MacGregor v. Schering-Plough Corp.*, Los Angeles Superior Court, Case No. BC 24804 (settlement valued at $202.5 million);

- *Schwartz, et al. v. Citibank (S.D.), N.A., et al.*, United States District Court for the Central District of California, Case No. 00-00075 LGB (JWJx) (settled for $36 million);
- *Mayemura, et al. v. Chase Manhattan Bank*, United States District Court for the Central District of California, Case No. 00-00753 LGB (JWJx) (settled for $22.5 million);
- *Blake H. Brown v. Fremont Comp. Ins. Co.*, Los Angeles Superior Court, Case No. BC 180443 (settled for $25 million);
- *Edelist v. First USA, N.A.*, Orange County Superior Court, Case No. 02CC00294 (settled for $57 million);
- *Shea v. Household Bank (SB), Nat'l Ass'n*, Orange County Superior Court, Case No. 00CC12588 (settled for $34.9 million);
- *Larson, et al. v. AT&T Mobility LLC f/k/a Cingular Wireless LLC, et al.*, United States District Court for the District of New Jersey, Case No. 07-05325 (JLL) (settled for $18 million);
- *Fiori, et al. v. Dell Inc.*, United States District Court for the Northern District of California, Case No. C 09-01518-JW (settled for $30 million); and
- *Simonet, et al. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline, et al.*, United States District Court for the District of Puerto Rico, Case No. 06-1230 (GAG) (settled for $28 million).

Strange LLP has served at the forefront of several important class actions on Internet privacy, including *In re Google, Inc. Cookie Placement Consumer Privacy Litigation*, MDL No. 2358 (Mr. Strange was appointed as Interim Co-Lead Counsel by the Honorable Sue L. Robinson in an Internet privacy class action in the District of Delaware) and *In re Sony Gaming Networks & Customer Data Security Breach Litigation*, MDL No. 2258 (Mr. Strange was appointed to Plaintiffs' Leadership Committee by the Honorable Anthony J. Battaglia in the Southern District of California).

The firm's published articles include:

- Profile of LACBA's Counsel for Justice (CFJ) Immigration Legal Assistance Project, *Los Angeles Lawyer Magazine* (December 1, 2022) (with Project Director Silvia Martinez)
- Honey Over Vinegar: Trauma-Informed Lawyering, *Los Angeles Lawyer Magazine* (December 1, 2021)
- Ending Endless Punishment: Why Judges Should Address Criminal Records at Sentencing, *New York Law Journal* (April 3, 2017)
- *Medtronic v. Boston Scientific*: Allocating the Burden of Proof in Declaratory Judgment Actions for Patent Non-Infringement, 9 Duke J. Const. L. & Pub. Pol'y Sidebar 42–58 (2013)
- Privacy: Is it Legal "Tracking" or an Illegal Wiretap? (*Advocate*, July 2012)

- Into the Breach—Plaintiffs have been Increasingly Successful in Gaining Injunctive Relief for Online Security Breaches (*Los Angeles Lawyer*, February 2012)
- Competition Law Damage Recovery Actions: A Status Report on Europe and the United Kingdom (*American Bar Association*, November 2012)

Representative matters include:

- *Woolsey Fire Cases*, JCCP No. 5000 (Los Angeles Superior Court).  Strange LLP was approved to serve on the Individual Plaintiffs' Executive Committee and represented over 200 households affected by the 2018 Woolsey Fire in litigation against Southern California Edison, The Boeing Company, and Universal Protection Service, LP.
- *Wang, et al. v. University of Southern California, et al.*, Case No. 22STCV30501 (Los Angeles Superior Court).  Strange LLP represents Plaintiffs and the Estate of a USC student who suffered fatal injuries on the set of a USC student film project.
- *Albright, et al. v. Farmers Insurance Company, et al.*, Case No. 19STCV40706 (Los Angeles Superior Court).  Strange LLP represented victims against Farmers Defendants.  Resolved by confidential settlement.
- *Hawkins, et al. v. German Quality Builders LLC, et al.*, Case No. 23SMCV04577 (Los Angeles Superior Court).  Ms. Strange represented homeowners in a fire on claims for negligence, trespass, nuisance and violation of the Health & Safety Code §§ 13007 and 13008.  Resolved by confidential settlement.
- *Frank v. State Farm Fire and Casualty Company*, Case No. 1:24-cv-00180 (U.S.D.C. Hawaii).  Strange LLP represented a victim of the August 8, 2023 Lahaina Fire against her insurance carrier.  Resolved by confidential settlement.
- *In re Maui Fire Cases,* Case No. 2CSP-23-0000057 (Circuit Court of the Second Circuit State of Hawai'i).  Strange LLP represents households affected by the 2023 Lahaina Fire against Maui Electric Company, Limited; Hawaiian Electric Company, Inc.; Hawaii Electric Light Company, Inc.; Hawaiian Electric Industries, Inc.; County of Maui and State of Hawai'i, and others.
- *Eigler, et al. v. State Farm General Insurance Company, et al.*, No. 19STCV40675 (Los Angeles Superior Court).  Strange LLP represented victims of the 2018 Woolsey Fire against their insurance carrier.  Resolved by confidential settlement.
- *William Scoales v. State Farm General Insurance Company*, No. 2:21-cv-04265 (C.D. Cal.).  Strange LLP represented a victim of the 2018 Woolsey Fire against his insurance carrier.  Resolved by confidential settlement.
- *In re Polyurethane Foam Antitrust Litigation*, MDL No. 2196 (N.D. Ohio).  Mr. Strange was approved by the Honorable Jack Zouhary to serve on the Plaintiffs' Executive Committee in a multidistrict antitrust litigation involving allegations of price fixing in the sale of polyurethane foam.  The case was one of the county's largest antitrust cases at the time and settled for $430 million.
- *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, MDL No. 1720 (E.D.N.Y.).  Mr. Strange represented and advised clients seeking

non-class recoveries from payment card networks and their member banks based on allegations of anticompetitive conduct in the payment card industry.

- *Kickflip v. Facebook* (D. Del.).  Mr. Strange represented a virtual-currency service provider in a case involving allegations of monopolization and tying against Facebook.

- *In re Google, Inc. Cookie Placement Consumer Privacy Litigation*, MDL No. 2358 (D. Del.).  Mr. Strange was appointed as Interim Co-Lead Counsel by the Honorable Sue L. Robinson in a privacy class action in the District of Delaware on behalf of users of Apple and Microsoft web browsers who visited websites that deployed third-party tracking cookies from Google, Inc.  The Third Circuit recently issued a published opinion reinstating a portion of Plaintiffs' privacy claims.

- *Social Ranger LLC v. Facebook, Inc.* (D. Del.).  In a high-profile antitrust case against Facebook, plaintiff Social Ranger, LLC alleged that Facebook violated antitrust laws when it required game developers to use Facebook's virtual-currency services as a condition to offering games on Facebook.

- *In re Domestic Drywall Antitrust Litigation*, MDL No. 2437 (E.D. Pa.).  Mr. Strange represented twelve of the nation's largest homebuilding companies in an antitrust action against the manufacturers of gypsum wallboard products.

- *In re Sony Gaming Networks & Customer Data Security Breach Litigation*, MDL No. 2258 (S.D. Cal.).  Mr. Strange was appointed to the Plaintiffs' Leadership Committee.

- *Toyota Motor Cases*, JCCP No. 4621 (Los Angeles Superior Court).  Mr. Strange was appointed Co-Lead Class Counsel in California state coordinated proceeding involving allegations of unintended acceleration in Toyota vehicles.

- *In re Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation*, MDL No. 1967 (W.D. Mo.).  Mr. Strange was appointed to the Plaintiffs' Steering Committee in multidistrict litigation involving polycarbonate plastic baby bottles and children's training or spill-resistant cups containing the chemical Bisphenol-A ("BPA").

- *In re Apple iPhone 3G & 3GS MMS Marketing & Sales Practices Litigation*, MDL No. 2116 (E.D. La.).  Mr. Strange was a member of the Plaintiffs' Executive Committee in case involving the operation of the Apple iPhone on AT&T's 3G and 3GS networks.

- *Larson, et al. v. AT&T Mobility LLC f/k/a Cingular Wireless LLC, et al.*, Case No. 07-05325 (D.N.J.).  Mr. Strange served as lead Class Counsel in a nationwide case against AT&T Mobility LLC regarding flat-rate early termination fees for mobile phones.

- *Simonet, et al. v. GlaxoSmithKline, et al.*, Case No. 06-1230 (D.P.R.).  Mr. Strange served as lead counsel in this case involving the anti-depressant drug Paxil.

Attorney Profiles:

## Brian R. Strange

Brian R. Strange is one of the most experienced and respected class action, antitrust, and complex business trial lawyers in the country.  Mr. Strange has served as lead counsel in litigation across a variety of sectors, representing both consumers and corporations.  Mr. Strange represents individual clients, corporate and small businesses that have been damaged by anticompetitive conduct, unfair business practices, false advertising, and other instances of business and consumer fraud and wrongdoing.

Mr. Strange has taken a leadership role in numerous large and complex multidistrict litigations and class actions and has achieved extraordinary results for clients and class members.  For example, his trial victories include a $160 million judgment against the principals of an investment scam in a case tried in Los Angeles Superior Court in 1991; a $21 million punitive damage verdict against First State Insurance Company in 1993, reportedly one of the largest punitive damage verdicts in California at the time; and the first punitive damage verdict in 17 years in a courtroom in Santa Barbara on behalf of a homeless family in 1993.  Over the past 40 years of participating in complex cases, Mr. Strange has been involved in noted mass disaster cases, such as the MGM Grand Hotel fire litigation; the "Crandall" gem case; the San Juan Dupont Plaza Hotel fire litigation in Puerto Rico; litigation arising out of the Iran-Contra scandal; and numerous national class actions.  Since 2000, Mr. Strange has acted as lead counsel in several class action cases with settlements obtained in excess of $500 million, and has successfully concluded settlements in excess of $250 million in the last few years.  Mr. Strange has been involved in cases at the forefront of Internet law in the last few years and has been lead counsel in numerous class actions related to credit cards and online issues, including against the nation's largest banks, telephone companies, and pharmaceutical companies.  Mr. Strange was designated as a "Southern California Super Lawyer" each year from 2010 to 2026.

Mr. Strange is frequently called upon to address various legal, business, and consumer organizations, and he has published widely on a range of legal issues.  Mr. Strange has also been interviewed for stories relating to his cases by *The New York Times*, *The Los Angeles Times*, *The Washington Post*, *The National Law Journal*, *The Daily Journal*, *Law360*, and others.

Representative Speaking Engagements

Mr. Strange has lectured on class actions before various organizations, including the California State Bar, the Practicing Law Institute, and various consumer attorney organizations.  In March 2012, Mr. Strange was a speaker at the International Seminar on Consumer Litigation in Japan, the United States, and China, in Tokyo.  That seminar was held jointly by the Japan Federation of Bar Associations and the American Bar Association and involved American, Chinese, and Japanese legal experts focusing on recent trends and

issues in class-action consumer lawsuits and cross-border consumer litigation in their respective countries.

Bar & Court Admissions

- California, 1982
- Central District of California, 1982
- Northern District of California, 1982
- Southern District of California, 1982
- Eastern District of California, 1982
- Court of Appeals for the Ninth Circuit, 1982
- United States Supreme Court, 1992
- Court of Appeals for the Eighth Circuit, 2000
- Courts of Appeals for the Third Circuit, 2001
- United States Court of Federal Claims, 2003
- Court of Appeals for the Fifth Circuit, 2004
- Western District of Wisconsin, 2007
- Court of Appeals for the Tenth Circuit, 2008
- Court of Appeals for the First Circuit, 2009
- Eastern District of Michigan, 2012
- Court of Appeals for the Second Circuit, 2014

Education & Community Engagement

Mr. Strange received his Bachelor of Arts in Economics from the University of California at Los Angeles and his law degree from the University of California, Hastings College of Law. Mr. Strange is an active member of the community, where he sits on the Board of Directors of Public Counsel, the nation's largest pro bono law firm, and is the former President of the Boys and Girls Club of Malibu. A noted adventurer, Mr. Strange was awarded an anniversary medal by the King of Nepal for his 2009 summit of Mount Everest. He is one of the select few who has summited the highest peaks of all seven continents.

**John T. Ceglia**

John T. Ceglia is a Partner of Strange LLP. Mr. Ceglia is a skilled litigator with experience in a broad range of complex matters, with an emphasis on antitrust and unfair competition litigation. He has extensive experience representing individual, national, and multinational clients in a variety of cases, including cases involving wildfires, insurance, construction and homebuilding, retail, travel and leisure, e-commerce, and telecommunications. John has successfully served clients in some of the most complex antitrust actions of recent years in the U.S., U.K., and EU.

Mr. Ceglia was heavily involved in the 2018 Woolsey Fire litigation, involving Southern California Edison, The Boeing Company, and Universal Protection Service, LP. Mr. Ceglia was chosen as a "Southern California Super Lawyer Rising Star" each year from 2014 to 2026.

Representative Publications

- Competition Law Damage Recovery Actions: A Status Report on Europe and the United Kingdom (*American Bar Association*, November 2012 (with Brian Strange and Keith Butler))
- *The Disappearing Schoolhouse Gate: Applying* Tinker *in the Internet Age*, 39 Pepp. L. Rev. 939 (2012)

Bar Admissions

- California, 2012
- Central District of California, 2012
- Northern District of California, 2013
- Eastern District of Michigan, 2013
- Court of Appeals for the Ninth Circuit, 2013

Education

Mr. Ceglia graduated *cum laude* from Pepperdine University School of Law in 2012 and was named to the Order of the Coif.  While at Pepperdine, Mr. Ceglia was the Business & Production Editor of the *Pepperdine Law Review*.  His honors included: Dean's Scholar (Merit-Based Scholarship), Dean's List, Martha Delman & Milton Arthur Krug Endowed Scholarship recipient, Barbara A. Shacochis Endowed Scholarship recipient, and the Mark & Michelle Hiepler Endowed Scholarship recipient.  He also obtained CALI Awards for the top grade in the following courses: Legal Research & Writing, Contracts, Advanced Criminal Procedure, and Remedies.  Mr. Ceglia's Moot Court accomplishments included: Finalist Team Member, Chicago Bar Association Moot Court Competition; First Place Respondent Brief Award, National Moot Court Regional Competition; Chairperson and Problem Author, National Entertainment Law Moot Court Competition; Member, Pepperdine School of Law Moot Court Board; Member, Pepperdine School of Law Inter-School Moot Court Team; and Alumni Coach for Inter-School Moot Court Team, Pepperdine University School of Law.

Mr. Ceglia received his Bachelor of Arts in Political Science & Sociology from Pepperdine University in 2009.  Mr. Ceglia was on the Dean's List and a member of the Phi Eta Sigma Honors Society.  Mr. Ceglia studied abroad in Florence, Italy and London, United Kingdom.

**Brianna Strange**

Brianna Strange is a skilled litigator whose practice includes mass torts, class actions, complex business litigation, first party bad faith actions, and a number of individual civil matters.  She has secured multiple 8-figure settlements for victims of corporate wrongdoing and is pivotal in obtaining millions of dollars for her clients on a range of cases.  Prior to joining Strange LLP, Ms. Strange practiced with the international law firm O'Melveny & Myers LLP in New York and Los Angeles.  Ms. Strange served as the Articles Coordinator for *Los Angeles Lawyer Magazine* (2021–2022) and served as Chair of the Board for *Los Angeles Lawyer Magazine* (2022–2023) where she published a monthly column.  She is a fierce advocate and deeply committed to helping people who have been wronged.

Brianna has appeared as a commentator on legal issues for various programs including *The Hill* and *Spectrum News*, and on panels and podcasts addressing insurance and mass disaster recovery.  She was named a Super Lawyers Rising Star for 2024, 2025, and 2026.

Bar & Court Admissions
- New York, 2016
- California, 2018
- Central District of California, 2021

Education & Community Engagement

Brianna started college at the age of 16.  She received her Associate of Arts, with distinction, from Bard College at Simon's Rock and her Bachelor of Arts in Psychology from Barnard College, Columbia University.  She received her Juris Doctor from Duke University School of Law.  Brianna served as Executive Editor of the Duke Journal of Constitutional Law & Public Policy and was a dedicated member of the Wrongful Convictions Clinic.  She has served on boards of directors for emerging technology, education, and animal welfare.

**Jill Mitsunaga**

Jill Mitsunaga is a paralegal at Strange LLP.  She received her Associate of Science and Bachelor of Science degrees in Paralegal from the University of La Verne.  Ms. Mitsunaga has been with Strange LLP since 1997 and has many years of experience in complex litigation matters.  Ms. Mitsunaga has extensive experience involving preliminary and final approval of class action settlements, including claim administration and distribution processes.  Ms. Mitsunaga has extensive experience handling settlement classes consisting of multi-millions of members.

**Gregory Tatum**

Gregory Tatum is a paralegal of Strange LLP.  He received his Bachelor of Arts in Political Science from Loyola Marymount University.  Mr. Tatum has experience in complex document review, as well as extensive experience in both reviewing and maintaining document collections across multiple platforms.  Mr. Tatum also has experience involving preliminary and final approval of class action settlements and class settlement administration.  He is also experienced in the safekeeping and distributing of settlement funds in numerous currencies and ranging into the hundreds of millions of dollars.