**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 12-MD-2358 (JDW)** |
| **This Document Relates to: All Actions** | |

## DECLARATION OF JAMES P. FRICKLETON IN SUPPORT OF <u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

**STRANGE LLP**

*/s/ Brian R. Strange*
Brian Russell Strange
12100 Wilshire Blvd., Suite 1550
Los Angeles, CA 90025
Tel: 310-207-5055
*brian@strangellp.com*

*Executive Committee Member*

**GRYGIEL LAW, LLC**

*/s/ Stephen G. Grygiel*
Stephen G. Grygiel (DE Bar ID #4944)
127 Coventry Place
Clinton, NY 13323
Tel: 407-505-9463
*Stephengrygiel122@gmail.com*

*Executive Committee Member*

**BARTIMUS, FRICKLETON, ROBERTSON, RADER, P.C.**

*/s/ James P. Frickleton*
James P. Frickleton
4000 W. 114th Street, Suite 310
Leawood, KS 66211
Tel: 913-266-2300
*jimf@bflawfirm.com*

*Executive Committee Member*

I, James P. Frickleton, declare as follows:

1. I am with the firm of Bartimus, Frickleton, Robertson and Rader, PC, and am a member of the Executive Committee in this case. This declaration is based on my own personal knowledge and, if called to testify, I could and would testify to the following under oath.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification, which seeks certification of the Class under Rules 23(b)(2) and 23(b)(3), for the appointment of Plaintiffs Jose M. Bermudez and Mitchel Balmayne as Class Representatives, and for the appointment of Class Counsel to represent the Class.

3. As detailed in prior declarations submitted in this case, both I and my law firm are experienced in class action litigation and have spent significant time and effort working on this case for more than a decade.

4. I am an experienced trial lawyer and have been involved in MDL proceedings and complex litigation for nearly 20 years. Along with my co-counsel serving as the Executive Committee, I believe that the question of competent and vigorous representation is met. This Court has previously recognized as much in appointing our respective firms as interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure. (D.I. 44.) In doing so, the Court noted our firms' "experience in large class actions and with substantial privacy rights litigation," our "impressive credentials and the underlying qualifications to serve as lead counsel," our "understanding of the legal issues," our "work to identify or investigate potential claims," and "the resources [we] will bring to bear on behalf of the putative class." (*Id.* at 3–4.)

5. I have significant experience in complex state and federal class actions, for example, serving as Co-lead Class Counsel or Plaintiff's Steering Committee member in *In Re: AT&T Mobility Wireless Data Services Sales Tax Litigation,* U.S.D.C. for the Northern District

2

of Illinois, MDL No. 2147; *In re Facebook Internet Tracking Litigation*, No. 5:12-md-2314-EJD (N.D.Cal.) and *Wullschleger, et al v. Royal Canin*, et al., Case No. 1916-CV03690, Circuit Court of Jackson County, MO.

      6.     The Court's file reflects the experience in complex civil and class action litigation that gave rise to my firm's appointment as co-lead counsel in this case and which makes my firm well suited to represent the Class as Class Counsel.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of January, 2026, at Leawood, KS.

                             */s/   James P. Frickleton*
                                  James P. Frickleton