**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION | Case No. 12-MD-2358 (JDW) |
| This Document Relates to:<br>**All Actions** | |

**DECLARATION OF ANTHONY J WEIBELL IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Anthony J Weibell, declare:

1. I am an attorney with the law firm of Mayer Brown LLP and counsel for Defendant Google LLC ("Google") in this litigation. I have personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto.

2. I understand from the Declaration of Dr. Lawrence You (D.I. 196 at ¶¶43, 46) and from the published software release schedule by Apple that the cookie-blocking behavior of Safari that led to the placement of cookies described in the Complaint in this action was only implemented for Safari versions 5.0 up to 5.1.3 (the "Relevant Safari Versions"), ending with version 5.1.4 released in March 2012 after the litigation was filed.

3. In my declaration dated January 16, 2026 submitted in support of Google's motion for evidentiary sanctions against Plaintiffs, I explained that I reviewed the electronically stored information (ESI) produced by Plaintiffs in response to Google's discovery requests. Each Plaintiff produced a forensically-collected image of one device. That ESI produced by each Plaintiff included the browsing history, browser software, and related browser files currently on

the device.

4. The ESI produced by each Plaintiff shows that neither device contained (i) one of the Relevant Safari Versions; (ii) any browsing history from 2011-2012; or (iii) any evidence that either device was used to visit a website that displayed Google ads during 2011-2012. The ESI also shows that both devices were used by more than one user to browse the internet.

5. Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition transcript of Plaintiff Mitchel Balmayne.

6. Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition transcript of Plaintiff Jose Bermudez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2026.

By: /s/ Anthony J Weibell
Anthony J Weibell