**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE: GOOGLE, INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION** | **Case No. 1:12-md-02358-JDW** |

**ORDER**

**AND NOW**, this 27th day of August, 2026, upon consideration of Plaintiffs' Motion For Class Certification (D.I. 304), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant Google LLC's Motion For Rule 37(e) Sanctions Against Plaintiffs For Failure To Preserve Electronic Evidence (D.I. 298) is **DENIED**.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Plaintiffs' Motion For Finding Of Spoliation And For Sanctions (D.I. 300, 302) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.